IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE ORPHAN THERAPIES LLC and SANOFI-AVENTIS DEUTSCHLAND GMBH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1102-GMS |
| FRESENIUS KABI USA, LLC, | ) ) | **CONSOLIDATED** |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2016, the following documents were served on the persons listed below in the manner indicated:

1. Fresenius Kabi USA, LLC and Sandoz Inc.'s Notice of Deposition of Jens Stechl to Plaintiffs

2. Fresenius Kabi USA, LLC and Sandoz Inc.'s Notice of Deposition of Renate Wingefeld to Plaintiffs

3. Fresenius Kabi USA, LLC and Sandoz Inc.'s Notice of Deposition of Mark Baglin to Plaintiffs

**BY E-MAIL**

Jack B. Blumenfeld
Derek J. Fahnestock
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jbbefiling@mnat.com
dfahnestock@mnat.com

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Laura A. Fanelli
Laura A. Chubb
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
ehaug@flhlaw.com
skuzmich@flhlaw.com
lfanelli@flhlaw.com
lchubb@flhlaw.com

|  |  |
|---|---|
| Dominick T. Gattuso<br>PROCTOR HEYMAN ENERIO LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@proctorheyman.com | Julia M. Johnson<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-7243<br>jmjohnson@winston.com |
| OF COUNSEL:<br>William James<br>John Coy Stull<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Daryl L. Wiesen<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>Dated: November 16, 2016 | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant Fresenius Kabi USA, LLC* |