IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIRE ORPHAN THERAPIES LLC and SANOFI-AVENTIS DEUTSCHLAND GMBH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1102-GMS |
| FRESENIUS KABI USA, LLC, | ) ) | **CONSOLIDATED** |
| Defendant. | ) ) ) | |
| SHIRE ORPHAN THERAPIES LLC and SANOFI-AVENTIS DEUTSCHLAND GMBH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1161-GMS |
| SANDOZ, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

    PLEASE TAKE NOTICE that on March 10, 2017, the following document was served on the persons listed below in the manner indicated:

    1.    Fresenius Kabi USA, LLC's Notice of 30(b)(6) Deposition of Plaintiffs Shire Orphan Therapies LLC and Sanofi-Aventis Deutschland GmbH

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Edgar H. Haug |
| Derek Fahnestock | Sandra Kuzmich, Ph.D. |
| MORRIS, NICHOLS, ARSHT | Laura A. Fanelli |
|   & TUNNELL LLP | Laura A. Chubb |
| 1201 North Market Street | Daniel G. Worley, Jr., Pharm.D. |
| P.O. Box 1347 | HAUG PARTNERS LLP |
| Wilmington, DE 19899 | 745 Fifth Avenue |
| (302) 658-9200 | New York, NY 10151 |
| jblumenfeld@mnat.com | (212) 588-0800 |
| dfahnestock@mnat.com | ehaug@haugpartners.com |
| | skuzmich@haugpartners.com |
| | lfanelli@haugpartners.com |
| | lchubb@haugpartners.com |
| | dworley@haugpartners.com |
| Dominick T. Gattuso | Julia M. Johnson |
| HEYMAN ENERIO GATTUSO | WINSTON & STRAWN LLP |
|   & HIRZEL LLP | 35 W. Wacker Drive |
| 300 Delaware Avenue, Suite 200 | Chicago, IL 60601 |
| Wilmington, DE 19801 | (312) 558-7243 |
| (302) 472-7311 | jmjohnson@winston.com |
| dgattuso@hegh.law | |

                                                                       */s/ Karen E. Keller*

| | |
|---|---|
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| William James | David M. Fry (No. 5486) |
| John Coy Stull | SHAW KELLER LLP |
| GOODWIN PROCTER LLP | 300 Delaware Avenue, Suite 1120 |
| 901 New York Avenue, NW | Wilmington, DE 19801 |
| Washington, DC 20001 | (302) 298-0700 |
| (202) 346-4000 | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| Daryl L. Wiesen | *Attorneys for Defendant* |
| GOODWIN PROCTER LLP | *Fresenius Kabi USA, LLC* |
| 100 Northern Avenue | |
| Boston, MA 02210 | |
| (617) 570-1000 | |

Dated:  March 10, 2017