```
 1              IN THE UNITED STATES DISTRICT COURT

 2             IN AND FOR THE DISTRICT OF DELAWARE

 3                          -  -  -

 4    SHIRE ORPHAN THERAPIES LLC and  )    Civil Action
      SANOFI-AVENTIS DEUTSCHLAND      )
 5    GMBH,                           )
                                      )
 6              Plaintiffs,           )
                                      )
 7         v.                         )
                                      )
 8    FRESENIUS KABI USA, LLC,        )
                                      )
 9              Defendant.            )    No. 15-1102-GMS

10                          -  -  -

11                    Wilmington, Delaware
                    Monday, January 29, 2018
12                         9:00 a.m.
                         Trial Day 1
13                          -  -  -

14

15    BEFORE:  HONORABLE GREGORY M. SLEET, Senior Judge, U.S.D.C.,
                                    District of Delaware
16

17    APPEARANCES:

18            JACK B. BLUMENFELD, ESQ., and
              DAREN J. FAHNESTOCK, ESQ.
19            Morris, Nichols, Arsht & Tunnell LLP
                      -and-
20            EDGAR H. HAUG, ESQ.,
              SANDRA KUZMICH, Ph.D., ESQ.,
21            LAURA A. CHUBB, ESQ., and
              ELIZABETH MURPHY, ESQ.
22            Haug Partners LLP
              (New York, NY)
23
                            Counsel for Plaintiffs
24

25
```

1    APPEARANCES CONTINUED:

2            KAREN E. KELLER, ESQ.
             Shaw Keller LLP
3                    -and-
             DARYL L. WIESEN, ESQ.
4            WILLIAM G. JAMES, ESQ.,
             JOHN COY STULL, ESQ., and
5            SAMUEL SHERRY, ESQ.
             Goodwin Procter LLP
6            (Washington, DC and Boston, MA)

7                               Counsel for Defendant

8                                -  -  -

09:05:01   9

09:05:01   10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| 09:05:01 | 1 | THE COURT:  Good morning.  Please, take your |

09:05:01    1         THE COURT:  Good morning.  Please, take your

09:05:04    2    seats.

09:05:04    3              (Counsel respond "Good morning.")

09:05:06    4         THE COURT:  I thought this was a two-party case.

09:05:11    5    No?

09:05:14    6         Mr. Blumenfeld, would you start.

09:05:18    7         MR. BLUMENFELD:  Thank you, Your Honor.

09:05:19    8         Jack Blumenfeld from Morris Nichols for the

09:05:21    9    plaintiffs Shire and Sanofi.  I am not going to try to

09:05:24   10    introduce all the people in the courtroom.

09:05:27   11         Ed Haug and Sandra Kuzmich will be taking the

09:05:32   12    lead for the plaintiffs.

09:05:35   13         And we have a number of people here from Shire,

09:05:39   14    in-house counsel, Jason Baranski, Jim Harrington, and Kevin

09:05:44   15    McGuff.

09:05:44   16         Thank you, Your Honor.

09:05:50   17         THE COURT:  Ms. Keller.

09:05:51   18         MS. KELLER:  Good morning, Your Honor.  Karen

09:05:53   19    Keller from Shaw Keller on behalf of Fresenius Kabi.  With

09:05:56   20    me today on behalf of Fresenius is Daryl Wiesen, Bill James,

09:06:06   21    Coy Stull, and Sam Sherry of Goodwin Procter, and in the

09:06:09   22    back is Ali Ahmed from Fresenius.

09:06:14   23              (Counsel respond "Good morning.")

09:06:14   24         THE COURT:  Are we ready?

09:06:17   25         MR. WIESEN:  We are, Your Honor.  We will

09:06:19  1    distribute some copies of some slides, if you would like

09:06:26  2    them.

09:06:59  3                    THE COURT:  Good morning.

09:07:00  4                    MR. WIESEN:  Good morning, Your Honor.

09:07:03  5                    The question for this trial is whether Claim 14

09:07:07  6    of the '333 patent owned by Sandoz and licensed to Shire is

09:07:12  7    valid and enforceable.

09:07:13  8                    The only asserted claim of the '333 patent at

09:07:23  9    issue is Claim 14.  It claims a single compound, the

09:07:28  10   ten-amino-acid peptide icatibant.

09:07:32  11                   As the evidence will show here, Shire got

09:07:35  12   another patent that claims the same discovery as the '333

09:07:39  13   patent, the same structural change from the prior art that's

09:07:42  14   contained in this patent is contained in the '7,803 patent

09:07:53  15   that Shire also obtained.

09:07:57  16                   That patent already expired.  Shire is not

09:08:01  17   entitled to the second patent but claims an obvious variant

09:08:06  18   of the first under obviousness-type double patenting.  So

09:08:12  19   Claim 14 is invalid.

09:08:14  20                   Actually, icatibant was identified before the

09:08:17  21   compounds in the '7,803 patent, and in fact the application

09:08:20  22   that resulted in the '333 patent was filed first.

09:08:23  23                   Why did the '7,803 patent issue before the '333

09:08:27  24   patent?  The answer is the second defense in the case, that

09:08:31  25   is because Shire or Shire's predecessor, Hoescht, to develop

09:08:36  1   the compound, spent more than four years simply stalling

09:08:41  2   prosecution, doing nothing but getting a rejection, filing a

09:08:48  3   continuation, getting the same rejection, filing another

09:08:49  4   continuation, getting another rejection, filing another

09:08:53  5   continuation, for four years.

09:08:54  6           That delay in the issuance of the '333 patent is

09:08:57  7   why the '7,803 is a reference for obviousness-type double

09:09:01  8   patenting and renders the '333 patent unenforceable for

09:09:05  9   prosecution laches.

09:09:09  10          Let me turn to what the evidence will show.

09:09:12  11          The '333 patent in suit discloses and claims a

09:09:16  12   genus of what are called bradykinin antagonists.

09:09:25  13          These compounds prevent bradykinin, a naturally

09:09:31  14   occurring peptide in the human body, from having its natural

09:09:34  15   effect.  The compounds at issue in this case are also

09:09:37  16   peptides.  They are chains of amino acids that are strung

09:09:40  17   together like beads on a chain.

09:09:42  18          By convention people of ordinary skill in the

09:09:46  19   art abbreviate them with three or four letters, and that is

09:09:49  20   how we will do it throughout the case.

09:09:50  21          Claim 14 of the patent on the next slide

09:09:55  22   describes the ten amino acids in icatibant.  There is an H

09:10:01  23   on one end and an OH on the other end to tell us what is at

09:10:02  24   one end, what is the N-terminus, and the C-terminus, H is

          25   the N and OH is the C, and then there is the ten amino acids

1    in the middle, D-Arg, Arg, Pro, Hyp, Gly, Thia, Ser, D-Tic,

2    Oic, and Arg.  And we will have experts here to explain all

3    of this.

4              The first U.S. application in the family was

5    filed on June 30, 1989.  According to Shire, the '333 patent

6    will not expire until July 15, 2019.  That is 30 years later

7    from the U.S. application.

8              It is the propriety of that ultra-long patent

9    right that will be the main issue in this trial.

10             Now, to go back earlier than 1989, to the

11   mid-80s, a number of researchers and companies were focused

12   on research concerning bradykinin.  The naturally occurring

13   bradykinin peptide is made up of 9 amino acids.  That was

14   known by the mid-eighties and it was specifically known what

15   order they were in.  We put it up here on the slide.

16             When chemists and experts spoke about bradykinin

17   or any peptide in particular, they would number the

18   positions so you could just talk about them commonly.  So

19   you have got 1 through 9 as the amino acids in bradykinin.

20             Now, for the people who were looking for these,

21   they were looking for bradykinin antagonists.  What does

22   that mean?  What is an antagonist?  An antagonist is

23   something that blocks the activity of the natural compound.

24   An analogy you will hear about is a lock and key.

25   Bradykinin receptors are the lock, bradykinin is the key.

1   It fits in the lock and turns it.  It activates a bradykinin

2   receptor.

3          A bradykinin receptor is the other key on your

4   key chain.  You put in your front door, it doesn't turn.  It

5   won't activate the lock.  Won't open it up.  But it prevents

6   you from putting the locking key in.  It blocks the

7   activity.  That is what an antagonist is and what people

8   were looking for.  They were trying to block the activity of

9   the bradykinin.

10         Why do you want to do that?  Bradykinin is

11   naturally produced in the human body, it seems like a good

12   thing, not a bad thing.  The problem is people theorized

13   that diseases were caused by an excess of bradykinin.

14         So for people with those diseases you want an

15   antagonist to tamp down the amount of bradykinin to produce

16   to treat the disease.

17         To be sure, in 1989 those were just theories.

18   There were no diseases that were treated with a bradykinin

19   antagonist.  But people were looking for bradykinin

20   antagonists on that theory.

21         The first thing you need to do that though is to

22   have a bradykinin antagonist, something that would block it.

23   Everybody in the case will agree that by 1989, the priority

24   date here, bradykinin antagonists had been found.  Two

25   professors at the University of Colorado, John Stewart and

09:13:04   1   Ray Vavrek, had discovered bradykinin antagonists.   They

09:13:08   2   were leading that search and they published about them.   You

09:13:11   3   will hear about this from Dr. Bavchovchin.

09:13:14   4        If we go to the next slide, he is a professor at

09:13:18   5   Tufts University.   He has been working with peptides for his

09:13:23   6   entire career, including at the time.

09:13:24   7        He will explain the work that was going on and

09:13:27   8   the background on peptide chemistry and how people were

09:13:29   9   looking for bradykinin antagonists.

09:13:32   10        How did Dr. Stewart and Dr. Vavrek look for

09:13:37   11   bradykinin antagonists?   They started with bradykinin.   They

09:13:39   12   knew that fits into the receptor.   And they started making

09:13:43   13   changes.   They started changing some of the amino acids

09:13:46   14   around, to see what happens, see what they could develop.

09:13:50   15        At that point, these beads on the chain, these

09:13:52   16   peptides or amino acids were pretty easy to make.   By the

09:13:57   17   late eighties, it was an automated process.   You basically

09:13:57   18   typed in the sequence you wanted and the automated equipment

09:14:04   19   spit out those peptides.   It was made by a process called

09:14:06   20   solid phase synthesis, which you are going to hear about in

09:14:06   21   this case.

09:13:53   22        Now, Dr. Stewart started with the nine amino

09:13:56   23   sequence in bradykinin and changed some of the amino acids

09:14:00   24   to other amino acids.   We've put up here one of the Stewart

09:14:05   25   bradykinin antagonists that he developed and that was

09:14:08 1   published in the prior art.  Perhaps most importantly, Dr.

09:14:11 2   Stewart discovered that making the changes at the seven

09:14:13 3   position, which we've put in a circle here, was critical to

09:14:19 4   creating an antagonist.  If you made particular changes in a

09:14:22 5   particular, what's called a D-aromatic amino acid, again,

09:14:26 6   Dr. Bachovchin will explain that, in the seven position, you

09:14:30 7   flip the activity.  It went from being an agonist to an

09:14:34 8   antagonist, and that was an important discovery.  That was

09:14:36 9   the first time anybody made a bradykinin antagonist.  Those

09:14:43 10  were disclosed in the prior art.

09:14:45 11         Now, Dr. Bachovchin is going to explain other

09:14:47 12  changes that Dr. Stewart and Dr. Vavrek published and

09:14:52 13  explained, and we'll focus here just briefly on two of them.

09:14:55 14  First, at what's now labeled the zero position.  An extra

09:14:59 15  amino acid got added in at the end terminus on the left end.

09:15:05 16  We call it the zero position, or people of ordinary skill in

09:15:08 17  the art call it the zero position because we want to keep

09:15:10 18  the one through nine the same as bradykinin so it matches up

09:15:13 19  when we talk about numbers, so we add zero and we could

09:15:15 20  see a negative one and a negative two off the left end so

09:15:19 21  that we keep the one through nine matching up with

09:15:21 22  bradykinin.

09:15:22 23         And what Dr. Stewart published is if you put a

09:15:25 24  D-Arginine amino acid at the N-terminus at the left-hand

09:15:30 25  side, that also improves the activity and helps the amino

09:15:33   1   acids not break down as quickly in the body.

09:15:36   2       The other change you'll hear about from Dr.

09:15:40   3   Bachovchin is at the eight position.  The published research

09:15:42   4   included a structure-activity relationship of the work that

09:15:47   5   had been done and Dr. Vavrek and Stewart published that you

09:15:53   6   could make changes at the eight position.  Here we've put in

09:15:56   7   the rest of the numbers to their patent.  So you see that

09:15:59   8   zero through nine and you see a long list of possible

09:16:01   9   substitutions at the eight position.  You'll see some other

09:16:04   10  prior art references that talk about the eight position and

09:16:07   11  include a proline there, and Dr. Bachovchin will explain a

09:16:11   12  POSA would know that bradykinin antagonists can have

09:16:15   13  different amino acids in the eight position and when the

09:16:17   14  POSA gets to considering the validity of claim 14, they know

09:16:21   15  all of this.  This is all in the prior art, and a POSA

09:16:25   16  understands what a bradykinin antagonist looks like when get

09:16:30   17  to the question of obviousness-type double patenting.

09:16:33   18      So let's look at the research that Hoechst did.

09:16:36   19  At least that's how I pronounce it.  We'll find out from Mr.

09:16:40   20  Haug the right way to pronounce it.

09:16:42   21      When the inventors did this project in 1989, a

09:16:47   22  POSA knew about bradykinin and they knew about the ten amino

09:16:51   23  acids of the Stewart bradykinin antagonist.  You'll hear

09:16:54   24  testimony about this compound, the Stewart bradykinin

09:16:57   25  antagonist.  It has got numbers because it never became a

| 09:17:00 | 1 | commercial product.  It's called either NPC 349 or B3824. |

09:17:00   1   commercial product.  It's called either NPC 349 or B3824.

09:17:07   2   That's the same thing.  People just called it different

09:17:09   3   numbers in the art for various reasons that you hear about.

09:17:13   4   And this was recognized as a pretty standard compound in the

09:17:16   5   art.

09:17:18   6        So what did the Hoechst researchers do?  They

09:17:20   7   came up with icatibant, which was previously known, you'll

09:17:24   8   see, and its number was HOE 140.  You'll see some papers

09:17:27   9   about that.  And it has the following structure.  This is

09:17:33   10   the '333 patent, claim 14.  They changed two amino acids at

09:17:38   11   the seven and eight position and with those two changes to

09:17:40   12   the Stewart compound, they got icatibant.  Shire's argument

09:17:45   13   throughout the case and during prosecution was making these

09:17:48   14   two changes is not obvious.  This is two changes out of ten.

09:17:51   15   That's inventive.

09:17:53   16        So what's our argument?  Why is that invalid?

09:17:56   17   It looks like they've changed this compound around.  The

09:17:59   18   problem, Your Honor, is, the '333 patent is not the first

09:18:03   19   patent they got with D-Tic in seven and Oic in eight.

09:18:09   20   Those critical changes, they got a prior patent that makes

09:18:12   21   exactly those changes.  You saw this in the motion to amend

09:18:15   22   that we talked about.  It's the '7,803 patent, and Claim 1

09:18:18   23   of the '7,803 patent includes a group of compounds, but

09:18:23   24   focuses on D-Tic at the seven position and Oic at the eight

09:18:29   25   position.  That's what they said their invention was and

09:18:31   1   they already got a patent.   They claimed that and now it has

09:18:38   2   expired.

09:18:39   3          That patent, by the way, Your Honor, was not

09:18:41   4   disclosed during prosecution of the '333 patent.   The Patent

09:18:44   5   Office has never looked at the argument and the evidence

09:18:46   6   that we're presenting here.

09:18:48   7          Now, because of the long time it took to get the

09:18:51   8   '333 patent because of the stalling tactics that we'll talk

09:18:54   9   about in a little while, there's no question that the '7,803

09:18:57   10  patent qualifies as a reference for obviousness-type double

09:19:00   11  patenting.

09:19:01   12         We put up the cover pages of the two patents

09:19:05   13  here.   The '7,803 patent issued first.   It's already

09:19:10   14  expired.   The assignees the same, both of them Hoechst, and

09:19:19   15  we've highlighted the numerous inventors that overlap as

09:19:19   16  well.     With that, it clearly qualifies as an

09:19:22   17  obviousness-type double patenting reference and renders the

09:19:24   18  '333 patent invalid.

09:19:26   19         Let's look at the Claim 1 of the '7,803 patent,

09:19:32   20  because in an obviousness-type double patenting analysis, we

09:19:36   21  compare the claims to see whether they're obvious variants

09:19:39   22  of each other.   Claim 1 of the '7,803 patent is

09:19:42   23  unfortunately not as straightforward as Claim 14, as the

09:19:47   24  compound claim in the '333 patent.   It looks like it has got

09:19:50   25  a long list, but we can break down what they've claimed

09:19:53  1    here.   It's basically a long list of compounds.   It's a

09:19:56  2    genus, but it's a genus where a person of ordinary skill in

09:20:00  3    the art could read this and could literally write down every

09:20:03  4    single claim, every single compound that's covered.   And you

09:20:07  5    know for obviousness-type double patenting, we don't have to

09:20:11  6    prove a so-called lead compound.   Any compound that's

09:20:13  7    claimed, we can start with, and we'll start mainly with one

09:20:16  8    of the claims that a person of ordinary skill in the art

09:20:18  9    would see in Claim 1.

09:20:21  10             So if we break down Claim 1 and we start with B

09:20:26  11   through I of the locations, that's pretty straightforward,

09:20:29  12   because almost all of them, there's no options.   The only

09:20:32  13   option is at the G position, and that's three choices, one

09:20:37  14   of which is Oic.   And you'll hear Oic as an amino acid a

09:20:41  15   lot.   We've numbered it here as in the bradykinin

09:20:44  16   antagonist, and you'll see, this matches up with icatibant

09:20:49  17   except its missing that D-Arg at the zero position, and

09:20:53  18   that's clearly undisputedly part of Claim 1.

09:20:55  19             If we add the A in, A is four or five options, D

09:21:02  20   or L-Arg, or D or L-Lys or the bond, and a bond just means

09:21:05  21   it's nothing.   And so if we go A through I, and I is just OH

09:21:10  22   at the end telling us that's the C terminus -- if we go A

09:21:14  23   through I, it's icatibant.   That's what's disclosed.   That's

09:21:21  24   what's claimed.   No question about it.

09:21:22  25             And while the person of ordinary skill in the

09:21:23   1   art, if they were comparing with the prior art, would see

09:21:26   2   that seven and eight is a little bit different than Stewart.

09:21:29   3   Right.  There's no prior art with a D-Tic in the seven

09:21:31   4   position and an Oic in the eight position.  It sure looks

09:21:34   5   like the Stewart compounds and although it's different amino

09:21:38   6   acids, it's consistent with Stewart's teachings.  It's a

09:21:41   7   D-aromatic amino acid in the seven position.  It's an Oic in

09:21:45   8   the eight position, which is similar to proline and other

09:21:47   9   things that Stewart taught, and so a person of ordinary

09:21:51   10  skill in the art would see this claim and would think, that

09:21:54   11  looks like a bradykinin antagonist.

09:21:57   12          All right.  But that's not all that's claimed

09:21:59   13  and I'm sure we're going to hear that from Shire.  Right.

09:22:02   14  What's on then the left end?  We have to add the Z and the P

09:22:08   15  groups that are at the beginning of the claim.

09:22:13   16          The list, the first thing listed in the Z group

09:22:16   17  is what's called an Fmoc, and the first thing listed in the

09:22:20   18  P group is a direct linkage.  Direct linkage is like a bond.

09:22:24   19  There's nothing there.  You just directly link from Z to A.

09:22:28   20          And so the POSA would see as we've drawn out on

09:22:32   21  slide 1-20 that specifically claimed is what we call Fmoc

09:22:37   22  icatibant, Fmoc at the beginning and then the icatibant

09:22:41   23  sequence.  Now, a POSA is going to know a lot about this

09:22:44   24  Fmoc group and actually all the groups that are in Z.

09:22:48   25  They're important in peptide chemistry but not because

09:22:51    1    they're amino acids.  Fmoc is actually not an amino acid.

09:22:54    2    It's a different chemical group.  But it's important because

09:22:59    3    it's known not as what's in final product, it's known as a

09:23:03    4    protecting group, as something you use when you make a

09:23:06    5    compound.  And it's known, it's very easily removed.

09:23:11    6              So what one sees, we've put up here just the

09:23:17    7    Bodanszky reference.  It's a well-known peptide chemistry

09:23:19    8    book and it talks about what one does with Fmoc is take it

09:23:23    9    off.  That's what it's born for, that's what it's it exists

09:23:26   10    for, that's what it was created for in synthetic chemistry,

09:23:31   11    is to take it off the group and see what's being made.  And

09:23:34   12    when a POSA sees that Fmoc, they think, hmm, this looks like

09:23:38   13    an intermediate.  It looks like the compound is not there.

09:23:41   14    Not done yet and let's see what happens.  Let me give you a

09:23:44   15    little bit.

09:23:45   16              You'll hear from Dr. Bachovchin about synthetic

09:23:50   17    solid-phase synthesis, how these compounds are made, and I

09:23:53   18    talked a little bit about the fact that what you do is you

09:23:55   19    build the chain up amino acid by amino acid, but you don't

09:23:59   20    actually add an amino acid.  You add what's called a

09:24:02   21    protected amino acid, which puts one group on the amino end

09:24:05   22    and it does that so chemically, that can't react, because

09:24:09   23    you want to make sure you put the amino acids in order.  If

09:24:13   24    you don't put that protecting group, which we've illustrated

09:24:17   25    with the little orange cap, then this is what you get.

09:24:19    1    Instead of going one amino acid at a time, they'd all

09:24:22    2    connect up together.

09:24:23    3            So a protecting group is there to stop that from

09:24:27    4    happening and generally what happens is you put on an amino

09:24:30    5    acid with a protecting group.  Then you take off the

09:24:32    6    protecting group.  Then you put on another amino acid which

09:24:35    7    attaches with its protecting group.  Then you take off the

09:24:38    8    protecting group and you build the chain that way and at the

09:24:40    9    end, you take it off and you take off that last protecting

09:24:43   10    group to get your compound.

09:24:45   11            Now, I don't think there's going to be a dispute

09:24:49   12    in the case that Fmoc was well-known as a protecting group.

09:24:55   13    In fact, we asked one of the inventors, Dr. Knolle, and he's

09:24:59   14    going to appear by deposition because I understand he has

09:25:01   15    taken ill.  But we asked him:  What about the Fmoc?  What do

09:25:07   16    you do?  He said, in that answer, when you say at the end of

09:25:10   17    the synthesis you mean the N-terminal amino protecting

09:25:13   18    group, you meant you remove the Fmoc, right?  And his answer

09:25:16   19    was, always, yes.

09:25:17   20            There's not really a dispute that the Fmoc gets

09:25:20   21    removed and it's easily removed.  As a matter of chemistry,

09:25:24   22    Fmoc was very popular because it was easy to take off

09:25:27   23    without otherwise taking off the chain of amino acids

09:25:31   24    because that's what we want to do.  Right.  You don't want

09:25:33   25    to take off that protecting group and also break up the

09:25:35  1  chain that you just may have spent all that time building.

09:25:38  2          So when a POSA sees Fmoc-icatibant, they think,

09:25:46  3  what's that Fmoc doing there?  That should come off.  This

09:25:49  4  looks like an intermediate.  And they recognize that if you

09:25:52  5  take the Fmoc off, it looks a lot like a Stewart bradykinin

09:25:55  6  antagonist.  So the first thing a POSA would do when they

09:25:59  7  see the compound of Claim 1 of the '7,803 patent is remove

09:26:03  8  the Fmoc, and when they do, they get icatibant, and that's

09:26:08  9  the obviousness-type double patenting argument.  That's the

09:26:12  10  reason that the patent is invalid.

09:26:15  11          Now, Your Honor is going to be the first one to

09:26:17  12  look at this issue because it didn't come up during

09:26:19  13  prosecution.  Even though the same company owned the

09:26:22  14  applications and the same inventors were involved, and the

09:26:25  15  same law firm was prosecuting the patents at the same time,

09:26:28  16  the application that resulted in the '7,803 patent was never

09:26:32  17  presented to the examiner who was analyzing the '333

09:26:37  18  patent.

09:26:38  19          Now, the plaintiffs have raised a claim

09:26:40  20  construction argument.  We wrote some letters and had a

09:26:42  21  short call about it, and I want to spend a minute trying to

09:26:45  22  explain why I think that has come up, because initially we

09:26:47  23  told you there were no claim constructions in the case, and,

09:26:50  24  of course, if you look at the claims, that makes sense.

09:26:54  25  They're claims to compounds.

09:26:55  1        Nothing needs to be construed in this.  There's

09:26:57  2   no ambiguity.  We almost never have a claim construction

09:27:00  3   hearing when there's a compound claim because we can all

09:27:02  4   read this and know what's covered.

09:27:05  5        Shire has proposed reading in particular

09:27:07  6   activity to these claims that it has to be known as a

09:27:11  7   bradykinin antagonist.  Why?  We think the answer -- we

09:27:15  8   don't know, it came up late in the expect reports.  We think

09:27:18  9   the reason for that is because they want the claims to be

09:27:20  10  construed to be final compound so it won't be an

09:27:24  11  intermediate so the POSA won't take the Fmoc off, because if

09:27:28  12  the '7,803 patent they think claims a final compound, it

09:27:32  13  wouldn't be obvious to make the change and take the Fmoc

09:27:34  14  off.

09:27:35  15       We think that's wrong for two reasons, Your

09:27:37  16  Honor.  We think it's wrong because it's wrong as a matter

09:27:40  17  of claim construction.  There's no activity required here.

09:27:42  18  If you have the compound, you infringe no matter what it's

09:27:46  19  used for, no matter if it's a bradykinin antagonist or not.

09:27:49  20  But we also think even if it's the case that the claims

09:27:52  21  require activity, it's still obvious.  Even if you might

09:27:55  22  think, oh, that compound in the '7,803 patent is an active

09:27:59  23  compound itself, a POSA would also look at it and think,

09:28:04  24  but, boy, I also ought to check what the more standard ten

09:28:08  25  amino acid Stewart-like bradykinin antagonist is.  I think

09:28:12    1    it's going to work.  Maybe it won't work better.  Maybe it

09:28:15    2    will.  But they're certainly going to take the Fmoc off and

09:28:19    3    find out.  And because of that, they're motivated to make

09:28:22    4    the change, and they'll think that it's going to be a

09:28:24    5    bradykinin antagonist, and that's enough to make it obvious.

09:28:27    6            Now, finally, Shire is also going to spend some

09:28:32    7    time talking about secondary considerations, and we talked

09:28:35    8    about that a little bit at the final pretrial conference.

09:28:38    9    The problem is that Shire hasn't established any nexus for

09:28:41   10    obviousness-type double patenting.  Why?  Why is it

09:28:45   11    different than a standard obviousness case?

09:28:48   12            If we think about secondary considerations or

09:28:50   13    objective indicia, as they're also obviously called, the

09:28:54   14    idea is, people in the real world, if there was a motivation

09:28:59   15    either scientifically or financially to combine two things

09:29:03   16    together, people would do it.  That just logically makes

09:29:08   17    sense, and the fact that people didn't do it would mean that

09:29:12   18    it must not be obvious.  But an assumption in that logic is

09:29:16   19    that the people in the real world have the necessary

09:29:19   20    information.  Most of the time that's true.  Right.  It's in

09:29:22   21    the prior art.  That's why we do the analysis.  And so they

09:29:25   22    could look at the two papers and combine them if they want

09:29:28   23    to.

09:29:28   24            But obviousness-type double patenting is a

09:29:30   25    little bit different.  The '7,803 patent is not actually in

09:29:34  1    the prior art.  We act like the claim is prior art for the

09:29:38  2    legal analysis, but nobody in the real world actually saw

09:29:43  3    this patent back in 1989.

09:29:46  4         So without some explanation for how long-felt

09:29:52  5    need or commercial success demonstrates nonobviousness,

09:29:53  6    without some nexus evidence, the argument falls apart in

09:29:57  7    obviousness-type double patenting.  And Shire has no nexus

09:30:01  8    evidence.  They have not spent any time or explained why it

09:30:04  9    is that a person of ordinary skill in the art would or could

09:30:07  10   have made this combination in the real world, because

09:30:10  11   obviousness-type double patenting is not based on what was

09:30:14  12   actually available in the real world.  The way the argument

09:30:17  13   is set up is to prevent them from extending the patent life,

09:30:21  14   but it's not something that was actually known.

09:30:24  15        Now, if we turn briefly to Firazyr and Shire's

09:30:29  16   product, it treats a disease that I'm sure you're going to

09:30:33  17   hear about called hereditary angioedema.  No dispute it's a

09:30:37  18   serious disease where a genetic defect causes uncontrolled

09:30:39  19   swelling.  If undiagnosed, it can be life-threatening.

09:30:43  20   Luckily today, there are a number of approved treatments.

09:30:46  21   We've got some up here on the screen.

09:30:51  22        Firazyr was icatibant.  And Firazyr was not even

09:30:53  23   the first treatment discovered.  It wasn't the first

09:30:55  24   approved worldwide.  It wasn't the first approved in the

09:30:58  25   U.S.  And while Shire, as I'm sure we'll hear, makes a lot

09:31:02   1   of money from selling the drug, even though, Your Honor,

09:31:05   2   you'll also hear, there are fewer than 5,000 people treated

09:31:08   3   in the United States with this disease.  It's sort of an

09:31:11   4   ultra orphan.  It's a very small population.  They presented

09:31:15   5   no evidence, Shire, that any difference between icatibant

09:31:19   6   and the compound in the '7,803 patent is what leads to these

09:31:23   7   sales and the success.  And Dr. Bachovchin will explain why

09:31:28   8   some of the prior art attributes are actually what drives

09:31:31   9   it.  That, and we'll hear although it's supposedly a better

09:31:35   10   product, they price it below its competition.  We think that

09:31:37   11   explains the sales, not the patent.

09:31:39   12           In the end, Your Honor, when the '7,803 patent

09:31:42   13   expired, the defendants should have been able to use all of

09:31:46   14   those compounds and their obvious variants.  And since

09:31:51   15   icatibant is an obvious variant of that previous patent,

09:31:54   16   claim 14 of the '333 patent is invalid for obviousness-type

09:31:59   17   double patenting.

09:32:00   18           Let me turn more briefly, Your Honor, to the

09:32:02   19   second argument we'll talk about, prosecution laches.  The

09:32:05   20   applicant spent years stalling prosecution of the '333

09:32:08   21   patent with no explanation.  Because of that delay, the

09:32:12   22   '7,803 patent actually issued before the '333 patent and

09:32:16   23   made it a double patenting reference.  But the '333 patent

09:32:22   24   is also invalid or unenforceable because of that delay,

09:32:25   25   because of prosecution laches.

09:32:41  1          We have put up here, this is the list of the

09:32:44  2   Stewart bradykinins, and all the related applications, Your

09:32:47  3   Honor.   We have circled in green the eight applications of

09:32:50  4   the 11, in which they literally filed no substantive

09:32:55  5   response to a rejection.   8 of the 11 applications.   Get a

09:32:59  6   rejection.   File a new application.   Get a rejection.   File

09:33:03  7   a new application.   You will see for over four years that's

09:33:07  8   what they said they did.   The Federal Circuit has sort of

09:33:14  9   reinvigorated this doctrine of prosecution laches in Symbol

09:33:17  10  Technologies, about 15 years ago they talked about how this

09:33:20  11  doctrine had sort of died.

          12          In Cancer Research they added an element or made

09:33:25  13  clear an element still existed, which is prejudice.   To show

09:33:28  14  prejudice you have to show the accused or others were

09:33:30  15  invested in, worked on, or used the claimed technologies

09:33:34  16  during the period of delay.

09:33:36  17          You will hear evidence about that.

09:33:41  18          The '333 was called a pre-GATT patent.   GATT was

09:33:47  19  passed in the mid-nineties and changed the way we calculate

09:33:49  20  patent terms, from 17 years from issuance to 20 years from

09:33:53  21  application.   Because it's a pre-GATT patent, delay in

09:33:57  22  prosecution helps Shire.   That way it expires 17 years after

09:34:01  23  it issues.   The later it issues, the longer it lasts.

09:34:03  24      That's what drove the delay here, because Shire

09:34:06  25  benefits now keeping generics off the market rather than

09:34:10  1   early on when people are trying to develop drugs but the

09:34:13  2   early time for pharmaceuticals is less important than the

09:34:17  3   competition at the back end.

09:34:21  4          The evidence is going to show that Shire's

09:34:24  5   predecessor Hoechst spent four years doing nothing but

09:34:28  6   stalling on the prosecution.  We are going to focus on the

09:34:33  7   Section 101 utility rejection.  There is an office action on

09:34:40  8   August 17, 1990.  The application that led to the '333 had

09:34:45  9   only what's called in vitro data in it.  It had tests

09:34:48  10  outside live animals.  The Patent Office said we don't

09:34:53  11  believe these drugs are actually bradykinin antagonists.  We

09:34:57  12  want to see some in vivo data.

09:34:57  13         They first got that rejection in 1990.  Your

09:35:00  14  Honor, the evidence is going to be they had the data.  In

09:35:04  15  1990, they had it.  I think by August 17, 1990 they had the

09:35:08  16  in vivo data, the evidence will show.  When did they provide

09:35:12  17  it?  Not until June 6, 1995.

09:35:16  18         They spent five years not providing the data.

09:35:19  19  First they argued, the first time they responded.  They said

09:35:22  20  the in vitro data should be good enough.  Maybe that's

09:35:26  21  legally right, maybe not.  We are not really going to get

09:35:32  22  into that.  We are not bringing a patent law expert into

09:35:34  23  that.  Maybe it's good enough.  Maybe not.

09:35:36  24         But they also had what the examiner specifically

09:35:39  25  said.  Give me the in vivo data.  Didn't do it.  For four

09:35:42  1   years they didn't do it, they kept getting that rejection

09:35:45  2   over and over again, give me the in vivo data.  Nothing.  No

09:35:52  3   in vivo data.  You see in 1995 they responded.  Why in 1995

09:35:56  4   did they respond?  Now GATT is coming.  Now the GATT has

09:36:01  5   been passed and they know it is going to be 20 years from

09:36:05  6   application, not 17 years from initial filing, unless they

        7   get the patent based on the application they have gotten.

09:36:11  8           Suddenly June 6, 1995, two days before the

09:36:14  9   effective date for GATT, they provide a substantive

09:36:17 10   response.  And they provide the in-vivo data.  And when they

09:36:21 11   provide the in vivo data, they do a declaration from one of

09:36:25 12   the inventors.  He says, Thus, a compound that counteracts

09:36:28 13   the effect of bradykinin in vivo in an animal model can be

09:36:33 14   reasonably predicted to be effective in vivo in treating

09:36:37 15   asthma.  The declaration provides the in-vivo data.  What

09:36:40 16   happens?  The Section 101 rejection goes away.

09:36:44 17           It's resolved.

09:36:46 18           You are going to hear from Mr. Raines.  He is a

09:36:48 19   professor at MIT now.  He was at the University of

09:36:55 20   Wisconsin.  Previously on this issue, we talked about him a

09:36:58 21   little at the pretrial conference.

09:37:00 22           He is going to talk about the science in the

09:37:02 23   prosecution history.  He is not a patent lawyer.  He is not

09:37:07 24   an expert in patent law.  And we are not offering him as

09:37:11 25   such.  He will look at the prosecution history, look at the

09:37:12  1  declaration and the rejections, he will explain

09:37:17  2  scientifically what will be asked for, explain

3  scientifically what it is that Shire had, why they couldn't

09:37:20  4  have provided that data earlier.  That will be the focus of

09:37:22  5  his testimony, not the prosecution history which you can

09:37:24  6  read through.  Unfortunately, it is long.  We will highlight

09:37:27  7  the right places.  He will focus on the science behind it

09:37:31  8  and why Shire could have answered the scientific questions

09:37:38  9  earlier.

09:37:39  10  The answer to the question is, by 1990 they have

09:37:42  11  the data.  They had even published the data.  This is not a

09:37:47  12  situation where Shire or its predecessor ran new experiments

09:37:51  13  or had to test something else to ask the question.  They had

09:37:55  14  it.  There is no reason they couldn't have provided it in

09:38:00  15  1990, 1991, 1992, 1993, 1994.

09:38:06  16  In fact, they didn't provide the data before

09:38:08  17  they published it in an article they submitted in 1990 but

09:38:16  18  never gave it to the Patent Office until 1995.  Had they

19  done so sooner, had they moved the prosecution along, the

09:38:19  20  patent would have issued earlier, and because it expires 17

09:38:21  21  years from issuance, it would expire earlier.

09:38:25  22  In fact, Your Honor, more likely than not, it

09:38:28  23  would be expired already.  The patent expires in 2019 and

09:38:32  24  Shire has a regulatory exclusivity for Orphan Drug

09:38:37  25  Exclusivity through 2018.  It is only that last year, even

09:38:41  1  though the last few years that makes a difference.  If the

09:38:43  2  prosecution were just one year less, we wouldn't be here

09:38:46  3  because the patent wouldn't have actually any effect on

09:38:52  4  Fresenius's intention to launch its product.

09:38:54  5          There is no explanation offered by Shire for

09:38:57  6  this delay.  We took the deposition of Dr. Wingefeld, she

09:39:01  7  was one of the patent prosecutors from Sanofi.  We asked

09:39:04  8  over and over again, why didn't you provide the information

09:39:07  9  earlier?  I believe she will be here live.  We asked her the

09:39:11  10  last question, Why didn't Hoechst present the argument

09:39:16  11  during remarks, Exhibit 26, in prior applications of the

09:39:18  12  '333 prosecution?

09:39:18  13          That when they ultimately provide the answer,

09:39:21  14  and said, why didn't you do that earlier?  At the 30(b)(6),

09:39:24  15  as the corporate designee, her answer," I don't know."  That

09:39:31  16  is unexplained delay.  We asked her, tell us why.  And we

09:39:35  17  got, "I don't know."

09:39:38  18          With over four years of unexplained delay and

09:39:42  19  prejudice, can we show prejudice?  That is what happened in

09:39:44  20  the Cancer Research case, if you look at the facts, the

09:39:50  21  delay in prosecution was similar, but they lost because they

09:39:51  22  hadn't shown prejudice.

09:39:55  23          Here we are showing just such evidence.  You

09:39:57  24  will hear that Dr. Stewart from the University of Colorado,

09:40:00  25  that we talked about, he licensed his compounds to a company

09:40:05  1   called Nova Pharmaceuticals.  Dr. Ron Burch was one of the

09:40:07  2   people who worked at Nova Pharmaceuticals at the time.  He

09:40:11  3   is going to tell you the work that Nova was doing at the

09:40:16  4   time of the delay in the prosecution.  He is going to

09:40:18  5   explain Nova was working on similar bradykinin antagonist

09:40:23  6   peptides.  We are going to show you particular publications

09:40:26  7   from Nova that they focused on and a particular compound,

09:40:35  8   NPC 16731, one we talked about earlier, the NPC, that stands

09:40:39  9   for Nova Pharmaceuticals, there was a D-Tic in the 7

09:40:43  10  position and a Tic in the 8 position.  That is a compound

09:40:47  11  Nova was working on the in the late eighties and early 90s.

09:40:53  12  That specific compound, Your Honor, is specifically claimed

09:40:54  13  in the '333 patent.  It is not in the claim at issue, as an

09:40:56  14  unenforceability question we look at the patent as a whole,

09:40:56  15  like inequitable conduct.

09:40:59  16          What we see specifically is that even in Claim

09:41:01  17  12, that very compound that Nova was working on is claimed.

09:41:07  18          So Nova was working in this space.  That's what

09:41:09  19  the Cancer Research case says is necessary for prejudice.

09:41:15  20          Now, Your Honor, we are going to make a second

09:41:18  21  prejudice argument, which is prejudice to Fresenius.

09:41:21  22          To be clear, Fresenius was not working on this

           23  compound at the time.

09:41:27  24          If you look at Cancer Research carefully, what

09:41:30  25  it says is we are not going to let Barr, who was the generic

09:41:32   1    in that case, claim prejudice, for two reasons.  One, Barr

2    didn't file its application at the earliest possible date,

09:41:42   3    on the NTE Minus 1 date, so the delay in approval is kind of

09:41:44   4    Barr's fault, not the brand's fault.  Second, the brand by

09:41:47   5    delaying the prosecution didn't get the full five-year

09:41:52   6    patent extension you can get.

09:41:53   7            The undisputed evidence here and the undisputed

09:41:56   8    facts are that both of those things aren't true here.

09:41:59   9    Fresenius filed on the NCE-1 date.  We filed the very first

09:42:05   10   day we could.  Shire did get the five-year patent term

09:42:08   11   extension.  The only reason that Fresenius can't get on the

09:42:12   12   market as soon as the regulatory exclusivity expires is the

09:42:16   13   '333 patent.  For that, Fresenius can show prejudice.

09:42:22   14           What are we going to hear from Shire?  Shire's

09:42:25   15   response is to call a patent lawyer, Dr. Ellis.  She is

09:42:28   16   going to explain through the prosecution history that every

09:42:31   17   one of these steps, all these continuations and

09:42:34   18   continuations in part and various things they filed are

09:42:38   19   permitted under the rules.  No dispute.  True.  If we look

09:42:41   20   at Symbol Technologies, the question on prosecution laches

09:42:47   21   isn't does this comply with the rules or not.  We assume it

09:42:49   22   does.  The question is, even if you comply with the rules is

09:42:52   23   the patent enforceable?

09:42:53   24           The testimony of Dr. Ellis quite frankly is

09:42:55   25   going to be mostly undisputed and mainly irrelevant because

| | |
|---|---|
| 09:42:59 | 1 |
| 09:43:05 | 2 |
| | 3 |
| | 4 |
| 09:43:13 | 5 |
| 09:43:13 | 6 |
| 09:43:24 | 7 |
| 09:43:35 | 8 |
| 09:43:36 | 9 |
| 09:43:39 | 10 |
| 09:43:52 | 11 |
| 09:43:55 | 12 |
| 09:44:09 | 13 |
| 09:44:11 | 14 |
| 09:44:17 | 15 |
| 09:44:19 | 16 |
| 09:44:23 | 17 |
| 09:44:23 | 18 |
| 09:44:28 | 19 |
| 09:44:32 | 20 |
| 09:44:36 | 21 |
| 09:44:41 | 22 |
| 09:44:45 | 23 |
| 09:44:47 | 24 |
| 09:44:51 | 25 |

it doesn't answer the question.  She is not going to tell us whether there was a delay, she is not going to tell us why there was a delay, she is simply going to run through the prosecution history, and we don't think that is necessary.

She is not going to engage the science.

In the end we think the delay of four years also renders the patent unenforceable for prosecution laches.

Thank you.

THE COURT:  Thank you, Mr. Wiesen.

MR. HAUG:  Good morning, again, Your Honor.

May I approach, Your Honor?

THE COURT:  Mr. Buckson will take that from you.

MR. HAUG:  It is my pleasure to present an opening statement on behalf of the plaintiffs Sanofi as well as Shire.

I would like to put some context to this case if I may, Your Honor.

Who are the parties here?  Sanofi.  Sanofi is a global large pharmaceutical company, divisions in many populations, research facilities all over the world.  They were formed from a combination of Sanofi, Synthelabo, Hoechst, as well as Rhone-Poulenc.

They are involved in research and development of many drugs which they bring to the market.  In this particular case, they are the owner of the patent, the '333

09:44:55    1    patent as we are calling it, which is called Peptides Having

09:45:02    2    Bradykinin Antagonist Action.

09:45:04    3              Shire, the other plaintiff, through an

09:45:06    4    acquisition, they acquired the rights to the product

09:45:11    5    Firazyr, which is a therapy, and they have an exclusive

09:45:18    6    license under the '333 patent.

09:45:20    7              Shire is also a pharmaceutical company, not

09:45:23    8    quite as large as Sanofi.  However, a very significant,

09:45:27    9    substantial company, global company, large emphasis in rare

09:45:33   10    diseases, such as CNS disorders, and drugs.

09:45:37   11              I have here, I put a timeline up, if you start

09:45:41   12    at the bottom, 1989, the discovery of a series of bradykinin

09:45:57   13    antagonists began in the eighties.  In 1989 they ultimately

09:46:00   14    filed a U.S. patent application, the first U.S. patent

09:46:03   15    application, covering all of that work they had done in

09:46:07   16    those discoveries.

09:46:08   17              They filed that in the U.S. on June 30, 1989.

09:46:14   18              As this timeline shows, the prosecution took

09:46:18   19    eight years until 1997 when the '333 patent issued.  I think

09:46:29   20    for those people who are in this field and prosecuting

09:46:33   21    patents, particularly on new discoveries like this one, six,

09:46:39   22    seven, eight years is not ancient.  It sounds like a lot of

09:46:44   23    years, but it really isn't.

09:46:46   24              You will hear evidence from people who were

09:46:48   25    involved in the prosecution of the patent as well as some of

09:46:50   1    the inventors.

09:46:51   2          The timeline goes on.  After 1997, Hoechst, for

09:46:56   3    reasons that are not relevant to this case, decided they

09:47:00   4    would not continue commercialization of any of the icatibant

09:47:05   5    product and what happened was one of the lead inventors, Dr.

09:47:09   6    Knolle, Dr. Knolle was the head of chemistry for Hoechst at

09:47:14   7    the time, he was very much involved in the discovery of a

09:47:17   8    lot of these compounds, particularly, icatibant.  He was

09:47:22   9    very disappointed when the company didn't continue with the

09:47:27   10   project, to the point where he left and he went to another

09:47:31   11   company called Jerini, another pharmaceutical company.  What

09:47:35   12   happened was Jerini acquired the icatibant product as well

09:47:38   13   as rights to the '333 patent and they went ahead and

09:47:43   14   continued to develop the product.  They went into clinical

09:47:46   15   trials for a good number of years.  In fact, as this

09:47:49   16   timeline shows, in October of 2007 a New Drug Application,

09:47:55   17   an NDA, was submitted to the FDA by Jerini.  That is now ten

09:48:01   18   years after the patent issued.

09:48:03   19          Jerini finally has the data to ask for marketing

09:48:06   20   approval for this drug.

09:48:08   21          Shortly thereafter, in 2008, Shire announces

09:48:10   22   that they buy Jerini, so that's how Shire becomes a

09:48:15   23   plaintiff in this case.

09:48:17   24          Shire continues to work on the product and it's

09:48:20   25   on August 25, 2011, the NDA is approved by the FDA for

09:48:27   1   Firazyr.

09:48:27   2            When you look at the left, you see from drug

09:48:31   3   discovery to a final approval for a product to go to market

09:48:36   4   it took about 22 years.  It is a long time, a lot of

09:48:40   5   development and expense and everything that goes into

09:48:43   6   developing a product.  This is a poster child of what

09:48:47   7   happens for a new discovery going to the market eventually.

09:48:50   8            I should point out, the '333 patent, the claim

09:48:54   9   in this case is to a novel compound.  It is not a

09:48:58  10   formulation.  It is not that someone added a few more

09:49:02  11   ingredients and they made it more effective somehow.  This

09:49:05  12   is a brand new compound that was discovered.  Because of

09:49:08  13   that, it got approval in the end.  And it's a wonderful drug

09:49:12  14   in the market, which I will get to in a second.

09:49:17  15            What is Firazyr?  It is the branded name for

09:49:21  16   icatibant.  Icatibant injection was approved by the FDA, as

09:49:25  17   I just said, in August of 2011.  It is indicated for the

09:49:30  18   treatment of acute attacks of hereditary angioedema, HAE, it

09:49:38  19   is a rare genetic disease, a horrible disease.  And here is

09:49:43  20   the product that is approved with a prefilled syringe, a

09:49:48  21   single dose, it can be self-administered.  The key to this

09:49:52  22   drug is prior to icatibant you could not self-administer

09:49:56  23   subcutaneously a drug to treat HAE.  Some of these other

09:50:01  24   drugs that my colleague pointed to, Berinert and Kalbitor,

09:50:06  25   for example, Berinert is an I.V. drug.  You had to go to the

09:50:10    1    hospital and it is a different active.

09:50:12    2                Kalbitor has a black box warning.  It has safety

09:50:16    3    problems.  It cannot be self-administered.  Firazyr was the

09:50:21    4    first drug that you could self-administer for acute attacks

            5    of HAE.

            6                What is HAE?

09:50:30    7                One way to describe it is through pictures of

09:50:34    8    persons that have HAE.  What you see here is a woman who is

09:50:36    9    suffering from an attack of HAE.  It is uncontrolled

09:50:42   10    swelling.  It can be facial, hands, feet, gastrointestinal,

09:50:49   11    anywhere in the body.

09:50:51   12                It is an acute attack.  As you can see from this

09:50:54   13    picture, if it affects the larynx, it can be fatal.  You

09:50:59   14    would not be able to breathe.

09:51:02   15                The hope is you would be able to treat a patient

09:51:07   16    who undergoes an attack that works quickly, effectively, and

09:51:13   17    can be administered quickly and effectively.  Firazyr does

09:51:13   18    all of that.

09:51:14   19                There clearly was a long-felt need for this

09:51:18   20    drug.  We are going to hear from Dr. Kaplan, who is a

09:51:23   21    well-respected clinician from the relevant time period,

09:51:26   22    about what that long-felt need was and how icatibant

09:51:30   23    satisfied that need.

09:51:32   24                I have another picture that shows the

09:51:34   25    progression of HAE in this page, if you will follow the

09:51:40   1    Slides 1, 2, 3, 4, you can see how serious and how horrible

09:51:45   2    this disease is.

09:51:47   3            One more picture on the larynx, a little hard to

09:51:50   4    see on the black and white.

09:51:52   5            On the left is shown to be a normal larynx.  You

09:51:55   6    can see the vocal chord as well as the trachea.  You can't

09:51:59   7    see it that clearly on the right, that it is swollen.  That

09:52:03   8    trachea is almost shut.  If that is what happens to a

09:52:07   9    patient, it can be terminal to a patient.

09:52:09   10           The history of treatment of acute attacks of

09:52:12   11   HAE, there is no testimony -- you will hear testimony it

09:52:17   12   went all the way back to 1888.  In 1888, we have when

09:52:26   13   Hereditary Angioneurotic Edema is identified in the medical

09:52:28   14   literature.  It was a rare case back then, and no one knew

09:52:32   15   how to treat it.  That was 1888.

09:52:34   16           It was not until 1989 that icatibant was

09:52:38   17   discovered and invented as an effective treatment.

09:52:43   18           As I earlier alluded to, the FDA approved two

09:52:47   19   other products, Berinert and Kalbitor in 2009.  And in 2011

09:52:53   20   they approved the Firazyr product.

09:52:58   21           One last comment on what Firazyr is doing in the

09:53:03   22   marketplace.  This is just a report from Cowen, which is

09:53:11   23   well-known among the analysts in the field.

09:53:12   24           If we just look at the last underlined sentence,

09:53:16   25   if I may, "The consultants think that such at home

09:53:19   1   administration of a subcutaneous drug is the 'holy grail' of

09:53:24   2   acute HAE treatments."

09:53:29   3           Commercially, Firazyr has been commercially

09:53:33   4   successful.  On this slide I am slowing the sales of Firazyr

09:53:38   5   in 2016, which were in excess of a half a billion dollars.

09:53:42   6   As compared to Berinert, Kalbitor, and Ruconest in the

09:53:47   7   market, the sales are much, much higher and they are

09:53:50   8   increasing.

09:53:51   9           You will hear from Dr. Bell, who is an

09:53:54   10   economist, head of Life Sciences at Charles River

09:53:57   11   Associates, he will talk about the market and the commercial

09:54:06   12   success of Firazyr.         Who is Fresenius?  Fresenius is

09:54:07   13   the one who filed the ANDA.  Your Honor is exceedingly

09:54:12   14   familiar with ANDA cases and has had many of them.

09:54:16   15           Fresenius filed their ANDA.  They copied

09:54:19   16   icatibant.  Because it is an active ingredient, you either

09:54:23   17   make it or you don't.  There is no question of infringement

09:54:26   18   in this case because it's icatibant.

09:54:29   19           They filed it August 25th, 2015, with the

09:54:33   20   requisite Paragraph 4 certification, which is what is here.

09:54:37   21           Also, I should point out the FDA's stay of

09:54:42   22   approval, the 30-month stay doesn't expire for nearly a

09:54:46   23   year, February 25 of 2019.

09:54:50   24           As shown here, there are three dates.  This case

09:54:55   25   is a little bit, in context from our view, on the right

09:55:01    1    side, Firazyr, the Orphan Drug Exclusivity, it expires

09:55:04    2    August 25, 2018.  What that means is because this is an

09:55:08    3    orphan drug, Shire got Orphan Drug exclusivity for a certain

09:55:13    4    period of time, which is a regulatory exclusivity, so there

09:55:15    5    can't be any generic version, if you will, the FDA won't

09:55:20    6    approve or give a final approval until at least August 25,

09:55:25    7    2018.

09:55:27    8            If we move to the left, I just mentioned, there

09:55:30    9    is an FDA stay of approval which goes out to February 25,

09:55:36   10    2019, about 30 months from that.

09:55:39   11            One more arrow to the left, the patent expires

09:55:43   12    July 15, 2019, 19 months from now.

09:55:50   13            I would like to talk about the patent.

09:55:53   14            The '333 patent, we are down to Claim 14.  Claim

09:55:59   15    14, we are down to that because it is icatibant.  It is a

09:56:03   16    peptide of that formula.  As Mr. Wiesen has already pointed

09:56:06   17    out, it is a series of amino acids, it is a deca-peptide,

09:56:11   18    ten amino acids.  And that is what Claim 14 is.  I show here

09:56:16   19    right below the claim the chemical structure.

09:56:19   20            If I could have Claim 1 of the '333 patent,

09:56:32   21    right there it says what is claimed is a peptide of Formula

09:56:37   22    I, then it goes on, if you could please continue on with the

09:56:43   23    claim, if you look at the patent, it goes on for another

09:56:47   24    column, it goes on for two columns, it goes on for almost

09:56:53   25    three columns.  That is the claim that was originally filed

09:56:57  1  and is granted.

09:56:58  2          Why is it so long?  It's because the discovery

09:57:02  3  here was not just to icatibant.  The discovery was a whole

09:57:05  4  class of bradykinin antagonists back in the 80s, compounds,

09:57:11  5  being one of those compounds of the many, many thousands of

09:57:15  6  compounds that are within the scope of the '333 patent.  I

09:57:17  7  point this out because in this case Fresenius only wants to

09:57:22  8  talk about icatibant.  And even their expert Raines wants to

09:57:27  9  just say this is how to get a patent on icatibant.  When he

09:57:31  10  is looking at what happens in the Patent Office, he is doing

09:57:33  11  that doing that obviously in hindsight.  And he is looking

09:57:37  12  back to 1991 and saying what could have, should have been

09:57:43  13  done to get a claim on icatibant earlier.

09:57:45  14          I am pointing out that at the time of the

09:57:47  15  prosecution and throughout the history of the prosecution,

09:57:50  16  it was not just about getting a claim on icatibant.  It was

09:57:53  17  about getting a claim like this, Claim 1 that covers

09:57:56  18  thousands of compounds.

09:57:59  19          Obviously, they were entitled to it, they got

09:58:01  20  the patent on it.  We cut the case down to only Claim 14

09:58:07  21  because that's all we need.

09:58:10  22          If we could go to the cover page of the patent,

09:58:20  23  the cover page of the '333 patent, the left-hand side, there

09:58:25  24  are nine inventors listed.  They are all in Germany.  Some

09:58:32  25  of them are no longer with us.  This patent was filed back,

09:58:37   1    as I said, in 1989.

09:58:39   2              If we go down now where it says Related U.S.

09:58:44   3    Application Data, highlighted below that, what you see there

09:58:47   4    is a long list of continuation and continuation-in-part

09:58:53   5    applications.  This is just the pedigree and the history of

09:58:57   6    this patent as it went through the Patent Office for that

09:59:01   7    eight years.  It went through those refilings to do all

09:59:06   8    those different things.

09:59:08   9              Unfortunately, Your Honor, there is an

09:59:10   10   allegation here of patent prosecution laches, which requires

09:59:13   11   us to get into the patent prosecution and put forth why we

09:59:19   12   believe there is no undue delay.

09:59:21   13             There certainly was not any intent to delay.  So

09:59:24   14   we have to get in the weeds on that.

09:59:27   15             It is a painful experience, I can tell Your

09:59:30   16   Honor in advance.  I think it is necessary for the Court to

09:59:33   17   understand what happened in this prosecution and we will try

09:59:36   18   to do that as efficiently and quickly as possible.

09:59:42   19             In any event, there are a lot of applications

09:59:44   20   that were filed.  Below that it says Foreign Application

09:59:47   21   Priority Date.  There are five German priority documents.

09:59:52   22   When discoveries are made, they are filed in Germany first

09:59:56   23   because they are German companies and inventors, and they

10:00:00   24   combine them when they prosecute in the U.S.

10:00:03   25             These different applications are directed to

10:00:05    1    different claims, different discoveries.  And they will

10:00:08    2    combine them.  So the nine inventors listed here, they don't

10:00:13    3    all -- they are not all necessarily inventors on every claim

10:00:17    4    in this patent.  They are different inventors that did

10:00:21    5    different things.  And it is perfectly proper to put all

10:00:24    6    your inventors in one patent and do just what they did here.

10:00:29    7           My point here is that the '333 patent, while

10:00:34    8    it's only relevant for purposes of this litigation to

10:00:38    9    determine whether Claim 14 is valid and whether Claim 14 is

10:00:44   10    enforceable, I think there is context that is important

10:00:47   11    here.

10:00:48   12           The two issues to be decided, as Mr. Wiesen

10:00:59   13    said, two issues, obviousness-type double patenting and

10:01:05   14    prosecution laches.  First, a word about history.

10:01:06   15           This case was filed in 2015.  When filed it was

10:01:10   16    only about obviousness under 103.  Mr. Wiesen talked about

10:01:15   17    the Stewart and Vavrek work that was out there, and his view

10:01:19   18    of what that prior art said and taught and therefore Claim

10:01:24   19    14 is invalid for obviousness.

10:01:27   20           We went through a lot of discovery on that.

10:01:31   21    After the pretrial order was filed, it was dropped.  We are

10:01:36   22    happy it was dropped, of course.  But it was dropped.  That

10:01:39   23    is what that case is about.  Whether or not Stewart, Vavrek,

10:01:43   24    all these people doing work out there, whether or not that

10:01:46   25    work rendered Claim 14 obvious, that is not an issue in the

| | |
|---|---|
| 10:01:50 | 1 |
| 10:01:54 | 2 |
| 10:01:55 | 3 |
| 10:02:00 | 4 |
| 10:02:05 | 5 |
| 10:02:09 | 6 |
| 10:02:14 | 7 |
| 10:02:22 | 8 |
| 10:02:27 | 9 |
| 10:02:28 | 10 |
| 10:02:32 | 11 |
| 10:02:38 | 12 |
| 10:02:44 | 13 |
| 10:02:46 | 14 |
| 10:02:51 | 15 |
| 10:02:56 | 16 |
| 10:03:01 | 17 |
| 10:03:08 | 18 |
| 10:03:12 | 19 |
| 10:03:22 | 20 |
| 10:03:27 | 21 |
| 10:03:32 | 22 |
| 10:03:36 | 23 |
| 10:03:40 | 24 |
| 10:03:46 | 25 |

case.  What is now an issue in the case is obviousness-type double patenting.

The claim now is that the '7,803, which I am going to show you, is a later-filed patent, about three years later.  A later-filed patent for a different invention.  The argument is, this later-filed patent, as you compare Claim 1 with Claim 14 of the earlier-filed '333 patent, makes the '333 patent Claim 14 obvious based on the prior art.

What they are now arguing is we don't assert the prior art renders Claim 14 obvious by itself, but when you take the prior art together with the '7,803 Claim 1, somehow that makes it obvious.

That's the case, as I understand it.  I think it's unusual even in the obviousness-type double patenting arena because the reference patent, the '7,803 is later in time than the '333 patent.  The '333 patent prosecution didn't even cite anything about the '7,803 patent.  Well, it's not prior art.  The '7,803 claims are not only cited in the '333 patent, right in the specification, but the Patent Office rejected the '7,803 over the '333 patent, and Hoechst had to prosecute and they actually had an interview in the case.  And they ultimately found, the Patent Office found, that Claim 1 of the '7,803 was patentably distinct over the '333 patent, and they are different inventions.

10:03:51  1          You will hear from an inventor of the '7,803

10:03:55  2  patent and you will of course hear from experts about the

10:03:59  3  differences between these claims.

10:04:08  4          Staying with obviousness for a second, what is

10:04:11  5  not in this case?  Anticipation is not in the case,

10:04:15  6  inequitable conduct is not in the case, even though I heard

10:04:19  7  words from Mr. Wiesen this morning about stalling, trying to

10:04:22  8  delay.  Those are heavy words.  But there is no claim of

10:04:30  9  inequitable conduct here.

10:04:32  10          Hoechst was prosecuting this until 1997, then

10:04:37  11  they sold the product.  They weren't even working on a

           12  clinical program.  They weren't even trying to get a drug to

10:04:45  13  market.  Indeed, they decided they couldn't do that.  So

10:04:48  14  they sold the product.

10:04:49  15          So the idea that from 1991 to 1995 they had some

10:04:54  16  motive to delay is simply unfounded.  There is simply no

10:04:59  17  record or evidence in this record about that.  Fresenius

           18  chose not to take discovery of the patent attorneys handling

10:05:01  19  this case, Finnegan Henderson in Washington,

10:05:03  20  a well-respected patent prosecution firm.  They took no

10:05:06  21  discovery of Hoechst or anybody else on the issue of

10:05:10  22  stalling or delaying, period.  It's not in the case.

10:05:16  23          Prosecution laches, those of us in the patent

10:05:20  24  world for I will say now decades, if you had one prosecution

10:05:27  25  laches case, you are probably in the top one percent.  It is

10:05:33  1   not something that you will see very often.  The Federal

10:05:37  2   Circuit in the Lemelson case says that.  It is a very, very

10:05:45  3   rare situation where we have patent prosecution laches.  In

10:05:48  4   those days, the Federal Circuit was dealing with what we

10:05:53  5   call Lemelson cases.  Lemelson became quite well known and

10:05:57  6   had a lot of notoriety because he was filing a lot of

10:06:02  7   patents and keeping them private, secret, we didn't have

10:06:07  8   publication rules back in those days, you didn't have to

10:06:10  9   publish your patent, you can stay in the Patent Office, no

10:06:14  10  one knew, for decades.  Then technology would move along and

10:06:18  11  all of a sudden patents would start popping up.  These were

10:06:23  12  called submarine patents and it was a real problem for the

10:06:27  13  laser industries and all kinds of industries.

10:06:29  14          Finally, the Federal Circuit said, that's

10:06:33  15  laches, you can't have patents pending for 20 years, 19

10:06:37  16  years, 10 years, 30 years, and so on.  You are abusing the

10:06:42  17  patent system.  That was abuse of the system.

10:06:47  18          Then there was there was a follow-on case,

10:06:50  19  Cancer Research, from 2010, from the Federal Circuit, the

10:06:54  20  Federal Circuit said, in addition to showing that the patent

10:06:59  21  applicant engaged in an egregious misuse of the statutory

10:07:03  22  patent system, quoting from the Symbol Technologies v.

10:07:07  23  Lemelson case, you have to show that a third party was

10:07:10  24  working in the field during the period of alleged delay and

10:07:13  25  that that third party had intervening rights and was

| | |
|---|---|
| 10:07:17 | 1 |
| 10:07:18 | 2 |
| 10:07:22 | 3 |
| 10:07:26 | 4 |
| 10:07:30 | 5 |
| 10:07:33 | 6 |
| 10:07:37 | 7 |
| 10:07:40 | 8 |
| 10:07:44 | 9 |
| 10:07:48 | 10 |
| 10:07:53 | 11 |
| 10:08:03 | 12 |
| 10:08:04 | 13 |
| 10:08:16 | 14 |
| 10:08:22 | 15 |
| 10:08:26 | 16 |
| 10:08:33 | 17 |
| 10:08:36 | 18 |
| 10:08:41 | 19 |
| 10:08:46 | 20 |
| 10:08:49 | 21 |
| 10:08:54 | 22 |
| 10:08:56 | 23 |
| 10:08:59 | 24 |
| 10:09:02 | 25 |

prejudiced by the delay.

The delay period here, the alleged delay period here was 1991 to 1995.

Fresenius is urging the Court to find that it was prejudiced.  Fresenius didn't even know about this product until it was approved in 2011.  And we have testimony in this case that will show Fresenius decided to go after this product in 2014.  This is 19 years after the alleged period of delay.  How that can be prejudice?  I think, as a matter of law, it can't.  I think there is a failure of proof as to this prong, but we will see when we hear we hear the defendant's case.

I would like to go back to the '7,803 patent, Claim 1.  We are looking at Claim 1.  It says a peptide of the Formula I, then it has all of these different moieties that appear into this compound or into this peptide.

Mr. Wiesen was correct.  There is a claim construction dispute, I think, because what I heard is Fresenius saying, a peptide -- this claim doesn't require everything that the claim says it requires.  The claim says a peptide of the Formula Z, P, A --

THE COURT:  Say that again?  Your interpretation of what Mr. Wiesen said?

MR. HAUG:  My understanding is that this claim does not require all of the elements that appear here.

10:09:05  1          THE COURT:  I didn't hear that.

10:09:08  2          MR. HAUG:  I am sorry.

10:09:09  3          THE COURT:  I just don't want to manufacture a

10:09:13  4  dispute that is going to waste my time.  Go ahead.  Let's

10:09:17  5  make this more of an opening, please.

10:09:23  6          MR. HAUG:  In any event, Claim 1 here requires

10:09:26  7  Z, which can be all of these different things.  When any of

10:09:30  8  those substituents appear as Z, that's what the compound is,

10:09:39  9  it is a peptide, for example, all of these other things

10:09:43  10  might be icatibant.  And all these things can be something

10:09:50  11  different than just icatibant.

10:09:52  12          If I can have DDX1-2.

10:10:04  13          This is a slide that is also shown.  It is their

10:10:09  14  version of the prosecution history.  You will see this in

10:10:14  15  various forms in this trial.  It shows the complexity that

10:10:18  16  was involved in this prosecution and the various

10:10:22  17  applications that were filed for different reasons.  Even as

10:10:25  18  it shows here, it says Group 1, Group 2, Group 3.  They were

10:10:30  19  trying to claim "different things, and" we will try to help

10:10:35  20  the Court walk through this application.

10:10:41  21          If I could have the one slide, 1.18.  Here we

10:10:50  22  have a timeline that shows the alleged period of delay, and

10:10:54  23  as you see, the U.S. filing date was June of 1989.  And the

10:11:02  24  alleged period of delay is 1991 to 1995.  And the patent

10:11:08  25  issues in '97.  You can see what happened thereafter.

| | | |
|---|---|---|
| 10:11:12 | 1 | Again, I think what will be important for the |
| 10:11:15 | 2 | Court is for the Court to see what effort there is of |
| 10:11:22 | 3 | intervening rights and prejudice. |
| 10:11:24 | 4 | With that, I will only very briefly say who we |
| 10:11:29 | 5 | have appearing -- |
| 10:11:30 | 6 | THE COURT:  I can see. |
| 10:11:33 | 7 | MR. HAUG:  On Dr. Knolle, he does send his |
| 10:11:36 | 8 | regrets.  He was going to be here as of Thursday.  He had |
| 10:11:41 | 9 | emergency surgery this weekend. |
| 10:11:44 | 10 | THE COURT:  Sorry to hear that. |
| 10:11:46 | 11 | Let's take a very short break. |
| 10:11:49 | 12 | (Recess taken.) |
| 10:33:16 | 13 | THE COURT:  Your first witness. |
| 10:33:18 | 14 | MR. JAMES:  Your Honor, Fresenius calls as its |
| 10:33:22 | 15 | first witness Dr.  William Bachovchin. |
| 10:33:58 | 16 | ... WILLIAM BACHOVCHIN, having been duly sworn |
| 10:33:59 | 17 | as a witness, was examined and testified as follows... |
| 10:34:10 | 18 | THE COURT:  Good morning, Doctor. |
| 10:34:33 | 19 | DIRECT EXAMINATION |
| 10:34:34 | 20 | BY MR. JAMES: |
| 10:34:34 | 21 | Q.    Good morning, Dr. Bachovchin. |
| 10:34:35 | 22 | A.    Good morning. |
| 10:34:36 | 23 | Q.    Are you currently employed? |
| 10:34:38 | 24 | A.    Yes, I am. |
| 10:34:39 | 25 | Q.    Who are you currently employed by? |

Bachovchin - direct

10:34:42    1    A.    I am employed by the Tufts University School of

10:34:46    2    Medicine.

10:34:46    3    Q.    What is your position at Tufts University School of

10:34:50    4    Medicine?

10:34:50    5    A.    I am a Professor in the Department of Developmental,

            6    Molecular, and Chemical Biology.

            7    Q.    What are your responsibilities in that position?

            8    A.    My responsibilities include teaching graduate

10:35:02    9    students, medical students and doing research.

10:35:03   10    Q.    What subjects do you teach?

10:35:05   11    A.    I teach amino acids, peptides and proteins, and I

10:35:08   12    teach a course in drug design.

10:35:11   13    Q.    Dr. Bachovchin, have you prepared slides today to

10:35:16   14    accompany your testimony?

10:35:17   15    A.    Yes, I have.

10:35:18   16    Q.    Let's pick up the first slide, DDX2-2, using this

10:35:24   17    slide, just walk briefly through your educational

10:35:27   18    background?

10:35:27   19    A.    I went to Wake Forest on a football scholarship and

10:35:32   20    got a Bachelor's degree in science and biology, and went on

10:35:37   21    to the California Institute of Technology and got a Ph.D.

10:35:42   22    degree in 1977.

10:35:43   23    Q.    Did you do any postdoctoral work?

10:35:45   24    A.    I did one year of postdoctoral work at the California

           25    Institute of Technology with Professor John D. Roberts, and

1    then I did another year of postdoctoral work at the Harvard

10:35:50    2    Medical School with Professor Bert Valee.

10:35:50    3    Q.      After your work at Harvard, what did you do?

10:35:59    4    A.      I accepted a position at Tufts School of Medicine as

10:36:01    5    an assistant professor in the Department of Biochemistry.

10:36:04    6    Q.      Dr. Bachovchin, in your binder is DTX-313 -- we will

10:36:11    7    put it up on the face on the screen.  Is DTX-313 a copy of

10:36:17    8    your curriculum vitae?

10:36:19    9    A.      Yes, it is.

10:36:20    10   Q.      Does it accurately reflect your education and

10:36:22    11   experience?

10:36:23    12   A.      Yes, it does.

10:36:24    13   Q.      We are focused on work going on prior to 1989.  Can

10:36:36    14   you tell us about the work going on at Tufts in 1989?

10:36:39    15   A.      I was working on a class of enzymes known as proteases

10:36:46    16   which degrade peptide bonds.  I was working and studying

10:36:48    17   their function and mechanism.

10:36:49    18   Q.      We will talk more about this, but can you explain very

10:36:53    19   briefly for us what a protease is?

10:36:55    20   A.      Yes.  A protease is an enzyme that will cut a peptide

10:37:03    21   bond in a peptide or a protein and it can change the

10:37:07    22   properties of the peptide.  It can either degrade it, make

10:37:11    23   it inactive or increase its activity.

10:37:13    24   Q.      Can you explain what a peptide is?

10:37:16    25   A.      A peptide is a polymer of amino acids bound together

Bachovchin - direct

| | | |
|---|---|---|
| 10:37:24 | 1 | like beads mixed linked on a string. |
| 10:37:24 | 2 | Q.    During your time at Tufts, were there any particular |
| | 3 | proteases that you were working on? |
| 10:37:29 | 4 | A.    Yes.   I was working on a family of proteases, referred |
| 10:37:32 | 5 | to as the post-proline family of enzymes for their |
| 10:37:35 | 6 | preference for cleaving after proline bonds. |
| 10:37:40 | 7 | Q.    What is proline? |
| 10:37:41 | 8 | A.    Proline is a type of amino acid. |
| 10:37:44 | 9 | Q.    Were you developing inhibitors for those enzymes? |
| 10:37:48 | 10 | A.    I was. |
| 10:37:48 | 11 | Q.    What does it mean to have an inhibitor of an enzyme? |
| 10:37:52 | 12 | A.    An inhibitor of an enzyme blocks the enzyme |
| 10:37:54 | 13 | activities.   It would prevent the enzyme, in this case the |
| 10:37:59 | 14 | protease, from cleaving the peptide bonds in the peptide |
| 10:38:02 | 15 | that was its substrate. |
| 10:38:04 | 16 | Q.    What is the purpose of you making those inhibitors? |
| 10:38:06 | 17 | A.    The purpose for making those inhibitors was twofold. |
| 10:38:12 | 18 | It was to use those inhibitors to help define and understand |
| 10:38:16 | 19 | the mechanism and function of the protease in vivo, but also |
| 10:38:23 | 20 | to try to find whether these inhibitors could be developed |
| 10:38:26 | 21 | as therapeutic agents. |
| 10:38:28 | 22 | Q.    What is your current research focus at Tufts? |
| 10:38:33 | 23 | A.    My current research continues to focus on post-proline |
| 10:38:41 | 24 | family proteases. |
| 10:38:41 | 25 | Q.    Let's go back to DDX-2.2, that overview of your work. |

Bachovchin - direct

10:38:43    1   As the bottom there is a reference to a company called Point

10:38:48    2   Therapeutics.   What's that?

10:38:49    3   A.      Point Therapeutics is a company that I founded in 1999

10:38:57    4   and transferred some of the technology we developed of

10:39:01    5   inhibitors of proteases to develop further.

10:39:03    6   Q.      Was Point Therapeutics developing drug products?

10:39:07    7   A.      Yes, it was.

10:39:07    8   Q.      What happened in the development of those drug

10:39:11    9   products at Point Therapeutics?

10:39:13   10   A.      It took a compound that we had identified as an

10:39:16   11   inhibitor of one of these enzymes, it's called PDT-100 or

10:39:22   12   talabostat.   That compound was taken into human clinical

10:39:24   13   trials and advanced to Phase III human clinical trials.

10:39:28   14   Q.      Your curriculum vitae also mentioned Arisaph

10:39:31   15   Pharmaceuticals . Can you tell us about Arisaph?

10:39:33   16   A.      Yes.   That is a second company I founded in the same

10:39:39   17   way to develop some of the inhibitors we developed in my lab

10:39:42   18   for commercial development.

10:39:44   19   Q.      How far did those inhibitors advance in development?

10:39:46   20   A.      Two of the compounds we developed by ourselves were

10:39:51   21   taken by Arisaph into human clinical trials.   One was an

10:39:56   22   inhibitor for a treatment of diabetes, and a second was a

10:39:58   23   treatment of cardiovascular disease.

10:40:01   24   Q.      Other than your work at Tufts and your work with these

10:40:05   25   companies that you founded, have you held any other

| | | |
|---|---|---|
| 10:40:07 | 1 | positions in your career? |
| 10:40:08 | 2 | A.    Yes.  For a long time I was a member of the outside -- |
| 10:40:13 | 3 | THE COURT:  Doctor, hold that thought just a |
| | 4 | second. |
| | 5 | (Pause.) |
| 10:42:28 | 6 | BY MR. JAMES: |
| 10:42:28 | 7 | Q.    Doctor, I believe the last question was other than |
| 10:42:32 | 8 | your work at Tufts and founding these companies, have you |
| 10:42:36 | 9 | held any other positions in your career? |
| 10:42:38 | 10 | A.    Yes.  For a long time I was on the outside advisory |
| | 11 | committee of the Stable Isotope Committee Board of Los |
| | 12 | Alamos National Laboratory, and I served for ten years as |
| 10:42:50 | 13 | chairman of that committee. |
| 10:42:50 | 14 | Q.    Can you very briefly describe your duties in that |
| 10:42:53 | 15 | position? |
| 10:42:53 | 16 | A.    The responsibilities of that committee at Los Alamos |
| 10:42:58 | 17 | was the sole supplier of stable isotopes for chemical and |
| 10:43:03 | 18 | biological research.  They would get requests from all over |
| 10:43:06 | 19 | the world for various labeled chemical entities.  We would |
| 10:43:10 | 20 | evaluate these requests and help decide the priority of the |
| 10:43:15 | 21 | requests and help design ways in which those isotopes could |
| 10:43:19 | 22 | be incorporated into the molecules that would be requested. |
| 10:43:25 | 23 | Q.    In addition to your work at Tufts and these |
| 10:43:28 | 24 | independent companies that you have mentioned, have you |
| 10:43:29 | 25 | consulted for any pharmaceutical companies? |

Bachovchin - direct

10:43:31    1    A.    Yes, I have.  I have consulted with DuPont, Merck,

10:43:37    2    Boehringer-Ingelheim, Cetus, and a number of others.

10:43:38    3    Q.    Over what time span have you done that consulting

10:43:41    4    work?

10:43:42    5    A.    That was from the early 1980s through the end of 1990.

10:43:45    6    Q.    Was any of that work in peptide chemistry?

10:43:48    7    A.    Essentially, all of it was in the area of peptide

10:43:52    8    chemistry.

10:43:52    9    Q.    Have any of those companies that you mentioned funded

10:43:56    10    your research?

10:43:57    11    A.    Yes, they did.  I received funding from Merck,

10:44:02    12    Boehringer-Ingelheim and Cetus.

10:44:03    13    Q.    How long has your research involved peptide chemistry?

10:44:07    14    A.    My work has involved peptide chemistry essentially

10:44:12    15    from the beginning but certainly from the 1980s.

10:44:15    16    Q.    Have you ever studied methods for making peptides more

10:44:22    17    resistant to enzymatic cleavage, that proteolytic cleavage

10:44:26    18    that you were mentioning earlier?

10:44:28    19    A.    Yes.

10:44:28    20    Q.    Can you describe that work?

10:44:29    21    A.    We actually invented a new procedure for making

10:44:32    22    enzymes stable to degradation by proteases.  We have made a

10:44:37    23    discovery that there was a single minor modification that

10:44:40    24    one could make to the amino acids in certain positions that

10:44:47    25    would render peptides that incorporated those amino acids

10:44:51 1    stable to all proteases in a certain class.

10:44:54 2    Q.    Dr. Bachovchin, have you received any awards in

10:45:01 3    connection with your work in chemistry?

10:45:02 4    A.    Yes.  I received the Research and Development Award

10:45:04 5    from the National Institute of Health.

10:45:06 6    Q.    Can you explain what that award is?

10:45:09 7    A.    That is an award to fund my full salary for five years

10:45:14 8    to allow me to focus 100 percent of my time on research.

10:45:18 9    Q.    Have you received any grants as part of your work?

10:45:21 10   A.    Yes, I have.  I have received numerous grants from

10:45:22 11   both the NIH and the National Science Foundation.

10:45:26 12   Q.    Have any of those grants related to peptide chemistry?

10:45:29 13   A.    Essentially all of them have.

10:45:30 14   Q.    Have you published any articles in connection with

10:45:34 15   your work?

10:45:34 16   A.    Yes, I have.  I have published more than 100 articles.

10:45:38 17   Q.    Are you a named inventor on any patents?

10:45:41 18   A.    Yes, I am.  I am a named inventor on more than 40

10:45:44 19   issued U.S patents and more than 100 patents around the

10:45:49 20   world.

10:45:49 21   Q.    Have you served as a reviewer related to any journals

10:45:53 22   related to peptide chemistry or drug development?

10:45:56 23   A.    Yes, I have.  I served as a reviewer for Nature,

10:45:59 24   Science, Proceedings for the National Academy of Science,

10:46:02 25   Journal of Medicinal Chemistry, Biochemistry, the Journal of

Bachovchin - direct

| | | |
|---|---|---|
| 10:46:08 | 1 | the American Chemical Society, and several others. |
| 10:46:09 | 2 | MR. JAMES:  Your Honor, Fresenius offers Dr. |
| 10:46:12 | 3 | Bachovchin as an expert in the field of peptide chemistry, |
| 10:46:15 | 4 | drug design and discovery. |
| 10:46:17 | 5 | THE COURT:  Any objection? |
| 10:46:18 | 6 | MS. KUZMICH:  No objection, Your Honor. |
| 10:46:20 | 7 | THE COURT:  The doctor is accepted as an expert |
| 10:46:22 | 8 | in those fields. |
| 10:46:23 | 9 | BY MR. JAMES: |
| 10:46:24 | 10 | Q.    I want to turn to your opinions in this case, Doctor. |
| 10:46:28 | 11 | You understand that the '333 patent is at issue in this case |
| 10:46:33 | 12 | here? |
| 10:46:33 | 13 | A.    Yes. |
| 10:46:34 | 14 | Q.    Have you reviewed that patent? |
| 10:46:35 | 15 | A.    Yes. |
| 10:46:35 | 16 | Q.    What claim are you offering an opinion about? |
| 10:46:39 | 17 | A.    It's Claim 14. |
| 10:46:40 | 18 | Q.    Let's put that out on the screen.  That is DDX2-3.  We |
| 10:46:46 | 19 | will come back to this.  At a high level, what is in Claim |
| 10:46:51 | 20 | 14 of the '333 patent? |
| 10:46:52 | 21 | A.    Claim 14 claims a specific ten-amino acid peptide, the |
| 10:47:03 | 22 | sequence shown there by the three letters for amino acids. |
| 10:47:03 | 23 | Q.    Let's put up DDX2-4.  What issue were you asked |
| 10:47:10 | 24 | address in this case? |
| 10:47:10 | 25 | A.    I was asked whether Claim 14 of the '333 patent is |

| | | |
|---|---|---|
| 10:47:15 | 1 | invalid for obviousness-type double patenting over Claim 1 |
| 10:47:19 | 2 | of the '7,803 patent. |
| 10:47:21 | 3 | Q.    In that regard, can you tell us the question that you |
| 10:47:27 | 4 | addressed? |
| 10:47:28 | 5 | A.    Yes, the question I addressed was, is Claim 14 of the |
| 10:47:33 | 6 | '333 patent an obvious variant of Claim 1 of the '7,803 |
| 10:47:39 | 7 | patent. |
| 10:47:39 | 8 | Q.    Have you formed an opinion on that question? |
| 10:47:44 | 9 | A.    Yes, I have.  My opinion is that Claim 14 of the '333 |
| 10:47:51 | 10 | patent is an obvious variant of Claim 1 of the '7,803 |
| 10:47:59 | 11 | patent. |
| 10:47:59 | 12 | Q.    Have you summarized the basis for that opinion in a |
| 10:48:03 | 13 | slide? |
| 10:48:03 | 14 | A.    I have. |
| 10:48:04 | 15 | Q.    Let's look at the next slide.  Using this slide, Dr. |
| 10:48:08 | 16 | Bachovchin, can you explain to the Court the basis for your |
| 10:48:11 | 17 | opinion that Claim 14 of the '333 patent is invalid for |
| 10:48:15 | 18 | obviousness-type double patenting? |
| 10:48:17 | 19 | A.    Yes.  The reasons include that the '7,803 patent and |
| 10:48:21 | 20 | the '333 patents are co-owned and have inventors in common. |
| 10:48:26 | 21 | Also, peptides claimed in the '7,803 patent include the same |
| 10:48:33 | 22 | ten-amino-acid sequence recited in Claim 14 of the '333 |
| 10:48:36 | 23 | patent, with a removable protecting group attached. |
| 10:48:41 | 24 | And a person of skill in the art would have been |
| 10:48:43 | 25 | motivated to remove the protecting group, and would have |

Bachovchin - direct

10:48:46  1  reasonably expected the resultant peptide to be a bradykinin

10:48:50  2  antagonist.

10:48:51  3          For these reasons I conclude that the peptide of

10:48:55  4  Claim 14 of the '333 patent is an obvious variant of Claim 1

10:49:01  5  of the '7,803 patent.

10:49:04  6  Q.    Let's turn to the definition of the person of ordinary

10:49:08  7  skill in the art.  In your analysis, did you use a

10:49:11  8  definition of the person of ordinary skill?

10:49:13  9  A.    Yes, I did.

10:49:14  10  Q.    Let's put up the next slide.  What is shown on Slide

10:49:21  11  DDX2-6?

10:49:23  12  A.    What is shown here is my definition of the person of

10:49:26  13  ordinary skill in the art.

10:49:27  14  Q.    What qualifications would a person of ordinary skill

10:49:31  15  in the art have had under your definition?

10:49:33  16  A.    Under my definition, a person of ordinary skill in the

10:49:37  17  art would be one who had a Ph.D. in organic chemistry,

10:49:41  18  medicinal chemistry, pharmacology, or a related field, and

10:49:44  19  had years of experience in medicinal chemistry or

10:49:47  20  pharmacology related to peptides and experience developing

10:49:51  21  new potential drug candidates.

10:49:54  22  Q.    In your opinion, are there any other characteristics

10:49:56  23  that the person of ordinary skill in the art would have had?

10:49:59  24  A.    Yes.  I believe that person of skill in the art would

10:50:03  25  also have regularly reviewed the literature related to

10:50:06  1   organic chemistry and medicinal chemistry, including peptide

10:50:09  2   chemistry, and would have been able to analyze and

10:50:12  3   characterize potential drug compounds both structurally and

10:50:16  4   with regard to their biological properties.

10:50:18  5   Q.   Do you understand that the plaintiffs in this case

10:50:21  6   claim a priority date for the '333 patent of January 1989?

10:50:26  7   A.   Yes, I do.

10:50:27  8   Q.   Would you personally have fit the definition of a

10:50:31  9   person of ordinary skill in the art as of January 1989?

10:50:35  10  A.   Yes, I would have.

10:50:36  11  Q.   Do you understand that the experts for the plaintiffs

10:50:38  12  have asserted a slightly different definition for the person

10:50:42  13  of ordinary skill in the art?

10:50:43  14  A.   Yes.

10:50:43  15  Q.   Would your opinions in this case be altered if the

10:50:47  16  Court were to adopt the plaintiffs' definition of the person

10:50:50  17  of ordinary skill in the art?

10:50:51  18  A.   No, it would not.

10:50:52  19  Q.   I want to turn now and talk about the technical

10:50:56  20  background in this case.

10:50:57  21       You mentioned earlier that peptides are made up

10:51:01  22  of amino acids.  And I want to start there.  Let's pull up

10:51:05  23  DDX2-7.  What is shown on this slide?

10:51:09  24  A.   This slide shows the generic structure of the amino

10:51:12  25  acid.

Bachovchin - direct

10:51:12  1  Q.     On the left side of this slide you have a blue box.

10:51:15  2  What is in that blue box?

10:51:17  3  A.     All amino acids have an amino group and an acid group.

10:51:21  4  That's what gave them their name.

10:51:23  5          And the blue box shows the amino group.  The

10:51:26  6  amino group is composed of a nitrogen atom and two hydrogen

10:51:32  7  atoms.

10:51:32  8  Q.     And in the red box what is depicted?

10:51:36  9  A.     That shows the acid part, in this case it is a

10:51:41  10  carboxylic acid group, a carboxylic group is composed of a

10:51:45  11  carbon group, two oxygen atoms and a hydrogen atom.

         12  Q.     In the middle there is an orange box with an R in it.

10:51:51  13  What's that?

10:51:51  14  A.     That is referred to as the side chain.  And it is the

         15  side chain that gives each amino acid its specific

         16  characteristics and distinguishes one amino acid from

10:52:04  17  another.

10:52:04  18  Q.     The next slide, DDX2-8, what is illustrated here?

10:52:09  19  A.     This illustrates how the R groups can vary from one

10:52:15  20  amino acid to another.  You can see each one has a

10:52:18  21  carboxylate group and an amino group, but they differ in

10:52:22  22  their side chains.

10:52:23  23  Q.     Starting with the amino acid on the left, can you

10:52:28  24  explain the R group or side chain of glycine?

10:52:30  25  A.     So the side chain of the amino acid on the left, which

Bachovchin - direct

| | | |
|---|---|---|
| 10:52:35 | 1 | is glycine, is illustrated in orange.  You can see, it |
| 10:52:39 | 2 | consists only of a hydrogen atom.  Glycine is the smallest |
| 10:52:44 | 3 | and simplest of the amino acids. |
| 10:52:46 | 4 | Q.    With respect to arginine, can you explain its side |
| 10:52:50 | 5 | chain? |
| 10:52:51 | 6 | A.    You see the side chain of arginine, indicated here in |
| 10:52:56 | 7 | orange, is much larger.  It has a chain of carbon atoms |
| 10:53:00 | 8 | connected together and ends with a grouping we refer to as a |
| | 9 | guanidine group. |
| | 10 | Q.    Would you next talk about the side chain of |
| | 11 | phenylalanine? |
| 10:53:11 | 12 | A.    Phenylalanine is referred to as an aromatic side chain |
| | 13 | or an aromatic amino acid.  That's because of this |
| 10:53:20 | 14 | six-membered ring, where you see there the double bond, it's |
| 10:53:20 | 15 | these double bonds together, that free structure, that |
| 10:53:22 | 16 | refers to the aromatic character on the side chain. |
| 10:53:26 | 17 | Q.    The amino acid on the far right, proline, I think you |
| 10:53:30 | 18 | mentioned that earlier.  Its side chain looks a little |
| 10:53:34 | 19 | different.  Can you explain that? |
| 10:53:36 | 20 | A.    Proline is unusual.  It's the only amino acid whose |
| 10:53:39 | 21 | side chain bends around and forms a bond to the amino group, |
| 10:53:45 | 22 | the backbone amino group. |
| 10:53:47 | 23 | Q.    In common parlance, how many naturally occurring amino |
| 10:53:53 | 24 | acids are there? |
| 10:53:53 | 25 | A.    In common parlance, there are 20 naturally occurring |

Bachovchin - direct

| | | |
|---|---|---|
| 10:53:56 | 1 | amino acids. |
| 10:53:57 | 2 | Q.    The next slide, what is shown herein? |
| 10:54:01 | 3 | A.    This is showing all 20 naturally occurring amino |
| 10:54:04 | 4 | acids. |
| 10:54:04 | 5 | Q.    Can you talk about how they vary from one another? |
| 10:54:07 | 6 | A.    You can see on the top left glycine, which we talked |
| 10:54:11 | 7 | about, glycine is the smallest and simplest one. |
| 10:54:14 | 8 | The next one up from that is alanine.  Alanine |
| 10:54:18 | 9 | differs in that it has a methyl group.  As you go to the |
| 10:54:22 | 10 | right and towards the bottom, you run into big and more |
| 10:54:27 | 11 | complicated side chains. |
| 10:54:28 | 12 | Q.    For the record, that is DDX2-9. |
| 10:54:33 | 13 | Let's look at the next slide.  What are you |
| 10:54:38 | 14 | showing on DDX2-10? |
| 10:54:42 | 15 | A.    This is illustrating that amino acids can exist in two |
| | 16 | combinations referred to as stereoisomers.  And we are using |
| 10:54:52 | 17 | alanine to illustrate these stereoisomers. |
| 10:54:52 | 18 | Q.    You have them labeled on the left L-alanine and on the |
| 10:54:57 | 19 | right D-alanine.  Can you explain the difference in these |
| | 20 | two? |
| 10:55:00 | 21 | A.    The L-alanine nomenclature refers to the juxtaposition |
| 10:55:05 | 22 | in space of the groups attached to the central carbon atom. |
| 10:55:09 | 23 | Here we see the central carbon atom is labeled in yellow. |
| 10:55:13 | 24 | And you have four groups that attach to that carbon atom. |
| 10:55:16 | 25 | But these four groups can be attached in two ways such that |

Bachovchin - direct

| | | |
|---|---|---|
| 10:55:21 | 1 | these two groups cannot be superimposed in space.  They are |
| 10:55:28 | 2 | non-superimposable mirror images, much like your right hand |
| 10:55:30 | 3 | and your left hand.  You have the same fingers, the same |
| 10:55:32 | 4 | thumb, but they cannot be superimposed.  They are mirror |
| 10:55:36 | 5 | images.  This is true of the L and D forms of amino acids. |
| 10:55:42 | 6 | Q.    This difference between L and D amino acids, Dr. |
| 10:55:47 | 7 | Bachovchin, is that important in this case? |
| 10:55:49 | 8 | A.    Yes, it is. |
| 10:55:50 | 9 | Q.    Why is that? |
| 10:55:51 | 10 | A.    That is because the compound at issue in this case |
| 10:55:58 | 11 | incorporates a number of D-amino acids into the peptide |
| 10:56:03 | 12 | sequence. |
| 10:56:04 | 13 | Q.    How are amino acids joined together into a peptide, |
| 10:56:09 | 14 | Doctor? |
| 10:56:09 | 15 | A.    Amino acids are joined together in a peptide by the |
| 10:56:12 | 16 | formation of peptide bonds. |
| 10:56:14 | 17 | Q.    Let's look at the next slide, that's DDX2-11.  Can you |
| 10:56:20 | 18 | use this slide to talk about how a peptide bond is formed? |
| 10:56:24 | 19 | A.    Yes.  This illustrates two amino acids and highlights |
| 10:56:28 | 20 | the carboxylic group of one amino acid and highlights the |
| 10:56:34 | 21 | amino group of another.  A peptide bond is formed when these |
| 10:56:37 | 22 | two groups come together and form a peptide bond. |
| 10:56:42 | 23 | Q.    Let's put up the rest of the slide. |
| 10:56:47 | 24 |      Can you explain what is shown on the right-hand |
| 10:56:50 | 25 | side of DDX2-11? |

Bachovchin - direct

| | | |
|---|---|---|
| 10:56:52 | 1 | A.     This shows these two groups have come together and |
| 10:56:55 | 2 | formed a peptide bond.  When that happens, water is |
| 10:57:00 | 3 | eliminated. |
| 10:57:01 | 4 | Q.     You have this labeled as a dipeptide, why is that? |
| 10:57:05 | 5 | A.     Yes, it is staple nomenclature to use a prefix to |
| 10:57:10 | 6 | designate the length of the peptide polymer.  In this case |
| 10:57:14 | 7 | it is a dipeptide because there are two amino acids.  If |
| 10:57:17 | 8 | there are three, it would be a tripeptide, if there were |
| 10:57:21 | 9 | four, it would be a tetrapeptide. |
| 10:57:24 | 10 | Q.     When you are talking about making peptide bonds, can |
| 10:57:31 | 11 | that process go in reverse? |
| 10:57:32 | 12 | A.     Yes. |
| 10:57:32 | 13 | Q.     Are there molecules in the body that would facilitate |
| 10:57:36 | 14 | that reverse process? |
| 10:57:37 | 15 | A.     Yes, they can. |
| 10:57:37 | 16 | Q.     What kind of molecules are those? |
| 10:57:39 | 17 | A.     They are often referred to as hydrolytic enzymes, |
| 10:57:44 | 18 | because they are adding water, the reverse reaction is |
| 10:57:47 | 19 | adding water.  They are often referred to as hydrolytic |
| 10:57:51 | 20 | enzymes or proteolytic enzymes, because of the protease. |
| 10:58:08 | 21 | Q.     I want to talk a little bit about how chemists write |
| 10:58:11 | 22 | out peptide sequences.  Let's look at the next slide. |
| 10:58:16 | 23 |        At the top, you have something labeled a |
| 10:58:19 | 24 | bradykinin.  Can you explain what you're illustrating |
| 10:58:22 | 25 | there? |

Bachovchin - direct

| | |
|---|---|
| 10:58:22 | 1 |
| 10:58:29 | 2 |
| 10:58:32 | 3 |
| 10:58:35 | 4 |
| 10:58:39 | 5 |
| 10:58:43 | 6 |
| 10:58:49 | 7 |
| 10:58:53 | 8 |
| 10:58:56 | 9 |
| 10:58:59 | 10 |
| 10:59:03 | 11 |
| 10:59:03 | 12 |
| 10:59:07 | 13 |
| 10:59:08 | 14 |
| 10:59:12 | 15 |
| 10:59:15 | 16 |
| 10:59:18 | 17 |
| 10:59:22 | 18 |
| 10:59:25 | 19 |
| 10:59:28 | 20 |
| 10:59:30 | 21 |
| 10:59:33 | 22 |
| 10:59:34 | 23 |
| 10:59:38 | 24 |
| 10:59:42 | 25 |

A.    Yes.  So this is illustrating a peptide that is known as bradykinin, and this shows the amino acid sequences that define the sequence of bradykinin.

Q.    Now, on the left-hand side of bradykinin, you have a label N-terminus.  Can you explain that?

A.    Yes.  So the amino acid that's at the N-terminus has been linked to the next amino acid of the carboxyl group, but this amino group is free, not bound to anything.  That's indicated here by the presence of this NH2 group highlighted in yellow.  So we refer to this as the N-terminal amino group.

Q.    And on the far right you have the C-terminus labeled. Can you explain that, please?

A.    Yes.  So again this is -- on this end of the molecule, the last amino acid would be a carboxylate group, and here this indicates that this carboxylate group is present and unbound to anything else, and we refer to this as the C-terminus.

Q.    Could you put up the rest of that slide.

      Below the bradykinin sequence you have two additional sequences there, Dr. Bachovchin.  Could you explain those, please?

A.    So this is alternate ways of illustrating this ten-amino-acid peptide sequence.  You can -- the yellow highlighting here indicates that you have the amino group

10:59:44   1   and the carboxylate group on the N-terminus and C-terminus

10:59:50   2   respectively.  But you can also write it by omitting those

10:59:53   3   and by convention it's understood that this peptide has the

10:59:59   4   free amino group on the N-terminus and free carboxylate

11:00:03   5   group on the C-terminus.

11:00:03   6   Q.    You provided some numbers underneath those sequences.

11:00:06   7   Can you explain those numbers, please?

11:00:08   8   A.    Yes.  By convention, amino acid sequences in

11:00:11   9   polypeptides and proteins are by convention numbered

11:00:14  10   sequentially from the N-terminus to the C-terminus.  So in

11:00:19  11   the case of a nine-amino-acid peptide, the amino acid at the

11:00:23  12   N-terminus would be number one and the amino acid at the

11:00:26  13   C-terminus would be number nine.

11:00:28  14   Q.    Dr. Bachovchin, we'll come back and talk about this in

11:00:31  15   more detail later, but in the 1980s, were researchers making

11:00:34  16   bradykinin analogs?

11:00:35  17   A.    Yes, they were.

11:00:39  18   Q.    Can you explain to the Court what a bradykinin analog

11:00:42  19   is?

11:00:42  20   A.    A bradykinin analog would be a peptide based on the

11:00:46  21   structure of bradykinin, but to which certain changes were

11:00:49  22   made to make it a little different than bradykinin.

11:00:53  23   Q.    Let's look at the next slide.  And at the top of this

11:00:57  24   slide you've written, substitution of an amino acid.  Can

11:01:01  25   you explain what you are showing there?

Bachovchin - direct

11:01:02  1   A.      Right.  So one way of making a bradykinin analog would

11:01:06  2   be to substitute one of the amino acids for another.  And so

11:01:10  3   here we're showing that bradykinin itself has a serine at

11:01:14  4   position six.  So if we made another peptide and put a

11:01:18  5   glycine down in that position instead of a serine, we would

11:01:21  6   have an analog of bradykinin.

11:01:23  7   Q.      And how would that analog be noted in a paper or

11:01:29  8   publication, for example?

11:01:31  9   A.      So an analog of a peptide is designated as we've shown

11:01:37  10  here.  What you do is you put a parentheses and you indicate

11:01:40  11  what changes have been made to the starting molecule.

11:01:43  12          So this says that -- this is bradykinin, but

11:01:47  13  it's bradykinin that has a glycine at the six position

11:01:50  14  instead of whatever was at the position to start with.  This

11:01:53  15  makes it easy to understand what peptide it is.  You don't

11:01:57  16  have to go through and confirm each time that this is a

11:02:00  17  bradykinin analog.  This tells you it's a bradykinin analog

11:02:04  18  with glycine at the six position.

11:02:05  19  Q.      Let's put up the next part of the slide, Mr. Chase.

11:02:09  20  Here you've labeled it addition of an amino acid.  Can you

11:02:12  21  explain that?

11:02:12  22  A.      So another way to modify a starting sequence, to make

11:02:16  23  an analog of a starting sequence, would be to add an amino

11:02:21  24  acid.  In this case we are adding an amino acid to the

11:02:24  25  N-terminus.

Bachovchin - direct

| 11:02:26 | 1 | Q.    All right.  And what amino acid is being added at the |
| 11:02:31 | 2 | N-terminus? |
| 11:02:32 | 3 | A.    In this case we're adding a D-Arginine to the |
| 11:02:37 | 4 | N-terminus. |
| 11:02:37 | 5 | Q.    How would you write that out? |
| 11:02:38 | 6 | A.    To indicate that this is a bradykinin analog with |
| 11:02:40 | 7 | D-Arginine at the N-terminus, we would put in front of it |
| 11:02:46 | 8 | BK -- that stands for bradykinin.  In parentheses we say |
| 11:02:50 | 9 | D-arg at position zero, bradykinin. |
| 11:02:54 | 10 | Q.    Can you explain why you designated as position zero |
| 11:02:58 | 11 | and not one? |
| 11:02:58 | 12 | A.    This is designated as position zero to be consistent |
| 11:03:01 | 13 | with the numbering of starting peptide bradykinin so we |
| 11:03:04 | 14 | don't have to change the numbering of the starting peptide. |
| 11:03:07 | 15 | The starting peptide retains its numbering, and we've |
| 11:03:10 | 16 | continued numbering to the left going to zero and eventually |
| 11:03:13 | 17 | to negative numbers. |
| 11:03:15 | 18 | Q.    The D that's modifying the arginine there, is that the |
| 11:03:20 | 19 | D and L designation we talked about earlier? |
| 11:03:22 | 20 | A.    Yes, it is.  That indicates that that is D-Arginine, |
| 11:03:25 | 21 | the non-natural stereoisomer of arginine. |
| 11:03:28 | 22 | Q.    The other amino acids are not labeled D or L.  What |
| 11:03:31 | 23 | would be the understanding with respect to those amino |
| 11:03:34 | 24 | acids? |
| 11:03:34 | 25 | A.    So if you don't see a D or an L in front of an amino |

Bachovchin - direct

| 11:03:38 | 1 | acid, the conventional understanding is that those amino |

11:03:38    1    acid, the conventional understanding is that those amino

11:03:40    2    acids are in the L configuration or the naturally occurring

11:03:43    3    configuration.

11:03:44    4    Q.    Are D-amino acids natural amino acids?

11:03:48    5    A.    D-amino acids are not natural amino acids.

11:03:52    6    Q.    Can these examples of addition and substitution, can

11:03:55    7    they be combined?

11:03:56    8    A.    Yes, they can.

11:03:57    9    Q.    Let's put up the last part of the slide, Mr. Chase.

11:03:59    10   And using that last part of the slide, Doctor, could you

11:04:02    11   explain that concept?

11:04:03    12   A.    Yes.  So here we're illustrating that these two

11:04:07    13   substitutions, these two changes, these two modifications

11:04:10    14   are being made to the bradykinin molecule.  So we're taking

11:04:14    15   the serine position six and changing it to a glycine and

11:04:17    16   we're adding arginine to the N-terminus.  So this would be

11:04:21    17   designated as a bradykinin analog, in parentheses to

11:04:25    18   illustrate that this is bradykinin, but with D-Arginine in

11:04:28    19   position zero and with glycine at position six.

11:04:32    20   Q.    How are these concepts relevant to icatibant?

11:04:35    21   A.    They are relevant to Oic because icatibant is

11:04:39    22   basically an analog of bradykinin in which various amino

11:04:44    23   acids have been substituted or added.

11:04:46    24   Q.    I'd like to turn now to the concept of peptide

11:04:51    25   synthesis.  Were there known methods for synthesizing

Bachovchin - direct

| | | |
|---|---|---|
| 11:04:55 | 1 | peptides in January 1989? |
| 11:04:56 | 2 | A.    Yes, there were. |
| 11:04:58 | 3 | Q.    By 1989, what was the most common method for |
| 11:05:01 | 4 | synthesizing peptides? |
| 11:05:02 | 5 | A.    By 1989, the most widely used method for synthesizing |
| 11:05:07 | 6 | peptides was a method referred to as solid phase peptide |
| 11:05:11 | 7 | synthesis. |
| 11:05:11 | 8 | Q.    I want to talk a little bit more about this.  In your |
| 11:05:16 | 9 | binder is DTX-182.  We'll put up the face page. |
| 11:05:20 | 10 | Doctor, is this a copy or an excerpt from a |
| 11:05:24 | 11 | textbook by Bodanszky? |
| 11:05:26 | 12 | A.    Yes, it is. |
| 11:05:27 | 13 | Q.    When was Bodanszky published? |
| 11:05:32 | 14 | A.    Bodanszky was published in 1988. |
| 11:05:34 | 15 | Q.    Was the Bodanszky textbook a well-known text before |
| 11:05:37 | 16 | 1989? |
| 11:05:38 | 17 | A.    Yes, it was. |
| 11:05:39 | 18 | Q.    Let's put up an excerpt from page DTX-182.009. |
| 11:05:48 | 19 | There's a paragraph there that starts with the word yet. |
| 11:05:51 | 20 | Can you explain to the Court what Bodanszky is saying |
| 11:05:53 | 21 | here? |
| 11:05:54 | 22 | A.    Yes.  Bodanszky is basically saying here that the most |
| 11:05:56 | 23 | important development in the history of peptide synthesis |
| 11:06:00 | 24 | was the invention of solid phase peptide synthesis by |
| 11:06:04 | 25 | Merrifield in 1963. |

Bachovchin - direct

11:06:07   1   Q.    Why was solid phase synthesis such an important

11:06:10   2   development?

11:06:10   3   A.    It was an extremely important development because it

11:06:13   4   greatly facilitated the production of peptides for a number

11:06:18   5   of reasons, not the least because it allowed for the

11:06:21   6   automation of peptide synthesis such that you could make an

11:06:25   7   amino acid with a machine that would pretty much do the work

11:06:29   8   for you by punching in the peptide synthesis peptide

11:06:33   9   sequence.

11:06:33   10  Q.    You said that you could make an amino acid by punching

11:06:37   11  in a peptide sequence?

11:06:38   12  A.    I'm sorry.  Peptide.  You could make a peptide

11:06:41   13  automatically by instructing the machine to make the

11:06:45   14  peptide.

11:06:45   15  Q.    Thank you.

11:06:47   16        I want to talk about an example of how solid

11:06:49   17  phase synthesis would work.  Let's go to the next slide,

11:06:52   18  which is DDX-2-16.

11:06:56   19        Can you tell us what you are showing here, Dr.

11:07:00   20  Bachovchin?

11:07:00   21  A.    So here we have an illustration.  We're saying that if

11:07:02   22  we desire to make this five amino acid peptide sequence here

11:07:06   23  labeled one through five on the N-terminus to C-terminus,

11:07:10   24  how we would do that with solid phase peptide synthesis.

11:07:13   25  Q.    Let's go to DDX-2-17.  Can you explain what you are

11:07:17   1    showing here, Doctor?

11:07:18   2    A.    So this shows that the solid phase peptide synthesis

11:07:23   3    used something like the column that's packed with here,

11:07:26   4    we're calling resin beads, which are basically an insoluble

11:07:30   5    material, and it's packed into the column.  And you could

11:07:35   6    add things to the top and remove things from the bottom.

11:07:38   7    Q.    Okay.  We've added some more text here in DDX-2-18.

11:07:44   8    It says, protected amino acid.  Can you tell us what you are

11:07:47   9    showing in this slide?

11:07:48   10   A.    Yes.  So here we're showing that to these resin beads

11:07:52   11   in this column, we are now adding a solution containing a

11:07:55   12   protected amino acid.

11:07:57   13   Q.    Let's put up just a little bit more here, Mr. Chase.

11:08:01   14   If you could put up the next part of the slide, DDX-2-19 and

11:08:06   15   stop there.

11:08:07   16          Dr. Bachovchin, what are you showing in

11:08:11   17   DDX-2-19?

11:08:12   18   A.    This is showing an expanded view of one of the resin

11:08:15   19   beads.

11:08:15   20   Q.    Let's go to the next slide and stop there.

11:08:19   21          Now, Dr. Bachovchin, you have a couple of

11:08:23   22   colored circles and a block there.  Can you explain what you

11:08:26   23   are showing in DDX-2-19 here?

11:08:28   24   A.    Yes.  This is designed to illustrate an amino acid

11:08:31   25   that we're adding to the solid phase resin through this

Bachovchin - direct

11:08:34    1    column, and this is amino acid number five.  And you can see

11:08:38    2    amino acid number five is here designated in blue and its

11:08:42    3    N-terminus has got an orange group on it, and we're using

11:08:46    4    this orange group to designate that that N-terminus has a

11:08:49    5    protecting group on it.  But the C terminal carboxylate

11:08:53    6    group is free.

11:08:53    7    Q.    So you said the N-terminus is protected.  That's the

11:08:57    8    amino group that we talked about earlier?

11:09:00    9    A.    Yes.  The amino group on the N-terminus has got a

11:09:04    10   blocking or protecting group on it to prevent it from

11:09:08    11   participating in unwanted reactions.

11:09:11    12   Q.    That protecting group, is that a chemical?

11:09:13    13   A.    Yes, it is.

11:09:14    14   Q.    Let's go forward with the slide.  Dr. Bachovchin, can

11:09:21    15   you explain what we're seeing there?

11:09:23    16   A.    So what we're illustrating here is this first amino

11:09:26    17   acid which we're labeling amino acid five, the C terminal

11:09:30    18   amino acid, forms a bond to the solid resin.

11:09:33    19   Q.    Why did you start with amino acid five?

11:09:36    20   A.    Because solid phase synthesis goes in the reverse

11:09:39    21   direction from the nomenclature of peptides from N-terminus

11:09:43    22   to C-terminus.  In solid phase peptide synthesis, we make

11:09:48    23   peptides from the C-terminus to the N-terminus.

11:09:50    24   Q.    Okay.  I want to step back for a second and ask you

11:09:53    25   about that protecting group.  Do protecting groups play a

Bachovchin - direct

11:09:56  1   role in this litigation?

11:09:57  2   A.    Yes, they do.

11:09:59  3   Q.    Can you explain that?

11:10:00  4   A.    They play a very important role because the issue at

11:10:06  5   stake is whether a peptide with and without a blocking group

11:10:11  6   on the N-terminus constitute different peptides or is one an

11:10:18  7   obvious variant of another.

11:10:19  8   Q.    Let's look at the next part of the slide, and here you

11:10:24  9   have some amino acid five.  Can you explain what's happening

11:10:27  10  here, Dr. Bachovchin?

11:10:29  11  A.    So this is designed to illustrate what would happen in

11:10:32  12  the absence of a protecting group, and you can see what

11:10:35  13  would happen is amino acid five would form uncontrolled

11:10:39  14  polymers on the beads, but it would also form uncontrollable

11:10:43  15  mixtures of dipeptides, tripeptides and higher amino acids

11:10:48  16  in the solvent space between the rest of the beads.

11:10:51  17  Basically, you would have lost any control of making the

11:10:53  18  desired peptide sequence.

11:10:54  19  Q.    Let's look at the next slide, which is DDX-2-21.  Dr.

11:11:00  20  Bachovchin, what are you illustrating on this slide?

11:11:02  21  A.    So this is illustrating that every resin bead would

11:11:10  22  form multiple bonds with the C terminal amino acid, which in

11:11:16  23  this case is amino acid five, and even after that, you would

11:11:20  24  still have amino acids, blocked amino acids free in the

11:11:26  25  space between the resin beads.

Bachovchin - direct

11:11:27   1   Q.      Let's go back now and look at that single amino acid

11:11:31   2   you had attached.  That's DDX-2-22.  What's the next step in

11:11:37   3   the solid state synthesis process?

11:11:40   4   A.      Well, after washing the way the blocked, unbound amino

11:11:43   5   acids, the next thing you would do would be to deprotect the

11:11:47   6   N-terminus.

11:11:49   7   Q.      Why do you have to deprotect the N-terminus?

11:11:51   8   A.      Because you're getting ready now to add the next amino

11:11:55   9   acid in the sequence and you need to have this amino group

11:11:59  10   out free so that it can couple to the next amino acid.

11:12:03  11   Q.      Let's look at the next slide.

11:12:06  12              And, Dr. Bachovchin, just for the record,

11:12:10  13   DDX-2-22, what are you showing there?

11:12:11  14   A.      So this is showing now that the protecting group has

11:12:15  15   been removed and washed away, and so now you have the amino

11:12:19  16   acid number five attached to the resin bead, but now the

11:12:23  17   amino group on this amino acid is free and available to do

11:12:28  18   chemistry with the next amino acid.

11:12:30  19   Q.      What's the next step in the process?

11:12:32  20   A.      The next step would be to add the next amino acid in

11:12:37  21   sequence if you want the bead in the next position as the

11:12:43  22   N-terminal protected amino acid.

11:12:45  23   Q.      Let's look at the next slide.  This is DDX-2-23.

11:12:50  24   Mr. Chase, if you could just let that roll a little bit.

11:12:53  25              And, Dr. Bachovchin, can you tell us what we're

Bachovchin - direct

11:12:55    1    seeing here?

11:12:56    2    A.    Yes.  And here this is showing now that we're adding

11:12:58    3    the next amino acid, amino acid four, and you can see amino

11:13:04    4    acid four has a free carboxylate group, but it has an

11:13:07    5    N-protecting group on the N-terminus.  Again, very crucial

11:13:11    6    it has that protecting group.  But now the only thing that

11:13:14    7    can happen is the carboxylate group can react with this

11:13:18    8    amino group and you prevent this amino group from

11:13:23    9    participating inside this reaction illustrated here.

11:13:24   10    Q.    Every time you add an amino acid, do you have to take

11:13:27   11    that protecting group off?

11:13:28   12    A.    Yes.  Every time you add an amino acid, you have to

11:13:32   13    take the protecting group off.

11:13:33   14    Q.    Now, Mr. Chase, if you could just let the animation

11:13:38   15    run.

11:13:38   16          And, Dr. Bachovchin, if you could just tell the

11:13:40   17    Court what you are showing in this animation?

11:13:43   18    A.    So in order to make your desired peptide sequence,

11:13:46   19    what you do, you run through cycles of deprotection, wash

11:13:49   20    away the extraneous materials of the column, add the next

11:13:54   21    amino acid, and repeat and recycle until you get to the

11:13:58   22    desired, in this case, five amino acid sequence, while still

11:14:04   23    bound to the resin bead and also still having a protecting

11:14:11   24    group on the N-terminus.

11:14:13   25    Q.    Now, at this point when you have the peptide sequence

11:14:17    1    that you want attached to the resin bead, what's the next

11:14:21    2    step?

11:14:21    3    A.      Well, the next step would be to remove the peptide

11:14:24    4    from the resin bead.

11:14:25    5    Q.      And that's shown on DDX-2-27.  And if we go to the

11:14:30    6    next slide, what's the result of that cleavage?

11:14:33    7    A.      So the result of this cleavage now is you can collect

11:14:36    8    the desired amino acid peptide that you set out to make and

11:14:42    9    it's still bound to the N-terminal protecting group.

11:14:45   10    Q.      Now, is this protected peptide the final product in

11:14:48   11    your synthesis?

11:14:49   12    A.      No.  In our synthesis, the final product would be the

11:14:53   13    five amino acid peptide without the N terminal protecting

11:14:57   14    group.

11:15:15   15    Q.      This protected peptide with the N-terminal protecting

11:15:18   16    group on it here, is this an intermediate?

11:15:22   17    A.      This would be an intermediate on the pathway to making

11:15:27   18    the five-amino-acid peptide.

11:15:29   19    Q.      What would the next step be?

11:15:32   20    A.      The next step would be to move the N-terminal

11:15:36   21    protecting group.

11:15:37   22    Q.      We will talk about this later.  Can you talk about

11:15:40   23    whether this protecting group removal was difficult in 1989?

11:15:46   24    A.      No.  Removing of the protecting groups that were

11:15:50   25    widely used for peptides synthesis would have been extremely

11:15:54    1    easy to remove at this stage.

11:15:56    2    Q.    Let's look at the next slide.  It's DDX2-29.  What is

11:16:08    3    it showing here?

11:16:08    4    A.    This is showing the five-amino-acid peptide with the N

11:16:11    5    protecting group removed, N-terminal protecting group

11:16:16    6    removed.

11:16:16    7    Q.    Let's go to the next slide, DDX-2-30.  As of 1989 what

11:16:24    8    were the most common protecting groups used to protect the

11:16:29    9    amino terminus of amino acid groups in solid phase

            10    synthesis?

11:16:31   11    A.    So there were a wide variety of protecting groups

11:16:35   12    available and useful for this purpose.  By far the most

11:16:38   13    widely used ones were referred to here as Boc and Fmoc.

11:16:43   14    Q.    Boc and Fmoc, are they acronyms for those long names

11:16:49   15    you have there?

11:16:50   16    A.    They are acronyms for these long chemical names.

11:16:53   17    Q.    Did either of these N groups have an advantage over

11:16:57   18    the other?

11:16:57   19    A.    Yes.  Fmoc had an advantage over Boc.

11:17:01   20    Q.    Why was that?

11:17:02   21    A.    Fmoc was easier to remove than Boc.

11:17:05   22    Q.    Let's look at the next slide, which is DDX2-31, can

11:17:11   23    you use this to talk about the advantages of Fmoc please?

11:17:15   24    A.    Yes.  So it turns out that in the process of making

11:17:19   25    peptides you might also need to protect the side chain

Bachovchin - direct

11:17:22    1    functional groups on these amino acids.  And this

11:17:25    2    illustrates that here in this picture.  Here you have amino

11:17:30    3    acid 1, 3 and 4, with the side chain that has a protecting

11:17:35    4    group on it.  And the N terminus have another different

11:17:39    5    protecting group on it.

11:17:41    6    Q.    Let's go play the animation.  Mr. Chase, here we are

11:17:47    7    looking at Slide DDX2-31.

11:17:51    8          What are you showing there?

11:17:53    9    A.    This is showing the N-terminal protecting group, which

11:17:57   10    is Fmoc in this case, it had the advantage that it could be

11:18:02   11    removed without disturbing the blocking groups of the other

11:18:05   12    amino acids or in fact disturbing any of the other chemistry

11:18:07   13    that goes on in peptide synthesis.

11:18:10   14    Q.    When was the Fmoc first designed as a protecting group

11:18:14   15    used in organic synthesis?

11:18:16   16    A.    It was first designed in the early 1970s.

11:18:19   17    Q.    When was Fmoc first used in solid phase peptide

11:18:24   18    synthesis?

11:18:24   19    A.    It was first used in solid phase peptide synthesis in

11:18:27   20    the late 1970s.

11:18:29   21    Q.    I am going to show you JTX-16, which is an article by

11:18:33   22    Chang, Mr. Chase has put up the cover page of that article.

11:18:36   23    When was the Chang article published, Doctor?

11:18:39   24    A.    The Chang article was published in 1978.

11:18:42   25    Q.    In layman's terms, what is the subject matter of the

Bachovchin - direct

| | | |
|---|---|---|
| 11:18:46 | 1 | Chang article as reflected in the title? |
| 11:18:48 | 2 | A.    So the subject matter is to describe the use of the |
| 11:18:56 | 3 | Fmoc group, which is here designated by its chemical name. |
| 11:18:59 | 4 | The use of the Fmoc group in solid phase peptide synthesis. |
| 11:19:06 | 5 | Q.    I would like to put up an excerpt from Chang, it is at |
| 11:19:10 | 6 | Page JTX-16.2.  What is Chang saying here? |
| 11:19:15 | 7 | A.    So here he is saying that you can use the Fmoc group |
| 11:19:19 | 8 | in solid phase peptide synthesis and it has the desirable |
| 11:19:24 | 9 | feature that it can be removed by mild base treatment. |
| 11:19:28 | 10 | Q.    Let's put up another excerpt, this Bodanszky reference |
| 11:19:33 | 11 | we looked at earlier which was DTX-187.  This is from Page |
| 11:19:43 | 12 | 182.0086 and 182.0165.  What is Bodanszky saying here about |
| 11:19:50 | 13 | Fmoc? |
| 11:19:52 | 14 | A.    Bodanszky is saying basically the introduction of Fmoc |
| 11:20:01 | 15 | in solid phase peptide synthesis was a major step forward in |
| 11:20:03 | 16 | solid phase peptide synthesis, because of the utility, ease |
| 11:20:05 | 17 | and utility with which it could be removed from the |
| 11:20:09 | 18 | N-terminal amino group. |
| 11:20:12 | 19 | Q.    I would like to put up DTX-60 in your binder, which is |
| 11:20:17 | 20 | a copy of the Breipohl article.  When was the Breipohl |
| 11:20:23 | 21 | article published? |
| 11:20:23 | 22 | A.    The Breipohl article was published in 1986. |
| 11:20:28 | 23 | Q.    Are any of the authors on the Breipohl article |
| 11:20:32 | 24 | inventors on the '333 patent? |
| 11:20:35 | 25 | A.    Yes, they are. |

Bachovchin - direct

| | | |
|---|---|---|
| 11:20:36 | 1 | Q.    Which authors? |
| 11:20:37 | 2 | A.    Breipohl and Knolle. |
| 11:20:42 | 3 | Q.    Does the Breipohl article discuss solid phase |
| 11:20:47 | 4 | synthesis? |
| 11:20:48 | 5 | A.    Yes, it does. |
| 11:20:48 | 6 | Q.    In Exhibit DTX60.0003, what is Breipohl saying here in |
| 11:20:57 | 7 | this excerpt? |
| 11:20:59 | 8 | A.    Breipohl is stating the advantages of using the Fmoc |
| 11:21:03 | 9 | group in solid phase peptide synthesis.  He is specifically |
| 11:21:07 | 10 | saying the Fmoc group avoids the need to repeatedly treat |
| 11:21:11 | 11 | the peptide with harsher chemicals, like acid and liquid |
| 11:21:18 | 12 | hydrogen fluoride. |
| 11:21:18 | 13 | Q.    Why would that be an advantage, to avoid acida and |
| 11:21:23 | 14 | liquid hydrogen fluoride? |
| 11:21:24 | 15 | A.    It would greatly facilitate the yield and purity of |
| 11:21:27 | 16 | the final product and the ease of making the final product. |
| 11:21:29 | 17 | Q.    Now, in addition to Fmoc and Boc, were any other types |
| 11:21:36 | 18 | of amino protecting groups known in the art in 1989? |
| 11:21:41 | 19 | A.    Yes, there were a large number of amino protecting |
| 11:21:45 | 20 | groups known in the art. |
| 11:21:46 | 21 | Q.    Let's put up an exhibit from DTX-187, which is an |
| 11:21:52 | 22 | excerpt from the Greene book.  What is the title of that |
| 11:21:56 | 23 | text? |
| 11:21:57 | 24 | A.    The title is Protective Groups in Organic Synthesis. |
| 11:22:00 | 25 | Q.    When was the Greene excerpt published? |

Bachovchin - direct

| | | |
|---|---|---|
| 11:22:04 | 1 | A.    I believe it was 1981 -- I am sorry, 1988. |
| 11:22:16 | 2 | Q.    Now, were there any differences -- sorry.  I skipped a |
| 11:22:22 | 3 | question here.  Let's put up Slide DDX-2-35.  This is an |
| 11:22:31 | 4 | excerpt from DTX-187 -- |
| 11:22:35 | 5 | THE COURT:  Doctor, I see a copyright of 1981? |
| 11:22:40 | 6 | THE WITNESS:  Yes.  I was right. |
| 11:22:46 | 7 | BY MR. JAMES: |
| 11:22:47 | 8 | Q.    This table is from Greene.  Right? |
| 11:22:49 | 9 | A.    Yes, it is. |
| 11:22:49 | 10 | Q.    Can you explain what is being shown by Greene in this |
| 11:22:54 | 11 | table? |
| 11:22:54 | 12 | A.    This is a list of other possible protecting groups |
| 11:22:58 | 13 | that you could use to protect the amino group. |
| 11:23:00 | 14 | Q.    Were there any differences between how a person of |
| 11:23:03 | 15 | skill in the art in 1989 would have viewed these protecting |
| 11:23:09 | 16 | groups as compared to Fmoc and Boc? |
| 11:23:12 | 17 | A.    A person of skill in the art would know them to have |
| 11:23:18 | 18 | advantages over all of these groups with respect to ease of |
| 11:23:21 | 19 | removal. |
| 11:23:22 | 20 | Q.    But as of 1989 would a person of ordinary skill in the |
| 11:23:25 | 21 | art have known how to remove these groups from a peptide? |
| 11:23:30 | 22 | A.    Yes, they would. |
| 11:23:31 | 23 | Q.    We touched on bradykinin earlier.  What does |
| 11:23:36 | 24 | bradykinin do in the body? |
| 11:23:38 | 25 | A.    Bradykinin has several effects on the body.  It |

Bachovchin - direct

| | | |
|---|---|---|
| 11:23:45 | 1 | reduces pain and inflammation.  It lowers blood pressure. |
| 11:23:49 | 2 | And third, it induces contraction of smooth muscle. |
| 11:23:53 | 3 | Q.     At a very high level, how does the bradykinin peptide |
| 11:23:57 | 4 | trigger those effects? |
| 11:23:59 | 5 | A.     Bradykinin triggers those effects as we have already |
| 11:24:07 | 6 | heard by bonding to a molecule that we have referred to as a |
| 11:24:07 | 7 | receptor.  When it binds to the receptor, the receptor is |
| 11:24:10 | 8 | like a lock and bradykinin is like a key and bradykinin is |
| 11:24:15 | 9 | able to bind to that lock and actually turn the lock.  And |
| 11:24:19 | 10 | that causes a signal to be transmitted. |
| 11:24:22 | 11 | Q.     We touched on this earlier as well, but as of 1989 was |
| 11:24:28 | 12 | there work being done on bradykinin analogs? |
| 11:24:31 | 13 | A.     Yes, there was. |
| 11:24:32 | 14 | Q.     Can you describe generally what was going on in the |
| 11:24:36 | 15 | field of bradykinin analog research in the 1980s? |
| 11:24:40 | 16 | A.     Yes, in the 1980s there were large efforts being made |
| 11:24:44 | 17 | to construct modified bradykinin peptides to understand |
| 11:24:53 | 18 | structure/activity relationships of the bradykinin molecule. |
| 11:24:54 | 19 | Q.     Were researchers trying to understand bradykinin |
| 11:24:58 | 20 | antagonists? |
| 11:24:58 | 21 | A.     Yes, they were trying to make bradykinin antagonists. |
| 11:25:01 | 22 | Q.     Can you explain in a general sense what a bradykinin |
| 11:25:06 | 23 | antagonist is? |
| 11:25:06 | 24 | A.     A bradykinin antagonist would be a molecule that would |
| 11:25:09 | 25 | bind to that receptor, that we just talked about, the |

Bachovchin - direct

| | |
|---|---|
| 11:25:12 | 1 |
| 11:25:15 | 2 |
| 11:25:20 | 3 |
| 11:25:23 | 4 |
| 11:25:29 | 5 |
| 11:25:30 | 6 |
| | 7 |
| 11:25:37 | 8 |
| 11:25:41 | 9 |
| 11:25:45 | 10 |
| 11:25:46 | 11 |
| 11:25:57 | 12 |
| 11:26:01 | 13 |
| 11:26:03 | 14 |
| 11:26:07 | 15 |
| 11:26:10 | 16 |
| 11:26:16 | 17 |
| 11:26:21 | 18 |
| 11:26:21 | 19 |
| 11:26:23 | 20 |
| 11:26:27 | 21 |
| 11:26:29 | 22 |
| 11:26:32 | 23 |
| 11:26:39 | 24 |
| 11:26:44 | 25 |

1    bradykinin receptor on certain kinds of tissues.  It would

2    occupy the space that bradykinin would bind to but would not

3    be able to turn that key and lock the way bradykinin would.

4    So it would prevent bradykinin binding to that receptor and

5    transmitting that signal.

6    Q.    We talked about a bradykinin antagonist.  What would a

7    bradykinin agonist be?

8    A.    A bradykinin agonist would de doing the same thing

9    that bradykinin would be.  It would bind to that receptor

10   and turn the lock, transmit the signal.

11   Q.    Let's put up the face page of JTX-28.  This is a copy

12   of United States Patent 4,693,993.  Doctor, when did the

13   '993 issue?

14   A.    This patent issued on December 15, 1987.

15   Q.    Can you explain what the '993 patent is?

16   A.    Yes, the '993 patent is the first disclosure of how to

17   make a modified bradykinin analog that would be a bradykinin

18   antagonist.

19   Q.    Who are the inventors on this patent?

20   A.    The inventors on this patent are John Stewart and

21   Raymond Vavrek.

22   Q.    Can you tell us a little bit about Dr. Stewart's group

23   and his work in the 1980s on bradykinin?

24   A.    Yes.  Dr Stewart and his group was the most active

25   leading group at the time.  They were making all the

82

Bachovchin - direct

11:26:48  1   advances, they made the breakthrough of discovery in the

11:26:48  2   this field.   They were making all the advances and making

11:26:51  3   the breakthrough of how to convert a bradykinin agonist into

11:26:54  4   an antagonist.

11:26:56  5   Q.    What is the importance of making a bradykinin agonist

11:27:00  6   into an antagonist?

11:27:01  7   A.    A bradykinin antagonist is very important because it

11:27:05  8   opens up the doors to studying the biological functions and

11:27:10  9   mechanism of bradykinin and it allows one to start thinking

11:27:13  10  about constructing therapeutics to block bradykinin.

11:27:18  11  Q.    Let's put up an excerpt from the '993 patent, this is

11:27:23  12  from JTX-28.2, the patent, Column 2, Lines 1 through 8.   Can

11:27:30  13  you explain what Dr. Stewart is saying here?

11:27:33  14  A.    Here Stewart is sort of reiterating what I just said.

11:27:36  15  He is saying the absence of the antagonist up until this

11:27:40  16  time severely hindered the advance of the field at the time.

11:27:46  17  That you needed a bradykinin antagonist to open up the doors

11:27:52  18  for improved understanding of the mechanism and function of

11:27:58  19  bradykinin.

11:27:58  20  Q.    He mentioned diagnostic use and development of

11:28:03  21  therapeutic agents.   Can you talk about those two things,

11:28:06  22  please?

11:28:07  23  A.    With an antagonist, what you can do is start off by

11:28:11  24  asking what are the biological effects that you can

11:28:13  25  attribute directly to bradykinin in a complex system like

Bachovchin - direct

11:28:16  1   the body.   But then you also can use antagonists to evaluate

11:28:23  2   biological effects in vivo of blocking those signals being

11:28:31  3   transduced by bradykinin and evaluate whether they can be

11:28:33  4   useful therapeutically.

11:28:34  5   Q.    Let's put up another excerpts from the '993 patent,

11:28:39  6   this is from Page JTX28.3, Column 3, Lines 12 to 30 from the

11:28:45  7   patent, we have highlighted the first sentence under the

11:28:49  8   Summary of the Invention.   Can you explain what Dr. Stewart

          9   is saying here?

11:28:53  10  A.    Here he is describing how to make a bradykinin

11:29:00  11  antagonist from the bradykinin itself.   The key change, as

11:29:05  12  pointed out here, is to modify the proline ring in the 7

11:29:09  13  position, here he is saying in a unique manner.

11:29:11  14  Q.    The next sentence, let's look at that, which we have

11:29:15  15  highlighted on JTX-2-37, what is he saying about the

11:29:21  16  invention specifically?

11:29:22  17  A.    Here he is saying what the unique manner is.   He is

11:29:27  18  saying the unique manner is to take proline in position 7

11:29:30  19  and replace it with an aromatic amino acid of the D

11:29:35  20  configuration.   And that change will make a bradykinin

11:29:38  21  peptide into a bradykinin antagonist.

11:29:43  22  Q.    In the last portion of this paragraph, we have

11:29:45  23  highlighted it, what is the doctor saying here about his

11:29:49  24  invention?

11:29:49  25  A.    He is saying that you can take in the context of that

Bachovchin - direct

| | | |
|---|---|---|
| 11:29:53 | 1 | change in the 7 position, where you have now removed the |
| 11:29:56 | 2 | proline and put in a D aromatic amino acid, that you can now |
| 11:30:01 | 3 | make other changes to that protein in that context, to that |
| 11:30:05 | 4 | peptide, and those other changes can add to the efficacy of |
| 11:30:11 | 5 | the bradykinin antagonist. |
| 11:30:12 | 6 | Q.    He mentioned antagonist potency in that section.   What |
| 11:30:18 | 7 | does that mean? |
| 11:30:18 | 8 | A.    That is one of the ways you can enhance the efficacy. |
| 11:30:21 | 9 | One way is to enhance the potency.  You can enhance the |
| 11:30:24 | 10 | potency by increasing the affinity with which the molecule |
| 11:30:29 | 11 | binds to the receptor. |
| 11:30:30 | 12 | Q.    What do you mean by affinity? |
| 11:30:32 | 13 | A.    Affinity is the tendency that it would bind to the |
| 11:30:40 | 14 | receptor or be released from the receptor.  The tightness of |
| 11:30:48 | 15 | the complex with the receptor. |
| 11:30:49 | 16 | Q.    He also mentioned there on that text on DDX2-37 |
| 11:30:55 | 17 | resistance to enzymatic degradation? |
| 11:30:58 | 18 | A.    Yes.  That is also a very important way to enhance the |
| 11:31:02 | 19 | efficacy of the antagonist.  That would enhance the efficacy |
| 11:31:05 | 20 | by extending the lifetime in vivo by blocking or making the |
| 11:31:12 | 21 | peptide, the antagonist, resistant to enzymes that would |
| 11:31:17 | 22 | degrade it.  These are the enzymes that we talked about |
| 11:31:20 | 23 | before that clip peptide bonds. |
| 11:31:23 | 24 | These are enzymes that cleave these peptide |
| | 25 | bonds to degrade the enzyme, and that will limit the |

1    lifetime of this peptide in vivo, and the short half-life in

2    vivo would decrease the efficacy, and the longer half-life

3    would increase the efficacy of the antagonists.

4    Q.    And then lastly he mentioned tissue specificity.  Can

5    you talk about what that means?

6    A.    That could also be a desired feature in that you would

7    now be able to target the receptors in certain tissues but

8    leave them alone in other tissues.

9    Q.    I would like to talk now about structure-activity

10   relationships.  What is a structure-activity relationship?

11   A.    A structure-activity relationship is a collection of

12   data whose purpose is to understand what parts of the

13   molecule do.  What you do is go about making modified

14   peptides and characterize their biological characteristics

15   and a collection of that data would be referred to as a

16   structure-activity relationship.

17   Q.    Why would a researcher generate a structure-activity

18   relationship for a peptide?

19   A.    There are a number of reasons.  But the two main

20   reasons are to determine which parts of the bradykinin

21   molecule in this case are responsible for which of its

22   biological activities, for example, which parts of the

23   molecule are crucial for agonist versus antagonist activity,

24   which portions are responsibility for susceptibility to

25   degradation by enzymes and other things like that.

Bachovchin - direct

| | |
|---|---|
| 11:32:57 | 1 |
| 11:33:02 | 2 |
| 11:33:04 | 3 |
| 11:33:07 | 4 |
| 11:33:12 | 5 |
| 11:33:15 | 6 |
| 11:33:20 | 7 |
| 11:33:23 | 8 |
| 11:33:24 | 9 |
| 11:33:27 | 10 |
| 11:33:30 | 11 |
| 11:33:33 | 12 |
| 11:33:33 | 13 |
| 11:33:36 | 14 |
| 11:33:39 | 15 |
| 11:33:43 | 16 |
| 11:33:51 | 17 |
| 11:33:57 | 18 |
| 11:33:58 | 19 |
| 11:34:05 | 20 |
| 11:34:06 | 21 |
| 11:34:12 | 22 |
| 11:34:14 | 23 |
| 11:34:21 | 24 |
| 11:34:21 | 25 |

1    It would also be important to serve as

2 guideposts.  Once you have that structure-activity

3 relationship, it would tell the person skilled in the art

4 what they might be able to do, and the next objective they

5 may be looking to achieve, whatever that may be.  They would

6 have a roadmap.  They would say we know we have done this.

7 These are the effects.  We might be able to do more and do

8 this.

9 Q.    Did Dr. Stewart disclose any structure-activity

10 relationships that he had derived from his work from

11 bradykinin analogs in the 1980s?

12 A.    Yes, he did.

13 Q.    Were those disclosed in the '993 patent?

14 A.    Yes, they are.

15 Q.    The next slide, let's look at that, it shows Tables 1

16 and 2 from the '993 patent, this is from JTX-28.3, the '993

17 patent, Lines 12 to 59 from that patent.  What are those

18 tables showing from a high level?

19 A.    From a high level, these two tables summarize Dr.

20 Stewart's structure-activity relationships.

21 Q.    Beginning at Table 2, which is called characteristics

22 of bradykinin antagonists, can you explain what Dr. Stewart

23 is saying here, starting with that line of text across the

24 middle?

25 A.    The line of text across the middle is the bradykinin

Bachovchin - direct

11:34:25    1    sequence.

11:34:08    2    Q.    And there are some red numbers.  Were those in the

11:34:11    3    original?

11:34:12    4    A.    No.  These red numbers were not in the original.  I

11:34:14    5    added them to make it clear that we were talking about

11:34:18    6    bradykinin and to line it up with the bradykinin sequence

11:34:20    7    that we have already seen.

11:34:23    8    Q.    Now, are any of the changes that are identified in

11:34:25    9    Table 2 more important than any of the other changes listed

11:34:29    10   there?

11:34:29    11   A.    Yes.  You can see that Dr. Stewart said the critical

11:34:33    12   change for antagonist activity is in position 7.

11:34:36    13   Q.    And let's look at Table 1 now.  Can you briefly

11:34:44    14   describe what is illustrated in Table 1 starting again with

11:34:49    15   that sequence in the middle?

11:34:51    16   A.    Right.  So here Dr. Stewart lists the number of

11:34:54    17   different substitutions that he made to the proline in

11:35:00    18   position seven, and that all of these substitutions all

11:35:04    19   conferred antagonist activity on the bradykinin molecule.

11:35:10    20   Q.    You mentioned that he was indicating substitutions at

11:35:13    21   position seven.  How is that shown in Table 1 in the

11:35:19    22   highlighted text?

11:35:20    23   A.    Well, here are the three letter amino acid codes

11:35:28    24   that's highlighted in yellow.  Each one of these was

11:35:31    25   substituted for proline and that's indicated by this arrow.

Bachovchin - direct

11:35:35    1   These groups were each individually tested in this position.

11:35:40    2   Q.    And how many different options does he list there?

11:35:43    3   A.    Here, he lists eight different options.

11:35:45    4   Q.    Are there any common features among the eight options

11:35:48    5   that are listed at the seven position?

11:35:49    6   A.    Yes, there are.

11:35:50    7   Q.    What are those?

11:35:51    8   A.    All of these amino acids are in the D configuration,

11:35:56    9   the unnatural configuration we talked about earlier, and all

11:36:00   10   but one are aromatic D-amino acids.

11:36:06   11   Q.    I want to talk just a little bit more about what an

11:36:09   12   aromatic amino acid is or what they are.

11:36:12   13         Let's look at the next slide, which is

11:36:15   14   DDX-2-39.  Can you tell us what you're illustrating on

11:36:18   15   this slide?

11:36:18   16   A.    So this just illustrates some examples of aromatic

11:36:23   17   amino acids.

11:36:24   18   Q.    And starting on the left-hand side, can you explain

11:36:29   19   what makes D-phenylalanine, for example, aromatic?

11:36:37   20   A.    We've seen D-thienylalanine.  This is the unnatural

11:36:41   21   configuration.  Phenylalanine is aromatic because it has the

11:36:45   22   six-membered ring with these double bonds, and this

11:36:47   23   arrangement that might be recognized by most people as a

11:36:51   24   benzene ring, it's this arrangement that confers aromatic

11:36:56   25   character.

Bachovchin - direct

| | | |
|---|---|---|
| 11:36:57 | 1 | Q.    And then in the middle, D-thienylalanine.  Can you |
| 11:37:03 | 2 | explain the aromaticity of that? |
| 11:37:06 | 3 | A.    So this is a non-naturally occurring amino acid. |
| 11:37:08 | 4 | Here you have a five-membered ring, and it is the |
| 11:37:11 | 5 | combination of the five-membered ring and these two double |
| 11:37:14 | 6 | bonds plus this sulfur atom.  That structure confers on this |
| 11:37:19 | 7 | side chain. |
| 11:37:25 | 8 | Q.    And then finally on the far right you have something |
| 11:37:28 | 9 | labeled D-Pal.  Can you explain what you are showing |
| 11:37:31 | 10 | there? |
| 11:37:31 | 11 | A.    Yes.  So as you can see, D-Pal looks a great deal like |
| 11:37:35 | 12 | D-phenylalanine.  They both have a six-membered ring with |
| 11:37:41 | 13 | three double bonds.  The difference is that D-Pal has a |
| 11:37:45 | 14 | nitrogen in the ring. |
| 11:37:47 | 15 | MR. JAMES:  Your Honor, with your |
| 11:37:47 | 16 | permission, we're going to be referring to those tables |
| 11:37:49 | 17 | again a few times and we'd like to put a board up. |
| | 18 | BY MR. JAMES: |
| 11:38:48 | 19 | Q.    Can you see that, Dr. Bachovchin? |
| 11:38:49 | 20 | A.    Yes, I can see that.  Yes. |
| 11:38:51 | 21 | Q.    Okay. |
| 11:38:52 | 22 | MS. KUZMICH:  Your Honor, excuse me.  Permission |
| 11:38:54 | 23 | to move. |
| 11:38:54 | 24 | THE COURT:  You can look at it. |
| 11:38:55 | 25 | MS. KUZMICH:  Thank you, your Honor. |

Bachovchin - direct

| | | |
|---|---|---|
| 11:39:15 | 1 | THE COURT:  Counsel, would you like to work at |
| 11:39:18 | 2 | this desk here? |
| 11:39:20 | 3 | MS. KUZMICH:  That would be great.  Thank you. |
| 11:39:21 | 4 | Thank you. |
| 11:39:22 | 5 | THE COURT:  We can get you a chair. |
| 11:39:28 | 6 | Doctor, can you see that board? |
| 11:39:29 | 7 | THE WITNESS:  Yes. |
| 11:39:30 | 8 | THE COURT:  It's an eye test. |
| 11:39:31 | 9 | THE WITNESS:  It's an eye test. |
| 11:39:33 | 10 | MR. JAMES:  I had originally thought I might put |
| 11:39:36 | 11 | it in the jury box. |
| 11:39:37 | 12 | THE COURT:  That's fine.  Wherever counsel want |
| 11:39:39 | 13 | it.  Most importantly, the witness. |
| 11:39:41 | 14 | MR. JAMES:  Thank you. |
| 11:40:02 | 15 | THE COURT:  Can you see that? |
| 11:40:05 | 16 | THE WITNESS:  Yes. |
| 11:40:05 | 17 | THE COURT:  Counsel, can you see? |
| 11:40:06 | 18 | MS. KUZMICH:  Thank you.  Yes, your Honor. |
| | 19 | BY MR. JAMES: |
| 11:40:18 | 20 | Q.   Dr. Bachovchin, turning back now to DDX-2-39, these |
| 11:40:22 | 21 | three amino acids that you've shown here, and looking now at |
| 11:40:28 | 22 | the tables in the '993 patent, Table 1, are those three |
| 11:40:33 | 23 | amino acids listed for position seven in the '993 patent? |
| 11:40:36 | 24 | A.   Yes, they are.  So you can see that D-phenylalanine is |
| 11:40:43 | 25 | listed right here.  D-Pal is listed here and |

Bachovchin - direct

11:40:48  1    D-thienylalanine is listed right there.

11:40:52  2    Q.    Now, I'd like to walk through some of the other

11:40:56  3    effects that are listed in Table 2 and starting in the lower

11:41:00  4    left-hand corner, there's a reference to conferring enzyme

11:41:03  5    resistance.

11:41:04  6         Can you talk about what that is saying in Table

11:41:07  7    2?

11:41:07  8    A.    Right.  So Dr. Stewart's structural activity

11:41:11  9    relationships revealed that he could provide stability or

11:41:15  10   resistance to protease inhibition by making substitutions

11:41:19  11   or, I'm sorry, additions in the zero position, adding

11:41:23  12   something on the N-terminus, and his preferred substitution

11:41:26  13   there was D-Arginine.

11:41:28  14   Q.    And then in the upper left-hand corner of Table 2, it

11:41:36  15   says there are changes that confer tissue selectivity.  Can

11:41:39  16   you explain that?

11:41:39  17   A.    Yes.  So he also, the structure activity relationship

11:41:45  18   data indicates that making changes to the two and three

11:41:49  19   positions would confer changes in tissue specificity.

11:41:52  20   Q.    And can you just remind us very briefly what that

11:41:55  21   means?

11:41:55  22   A.    It means that in would concentrate on certain tissues

11:42:02  23   and avoid others.

11:42:03  24   Q.    Now, on the bottom right there is a reference to

11:42:07  25   alterations that enhance potency.

Bachovchin - direct

11:42:09   1    A.    Yes.   Here he is showing that you can modify the five

11:42:13   2    position and six position and the eight position and get

11:42:17   3    enhanced potency of the antagonist that already had the

11:42:22   4    preferred substitution, one of these in position seven.

11:42:25   5    Q.    And what was the first substitution that he listed in

11:42:32   6    Table 1 for enhancing potency at the five and eight

11:42:38   7    positions?

11:42:38   8    A.    The first one is thienylalanine.

11:42:41   9    Q.    Now, just looking back for a moment, Dr. Bachovchin,

11:42:46   10   at position seven, would the person of skill in the art have

11:42:51   11   believed that this is an exhaustive list of the changes that

11:42:54   12   could be made to these molecules?

11:42:55   13   A.    No.   As I said earlier, this would tell a person of

11:42:58   14   skill in the art what are the attributes of other amino

11:43:02   15   acids that would likely, would have a reasonable expectation

11:43:06   16   would also work.   Here you're saying its character is

11:43:09   17   D-amino acid that has hydrophobic character, so that would

11:43:13   18   tell a person of skill in the art that there's other amino

11:43:16   19   acids in the D configuration with hydrophobic character, not

11:43:21   20   yet tested by Dr. Stewart, that would have a reasonable

11:43:25   21   expectation of working in that position.

11:43:27   22   Q.    Would that be true of the other lists that he provided

11:43:29   23   in Table 1 as well?

11:43:30   24   A.    Yes.   Well, yes, it would, not that they're

11:43:35   25   D-aromatic, but what the other character of those amino

Bachovchin - direct

11:43:37  1   acids have.

11:43:38  2   Q.    I guess my question is:  Would a person of skill in

11:43:41  3   the art, would he or she have thought those were exhaustive

11:43:46  4   lists?

11:43:46  5   A.    A person of skill in the art would not view these as

11:43:48  6   exhaustive lists of the amino acid substitutions that could

11:43:51  7   work in those positions.

11:43:52  8   Q.    Was Dr. Stewart testing his peptides for enzymatic

11:43:58  9   resistance?

11:43:59  10  A.    Yes, he was.

11:44:00  11  Q.    And was he testing his peptides for their potency?

11:44:04  12  A.    Yes, he was.

11:44:06  13  Q.    Were the tests for potency and enzymatic resistance,

11:44:12  14  were those already known by others in the field in 1989?

11:44:14  15  A.    Yes, they were.

11:44:16  16  Q.    Dr. Bachovchin, by 1989 were there any other prior art

11:44:25  17  peptide bradykinin antagonists that would have stood out as

11:44:28  18  particularly effective in the field?

11:44:29  19  A.    Yes, there were.

11:44:30  20  Q.    And what would those have been?

11:44:32  21  A.    Well, one that expressly stood out was the compound

11:44:35  22  referred to often as B-3824.

11:44:39  23  Q.    Let's look at the next slide, Mr. Chase.  This is

11:44:44  24  DDX-2-41.  This is an excerpt from the '993 patent, again.

11:44:52  25  Example 21.  Dr. Bachovchin, can you tell us what Example 21

Bachovchin - direct

11:44:56    1   is?

11:44:56    2   A.    So this is showing the sequence of a molecule referred

11:44:59    3   to in the literature as B-3824.   It was also referred to and

11:45:07    4   known in the literature by several other names indicated

11:45:10    5   here.

11:45:10    6            And so the sequence here as you can see,

11:45:12    7   this is a bradykinin analog.   This gives the sequence, and

11:45:14    8   this gives the sequence in terms of the modifications of

11:45:19    9   bradykinin.

11:45:19   10            So this is bradykinin with D-Arginine in

11:45:23   11   position zero, hydroxyproline in position three,

11:45:30   12   thienylalanine in positions five and eight, and D-Phe in

11:45:31   13   position 7.   So that is the bradykinin analog with those

11:45:34   14   modifications that constitutes B-3824.

11:45:42   15   Q.    Let's look at the next slide, DDX-2-42.   And starting

11:45:45   16   with the D-Arginine on the left-hand side, can you describe

11:45:53   17   how the sequence of B2834 compares to Dr. Stewart's SAR

11:45:57   18   data?

11:45:57   19   A.    Yes.   So as you can see, the sequence is quite

11:46:00   20   consistent with Dr. Stewart's SAR data.   It actually is like

11:46:05   21   the embodiment of the SAR data.   Here, we have substitution

11:46:09   22   at position zero being arginine and that is the preferred

11:46:14   23   substitution that is out of Dr. Stewart's SAR.   Here, it has

11:46:21   24   the hydroxyproline, and that is one of the preferred

11:46:24   25   substitutions at position three in Dr. Stewart's SAR.

11:46:30    1    B-3824 hasas the thienylalanine at position

11:46:33    2    five, and that's one of the preferred substitutions of Dr.

11:46:38    3    Stewart, identified them by the SAR at that position.  Here

11:46:41    4    we have the crucial D-aromatic at seven, which in this case

11:46:45    5    is D-Phe.  That clearly is one of the amino acids in Dr.

11:46:49    6    Stewart's position seven.

11:46:50    7    And, finally, we have in position 8 in

11:46:53    8    B-3824, thienylalanine, and that also was one of the

11:46:58    9    preferred substitutions identified by Dr. Stewart in his

11:47:01   10    structure activity relationship.

11:47:02   11    Q.    Let's look at the next slide, which is an excerpt from

11:47:06   12    the '993 patent as well, DDX-2-43.  This table is found in

11:47:13   13    column 14, lines 42 to 67 on Page 28.8.

11:47:18   14    Dr. Bachovchin, what information is provided in

11:47:22   15    this table?

11:47:23   16    A.    Well, so this table gives a list of bradykinin

11:47:25   17    antagonists.  You can see bradykinin is the peptide that's

11:47:29   18    modified, and this describes the modifications, so it lists

11:47:34   19    and compares the structures of these modified bradykinins

11:47:37   20    and it shows how they perform in two biological tests.  In

11:47:42   21    this case, this is a rat uterine test and a guinea pig ileum

11:47:50   22    test.

11:47:50   23    Q.    You have a highlighted structure there.  Can you

11:47:52   24    explain why?

11:47:53   25    A.    This highlighted structure is B-3824.

Bachovchin - direct

| | | |
|---|---|---|
| 11:47:56 | 1 | Q.     And what do the data provided in this table say about |
| 11:48:01 | 2 | B-3824? |
| 11:48:02 | 3 | A.     So this number in both of these columns, the column to |
| 11:48:05 | 4 | the left and column to the right, these numbers are referred |
| 11:48:09 | 5 | to as pA2 numbers.  And all we need to know about those is |
| 11:48:13 | 6 | that the bigger the number, the more potent the agonist |
| 11:48:17 | 7 | analog is as an antagonist, the more potent the analog is as |
| 11:48:22 | 8 | an antagonist. |
| 11:48:24 | 9 |                You can see the B-3824 has the biggest pA2 |
| 11:48:28 | 10 | value of all of the various analogs tested in this table. |
| 11:48:34 | 11 | Its value is 7.2 and no other analog has a greater pA2 value |
| 11:48:40 | 12 | than that. |
| 11:48:41 | 13 | Q.     And let's look at DTX-111, which is in your binder. |
| 11:48:47 | 14 | Let's put up the cover of this article.  This is the |
| 11:48:53 | 15 | Schachter article. |
| 11:48:55 | 16 |           Dr. Bachovchin, when was the Schachter article |
| 11:48:59 | 17 | published? |
| 11:48:59 | 18 | A.     The Schachter article was published in 1987. |
| 11:49:02 | 19 | Q.     And who were the authors on the Schachter article in |
| 11:49:05 | 20 | addition to Dr. Schachter? |
| 11:49:07 | 21 | A.     Well, as you can see, in addition to Dr. Schachter, |
| 11:49:10 | 22 | there's several others, but there's also Dr. Stewart and Dr. |
| 11:49:18 | 23 | Vavrek who were co-authors on this paper.  And as I |
| 11:49:21 | 24 | mentioned earlier, they were the major drivers in the full |
| 11:49:24 | 25 | bradykinin antagonist field. |

11:49:25    1    Q.    Does the Schachter article discuss B-3824?

11:49:29    2    A.    Yes, it does.

11:49:30    3    Q.    Let's put up an excerpt from Schachter.  This is

11:49:33    4    DTX-111, Page 1, and there's a table and some text.

11:49:40    5          Starting with the table, can you explain what

11:49:43    6    information is provided there, Doctor?

11:49:45    7    A.    So this table is comparing five different bradykinin

11:49:53    8    antagonist peptides, and it's comparing the sequence of

11:49:56    9    these peptides.  And as you can see, it's comparing them to

11:49:59    10   the starting structure bradykinin, and here it's listing

11:50:04    11   the, their potencies as an antagonist peptide.  In this

11:50:08    12   case, it's also as an antagonist in this guinea pig ileum

11:50:14    13   test.

11:50:14    14   Q.    And how does B-3824 compare to the other BK

11:50:18    15   antagonists there?

11:50:20    16   A.    So you can see that, again, in this test it emerges

11:50:23    17   as the most potent of the agonists that it's compared

11:50:27    18   against.

11:50:27    19   Q.    And looking at the first sentence in the text that you

11:50:30    20   provided on this slide, what do the authors say there about

11:50:36    21   B-3824?

11:50:38    22   A.    So here, the authors are basically stating that they

11:50:42    23   are confirming the earlier paper that we just talked about

11:50:47    24   in which B-3824 emerged as the most potent of the

11:50:52    25   antagonists tested.  Here, they are testing it against other

Bachovchin - direct

11:50:56    1    agonists against this guinea pig ileum, and it again emerges

11:51:01    2    once more as the most potent of the agonists tested, and

11:51:04    3    they are just saying, they're confirming again that it's the

11:51:07    4    best of the ones they tested.

11:51:08    5    Q.    Were they comparing it against agonists or

11:51:12    6    antagonists?

11:51:12    7    A.    I'm sorry.  Antagonists.  They were comparing it

11:51:15    8    against antagonists.

11:51:16    9    Q.    I want to turn now and talk about your opinions with

11:51:19    10   respect to obviousness type double patenting.  Let's look at

11:51:25    11   the next slide.  This is DDX-2-45.

11:51:30    12          Can you explain what's shown on this slide,

11:51:33    13   please?

11:51:33    14   A.    Yes.  So this shows a face page comparing the two

11:51:37    15   patents at issue here.  On the left is the '7,803 patent and

11:51:41    16   on the right is the '333 patent.

11:51:43    17   Q.    How does the ownership of these two patents compare?

11:51:46    18   A.    Well, as you can see, the ownership is identical.

11:51:49    19   Q.    How do the inventors compare?

11:51:51    20   A.    Again, as highlighted, you can see there are a number

11:51:55    21   of inventors in common on these two patents.

11:51:58    22   Q.    Which of these two patents issued first?

11:52:01    23   A.    The '7,803 patent issued on January 28th, 1997.  It

11:52:07    24   was the first of these two to be issued.

11:52:09    25   Q.    When did the '333 patent issue?

Bachovchin - direct

| | |
|---|---|
| 11:52:11 | 1 |

A.     The '333 patent issued July 15th, 1997.

Q.     And just for the record, as the slide indicates, the '7,803 patent is DTX-59 and the '333 patent is JTX-1.

Let's discuss the asserted claim, claim 14, and if we could put that up, Mr. Chase.  Thank you.

It begins with the words, "A peptide of the formula."  Can you remind us again what a peptide is?

A.     Yes.  So a peptide is a polymer.  It's a linear sequence of amino acids linked together by peptide bonds.

Q.     Is the peptide of claim 14 defined?

A.     Yes.  The peptide of claim 14 is very well designed.

Q.     How is it defined?

A.     It is defined by the sequence of the amino acids as defined by the three letter code that represents each of the amino acids that are linked together in that sequence.

Q.     And how many amino acids are included?

A.     There are ten amino acids.

Q.     What does that hydrogen or the H on the left of the sequence signify?

A.     So as we indicated earlier, that indicates that the amino terminus is unprotected, unblocked in this case.

Q.     And on the far right-hand side, there's an OH.  What does that, what does that indicate?

A.     So that indicates that in this case, the carboxylate group on the C terminal amino acid is present and uncoupled

Bachovchin - direct

11:53:57    1    to another amino acid or to any other chemical.

11:54:01    2    Q.    Does the ten amino acid sequence that's set out in

11:54:05    3    claim 14, does that have another name?

11:54:07    4    A.    That peptide is known as icatibant.

11:54:28    5    Q.    In your opinion, Dr. Bachovchin, is there any

11:54:30    6    ambiguity in this claim as to the identity of the peptide?

11:54:35    7    A.    No, there is no ambiguity whatsoever.

11:54:38    8    Q.    The last part of the claim refers to a physiologically

11:54:40    9    tolerable salt of said peptide.  Would a person of skill in

11:54:45   10    the art have understood what that meant?

11:54:47   11    A.    Yes, they would.

11:54:48   12    Q.    What would a person of skill in the art have

11:54:52   13    understood that to mean?

11:54:53   14    A.    They would understand it to mean that if the salt is

11:54:57   15    administered to a human it would not cause any adverse

11:55:00   16    effects.

11:55:00   17    Q.    Were there physiologically tolerable salts known to

11:55:05   18    humans in the art in 1989?

11:55:08   19    A.    Yes, there were.

11:55:09   20    Q.    Is there any ambiguity in that phrase?

11:55:12   21    A.    None whatsoever.

11:55:12   22    Q.    Would a person of ordinary skill in the art have

11:55:15   23    understood this claim to require the peptide to have any

           24    particular biological activity?

11:55:18   25    A.    No.  A person of skill in the art did not require this

Bachovchin - direct

11:55:24    1    peptide to have any particular specific biological activity.

11:55:28    2    Q.    For the record, the claim is found at JTX-1.24, Page

11:55:36    3    24, Column 44, Lines 44 to 46 of the '333 patent.

11:55:42    4            Let's turn to the '7,803 claim.  The '7,803

11:55:47    5    claim is DTX-59.  If we look at Slide DDX2-47, which is the

11:55:56    6    '7,803 patent.  Column 20, Lines 22 to 49.  Doctor, can you

11:56:02    7    just generally explain what Claim 1 of the '7,803 patent is

11:56:06    8    directed to?

11:56:07    9    A.    Yes, Claim 1 of the '7,803 patent is directed towards

11:56:15   10    a family of peptides that have N-terminal blocking groups on

11:56:20   11    them.

11:56:20   12    Q.    From the point of view of a peptide chemist, can you

11:56:23   13    explain at a high level how the claim is laid out?

11:56:26   14    A.    Yes.  The claim is, from the standpoint of a peptide

11:56:31   15    chemist, a peptide chemist would understand that the claims

11:56:34   16    are laid out such that A through I defines the peptide

11:56:39   17    portion whereas P to Z define the N-terminal extension part.

11:56:45   18    Q.    Would a person of ordinary skill in the art have

11:56:50   19    understood the group of peptides that is claimed by Claim 1

11:56:53   20    of the '7,803 patent?

11:56:55   21    A.    He would.

11:56:55   22    Q.    Is there any ambiguity as to the group of peptides

11:56:58   23    that is covered by the claim?

11:57:00   24    A.    There is no ambiguity whatsoever.

11:57:01   25    Q.    Does Claim 1 of the '7,803 patent require the peptides

Bachovchin - direct

11:57:05    1   to have any particular biological activity?

11:57:07    2   A.    No, it does not.

11:57:09    3   Q.    Let's look now at the A position, which you mentioned

11:57:17    4   a moment ago.  How many options are provided at the A

11:57:19    5   position?

11:57:20    6   A.    There are five options at the A position, D- or L-Arg,

11:57:24    7   D- or L-Lys, or a bond.

11:57:28    8   Q.    What does it mean when it says it could be a bond?

11:57:31    9   A.    When it says it could be a bond, it means that the

11:57:37   10   group is basically optional, you don't have to have it in

11:57:42   11   the final peptide.

11:57:43   12   Q.    Let's look at B through I portion of the claim.  In B

11:57:47   13   through I, are there portions where there is only one

11:57:52   14   option?

11:57:53   15   A.    There is only one option in every portion, except for

11:57:58   16   G.

11:57:58   17   Q.    How many options are there in G?

11:58:00   18   A.    In G there are three options.

11:58:02   19   Q.    How many total peptides are there in the B through I

11:58:09   20   section of the claim?

11:58:12   21   A.    B through I defines only three different peptides.

11:58:16   22   Q.    Let's turn back and look at the position G for a

11:58:22   23   second.  Can you explain how that has three possibilities

11:58:26   24   there?

11:58:27   25   A.    Yes.  So the three possibilities here are as I say,

Bachovchin - direct

11:58:30    1    cis-endo, cis-exo, and trans-octahydroindole-2-carboxylic

11:58:38    2    acid.

11:58:38    3    Q.    The first one listed, cis-endo, cis-exo,

11:58:43    4    trans-octahydro -- does it have another name?

11:58:47    5    A.    Yes.  We have mentioned that, another name is Oic.

11:58:51    6    Q.    What are cis-exo and trans-Oic, if you will?

11:58:57    7    A.    These three are basically stereoisomers of each other.

11:59:00    8    In this case the stereoisomer is in the side chain, not in

11:59:06    9    the central carbon.

11:59:07   10    Q.    Is Oic a natural or man-made amino acid?

11:59:12   11    A.    A man-made amino acid.

11:59:15   12    Q.    What about Tic, which is listed at the Q position, is

11:59:20   13    that a man-made or amino acid?

11:59:21   14    A.    That is also a man-made amino acid.

11:59:24   15    Q.    Is that Tic listed in the D or L configuration?

11:59:27   16    A.    That Tic is in the D configuration.

11:59:29   17    Q.    How do you know that?

11:59:31   18    A.    You know that by looking at the generic sequence,

11:59:34   19    where it says Q must be D.

11:59:42   20    Q.    Let's look at the A through I section.  How many

11:59:53   21    peptides are defined in the A through I section?

11:59:58   22    A.    15 different peptides.

11:59:59   23    Q.    How did you calculate that?

12:00:02   24    A.    You have three options in G, and five options in A.

12:00:05   25    Just mathematically, that makes a total of 15 possibilities.

Bachovchin - direct

12:00:09    1    Q.    Would a person of skill in the art have expected the

12:00:12    2    peptides that are defined in the A through I portion of this

12:00:16    3    claim to have any particular biological activity?

12:00:18    4    A.    A person of skill in the art would examine the

12:00:21    5    peptides defined in A through I, and they have a reasonable

12:00:27    6    expectation that they would be bradykinin antagonists.

12:00:30    7    Q.    Would that reasonable expectation have informed the

12:00:33    8    selection of options in the claimed positions?

12:00:37    9    A.    Yes.

12:00:38    10   Q.    What positions would those be?

12:00:40    11   A.    A would be, a person of skill in the art would choose

12:00:47    12   D-Arginine in position A because from the prior art it was

12:00:52    13   well known that D-Arginine was a highly preferred amino acid

12:00:56    14   on the N-terminus of the peptide that was a bradykinin

12:01:02    15   antagonist.

12:01:02    16   Q.    Looking at the SAR data that we have up on this board,

12:01:07    17   which is DDX2-A, can you explain what the SAR says about the

            18   D-Arginine at zero?

12:01:16    19   A.    Yes, the structure-activity relationship says that

12:01:20    20   submissions at this position confer resistance to enzymes

12:01:25    21   and the preferred substitution there was D-Arg.

12:01:31    22   Q.    Let's look at the groups of the N-terminus of Claim 1

12:01:34    23   of the '7,803 patent, the Z and P groups.  Looking at the Z

12:01:43    24   groups listed here, what is the first option?

12:01:47    25   A.    The first option was Fmoc.

Bachovchin - direct

| | | |
|---|---|---|
| 12:01:48 | 1 | Q.    Remind us, what was Fmoc used for in the prior art? |
| 12:01:53 | 2 | A.    The Fmoc is the blocking or protecting group that was |
| 12:01:56 | 3 | the most widely used protecting group in solid phase peptide |
| 12:02:03 | 4 | synthesis. |
| 12:02:03 | 5 | Q.    The other groups listed in the Z position, what are |
| 12:02:06 | 6 | they used for? |
| 12:02:06 | 7 | A.    Those are also used to protect amino acid groups. |
| 12:02:10 | 8 | Q.    Did we talk about those earlier today? |
| 12:02:13 | 9 | A.    We talked about blocking groups of this type, yes. |
| 12:02:19 | 10 | Q.    Which reference was that that we referred to in that |
| 12:02:25 | 11 | regard? |
| 12:02:25 | 12 | A.    That was the Greene reference. |
| 12:02:27 | 13 | Q.    Let's look at the next position which is the P |
| 12:02:30 | 14 | position.  Can you explain what is listed in the P position? |
| 12:02:34 | 15 | A.    The first option in the P position, it can be a direct |
| 12:02:37 | 16 | linkage. |
| 12:02:37 | 17 | Q.    What does direct linkage mean? |
| 12:02:40 | 18 | A.    P is optional, Z can be directly connected to A. |
| 12:02:43 | 19 | Q.    We looked earlier at the A position where it said |
| 12:02:47 | 20 | bond.  Is there any difference between direct linkage and |
| 12:02:50 | 21 | bond? |
| 12:02:50 | 22 | A.    Not to my understanding, no. |
| 12:02:53 | 23 | Q.    The other groups listed in the P position, what are |
| 12:02:56 | 24 | they useful for? |
| 12:02:57 | 25 | A.    Those are useful as spacer linkers because those are |

Bachovchin - direct

12:03:03     1    amino acids that can be coupled in much the same way as a

12:03:07     2    normal amino acid, but the first several there have a bigger

12:03:12     3    distance between the amino group and the carboxylate group,

12:03:17     4    except for Oic, which has the normal distance between the

12:03:21     5    amino group and the carboxylate group but it is an unnatural

12:03:27     6    amino acid.

12:03:27     7    Q.      What would the significance of the direct linkage

12:03:30     8    option in the P position have been to a person of ordinary

12:03:34     9    skill in the art with respect to the other groups that are

12:03:37    10    listed there?

12:03:38    11    A.      Well, a person of skill in the art would understand

12:03:42    12    that to mean that P is optional.

12:03:45    13    Q.      Could you explain that a little further?

12:03:47    14    A.      It means P is not required.   You can directly link Z

12:03:54    15    to the A.

12:03:55    16    Q.      Does anything in the prior art suggest that putting

12:03:59    17    any of these groups in the P position would be superior to

12:04:04    18    the direct linkage?

12:04:05    19    A.      There is nothing in the prior art that would indicate

12:04:07    20    that any of groups listed under P would provide superior

12:04:11    21    properties.

12:04:11    22    Q.      Looking at the claim as a whole, about how many total

12:04:15    23    compounds are covered by the '7,803 patent, Claim 1?

12:04:20    24    A.      Total number of peptides, around 1100.

12:04:22    25    Q.      Would a person of ordinary skill in the art be able to

Bachovchin - direct

12:04:25  1    write them all out?

12:04:26  2    A.    Yes, he would.

12:04:27  3    Q.    Would that be a difficult task?

12:04:29  4    A.    It would not be difficult.  It might be labor

12:04:34  5    intensive, but not difficult.

12:04:38  6    Q.    Looking at the next slide, DDX2-54, if you just select

12:04:44  7    the first option for each of these, what is the resulting

12:04:48  8    peptide?

12:04:51  9    A.    So that peptide is basically Fmoc-icatibant.

12:05:01  10   Q.    Let's look at the next slide, where we put up

12:05:08  11   Fmoc-icatibant.  Is that what we were just discussing, which

12:05:15  12   was the first option for the positions in Claim 1 of the

12:05:17  13   '7,803 patent?

12:05:18  14   A.    Yes.

12:05:19  15   Q.    What is the second line?

12:05:22  16   A.    The second line is Claim 14 of the '333 patent.

12:05:26  17   Q.    How do these two peptides compare to one another?

12:05:31  18   A.    As you can see, the sequences, starting from the

12:05:35  19   N-terminus to the C-terminus, as illustrated by the three

12:05:39  20   letter codes in these colored balls, the sequence from the

12:05:43  21   N-terminus to the C-terminus, each one is exactly identical.

12:05:49  22   The only difference is the presence of the Fmoc group on the

12:05:54  23   N-terminus of Claim 1 in the '7,803 patent.

12:06:00  24   Q.    What would the person of ordinary skill in the art

12:06:03  25   have been motivated to do with that Fmoc?

Bachovchin - direct

12:06:06 1    A.    A person of ordinary skill in the art would have been

12:06:10 2    motivated to remove the Fmoc.

12:06:11 3    Q.    Why would that be?

12:06:13 4    A.    Because the person of ordinary skill would recognize

12:06:15 5    that the Fmoc is a widely used entity used to block

12:06:19 6    N-terminus of peptides and it is designed to do that because

12:06:23 7    it is easily removable and, we said earlier, it exists for

12:06:28 8    the purpose of being removed.

12:06:29 9    Q.    What would be the result of removing the Fmoc from the

12:06:34 10   peptide of Claim 1 of the '7,803 patent?

12:06:37 11   A.    The result of removing the Fmoc group would be the

12:06:40 12   same identical peptide as Claim 14 of the '333 patent.

12:06:44 13   Q.    Would a person of ordinary skill in the art have known

12:06:48 14   how to remove the Fmoc from this peptide?

12:06:51 15   A.    Yes, he would.

12:06:53 16   Q.    Let's look at the next slide, which is DDX2-56.  This

12:06:58 17   is an excerpt from the Chang article we looked at earlier.

12:07:02 18   DTX-16.2, please.  Looking at the first line, it starts with

12:07:08 19   Fmoc, can you explain what that is?

12:07:11 20   A.    Yes.  This is a peptide here, in this case the

12:07:16 21   underlying peptide is the dihydrosomatostatin.  It is a

12:07:22 22   different peptide.  Again, it shows it was made as the Fmoc

12:07:26 23   variant.  The Fmoc is on the N-terminus that goes from the

24   synthesis of these peptides.

12:07:32 25   Q.    What is the arrow in the middle pointing down?

Bachovchin - direct

12:07:35    1    A.    The arrow is pointing that these procedures are to be

12:07:39    2    carried out on this peptide.

12:07:40    3    Q.    The step you have highlighted, what is that?

12:07:43    4    A.    This is the step that removed the Fmoc group.  This is

12:07:47    5    the addition of 50 percent piperidine and dimethylformamide,

12:07:54    6    that mild base, that is a very mild treatment, and results

12:07:54    7    in knocking off the Fmoc group from the piperidine side.

12:07:57    8    Q.    What is the bottom sequence you are depicting there?

12:08:01    9    A.    That now shows the dihydrosomatostatin peptide now

12:08:07    10    with the Fmoc having been removed.

12:08:10    11    Q.    Let's look at DTX-2-57.  What are you depicting here?

12:08:16    12    A.    Again, this illustrates the Fmoc-icatibant relative to

12:08:21    13    icatibant.

12:08:23    14    Q.    What does the reaction arrow indicate?

12:08:25    15    A.    The reaction arrow indicates that we are applying the

12:08:33    16    same process of adding piperidine to the Fmoc-icatibant.

12:08:39    17    Q.    What are you showing on the bottom line?

12:08:42    18    A.    It shows doing that to the peptide would remove that

12:08:47    19    from the Fmoc terminus.

12:08:48    20    Q.    How widely known was this process of removing Fmoc by

12:08:54    21    January 1989?

12:08:55    22    A.    By January 1989 it was extremely widely known.

12:08:58    23    Q.    How does that impact your opinions about the

12:09:01    24    difference between Fmoc-icatibant and icatibant in this

12:09:04    25    case?

Bachovchin - direct

| | |
|---|---|
| 12:09:05 | 1 |
| 12:09:11 | 2 |
| 12:09:14 | 3 |
| 12:09:19 | 4 |
| 12:09:23 | 5 |
| 12:09:26 | 6 |
| 12:09:34 | 7 |
| 12:09:37 | 8 |
| 12:09:39 | 9 |
| 12:09:41 | 10 |
| 12:09:42 | 11 |
| 12:09:45 | 12 |
| 12:09:47 | 13 |
| 12:09:48 | 14 |
| 12:09:54 | 15 |
| 12:09:55 | 16 |
| 12:09:59 | 17 |
| 12:10:04 | 18 |
| 12:10:10 | 19 |
| 12:10:14 | 20 |
| 12:10:18 | 21 |
| 12:10:24 | 22 |
| 12:10:29 | 23 |
| 12:10:33 | 24 |
| 12:10:39 | 25 |

A.     It impacts my opinion that this difference is really a trivial difference, of no real significance.

Q.     I would like to turn to expectation of success.  You understand that plaintiffs' expert, Dr. Walensky, argued that a person of ordinary skill in the art would not recognize any peptides of Claim 1 of the '7,803 patent as viable bradykinin antagonists if the Fmoc were removed?

A.     Yes, I understand that is his opinion.

Q.     Do you agree with that?

A.     No, I do not.

Q.     Have you summarized the basis of your disagreement with Dr. Walensky?

A.     Yes, I have.

Q.     Let's look at DDX2-58.  Summarize your opinions in this regard, if you would?

A.     My opinion is that a person of ordinary skill in the art would know or have a reasonable expectation that the peptide side of Claim 1 of the '7,803 patent would be a bradykinin antagonist based on two things, one, the structure-activity relationships of Dr. Stewart, which indicated that this peptide was a bradykinin analog that incorporated the attributes that Dr. Stewart's structure-activity relationships indicated would be needed or required to produce a bradykinin antagonist, and also by the sequence of the peptide we talked about before from the prior art,

Bachovchin - direct

| | | |
|---|---|---|
| 12:10:43 | 1 | B-3824, which was a well known prior art bradykinin |
| 12:10:49 | 2 | antagonist, which was extremely similar in sequence and |
| 12:10:52 | 3 | structure to Claim 1 of the '7,803 patent. |
| 12:10:56 | 4 | Q.    Let's talk about the first reason that you mentioned |
| 12:10:59 | 5 | relating to the SAR data.  Which SAR data were you referring |
| 12:11:05 | 6 | to? |
| 12:11:05 | 7 | A.    The Stewart SAR data as published in the '993 patent. |
| 12:11:11 | 8 | Q.    Is that the data that is depicted on that board? |
| 12:11:17 | 9 | A.    Yes, it is. |
| 12:11:18 | 10 | Q.    Have you prepared a slide that illustrates the options |
| 12:11:21 | 11 | at each position of Claim 1 of the '7,803 patent? |
| 12:11:27 | 12 | A.    Yes. |
| 12:11:27 | 13 | Q.    The next slide, you have groups listed in the minus |
| 12:11:32 | 14 | two and minus one positions.  Can you explain that? |
| 12:11:36 | 15 | A.    Yes.  These are the options in the '7,803 patent Claim |
| 12:11:41 | 16 | 1 patent for the Z position and the P position, here we will |
| 12:11:46 | 17 | read them, minus 1 and minus 2, for clarity of discussion. |
| 12:11:50 | 18 | Q.    Does that maintain the reference to the original |
| 12:11:53 | 19 | bradykinin sequence? |
| 12:11:54 | 20 | A.    That maintains the reference to the original |
| 12:11:57 | 21 | bradykinin sequence. |
| 12:11:58 | 22 | Q.    Without the Z and P groups, how would a person of |
| 12:12:02 | 23 | ordinary skill in the art interpret the structure that would |
| 12:12:06 | 24 | be left over? |
| 12:12:07 | 25 | A.    Yes, a person of ordinary skill in the art would look |

Bachovchin - direct

12:12:10  1   at the structure that is left over and would have the

12:12:13  2   reasonable expectation that that structure would be a

12:12:17  3   bradykinin antagonist.

12:12:18  4   Q.    Let's talk about the sequence a little bit further.

12:12:21  5   Let's look at DDX2-60.  What positions would a person of

12:12:31  6   ordinary skill in the art have focused on with respect to

12:12:35  7   determining whether or not the sequence would be a

12:12:38  8   bradykinin antagonist?

12:12:39  9   A.    He would focus on these three positions, positions 0,

12:12:43  10  5 and 7.

12:12:44  11  Q.    Let's start on the left-hand side, at zero, you

12:12:50  12  circled D-Arginine in Slide DX2-61, was D-Arginine suggested

12:12:58  13  by Dr. Stewart's structure-activity relationship data?

12:13:01  14  A.    Yes, it was.  As you can see looking at Table 1 of Dr.

12:13:06  15  Stewart's structure-activity relationships, at the zero

12:13:10  16  position, the preferred position there is an Arginine.

12:13:13  17  Q.    What would the effect of the D-Arg be at zero?

12:13:17  18  A.    As Table 2 indicates, that addition would confer

12:13:20  19  resistance to enzymes.

12:13:21  20  Q.    How would it do that?

12:13:24  21  A.    It would do that because it's an unnatural amino acid.

12:13:32  22  An unnatural amino acid on the N-terminus would be resistant

12:13:35  23  to aminopeptidase degradation, because aminopeptidase would

12:13:37  24  be looking for amino acids of the L configuration, not of

12:13:39  25  the D configuration.

Bachovchin - direct

| 12:13:42 | 1 | Q. **Turning to the next slide, which is DDX2-62, there is** |
| 12:13:47 | 2 | **a Thi at the 5 position that you circled.  Was that** |
| 12:13:51 | 3 | **suggested by Dr. Stewart's structure-activity relationship** |
| 12:13:55 | 4 | **data?** |
| 12:13:56 | 5 | A. **Yes, it was.** |
| 12:13:38 | 6 | Q. **Can you point that out?** |
| 12:13:41 | 7 | A. **So if you go to Table 1 of the SAR by Dr. Stewart, you** |
| 12:13:46 | 8 | **can see the thienylalanine here was the first substitution** |
| 12:13:53 | 9 | **among the preferred choices of this position.** |
| 12:13:55 | 10 | Q. **And what does Table 2 say about the effect of that** |
| 12:13:58 | 11 | **substitution?** |
| 12:13:59 | 12 | A. **So Table 2 says this would alter, the substitutions in** |
| 12:14:04 | 13 | **this position, the ones that are listed here, would enhance** |
| 12:14:08 | 14 | **potency.** |
| 12:14:09 | 15 | Q. **And looking at the next slide, DDX-2-63, you have a** |
| 12:14:14 | 16 | **circle around the seven position.  What amino acid is** |
| 12:14:18 | 17 | **disclosed there?** |
| 12:14:19 | 18 | A. **That amino acid is D-Tic.** |
| 12:14:25 | 19 | Q. **Now, first, what does the Stewart Table 2 say about** |
| 12:14:30 | 20 | **the effect of substitutions at the seven position?** |
| 12:14:33 | 21 | A. **So as we already mentioned, Dr. Stewart has indicated** |
| 12:14:38 | 22 | **that the attributes that are required for substitution at** |
| 12:14:44 | 23 | **position seven to have a bradykinin antagonist would be** |
| 12:14:48 | 24 | **D-amino acid, preferably an aromatic D-amino acid.** |
| 12:14:52 | 25 | Q. **And what type of amino acid is D-Tic?** |

Bachovchin - direct

12:14:56  1    A.    Well, D-Tic is a D-amino acid and it is an aromatic

12:15:01  2    D-amino acid.

12:15:09  3    Q.    Was D-Tic known in the prior art?

12:15:11  4    A.    D-Tic was known in the prior art.

12:15:13  5    Q.    Let's put up DTX-57.  This is a copy of U.S. Patent

12:15:17  6    4,515,803.

12:15:25  7          And when was the '5,803 patent issued, Dr.

12:15:28  8    Bachovchin?

12:15:28  9    A.    This patent was issued on May 7, 1985.

12:15:31  10   Q.    And let's put up the next slide, DDX-2-64.

12:15:37  11         Does the '5,803 patent disclose what we've been

12:15:40  12   talking about as Tic?

12:15:41  13   A.    Yes, it does.

12:15:43  14   Q.    Can you explain that from the text that is on the

12:15:46  15   slide, DDX-2-64?

12:15:48  16   A.    Here it says that Tic is tetrahydroisoquinoline

12:15:55  17   carboxylic acid.  It's saying that Tic and substituted

12:16:01  18   derivatives are readily accessible.  It tells you a paper

12:16:05  19   that shows how that can be made.  That paper is referenced

12:16:07  20   here.  It's a reference that goes all the way back to 1948.

12:16:11  21   So Tic was known for a long time.

12:16:13  22   Q.    Let's look at the next slide, which is DDX-2-65.  And

12:16:16  23   starting with the blue box in the middle, Dr. Bachovchin,

12:16:19  24   can you explain what you're showing on this slide?

12:16:22  25   A.    Well, so the box in the middle shows the structure now

Bachovchin - direct

12:16:26    1    of D-Tic.

12:16:27    2    Q.    Okay.  And then what is shown in the squares around

12:16:32    3    D-Tic?

12:16:33    4    A.    So what you see in the circles around D-Tic for

12:16:36    5    comparison are the structures of the amino acid

12:16:40    6    substitutions that Dr. Stewart lists here in Table 2 as

12:16:44    7    substitutions that confer bradykinin antagonist activity

12:16:50    8    when substituted in position seven.

12:16:52    9    Q.    And by here, just for the record, you were referring

12:16:56   10    to --

12:16:57   11    A.    Position seven.

12:16:58   12    Q.    -- Table 1 of the '993 patent?

12:17:00   13    A.    Yes.  Table 1 of the '993 patent.

12:17:02   14    Q.    Now, how do the structures of the amino acids listed

12:17:07   15    in the SAR by Dr. Stewart compare to the structure of D-Tic?

12:17:13   16    A.    Well, first of all, they're all D-amino acids.

12:17:16   17                  Second of all, seven of the eight are

12:17:22   18    aromatic as D-Tic is.  If you look closely at D-Tic, you can

12:17:25   19    see it's very closely similar in structure to all of these

12:17:28   20    amino acids, and perhaps especially to D-Phe but not that

12:17:34   21    far different from D-Pal or D-tyrosine or

12:17:42   22    D-O-methyltyrosine.

12:17:42   23    Q.    And what would a person of ordinary skill in the art

12:17:47   24    conclude about the likely activity of a bradykinin analog

12:17:50   25    with D-Tic at position seven based on this information?

Bachovchin - direct

12:17:55    1    A.      Based on this information, a person of ordinary skill

12:17:57    2    in the art would have a reasonable expectation that

12:17:59    3    substituting a D-Tic into position seven of a bradykinin

12:18:05    4    analog peptide would maintain the antagonist activity of

12:18:10    5    that peptide.

12:18:11    6    Q.      Let's turn to the next slide.  Now, based on the

12:18:18    7    information you've been discussing with respect to the five

12:18:21    8    and 7 positions, can you summarize a person of ordinary

12:18:25    9    skill in the art's understanding regarding the expected

12:18:28   10    activity of the peptides of Claim 1 of the '7,803 patent if

12:18:33   11    the Z and P groups were removed?

12:18:35   12    A.      Yes.  Well, a person skill in the art would recognize

12:18:38   13    that if you remove the Z and P groups, the peptide that was

12:18:42   14    left would be an analog of bradykinin and it would be an

12:18:46   15    analog of bradykinin that incorporated the key substituents

12:18:51   16    that Dr. Stewart's structure activity relationships taught

12:18:54   17    were needed or required or desired in a bradykinin -- to

12:19:03   18    make a bradykinin antagonist peptide.  So a person of skill

12:19:06   19    in the art would have a reasonable expectation that this

12:19:10   20    remaining peptide would be a bradykinin antagonist.

12:19:13   21    Q.      Now I want to talk about the second reason you listed

12:19:17   22    on your summary slide.  If we could just go back to that,

12:19:20   23    which is DDX-2-67.

12:19:23   24            Can you remind us what your second reason was

12:19:27   25    for your expectation?

Bachovchin - direct

12:19:28    1    A.      Yes.   So a second reason is that a person of skill in

12:19:32    2    the art would look at the sequence of B-3824 and comparing

12:19:38    3    that to the peptide that is left after removing Z and P

12:19:43    4    group from the Claim 1 of the '7,803 patent.   That

12:19:47    5    comparison would indicate to a person of skill in the art

12:19:50    6    that the remaining peptide would have, would have a

12:19:55    7    reasonable expectation to have bradykinin antagonist

12:19:58    8    activity.

12:19:59    9    Q.      Let's look at the next slide, DDX-2-68.   What are you

12:20:05   10    depicting here?

12:20:06   11    A.      So this compares the peptide sequence of the prior art

12:20:11   12    compound B-3824 to the sequence of the remaining peptide of

12:20:16   13    Claim 1 of the '7,803 patent.

12:20:19   14    Q.      Dr. Bachovchin, what are the similarities between the

12:20:22   15    sequence of B-3824 and the sequence of Claim 1 of the '7,803

12:20:28   16    patent?

12:20:28   17    A.      So the similarities are, they're both ten amino acid

12:20:32   18    peptides and they are identical in eight of the ten

12:20:35   19    positions.

12:20:37   20    Q.      And what are the differences between these two

12:20:41   21    sequences?

12:20:42   22    A.      They exhibit some differences only in position 7 and

12:20:45   23    8.

12:20:46   24    Q.      If we could look at that.   That's shown on slide

12:20:48   25    DDX-2-68.

Bachovchin - direct

12:20:52  1        Let's talk about those two positions.  Let's

12:20:55  2  first talk about D-Tic.  What amino acid in B-3824 is being

12:21:00  3  replaced with D-Tic?

12:21:02  4  A.    So in position 7 of 3824, D-Phe is there and we'll go

12:21:10  5  from that to Claim of the '7803 patent.  We're replacing

12:21:15  6  D-Phe with the D-Tic.

12:21:17  7  Q.    Did the prior art compare D-Phe and D-Tic?

12:21:22  8  A.    Yes.

12:21:22  9  Q.    Let's look at DTX-70, please.  This is an article by

12:21:27  10  Kazmierski.  When did this article publish?  We'll put that

12:21:30  11  up on the screen.

12:21:37  12  A.    This article published --

12:21:39  13  Q.    On the screen in front of you, Doctor.

12:21:42  14  A.    1988.

12:21:43  15  Q.    And does this article discuss the use of D-Tic?

12:21:46  16  A.    Yes, it does.

12:21:47  17  Q.    Does this article discuss the use of D-Tic in the

12:21:50  18  context of bradykinin antagonists?

12:21:52  19  A.    No, it does not.

12:21:53  20  Q.    Would that matter to a person of skill in the art?

12:21:55  21  A.    That would not matter to a person of skill in the

12:21:57  22  art.

12:21:58  23  Q.    Can you explain why not?

12:21:59  24  A.    Well, it does not matter for the purpose of comparing

12:22:04  25  the attributes of the two amino acids with each other.

Bachovchin - direct

| | | |
|---|---|---|
| 12:22:07 | 1 | Q.    Let's put up an excerpt from Kazmierski.  This is |
| 12:22:11 | 2 | DTX-70, pages 4 and 5.  Let's start with the structures at |
| 12:22:15 | 3 | the bottom of your slide, DTX-2-69. |
| 12:22:19 | 4 | Can you tell us what is shown there? |
| 12:22:21 | 5 | A.    So the bottom of the slide here shows and compares the |
| 12:22:25 | 6 | structure D-Phe and the structure D-Tic. |
| 12:22:29 | 7 | Q.    And how do they compare? |
| 12:22:31 | 8 | A.    So as you can see, they're very similar.  The only |
| 12:22:34 | 9 | differences highlighted here were circled in red. |
| 12:22:40 | 10 | Basically, the side chain aromatic ring is connected to the |
| 12:22:44 | 11 | backbone of D-Tic where it's not connected to the backbone |
| 12:22:46 | 12 | in D-Phe. |
| 12:22:47 | 13 | Q.    And what are they saying in the highlighted text? |
| 12:22:50 | 14 | A.    So if you can read the highlighted text, it's |
| 12:22:53 | 15 | basically saying that D-Tic can be viewed as a D-Phe.  Tic |
| 12:23:01 | 16 | can be viewed as a Phe in which rotation about these is |
| 12:23:08 | 17 | limited. |
| 12:23:08 | 18 | Q.    Let's look at the next slide, DTX-2-70.  And focusing |
| 12:23:12 | 19 | on that seven position for now, what would the expectation |
| 12:23:20 | 20 | of a person of ordinary skill in the art be with the claimed |
| 12:23:25 | 21 | activity of the '7803 patent be with respect to that D-tic |
| 12:23:30 | 22 | at seven? |
| 12:23:32 | 23 | A.    A person of skill in the art would expect substituting |
| 12:23:37 | 24 | the D-Phe for D-Tic would maintain the antagonist activity |
| 12:23:42 | 25 | of B-3824. |

Bachovchin - direct

| | | |
|---|---|---|
| 12:23:43 | 1 | Q.    I'm sorry.  So you're substituting the D-Tic for the |
| 12:23:47 | 2 | D-Phe.  Is that what you meant to say? |
| 12:23:49 | 3 | A.    Yes.  Substituting D-Tic for D-Phe would maintain |
| 12:23:54 | 4 | antagonist activity. |
| 12:23:55 | 5 | Q.    Now let's look at the Oic at eight, at the eight |
| 12:23:59 | 6 | position. |
| 12:24:02 | 7 |           Now, what amino acid -- let me strike that |
| 12:24:06 | 8 | question.  I apologize. |
| 12:24:08 | 9 |           Was Oic known in the prior art? |
| 12:24:11 | 10 | A.    Yes, it was. |
| 12:24:14 | 11 | Q.    And if you could turn to DTX-58 in your binder, this |
| 12:24:20 | 12 | is a copy of the Blankley article.  My apologies. |
| 12:24:36 | 13 |           When was the Blankley article published? |
| 12:24:38 | 14 | A.    1987. |
| 12:24:39 | 15 | Q.    Does Blankley discuss Oic? |
| 12:24:41 | 16 | A.    Yes, he does. |
| 12:24:42 | 17 | Q.    Let's put up the excerpt from Blankley here.  And this |
| 12:24:51 | 18 | is from DTX-58 at Page one. |
| 12:24:55 | 19 |           What is Blankley saying about Oic in this |
| 12:24:59 | 20 | passage? |
| 12:24:59 | 21 | A.    So in this passage, Blankley is saying that Oic can |
| 12:25:05 | 22 | substitute or replace proline in a peptide. |
| 12:25:10 | 23 | Q.    Okay.  Is Blankley discussing Oic in the context of |
| 12:25:14 | 24 | bradykinin antagonists? |
| 12:25:16 | 25 | A.    No, he is not. |

Bachovchin - direct

| | | |
|---|---|---|
| 12:25:17 | 1 | Q.    And would that matter? |
| 12:25:18 | 2 | A.    It would not matter to a person of skill in the art |
| 12:25:20 | 3 | for this purpose. |
| 12:25:21 | 4 | Q.    Now, you mentioned that he was talking about proline. |
| 12:25:25 | 5 | Was there anything in the prior art that suggested proline |
| 12:25:28 | 6 | at position eight of a bradykinin antagonist? |
| 12:25:31 | 7 | A.    Yes, there was. |
| 12:25:32 | 8 | Q.    Let's look at JTX-38.  It's in your binder.  It's a |
| 12:25:37 | 9 | copy of U.S. Patent 4,923,963.  We have it up on the screen. |
| 12:25:44 | 10 |         When was the '963 patent application filed? |
| 12:25:47 | 11 | A.    This application was filed on September 2nd, 1987. |
| 12:25:55 | 12 | Q.    And who are the inventors? |
| 12:25:57 | 13 | A.    The inventors are Stewart and Vavrek. |
| 12:26:02 | 14 | Q.    And who is this patent assigned to? |
| 12:26:08 | 15 | A.    The patent is assigned to Nova. |
| 12:26:14 | 16 | Q.    I'm going to put up an excerpt from the '963 patent. |
| 12:26:17 | 17 | This is from JTX-38, Page 3.  It's Column 3, lines 66 to |
| 12:26:24 | 18 | column, I'm sorry, to 67 and Column 4 at lines 44 to 48. |
| 12:26:30 | 19 |         And looking at this slide, DTX-2-73, what is the |
| 12:26:35 | 20 | sequence that's depicted in the middle of your slide, |
| 12:26:37 | 21 | Doctor? |
| 12:26:38 | 22 | A.    So this is basically illustrating the sequence of a |
| 12:26:42 | 23 | peptide.  In fact, in this case, it's the bradykinin |
| 12:26:46 | 24 | peptide. |
| 12:26:46 | 25 | Q.    And is the numbering that's provided below those |

Bachovchin - direct

12:26:52  1   letters, is that consistent with the numbering we've been

12:26:56  2   discussing?

12:26:56  3   A.      The numbering is consistent with the numbering we've

12:27:00  4   been discussing with respect to bradykinin.

12:27:01  5   Q.      And here, there's a Z listed at the eight position.

12:27:07  6   Is that the same eight position we've been discussing?

12:27:10  7   A.      That is the same eight position we've been discussing,

12:27:13  8   yes.

12:27:13  9   Q.      And what does this '963 patent say about the

12:27:16  10  substitutions that could be made at the Z position in the

12:27:20  11  highlighted text?

12:27:21  12  A.      So this says that you could substitute D- or L-proline

12:27:27  13  into the Z position.

12:27:29  14  Q.      Now, let's look back at the SAR data of Dr. Stewart,

12:27:36  15  Tables 1 and 2 of the '993 patent.   That's on the board,

12:27:42  16  DDX-2A.

12:27:42  17          Can you explain what those tables disclose at

12:27:45  18  the eight position?

12:27:46  19  A.      So we're looking at Table 1 of the '993 patent.   This

12:27:52  20  discloses in the eight position that you can have Z six

12:28:00  21  different substituents put into this position and maintain

12:28:04  22  bradykinin antagonist activity.

12:28:08  23  Q.      Thank you.

12:28:08  24          And let's turn to DTX-114 in your binder.   This

12:28:13  25  is the Spragg article.   When was the Spragg article

Bachovchin - direct

12:28:17   1   published, Dr. Bachovchin?

12:28:19   2   A.    So the Spragg article was published in 1988.

12:28:23   3   Q.    And who are the authors on this article?

12:28:25   4   A.    Again, the authors are Spragg, but, again, Raymond

12:28:29   5   Vavrek and John Stewart.

12:28:30   6   Q.    And I'm going to put up an excerpt from Spragg.  This

12:28:34   7   is from DTX-114, Page 7.

12:28:38   8         Looking at this slide, DDX-2-74, what's shown in

12:28:44   9   Table 1 at the top of the slide?

12:28:46   10  A.    So what's shown in Table 1 is a sequence, peptide

12:28:53   11  sequence, again, a bradykinin peptide sequence.  Yes,

12:28:58   12  bradykinin sequence.

12:28:59   13  Q.    All right.  And then there are some red numbers and a

12:29:03   14  red box.  Were those in the original?

12:29:05   15  A.    No.  I added the red box and the red numbers.

12:29:09   16  Q.    All right.  What's being compared in this table?

12:29:11   17  A.    So what's being compared here is the sequence of

12:29:18   18  several bradykinin analogs and bradykinin analogs that are

12:29:22   19  antagonists together with bradykinin itself.

12:29:27   20  Q.    And here, the eight position is labeled P2; is that

12:29:31   21  right?

12:29:32   22  A.    In this case, the P2 position corresponds in our

12:29:36   23  nomenclature to the eight position.

12:29:39   24  Q.    And what does the text just below the table say about

12:29:44   25  the substitutions that could be made at the P2 position?

Bachovchin - direct

12:29:47  1  A.    This says that the P2 position, you can substitute

12:29:50  2  bulky analogs such as cyclohexylalanine.

12:29:55  3  Q.    And what's a bulky analog?

12:29:58  4  A.    A bulky analog is basically a big, it's an amino acid

12:30:03  5  with a big side chain.

12:30:04  6  Q.    And then at the end of that sentence, it says that, it

12:30:07  7  indicates that minimal steric restraints are observed at

12:30:10  8  this position.  What does that mean?

12:30:11  9  A.    So that basically means that you can put big groups in

12:30:15  10  that position and not get adverse effects of blocking the

12:30:22  11  desired effects.  That it will tolerate large groupings in

12:30:25  12  that position, large side chains in that position.

12:30:30  13  Q.    Let's look at the next slide, which is DDX-2-75.  And

12:30:34  14  starting with the blue box on the right, Dr. Bachovchin, can

12:30:37  15  you explain what you are showing here?

12:30:39  16  A.    So the blue box on the right shows the structure of

12:30:42  17  Oic.

12:30:43  18  Q.    And what are the other ten things shown on the

12:30:49  19  right-hand slide?

12:30:51  20  A.    So the other ten things are things known to work when

12:30:54  21  put in position eight.

12:30:55  22  Q.    Those are all amino acids?

12:30:56  23  A.    Those are all amino acids.

12:30:58  24  Q.    And Number 10, is that the cyclohexylalanine that was

12:31:03  25  referred to in Spragg?

Bachovchin - direct

12:31:04  1   A.   Yes.   This is the structure cyclohexylalanine that we

12:31:08  2   just talked about in Spragg that can be substituted as well

12:31:11  3   in that position.

12:31:11  4   Q.   And for the record, the citations provided here are

12:31:14  5   the '963 patent, Column 3, lines 66 to 67; Column 4, line 45

12:31:23  6   to 4; the '993 patent, column four to line 17 to 57, and

12:31:29  7   then the Spragg article at Page 7.

12:31:32  8        Now, how do these substitutions compare to the

12:31:36  9   structure of Oic?

12:31:37  10  A.   So as you can see, they're all structurally very

12:31:41  11  similar.   They have attributes of Oic, especially

12:31:46  12  cyclohexylalanine.   You can look at cyclohexylalanine, and

12:31:50  13  if you moved it over and superimposed it on Oic, you would

12:31:55  14  see it would line up pretty well everywhere and the only

12:31:58  15  difference here would be the bond between the NH and the

12:32:01  16  cyclohexyl ring.   If you connect this with this, you have

12:32:05  17  Oic.

12:32:05  18  Q.   And what inference would a person of ordinary skill in

12:32:08  19  the art draw from this information with respect to the

12:32:10  20  inclusion of Oic at the eight position of the '7,803 patent?

12:32:14  21  A.   A person of ordinary skill in the art would have a

12:32:18  22  reasonable expectation that if cyclohexylalanine works in

12:32:23  23  that position, Oic would also work.

12:32:24  24  Q.   Let's look at the next slide, DDX-2-76.   And based on

12:32:39  25  the information that we've just been reviewing, Dr.

Bachovchin - direct

12:32:42  1    Bachovchin, how would a person of ordinary skill in the

12:32:44  2    art have viewed the substitutions of D-Tic and Oic in the

12:32:50  3    '7,803 compound as compared to the substitutions found in

12:32:53  4    B-3824?

12:32:54  5    A.     Yes.  Well, a person of skill in the would recognize

12:32:59  6    these substitutions as what we refer to as conservative

12:33:02  7    substitutions.  In other words, they're very chemically

12:33:06  8    similar and a person of skill in the art would expect them,

12:33:09  9    would expect that if these work in these positions, that

12:33:14  10   these would also work in those positions.

12:33:16  11   Q.     I think I may have skipped one question earlier.  So

12:33:22  12   if we could just go back, Mr. Chase, to DDX-2-75 for a

12:33:30  13   moment.

12:33:30  14        Dr. Bachovchin, can you just discuss the compare

12:33:34  15   comparison of Oic and the proline residue listed as number

12:33:37  16   nine?

12:33:37  17   A.     Yes.  You can see that proline is a five-membered

12:33:40  18   ring, but Oic also has that proline five membered ring.  In

12:33:46  19   addition to that, it has a six-membered cyclohexane ring on

12:33:52  20   top of the proline ring.  So you can almost view Oic as a

12:33:56  21   combination of proline with cyclohexylalanine and that, it

12:34:03  22   would also tend to support the idea that Oic would be a

12:34:08  23   group that you could substitute in this position based on

12:34:11  24   these structure-activity relationships to expect it to

12:34:15  25   maintain antagonist activity.

Bachovchin - direct

12:34:13  1  Q.      Let's go to Slide DDX2-77.  Here, we are showing B-

12:34:44  2  3824 at the bottom of the slide again.  On the basis of the

12:34:49  3  structure of B-3824, and the prior art, how would a person

12:34:54  4  of ordinary skill in the art view the Z and P groups of the

12:34:59  5  '7,803 patent compound?

12:35:03  6  A.      Yes, a person of skill in the art, based on the prior

12:35:07  7  art compounds, including B-3824, would now view the Z and P

12:35:14  8  positions as optional and not required or needed for

12:35:18  9  antagonistic activity.

12:35:19  10 Q.      Can you just remind us again, if you took off the Z

12:35:23  11 and P groups of Claim 1 of the '7,803 patent compound, how

12:35:29  12 many peptides are defined from A to I?

12:35:32  13 A.      As we already mentioned, that would be a total of 15

12:35:37  14 peptides.

12:35:38  15 Q.      You understand that Dr. Walensky has argued that a

12:35:41  16 person of ordinary skill in the art would not have been

12:35:43  17 motivated to remove the Z and P groups because they are

12:35:48  18 listed as part of a final claimed product of Claim 1 of the

12:35:52  19 '7,803 patent?

12:35:54  20 A.      Yes, I understand that is his opinion.

12:35:56  21 Q.      Do you agree with that?

12:35:57  22 A.      No, I do not.

12:35:59  23 Q.      Would it change your opinion if it was understood to

12:36:02  24 be a final product?

12:36:03  25 A.      No, it would not.

Bachovchin - direct

12:36:03  1   Q.    Can you explain why not?

12:36:05  2   A.    Because it doesn't change my view that it would be an

12:36:14  3   obvious variant of the key underlying peptide structure, and

12:36:18  4   that the person of skill in the art would recognize that the

12:36:24  5   key structure is within the peptide sequence and that the Z

12:36:29  6   position and the P position are not contributing in a

12:36:32  7   significant way and a person of skill in the art would want

12:36:36  8   to remove anything that doesn't have evidence of

12:36:40  9   contributing in a significant way so that they have the

12:36:43  10  smallest molecule that provides the activities that they are

12:36:49  11  looking for.

12:36:50  12  Q.    You understand that Dr. Walensky's position is that a

12:36:53  13  person of skill in the art would believe that some of the

12:36:57  14  N-terminal modifications that are listed here in the '7,803

12:37:01  15  claim might be there to improve solubility and improve

12:37:05  16  enzymatic resistance?

12:37:08  17  A.    Yes, I understand that's his opinion.

12:37:10  18  Q.    Let's talk about improving solubility.  Would a person

12:37:13  19  of skill in the art have perceived any need for the Z or P

12:37:19  20  group here to achieve that purpose?

12:37:21  21  A.    No.  A person of skill in the art would recognize that

12:37:24  22  the prior art compounds had no problems with solubility so

12:37:27  23  there would be no need to add N-terminal protecting groups

12:37:33  24  to improve solubility.

12:37:34  25  Q.    Let's talk about adding enzymatic resistance.  Would a

Bachovchin - direct

12:37:38  1  person of skill in the art have observed any need for the Z

12:37:41  2  or the P groups to achieve that purpose?

12:37:44  3  A.    Not in the context of a D-Arginine at the zero

12:37:46  4  position.  D-Arginine in the prior art was known for

12:37:53  5  providing resistance to enzyme degradation, so there would

12:37:53  6  be no need to provide that with an additional group with the

12:37:58  7  P or Z position.

12:37:59  8  Q.    If you didn't have a D-Arginine at the P or Z

12:38:04  9  position, did the prior art disclose any potential role for

12:38:07  10  the protecting groups listed for Z in Claim 1 of the '7,803

11  patent for improving enzyme resistance?

12:38:12  12  A.    Yes, in that case you might expect a person of skill

12:38:16  13  in the art would have expected that the existence of one of

12:38:19  14  these groups on the N-terminus in the absence of the D-Arg

12:38:26  15  you would need to provide resistance.

12:38:26  16  Q.    Would you use any of those groups in addition to

12:38:27  17  D-Arginine for enzyme resistance?

12:38:31  18  A.    No, there would be no reasons to use D-Arg and one of

12:38:35  19  the other groups on the N-terminus.

12:38:39  20  Q.    Let's go to DDX2-78.  This is another excerpt from the

12:38:45  21  '963 patent we talked about earlier.  That is JTX-38.  Up on

12:38:53  22  the slide you have Table 2.  Can you explain what's shown in

12:38:56  23  Table 2?

12:38:58  24  A.    Yes, Table 2 again shows the sequence as we have been

12:39:02  25  talking about, of bradykinin and like peptides.

Bachovchin - direct

| 12:39:07 | 1 | Q. What is shown at the zero position at that sequence in |
| 12:39:12 | 2 | Table 2? |
| 12:39:12 | 3 | A. We have an N at the position to indicate substitution |
| 12:39:17 | 4 | at that position. |
| 12:39:18 | 5 | Q. Is the N defined in the text below Table 2? |
| 12:39:21 | 6 | A. Yes. Here N is defined as you see it as anhydrous or |
| 12:39:27 | 7 | acidic, basic or neutral aromatic amino acid residue of the |
| 12:39:31 | 8 | D or L configuration such as D-Arg, D-Lys, L-thienylalanine, |
| 12:39:40 | 9 | or an N-terminal enzyme protecting group selected from the |
| 12:39:44 | 10 | group comprising acyl-type protecting groups, aromatic |
| 12:39:50 | 11 | urethane-type protecting groups, alkyl type protecting |
| 12:39:54 | 12 | groups, or, alternatively, N is a di- or polypeptide |
| 12:39:59 | 13 | containing amino acids of the D or L configuration, such as |
| 12:40:01 | 14 | the ones listed. |
| 12:40:02 | 15 | Q. Does this text suggest the use of D-Arginine and the |
| 12:40:07 | 16 | N-terminal groups that are listed at the same time? |
| 12:40:10 | 17 | MS. KUZMICH: Your Honor, I have an objection |
| 12:40:12 | 18 | here that this opinion is not in either of the doctor's |
| 12:40:17 | 19 | expert reports, this particular opinion about this passage |
| 12:40:22 | 20 | and the explanation of the alternative, it is not there in |
| 12:40:28 | 21 | either of his expert reports. |
| 12:40:29 | 22 | THE COURT: Counsel. |
| 12:40:32 | 23 | MR. JAMES: Your Honor, I disagree. He talked |
| 12:40:34 | 24 | about the '963 -- |
| 12:40:35 | 25 | THE COURT: If the two of you can compare, speak |

12:40:39   1    off line.

12:41:00   2                    (Pause.)

12:42:46   3                    MR. JAMES:  Your Honor, if I may, the objection

12:42:48   4    seems to be that although he talked about his opinions with

12:42:52   5    respect to --

12:42:57   6                    MS. KUZMICH:  We have a broad disclosure to the

12:42:59   7    '963, Your Honor.  But we don't have this particular passage

12:43:03   8    analyzed.

12:43:04   9                    THE COURT:  Is that true?

12:43:05   10                   MR. JAMES:  I don't --

12:43:07   11                   THE COURT:  Is it true?

12:43:08   12                   MR. JAMES:  I don't --

12:43:10   13                   THE COURT:  Read the language.  Where is it

12:43:12   14   analyzed?

12:43:13   15                   MR. JAMES:  It says the teachings of the '963

12:43:18   16   patent would motivate a POSA to remove the Fmoc or anything

12:43:20   17   through to the N-terminus of the bradykinin antagonist

12:43:24   18   peptide claimed in the '7,803 patent.

12:43:26   19                   THE COURT:  Contextually, can you say that

12:43:29   20   doesn't satisfy your objection?

12:43:31   21                   MS. KUZMICH:  I don't think it points to this

12:43:33   22   passage in the analysis, now that we have all of it

12:43:38   23   alternately and now providing an opinion you would only use

12:43:43   24   of those --

12:43:44   25                   THE COURT:  Was it in the doctor's report as to

Bachovchin - direct

12:43:47    1    the passage known before his opinion?

12:43:52    2                MS KUZMICH:  I would say no, it wasn't in his

12:43:54    3    deposition or his expert report.

12:43:57    4                THE COURT:  If it is not disclosed, I would not

12:44:02    5    permit it, I don't permit it.

12:44:06    6                By the way, when did you get the slide?

12:44:09    7                MS. KUZMICH:  Last night.

12:44:09    8                THE COURT:  Did you know the slide was in it,

12:44:11    9    last night?  Did you see it?

12:44:14   10                Did you think to dial up counsel instead of

12:44:18   11    wasting the Court's time?  How long has he been on the

12:44:24   12    stand?

12:44:24   13                Let's take a recess.  We will be back in an

12:44:28   14    hour.

12:44:29   15                    (Luncheon recess taken.)

13:25:56   16                Afternoon Session, 1:47 p.m.

13:47:45   17                THE COURT:  Counsel, please take your seats.

13:47:47   18    Did you work it out?

13:47:48   19                MR. JAMES:  Yes, we did.

13:47:49   20                THE COURT:  Good.  Let's go.

13:47:50   21    BY MR. JAMES:

13:47:56   22    Q.    Doctor Bachovchin, just to reorient where we were, on

13:48:00   23    slide DTX-2-78, there's a passage from the '963 patent.  My

13:48:07   24    question was:  Does this passage suggest the use of

13:48:12   25    D-Arginine and the other N terminal groups that are listed

Bachovchin - direct

13:48:17  1   here at the same time?

13:48:18  2   A.   No, it does not.

13:48:20  3   Q.   Can you explain why not?

13:48:22  4   A.   It indicates that you could have a D-Arginine or

13:48:29  5   another N terminal protected group, but it does not indicate

13:48:33  6   that you would put an N-terminal group on top of the

13:48:36  7   D-Arginine.

13:48:37  8   Q.   Now, let's go to the next part of the slide,

13:48:39  9   Mr. Chase.  We've overlaid the sequence of Fmoc-icatibant

13:48:44  10  onto this slide.

13:48:48  11          Would this passage in the '963 patent motivate a

13:48:50  12  person to leave on the Z group, the Fmoc?

13:48:54  13  A.   No, it would not.

13:48:55  14  Q.   Can you explain why not?

13:48:56  15  A.   It would not because it has a D-Arginine in what we've

13:49:02  16  been calling position zero, and once you have a D-Arginine

13:49:05  17  in position zero, there would be no need to put on another N

13:49:08  18  terminal protecting group.

13:49:10  19  Q.   And why not just leave on the Z on top of the

13:49:15  20  D-Arginine?

13:49:15  21  A.   That would be extraneous.  There would be no reason to

13:49:18  22  do that.

13:49:19  23  Q.   Okay.  Let's go to the next slide.

13:49:24  24          Now, Dr. Bachovchin, actually, I'm sorry.  Just

13:49:28  25  hold up for a second.  I want to summarize your opinions

Bachovchin - direct

13:49:31   1    now, if we could.

13:49:32   2              Have you formed an opinion as to whether claim

13:49:34   3    14 of the '333 patent is an obvious variant of Claim 1 of

13:49:38   4    the ''7,803 patent?

13:49:40   5    A.    Yes, I have.

13:49:41   6    Q.    And what is your opinion in that regard?

13:49:45   7    A.    My opinion is that claim 14 of the '333 patent is an

13:49:51   8    obvious variant of Claim 1 of the ''7,803 patent.

13:49:54   9    Q.    And let's put up the next slide.  And using this

13:49:57   10   slide, I'm sorry, Mr. Chase.  If we could put up DDX-2-79.

13:50:03   11   Thank you.

13:50:04   12             Could you summarize the bases for your opinions

13:50:09   13   for the Court, please?

13:50:10   14   A.    Yes, I can.  So the reasons for my opinion include

13:50:12   15   that the '7,803 and the '333 patents are co-owned and have

13:50:17   16   inventors in common.  It also includes that the peptides

13:50:23   17   claimed in the '7,803 patent include the same ten amino acid

13:50:27   18   sequence recited in claim 14 of the '333 patent, with a

13:50:31   19   removable protecting group attached, as illustrated here in

13:50:36   20   this colored diagram.

13:50:39   21             Here, you can see that claim 14 of the '333

13:50:41   22   patent, its sequence is illustrated by these colored balls

13:50:45   23   with the three letter codes for each amino acid and the same

13:50:50   24   is illustrated for Claim 1 of the '7,803 patent.  And if you

13:50:54   25   go through here, you can see that at each position, the

Bachovchin - direct

13:50:59    1    amino acids are identical, and the only difference between

13:51:03    2    Claim 1 of the '7,803 patent and claim 14 of the '333 patent

13:51:10    3    is the presence of the Fmoc group on the n-terminus of the

13:51:15    4    peptide.

13:51:16    5    Q.    And what would the person of ordinary skill in the art

13:51:19    6    have been motivated to do with that Fmoc?

13:51:21    7    A.    A person of ordinary skill in the art would be

13:51:23    8    motivated to remove that Fmoc.

13:51:25    9    Q.    And what would be the result?

13:51:26    10   A.    The result would be that the Claim 1 of the '7,803

13:51:30    11   patent would be exactly the same as claim 14 of the '333

13:51:35    12   patent.

13:51:36    13   Q.    And what would be the expectation of the person of

13:51:39    14   skill in the art with respect to the remaining peptide after

13:51:42    15   the Fmoc is removed?

13:51:44    16   A.    So a person of skill in the art would expect that

13:51:47    17   after the Fmoc group is removed, the peptide of Claim 1 of

13:51:53    18   the '7,803 patent would be a bradykinin antagonist.  So the

13:51:59    19   peptide of claim 14 of the '333 patent is therefore an

13:52:04    20   obvious variant of Claim 1 in the '7,803 patent.

13:52:08    21           MR. JAMES:  Your Honor, that's the end of his

13:52:10    22   testimony on obviousness-type double patenting, but as

13:52:15    23   Mr. Wiesen mentioned in his opening, Dr. Bachovchin has a

13:52:18    24   very short amount of testimony that we would like him to

13:52:21    25   give on secondary considerations so he would be out of

Bachovchin - direct

| | |
|---|---|
| 13:52:25 | 1 |
| 13:52:29 | 2 |
| 13:52:30 | 3 |
| 13:52:31 | 4 |
| 13:52:36 | 5 |
| 13:52:37 | 6 |
| 13:52:41 | 7 |
| 13:52:43 | 8 |
| 13:52:48 | 9 |
| 13:52:56 | 10 |
| 13:52:58 | 11 |
| 13:53:00 | 12 |
| 13:53:03 | 13 |
| 13:53:07 | 14 |
| 13:53:09 | 15 |
| 13:53:10 | 16 |
| 13:53:11 | 17 |
| 13:53:14 | 18 |
| 13:53:18 | 19 |
| 13:53:22 | 20 |
| 13:53:27 | 21 |
| 13:53:31 | 22 |
| 13:53:31 | 23 |
| 13:53:32 | 24 |
| 13:53:35 | 25 |

1   order.  It's about five minutes worth.  And I think he's

2   asking whether you object.

3              MS. KUZMICH:  We have no objections.

4              THE COURT:  Okay.  All right.  Thanks for the

5   interpretation, counsel.

6   BY MR. JAMES:

7   Q.    I want to talk briefly about the formulation of the

8   prior art Stewart compound and icatibant.  Let's look at

9   DTX-50.  Is this an article by Wirth and his colleagues?

10  A.    Yes, it is.

11  Q.    When was the Wirth article published?

12  A.    This article was published in 1991.

13  Q.    And just to be clear, Dr. Bachovchin, did you rely on

14  Wirth in forming your opinions on obviousness-type double

15  patenting?

16  A.    No, I did not.

17  Q.    Now, let's look at the title.  It refers to something

18  called Hoe 140.  What is that?

19  A.    Hoe 140 is, in fact, icatibant.

20  Q.    Does the Wirth article compare formulations of

21  icatibant and a prior art Stewart bradykinin antagonist

22  peptide?

23  A.    Yes, it does.

24  Q.    Let's look at, Mr. Chase, if you could put up the

25  second paragraph of the introduction, please.  And let's

13:53:38    1    look at the first sentence.

13:53:43    2              And, Dr. Bachovchin, what types of models was

13:53:47    3    Hoe 140 being tested in?

13:53:49    4    A.    So Hoe 140 is being tested in in vivo models where

13:53:57    5    bradykinin is serving as an agonist.

13:54:00    6    Q.    And let's skip down a sentence, and if you could, tell

13:54:03    7    us what compound Hoe 140 was being compared to in these

13:54:07    8    tests?

13:54:07    9    A.    So the prior art compound that's being compared to

13:54:11   10    icatibant is shown here and numbered the way we have defined

13:54:16   11    already.   This is the bradykinin antagonist and it is a

13:54:19   12    bradykinin in sequence in which you have D-Arginine on the

13:54:24   13    n-terminus, hydroxyproline in addition to thienylalanine in

13:54:30   14    positions five and eight and D-Phe in position seven.

13:54:35   15    Q.    Was that compound disclosed in the prior art?

13:54:37   16    A.    Yes, it was.

13:54:38   17    Q.    Which prior art was it disclosed in?

13:54:42   18    A.    Several places, including disclosed in Vavrek and

13:54:49   19    Stewart in 1985 and disclosed in a patent application.

13:54:52   20    Q.    Was it disclosed in the '993 patent?

13:54:54   21    A.    '993 patent.

13:54:55   22    Q.    Let's look at the third paragraph in the right column

13:55:00   23    of Wirth.   Now, in this passage, does Wirth describe the

13:55:06   24    formulation of icatibant and the prior art Stewart peptide

13:55:10   25    for subcutaneous administration?

Bachovchin - direct

13:55:12   1    A.      Yes, he does.

13:55:13   2    Q.      And if we could put up page DTX-50-2, Mr. Chase.   I

13:55:24   3    think we have that.   It's the paragraph in the left column.

13:55:31   4    Thank you.

13:55:31   5            And does Wirth describe here the formulation of

13:55:37   6    icatibant and the prior art Stewart peptide for IV

13:55:40   7    administration?

13:55:41   8    A.      Yes, he does.

13:55:42   9    Q.      And does Wirth describe any differences in the way in

13:55:46   10   which icatibant and the prior art Stewart peptide are

13:55:50   11   formulated?

13:55:51   12   A.      No, no differences are described.

13:55:52   13   Q.      Does Wirth describe any differences in the stability

13:55:56   14   of the formulation of the icatibant and the prior art

13:56:00   15   Stewart peptide?

13:56:00   16   A.      No.   No differences of stability are described between

13:56:04   17   icatibant and the prior art compound.

13:56:06   18   Q.      Mr. Chase, could you put up the last page, Page 4 the

13:56:09   19   next-to-last paragraph of the paper.

13:56:12   20           And here, Dr. Bachovchin, does Wirth compare

13:56:16   21   the tolerability of icatibant and the prior art Stewart

13:56:20   22   peptide?

13:56:20   23   A.      Yes, he does.

13:56:21   24   Q.      Does he describe any significant differences in the

13:56:25   25   tolerability of the two peptides?

Bachovchin - direct

13:56:27   1   A.     No.   He describes no significant differences in the

13:56:29   2   tolerability of the two peptides.

13:56:32   3   Q.     Now, in this Wirth paper and the other references

13:56:34   4   you've looked at, have you seen any evidence of differences

13:56:38   5   in formulation, stability or tolerability between icatibant

13:56:42   6   and the prior art Stewart compounds?

13:56:43   7   A.     I have not seen any differences in formulation

13:56:46   8   stability or tolerability of icatibant versus the prior art

13:56:51   9   Stewart compound.

13:56:53   10          MR. JAMES:  I have no further questions, your

13:56:55   11   Honor.

13:56:55   12          THE COURT:  All right.  You may cross-examine.

13:56:57   13          MS. KUZMICH:  Yes.  Permission to cross-examine?

13:56:59   14          THE COURT:  Yes.

13:56:59   15          MS. KUZMICH:  Permission to approach the bench

13:57:02   16   with material?

13:57:02   17          THE COURT:  Yes.

13:57:03   18          MS. KUZMICH:  And the witness?

13:57:04   19          THE COURT:  You have that.

13:57:05   20          MS. KUZMICH:  Thank you.

13:57:09   21          THE COURT:  Counsel, remind me of your name.

13:57:13   22          MS. KUZMICH:  Sandra Kuzmich.

13:57:14   23          THE COURT:  Okay.  Thank you.

13:57:16   24          MS. KUZMICH:  Thank you, your Honor.

13:57:33   25          (Ms. Kuzmich handed binders to the Court and to

Bachovchin - cross

13:57:37  1    the witness.)

13:58:23  2              MS. KUZMICH:  Permission to proceed, your Honor?

13:58:24  3              THE COURT:  Yes.

13:58:25  4              MS. KUZMICH:  Thank you.

13:58:27  5              THE COURT:  If you want to turn that thing

13:58:28  6    toward the witness, that podium moves.

13:58:30  7              MS. KUZMICH:  Oh, okay.  Thank you.

13:58:32  8              THE COURT:  It's up to you.

13:58:33  9                        CROSS-EXAMINATION

13:58:33  10   BY MS. KUZMICH:

13:58:34  11   Q.    Good afternoon, Dr. Bachovchin.

13:58:36  12   A.    Good afternoon.

13:58:36  13   Q.    My name is Sandra Kuzmich and I am from the law firm

13:58:40  14   of Haug Partners, and we represent the plaintiffs here

13:58:41  15   today, Shire and Sanofi.  And I'm going to ask you some

13:58:45  16   questions about the opinions you've provided today as well

13:58:49  17   as some opinions you've provided throughout the case.

13:58:53  18              I've handed you a binder of materials.  I think

13:58:55  19   most you've seen before, but feel free to reference them and

13:58:58  20   what we're going to try to do is put a lot of these things

13:59:01  21   on the screen so it will be easier for you to follow.

13:59:06  22              Doctor, if you could turn to DTX-59, which

13:59:13  23   is the '7,803 patent.  I'm going to call that up on the

13:59:17  24   screen.  And if you can refer to Claim 1, and that is at

13:59:21  25   column 20.

Bachovchin - cross

13:59:46     1              And, Doctor, we have that on the screen, Claim 1

13:59:49     2       of the '7,803 patent.  And it's the case that you came to a

13:59:53     3       conclusion as to the meaning of Claim 1 of the '7,803

13:59:57     4       patent; is that correct?

13:59:57     5       A.     Yes, that's correct.

13:59:58     6       Q.     In coming to your opinion as to the meaning of the

14:00:02     7       '7,803 patent, Claim 1, did you consider the specification

14:00:06     8       of the '7,803 patent?

14:00:08     9       A.     I did not.

14:00:08    10       Q.     In coming to your opinion as to the meaning of Claim 1

14:00:13    11       of the '7,803 patent, did you consider the prosecution

14:00:16    12       history of the '7,803 patent?

14:00:17    13       A.     I did not.

14:00:18    14       Q.     In looking at the peptides of Claim 1 of the '7,803

14:00:23    15       patent, does that, does Claim 1 encompass peptides that are

14:00:27    16       attached to a solid phase synthesis support resin?

14:00:34    17       A.     It does not.

14:00:35    18       Q.     And, Doctor, if you could turn your attention to the A

14:00:38    19       component of Claim 1 of the '7,803 patent.  Does the A

14:00:44    20       component, those amino acids, encompass amino acids that are

14:00:48    21       protected at their side chain?

14:00:50    22       A.     It does not.

14:00:51    23       Q.     And for component B, does that component encompass

14:00:57    24       protection of the arginine residue at the side chain?

14:01:01    25       A.     No, it does not.

Bachovchin - cross

14:01:02   1   Q.    And for component C, does that encompass protection of

14:01:05   2   the amino acid side chain?

14:01:07   3   A.    It does not.

14:01:08   4   Q.    And for component E, does that encompass protection of

14:01:13   5   the amino acid thienylalanine, amino acid at the side chain?

14:01:19   6   A.    It does not.

14:01:20   7   Q.    And for component F, does that encompass protection of

14:01:24   8   the amino side chain of serine?

14:01:26   9   A.    It does not.

14:01:26   10   Q.    And for element Q, does that element encompass

14:01:30   11   protection at the amino acid side chain?

14:01:33   12   A.    It does not.

14:01:34   13   Q.    And for component G, does that encompass protection of

14:01:37   14   the amino acid side chain?

14:01:39   15   A.    No, it does not.

14:01:40   16   Q.    And, finally, for component F prime, Doctor, does that

14:01:44   17   encompass protection at the amino acid side chain?

14:01:47   18   A.    No, it does not.

14:01:49   19   Q.    If you could focus your attention, Doctor, at page

14:01:53   20   DTX-59.10, and that would be at column 18, lines 44 through

14:01:59   21   45, which is Example 1.

14:02:04   22         And my question:  As it appears at column 18,

14:02:15   23   lines 44 through 45, is this peptide encompassed by example,

14:02:20   24   or Claim 1 of the '7,803 patent?

14:02:23   25   A.    I'm sorry.  What column are we on?  Column 10, did you

Bachovchin - cross

14:02:26   1   say?

14:02:26   2   Q.   We are at column 18, lines 44 to 45.

14:02:30   3   A.   Okay.

14:02:31   4   Q.   And it's DTX-59 at Page 10.

14:02:37   5   A.   Page 10.   DTX-59.   Example 1.   Okay.   I've got it.

14:02:46   6   Q.   Yes.   And my question is:   Is the peptide in Example 1

14:02:50   7   encompassed by Claim 1 of the '7,803 patent?

14:02:53   8   A.   Yes, it is.

14:02:54   9   Q.   And as it appears at Column 18, lines 44 to 45, is the

14:03:00  10   peptide of Example 1 attached to a solid phase peptide

14:03:04  11   synthesis support resin?

14:03:08  12   A.   No, it's not.

14:03:09  13   Q.   And as it appears at column 18, line 44 through 45,

14:03:13  14   does the peptide in Example 1 have side chain protecting

14:03:17  15   groups?

14:03:17  16   A.   No, it does not.

14:03:19  17   Q.   Doctor, if we could turn our attention to the Z group

14:03:32  18   of Claim 1 of the '7,803 patent.   And if you could turn back

14:03:37  19   to Claim 1, which is at Column 20.

14:03:44  20        And so a person of ordinary skill in the art

14:03:47  21   just looking at Claim 1 of the '7,803 patent would

14:03:51  22   understand that the purpose of the Z group could be for

14:03:55  23   multiple reasons; is that correct?

14:03:56  24   A.   That's correct.

14:03:57  25   Q.   And when a person of ordinary skill in the art looks

Bachovchin - cross

| | | |
|---|---|---|
| 14:04:00 | 1 | at Claim 1 of the '7,803 patent, does a person of ordinary |
| 14:04:03 | 2 | skill in the art think that the Z group should be removed? |
| 14:04:07 | 3 | A.    I'm not sure I understand what you mean by should be |
| 14:04:12 | 4 | removed.  A person of ordinary skill in the art would |
| 14:04:20 | 5 | understand that it could be removed. |
| 14:04:22 | 6 | Q.    So would the person of ordinary skill in the art |
| 14:04:25 | 7 | presume that the Z group was there left over from synthesis? |
| 14:04:33 | 8 | A.    Not in every case. |
| 14:04:34 | 9 | Q.    Would the person of ordinary skill in the art presume |
| 14:04:36 | 10 | that you could remove it and that you would get the desired |
| 14:04:38 | 11 | peptide that you wanted? |
| 14:04:40 | 12 | A.    Not in every case. |
| 14:04:42 | 13 | Q.    So, Doctor, we're going to take a look at your |
| 14:04:49 | 14 | deposition transcript, and if we could take a look at Page |
| 14:04:54 | 15 | 251, line 20. |
| 14:04:58 | 16 | MR. JAMES:  Objection, your Honor. |
| 14:04:59 | 17 | THE COURT:  This isn't how we do this in my |
| 14:05:01 | 18 | courtroom.  Do you have copies of the transcript? |
| 14:05:03 | 19 | MS. KUZMICH:  Yes.  In the binders, your Honor. |
| 14:05:04 | 20 | THE COURT:  All right.  Why don't you direct the |
| 14:05:06 | 21 | witness to, and everybody.  You're going to object it's not |
| 14:05:12 | 22 | impeachment? |
| 14:05:12 | 23 | MR. JAMES:  Yes, your Honor. |
| 14:05:13 | 24 | THE COURT:  Let's get a little -- |
| 14:05:16 | 25 | MR. JAMES:  Yes. |

Bachovchin - cross

| | | |
|---|---|---|
| 14:05:17 | 1 | THE COURT:  Do you see it, Doctor?  It occurs in |
| 14:05:20 | 2 | your binder.  It has your name and deposition. |
| 14:05:27 | 3 | What page and what lines? |
| 14:05:29 | 4 | MS. KUZMICH:  If we would turn to Page 251, line |
| 14:05:31 | 5 | 20, to 252, line 5. |
| 14:05:42 | 6 | THE COURT:  251, line 20, to what? |
| 14:05:45 | 7 | MS. KUZMICH:  251, line 20. |
| 14:05:49 | 8 | THE COURT:  To? |
| 14:05:49 | 9 | MS. KUZMICH:  To 252, line 5. |
| 14:05:51 | 10 | THE COURT:  Read that to yourself, Doctor. |
| 14:06:04 | 11 | THE WITNESS:  I'm having trouble finding it. |
| 14:06:08 | 12 | Page 252? |
| 14:06:09 | 13 | THE COURT:  The pages are on the top right-hand |
| 14:06:12 | 14 | corner. |
| 14:06:16 | 15 | THE WITNESS:  I don't see the page numbers. |
| 14:06:19 | 16 | Okay.  I see it.  Okay. |
| 14:06:32 | 17 | THE COURT:  Again, let's give him the lines |
| 14:06:35 | 18 | again.  251? |
| | 19 | BY MS. KUZMICH: |
| 14:06:37 | 20 | Q.   251, line 20, Doctor. |
| 14:06:39 | 21 | A.   Yes. |
| 14:06:40 | 22 | Q.   To 252, line 5. |
| 14:06:42 | 23 | THE COURT:  Read those to yourself. |
| 14:06:46 | 24 | THE WITNESS:  Okay.  I will read it to myself. |
| 14:06:48 | 25 | (Pause.) |

Bachovchin - cross

| | | |
|---|---|---|
| 14:07:08 | 1 | THE WITNESS:  Yes.  Okay.  I see that. |
| 14:07:10 | 2 | THE COURT:  Is there still an objection? |
| 14:07:13 | 3 | MR. JAMES:  I don't think that there has been a |
| 14:07:15 | 4 | question asked that she's trying to impeach him on. |
| 14:07:17 | 5 | THE COURT:  Not yet.  I saw you rise earlier. |
| 14:07:21 | 6 | MR. JAMES:  Yes. |
| 14:07:22 | 7 | THE COURT:  Are you anticipating an objection? |
| 14:07:23 | 8 | MR. JAMES:  I was objecting that she was |
| 14:07:25 | 9 | pointing him to his deposition transcript when she hadn't |
| 14:07:28 | 10 | asked a question as a predicate to impeach him. |
| 14:07:30 | 11 | THE COURT:  Fair.  Very well.  That's |
| 14:07:32 | 12 | technically a correct objection.  But now we're there.  Go |
| 14:07:35 | 13 | ahead and ask the question. |
| 14:07:37 | 14 | BY MS. KUZMICH: |
| 14:07:37 | 15 | Q.    So my question, Doctor, is:  So a person of ordinary |
| 14:07:40 | 16 | skill in the art just looking at Claim 1 of the '7,803 |
| 14:07:43 | 17 | patent would understand that the purposes of the Z group |
| 14:07:49 | 18 | could be for multiple reasons; is that correct? |
| 14:07:52 | 19 | A.    Yes, that's correct. |
| 14:07:53 | 20 | Q.    And then when a person of ordinary skill in the art |
| 14:07:55 | 21 | looks at Claim 1 of the '7,803 patent, does a person of |
| 14:07:59 | 22 | ordinary skill in the art think that the Z group should be |
| 14:08:02 | 23 | removed? |
| 14:08:03 | 24 | A.    I -- a person of ordinary skill in the art would look |
| 14:08:07 | 25 | at the Z group as a group that could be removed. |

Bachovchin - cross

| | | |
|---|---|---|
| 14:08:11 | 1 | Q.    And, Doctor, is that the same answer that you are |
| 14:08:18 | 2 | giving, gave me at the deposition? |
| 14:08:21 | 3 | MR. JAMES:  Objection, your Honor. |
| 14:08:22 | 4 | THE COURT:  Sustained.  I will be the judge of |
| 14:08:29 | 5 | that. |
| 14:08:30 | 6 | BY MS. KUZMICH: |
| 14:08:30 | 7 | Q.    Doctor, I'm asking you:  Should the person -- would |
| 14:08:33 | 8 | the person of ordinary skill in the art think that the Z |
| 14:08:35 | 9 | group should be removed when looking at Claim 1 of the |
| 14:08:39 | 10 | '7,803 patent? |
| 14:08:40 | 11 | A.    If a person of ordinary skill in the art would look at |
| 14:08:44 | 12 | the Z group and think that it could very well be left over |
| 14:08:48 | 13 | from synthesis and would therefore think that it should be |
| 14:08:51 | 14 | removed, then certainly they would think that it could be |
| 14:08:53 | 15 | removed. |
| 14:08:54 | 16 | THE COURT:  Counsel, I'm missing your point.  I |
| 14:08:55 | 17 | want to make sure I get it. |
| 14:08:57 | 18 | He does actually use the language that you could |
| 14:08:59 | 19 | remove.  He says you could remove. |
| 14:09:01 | 20 | MS. KUZMICH:  I think, your Honor, I was |
| 14:09:03 | 21 | wondering, I was trying to get to the point, was -- the |
| 14:09:08 | 22 | doctor said that the person of ordinary skill in the art |
| 14:09:10 | 23 | would presume that the Z group was there left over from |
| 14:09:14 | 24 | synthesis. |
| 14:09:16 | 25 | THE COURT:  Well, actually, you asked two |

Bachovchin - cross

14:09:19   1   questions.   The first had to do with should and could and I

14:09:22   2   was addressing the should and could.

14:09:24   3               In our you second question is?

14:09:25   4               MS. KUZMICH:   Would the person of ordinary skill

14:09:27   5   in the art presume that the Z group was there left over from

14:09:30   6   synthesis when looking at Claim 1 of the '7,803 patent and

14:09:35   7   the Z group.

14:09:35   8               THE COURT:   And where is the asserted

14:09:37   9   inconsistency?

14:09:38   10              MS. KUZMICH:   I didn't hear him say at all that

14:09:40   11  the person of ordinary skill in the art would presume that

14:09:43   12  the Z group was left over from synthesis.

14:09:45   13              THE COURT:   Why don't you explain that, Doctor.

14:09:47   14              THE WITNESS:   Okay.   So a person of ordinary

14:09:53   15  skill in the art would look at, would first look.   He might

14:09:59   16  presume it was left over from synthesis, but he certainly

14:10:02   17  would know or think that it could be removed.

14:10:07   18  BY MS. KUZMICH:

14:10:08   19  Q.    When a person of ordinary skill in the art sees the Z

14:10:11   20  groups that are listed in Claim 1 of the '7,803 patent, does

14:10:15   21  the person of ordinary skill in the art think that all of

14:10:18   22  those Z groups could be removed without damaging the peptide

14:10:23   23  backbone?

14:10:24   24  A.    All of those groups could be removed with various

14:10:26   25  effects on the peptide backbone depending on the Z group

Bachovchin - cross

14:10:32    1   that's there.

14:10:33    2   Q.    Doctor, if we could turn to JTX-15 in your binder, and

14:10:40    3   we'll call that up on the screen.  And it's page JTX-15.31.

14:10:50    4   A.    JTX-15?

14:10:53    5   Q.    At JTX-15.31.

14:11:02    6   A.    JTX-15.31?

14:11:05    7              THE COURT:  Look in the middle.  You'll see JTX

14:11:07    8   and the numbers.

14:11:08    9              THE WITNESS:  So 31.  15.31.  Okay.

14:11:31   10   BY MS. KUZMICH:

14:11:31   11   Q.    And, Doctor, if you would focus your attention to the

14:11:34   12   very bottom of the screen, and I will read those sentences

14:11:36   13   into the record.  Several simple amine-protecting groups

14:11:41   14   derived from carboxylic acids and commonly used in organic

14:11:45   15   synthesis are obviously not suitable in peptide synthesis.

14:11:48   16   For instance, acetylation or benzoylation of amino groups is

14:11:54   17   impractical, because the vigorous hydrolysis needed for

14:12:00   18   deacylation cleaves peptide bonds as well.

14:12:01   19              Did I read that correctly?

14:12:02   20   A.    Yes, you did.

14:12:03   21   Q.    Dr. Bachovchin, based on the second sentence I just

14:12:06   22   read aloud from JTX-15.31, wouldn't a person of ordinary

14:12:10   23   skill in the art understand that acetyl groups or benzoyl

14:12:15   24   groups as N protecting groups on peptides would not be

14:12:18   25   considered ideal as protecting groups in synthesis because

Bachovchin - cross

14:12:21    1    removal could destroy the peptide bond?

14:12:31    2    A.    These protecting groups would not be ideal for

14:12:34    3    repeated use in the synthesis of peptide. You may very well

14:12:38    4    want to use them in the last step for specific purposes.

14:12:41    5    There may be a case where you want an unusual protecting

14:12:44    6    group on the n-terminus to protect the other protecting

14:12:47    7    groups during the procedure and you may have decided that

14:12:51    8    you are not going to remove those protecting groups, but the

14:12:54    9    fact that they are not removed does not mean you could not

14:12:57   10    make a peptide again in the absence of that protecting

14:13:00   11    group.

14:13:03   12    Q.    And, Doctor, if you could turn back to DTX-59 at page

14:13:07   13    DTX-59.11, focusing again on Claim 1 of the '7,803 patent.

14:13:22   14    A.    Yes. Okay.

14:13:27   15    Q.    And are any of the Z groups identified there at column

14:13:33   16    one of the '7,803 patent, acetyl groups?

14:13:37   17    A.    Yes.

14:13:39   18    Q.    Which ones are they?

14:13:40   19    A.    All of them except for the Fmoc group.

14:13:43   20    Q.    And are any of them benzoyl groups?

14:13:47   21    A.    The last one clearly is a benzoyl group.

14:13:53   22    Q.    So 10 out of the 11 groups in the Z category would

14:13:57   23    fall under the category of acetylation or benzoylation that

14:14:01   24    we looked at from the Bodanszky reference, JTX-15.31; is

14:14:07   25    that right?

Bachovchin - cross

14:14:07   1   A.    Yes, that's correct.

14:14:08   2   Q.    And if we stay in Claim 1 of the '7,803 patent and

14:14:14   3   maybe focus our attention on the P group.  Isn't it your

14:14:20   4   opinion that a person of ordinary skill in the art would

14:14:22   5   have focused on P being a direct linkage rather than an

14:14:26   6   additional amino acid because the amino acids listed in P

14:14:30   7   are optional and therefore less significant?

14:14:35   8   A.    The fact that the P group is optional would indicate

14:14:38   9   to a person of ordinary skill in the art they're probably

14:14:41   10  less significant for the desired biological properties.

14:14:44   11  Q.    And isn't it your opinion that a person of ordinary

14:14:45   12  skill in the art would have viewed the '7,803 patent Claim 1

14:14:50   13  first as a ten amino acid peptide with an attached N

14:14:55   14  terminal protecting group on the N terminal D-Arg and,

14:14:59   15  secondarily, as an 11 amino acid peptide, including one of

14:15:03   16  the optional amino acids?

14:15:05   17  A.    Yes.  I think a person of skill in the art would view

14:15:12   18  A through I as defining the amino acid peptide and you could

14:15:19   19  have a P group that would represent the 11th amino acid.

14:15:22   20  Q.    Doctor, if you would please turn to DTX-60 in your

14:15:28   21  binder, and focus on Page 1 of DTX-60.

14:15:45   22        Is this a document, Doctor, that you reviewed in

14:15:48   23  the course of the litigation?

14:15:49   24  A.    Yes, it is.

14:15:50   25  Q.    So on the first page of DTX-60.1 or underscore one,

Bachovchin - cross

| | | |
|---|---|---|
| 14:15:56 | 1 | on the right-hand column under the heading synthesis of |
| 14:15:59 | 2 | AP III -- |
| 14:16:01 | 3 | A.    Yes. |
| 14:16:01 | 4 | Q.    -- it identifies two ways to make the peptide AP III; |
| 14:16:06 | 5 | is that correct? |
| 14:16:06 | 6 | A.    It appears to, yes. |
| 14:16:10 | 7 | Q.    Is the first method by solution phase synthesis? |
| 14:16:14 | 8 | A.    Yes. |
| 14:16:14 | 9 | Q.    Is the second phase by, second approach by solid phase |
| 14:16:18 | 10 | synthesis? |
| 14:16:19 | 11 | A.    Yes, it is. |
| 14:16:20 | 12 | Q.    Would you please turn to scheme one at page DTX-60.2. |
| 14:16:29 | 13 | So that's Page 2. |
| 14:16:31 | 14 | A.    DTX-60 -- I'm sorry.  What page? |
| 14:16:37 | 15 | Q.    It's still the same document? |
| 14:16:38 | 16 | A.    Page 2.  Okay. |
| 14:16:40 | 17 | Q.    And if you would focus your attention at the reaction |
| 14:16:43 | 18 | at the second arrow from the top. |
| 14:16:47 | 19 | A.    Yes. |
| 14:16:48 | 20 | Q.    That reaction represents removal of the Fmoc group |
| 14:16:51 | 21 | from the N terminal amino acid; is that correct? |
| 14:16:53 | 22 | A.    That's correct. |
| 14:16:54 | 23 | Q.    And the peptide from which Fmoc is removed at that |
| 14:16:58 | 24 | arrow has side chain protecting groups on it; is that |
| 14:17:02 | 25 | correct? |

Bachovchin - cross

14:17:02    1    A.      That's correct.

14:17:02    2    Q.      And would you please identify the side chain

14:17:05    3    protecting groups that were on the peptide when Fmoc was

14:17:08    4    removed?

14:17:09    5    A.      Those are two tert butyl.

14:17:12    6    Q.      Now, if you would focus your attention at the reaction

14:17:15    7    from the fourth arrow from the top at the scheme and does

14:17:18    8    that reaction represent removal of the Fmoc group from the N

14:17:22    9    terminal amino acid?

14:17:23    10    A.      Yes, it does.

14:17:24    11    Q.      And doesn't that peptide from which the Fmoc is

14:17:27    12    removed at the fourth arrow have side chain protecting

14:17:30    13    groups on it?

14:17:31    14    A.      Yes, it does.

14:17:32    15    Q.      If you would focus your attention on the sixth arrow

14:17:35    16    from the reaction scheme, that reaction is removal again of

14:17:39    17    the Fmoc group from the N terminal amino acid; is that

14:17:42    18    correct?

14:17:42    19    A.      That's correct.

14:17:43    20    Q.      And upon removal or when that reaction is carried out,

14:17:48    21    there are side chain protecting groups on the peptide; is

14:17:51    22    that correct?

14:17:51    23    A.      That's correct.

14:17:52    24    Q.      And if you would focus your attention on the eighth

14:17:55    25    arrow down from the top of the scheme, that reaction also is

Bachovchin - cross

14:17:58    1    removal of the Fmoc group; is that correct?

14:18:01    2    A.    That's correct.

14:18:01    3    Q.    And on that peptide from which the Fmoc is removed,

14:18:05    4    isn't it the case that there are side chain protecting

14:18:08    5    groups on the peptide?

14:18:10    6    A.    That's correct.

14:18:11    7    Q.    So isn't it the case that every time the Fmoc was

14:18:14    8    removed from a peptide in scheme one at DTX-60, Page 2, that

14:18:21    9    full peptide contains side chain protecting groups?

14:18:25    10   A.    In this case, that's the case, yes.

14:18:26    11   Q.    If you would turn to scheme two of DTX-60 and that's

14:18:30    12   at DTX-60, Page 4.  And we have that brought up on the

14:18:36    13   screen.

14:18:41    14          And, Doctor, does this represent a solid phase

14:18:45    15   peptide synthesis?

14:18:46    16   A.    Yes, it does.

14:18:49    17   Q.    And looking at the first arrow of the scheme, isn't it

14:18:54    18   the case that step one there, the treatment of 20 percent

14:18:57    19   piperidine in DMF removes the Fmoc group that is bound to

14:19:05    20   the growing peptide?

14:19:05    21   A.    That's the case, yes.

14:19:07    22   Q.    And at that first arrow, there's a phrase, 26 cycles.

14:19:11    23          Do you see that?  I'm sorry.  I apologize.  It's

14:19:19    24   23 cycles.

14:19:20    25   A.    Yes.  I see 23 cycles, yes.

Bachovchin - cross

14:19:22   1   Q.    What does that mean?

14:19:23   2   A.    It means that the Fmoc has been removed 23 times.

14:19:27   3   Q.    And in each case that the Fmoc was removed, the

14:19:31   4   peptide is on the resin and contains side chain protecting

14:19:34   5   groups.  Isn't that correct?

14:19:35   6   A.    Yes.  That's one of the advantages of Fmoc, that it

14:19:39   7   can be removed repeatedly without disrupting the other

14:19:41   8   chemistry that is going on.

14:19:43   9   Q.    And looking at the peptide, the long peptide in the

14:19:47   10   middle of the scheme, Doctor, isn't it the case that that

14:19:50   11   peptide is protected by Fmoc at the n-terminus and side

14:19:56   12   chain protecting groups and is also attached to the resin?

14:20:00   13   A.    Yes, that's the case.

14:20:07   14   Q.    And the first step in the reaction scheme of the arrow

14:20:11   15   underneath that peptide is treatment with 20 percent

14:20:15   16   piperidine in DMF; is that correct?

14:20:18   17   A.    That's correct.

14:20:19   18   Q.    And what would be the result of the treatment of

14:20:22   19   20 percent piperidine DMF?

14:20:25   20   A.    It would remove the Fmoc group without disturbing the

14:20:29   21   other blocking groups.

14:20:30   22   Q.    So isn't it the case, Doctor, that in every reaction

14:20:33   23   that we looked at in DTX-60, every time the Fmoc was

14:20:39   24   removed, it's either on the resin and/or has side chain

14:20:42   25   protecting group?

Bachovchin - cross

14:20:43   1   A.   Yes.

14:20:44   2   Q.   Doctor, if you could turn to JTX- 16 in your binder.

14:21:00   3        Now, Doctor, did you review JTX- 16 in the

14:21:03   4   course of your work for this litigation?

14:21:05   5   A.   Yes, I did.

14:21:05   6   Q.   And if you would turn to JTX-16.2.  There's depicted a

14:21:11   7   solid phase peptide synthesis scheme.

14:21:17   8        Do you see that?

14:21:17   9   A.   Yes, I do.

14:21:18   10  Q.   And referring to the third arrow down in reaction

14:21:21   11  scheme, does that represent removal of Fmoc from the

14:21:23   12  N-terminus of a peptide where the peptide is bound to the

14:21:26   13  resin during synthesis?

14:21:28   14  A.   Yes, it does.

14:21:30   15  Q.   And if you look one step down, you will see kind of a

14:21:36   16  squiggly line where it says several cycles?

14:21:38   17  A.   Yes.

14:21:38   18  Q.   And what does that represent here?

14:21:40   19  A.   Well, it means that the process has gone through

14:21:46   20  several cycles to build up the peptide.

14:21:49   21  Q.   And so in those several cycles, each time before

14:21:54   22  another amino acid is added, the Fmoc would be removed; is

14:21:58   23  that correct?

14:21:58   24  A.   That's the way that's used in Fmoc solid-phase peptide

14:22:00   25  synthesis, yes.

Bachovchin - cross

14:22:04    1    Q.    And so the result underneath the several cycles, you

14:22:06    2    have a peptide that has Fmoc at the N-terminus, protecting

14:22:10    3    groups on the amino acids on the side chains, and it's also

14:22:15    4    bound to the resin; is that correct?

14:22:16    5    A.    That's correct.

14:22:17    6    Q.    And the next step where the arrow, the peptide is

14:22:22    7    labeled six, but there's an arrow where you see 55 percent

14:22:26    8    TFA in CH2CL2, one hour.

14:22:31    9              Do you see that?

14:22:31   10    A.    I do.

14:22:32   11    Q.    What does that reaction do?

14:22:33   12    A.    That's removing the Fmoc group.  It appears to be

14:22:37   13    removing some of the other side chains.

14:22:39   14    Q.    And how do you see that as removing the Fmoc group,

14:22:44   15    doctor?

14:22:44   16    A.    I'm sorry.  My eyes played a trick on me.  It leaves

14:22:49   17    the Fmoc on, removing the side chains without removing the

14:22:52   18    Fmoc.

14:22:52   19    Q.    So what that reaction does is it removes the growing

14:22:57   20    peptide chain off of the resin and you're left with an Fmoc

14:23:01   21    protected peptide and also side chain protection; is that

14:23:04   22    correct?

14:23:04   23    A.    Some of the side chains are protected.  Some of them

14:23:07   24    you notice have been removed.

14:23:09   25    Q.    And then the next step you'll see three steps.  The

Bachovchin - cross

14:23:14    1    first one is 50 percent piperidine in DMF.

14:23:18    2                Do you see that?

14:23:19    3    A.    Yes.

14:23:19    4    Q.    And what will that do?

14:23:21    5    A.    Well, that will remove the Fmoc.

14:23:23    6    Q.    And so in that case, when the Fmoc is removed, the

14:23:27    7    tertbutyl side chains on the cysteine are still in place; is

14:23:31    8    that correct?

14:23:31    9    A.    That's correct.

14:23:32   10    Q.    And so every time the Fmoc was removed in this

14:23:36   11    reaction scheme, there was, the peptide was either on the

14:23:42   12    resin or had side group, side group protection; is that

14:23:45   13    correct?

14:23:45   14    A.    In this case, that's correct.

14:23:50   15    Q.    Doctor, if you would turn to DTX-15 in your binder.

14:24:22   16    A.    Okay.

14:24:23   17    Q.    And did you review this document in the course of your

14:24:26   18    work for this litigation?

14:24:27   19    A.    I believe I did.

14:24:32   20    Q.    If you could turn to DTX-15 at page 13 at column 23,

14:24:40   21    line five, which begins, Example 2 of the 555 -- the '755

14:24:55   22    patent.  And if you would turn your attention to lines 15

14:24:58   23    through 22, which appear under the structure of the peptide

14:25:03   24    to be synthesized.

14:25:10   25                And does that passage, Doctor, indicate that the

Bachovchin - cross

14:25:14   1   peptide to be synthesized is being synthesized by an Fmoc

14:25:18   2   method?

14:25:18   3   A.      Yes.

14:25:20   4   Q.      And if you could look further down at column 23,

14:25:25   5   beginning at line 33.  The '755 patent states that it's

14:25:33   6   providing a typical synthesis cycle.  Is that correct?

14:25:37   7   A.      At the moment, I don't see the passage.  It's on page

14:25:46   8   13.  Right?

14:25:47   9   Q.      So we are on page 13 and it's column 23?

14:25:51   10  A.      Yes.

14:25:55   11  Q.      And we're beginning at line 33.  And you have that

14:25:59   12  highlighted on the screen.

14:26:02   13  A.      Typical synthesis -- got it.

14:26:07   14  Q.      And the first step in that typical Fmoc synthesis

14:26:11   15  cycle is, one, elimination of the Fmoc group with 20 percent

14:26:17   16  piperidine in DMF, two times eight ml, ten minutes each.

14:26:23   17            Do you see that?

14:26:24   18  A.      Yes.

14:26:24   19  Q.      And what does that represent?

14:26:29   20  A.      Well, there's a procedure for eliminating the Fmoc

14:26:34   21  group.

14:26:34   22  Q.      And then if you could step down and read -- I will

14:26:40   23  read that for you.  Read aloud the sentence that begins at

14:26:44   24  line 66 of column 23 of the '755 patent.

14:26:49   25            After the synthesis was complete, first the Fmoc

Bachovchin - cross

14:26:52   1    protective group was eliminated from the peptide-resin by

14:26:56   2    treatment with 20 percent piperidine in DMF, and the resin

14:27:02   3    was thoroughly washed with DMF and shrunk by treatment

14:27:05   4    several times with isopropanol and methyl tert.-butyl ether.

14:27:14   5              Do you see that?

14:27:14   6    A.    Yes.

14:27:15   7    Q.    Isn't it the case that when the Fmoc was removed from

14:27:17   8    this peptide, it was still on the resin and it also had

14:27:21   9    other protecting groups?

14:27:23  10    A.    In this case, that's correct.

14:27:31  11    Q.    So isn't it the case, Doctor, that in every situation

14:27:38  12    that we just looked at in the three documents, the three

14:27:40  13    references, the only time Fmoc was removed was when it was

14:27:45  14    on the peptide and/or it had on the peptide resin with side

14:27:53  15    chain protecting groups?

14:27:54  16    A.    In the cases that we looked at here, that is true.

14:27:57  17    Q.    And, so, Doctor, if we could call up your

14:28:04  18    demonstrative DDX-2-28.  If we could bring that up.

14:28:18  19              And, Doctor, this is your demonstrative that you

14:28:19  20    created, DDX-2-28; is that correct?

14:28:23  21    A.    Yes.

14:28:24  22    Q.    So the way you represented it here, the peptide is not

14:28:28  23    on the resin; is that correct?

14:28:29  24    A.    That's correct.

14:28:30  25    Q.    And the way you've represented it here, none of the

Bachovchin - cross

14:28:34    1    amino acids have side chain protecting groups; is that

14:28:37    2    right?

14:28:37    3    A.      That's correct.

14:28:38    4    Q.      So the way you've represented it here is not the same

14:28:43    5    as any of the materials we just went through; is that

14:28:46    6    correct?

14:28:46    7    A.      That's correct.

14:28:48    8    Q.      And if we could call up DDX-2-57.

14:29:03    9            And so this is your demonstrative DDX-2-57;

14:29:07    10   isn't that correct, doctor?

14:29:08    11   A.      Yes, it is.

14:29:10    12   Q.      And what you have shown here is Fmoc-icatibant being

14:29:14    13   treated with piperidine and then resulting in icatibant; is

14:29:19    14   that correct?

14:29:19    15   A.      That's correct.

14:29:20    16   Q.      And in none of the cases that we looked at from the

14:29:23    17   prior art literature was there a removal of Fmoc on a bare

14:29:31    18   bones peptide that was not on the resin with no side chain

14:29:34    19   protecting group; is that correct?

14:29:35    20   A.      In the case we looked at, that is correct.

14:29:38    21   Q.      And you have not identified for us anywhere, Doctor,

14:29:49    22   where you could show us examples where the Fmoc group was on

14:29:53    23   a peptide and not on a resin and didn't have side chain

14:29:55    24   protecting groups.  Isn't that correct?

14:29:57    25   A.      I don't recall that I did, but that's definitely a

Bachovchin - cross

14:30:00    1    possibility.

14:30:00    2    Q.    But we don't have that here in our references in this

14:30:04    3    case, do we?

14:30:05    4    A.    I don't recall that we do.

14:30:06    5    Q.    Doctor, if you can turn to your binder in the document

14:30:12    6    JTX- 40.

14:30:32    7    A.    Okay.

14:30:32    8    Q.    And, Doctor, do you recognize this document?

14:30:35    9    A.    Yes, I do.

14:31:06    10   Q.    And this is one of the references that you relied on

14:31:09    11   in your, in preparing your opening expert report; is that

14:31:14    12   the case?

14:31:14    13   A.    Yes, that's the case.

14:31:15    14   Q.    And is it acceptable for you to refer to JTX- 40 as

14:31:21    15   the '204 patent?

14:31:23    16   A.    Yes.

14:31:26    17   Q.    Doctor, if you would please turn to Column 3, lines 1

14:31:30    18   to 10, at JTX-40.3.

14:31:43    19          Do you have that, Doctor?

14:31:44    20   A.    I do.

14:31:45    21   Q.    I will read that into the record.  The term N-

14:31:48    22   protecting group as used herein refers to those groups

14:31:52    23   intended to protect the N-terminus against undesirable

14:31:56    24   reactions during synthetic procedures or to prevent the

14:31:59    25   attack of exopeptidases on the final compounds or to

Bachovchin - cross

14:32:05   1   increase the solubility of the final compounds and includes

14:32:08   2   but is not limited to acyl, acetyl, pivaloyl, t-butylacetyl,

14:32:17   3   T-butyloxycarbonyl (Boc), carbobenzyloxycarbonyl, or benzoyl

14:32:28   4   groups or an L- or D-aminoacyl residue, which may itself be

14:32:33   5   N-protected similarly.

14:32:34   6        Do you see that?

14:32:35   7   A.   Yes, I do.

14:32:39   8   Q.   And the first reason that is provided here to put an N

14:32:42   9   protecting group on the N-terminus is to protect the

14:32:44   10   N-terminus against undesirable reactions as during synthetic

14:32:48   11   procedures; is that correct?

14:32:49   12   A.   That's correct.

14:32:50   13   Q.   And in that instance, in the instance, the N terminal

14:32:54   14   protecting group would be removed so that it's not part of

14:32:56   15   the final product; is that correct?

14:32:58   16   A.   If that's the purpose, that would be normally the

14:33:01   17   case.

14:33:05   18   Q.   And the second stated reason in the '204 patent at

14:33:08   19   Column 3, lines 1 to 10, to put an N protecting group on the

14:33:10   20   N-terminus is to prevent the attack of exopeptidases on the

14:33:15   21   final compound; is that correct?

14:33:16   22   A.   That's correct.

14:33:17   23   Q.   And in that instance, the N terminal protecting group

14:33:20   24   would not be removed, so it would remain as part of the

14:33:23   25   final compound?

Bachovchin - cross

| | | |
|---|---|---|
| 14:33:24 | 1 | A.     That would normally be the case, yes. |
| 14:33:26 | 2 | Q.     And one of the groups identified in the '204 patent as |
| 14:33:29 | 3 | an N protecting group is a benzoyl group; is that correct? |
| 14:33:34 | 4 | A.     Yes. |
| 14:33:34 | 5 | Q.     And a benzoyl group was one of the Z groups identified |
| 14:33:37 | 6 | in Claim 1 of the '7,803 patent; is that correct? |
| 14:33:40 | 7 | A.     That's correct. |
| 14:33:42 | 8 | Q.     Another one of the groups identified in the '204 |
| 14:33:45 | 9 | patent at Column 3, line six, as an N protecting group is an |
| 14:33:50 | 10 | N-acyl group.  Is that correct?  Is an acyl group?  Excuse |
| 14:33:56 | 11 | me. |
| 14:33:56 | 12 | A.     Yes. |
| 14:33:56 | 13 | Q.     Isn't it the case that Claim 1 of the '7,803 patent, |
| 14:33:59 | 14 | the Z groups encompass acyl groups; is that correct? |
| 14:34:03 | 15 | A.     That's correct. |
| 14:34:04 | 16 | Q.     And one of the groups identified in the '204 patent at |
| 14:34:06 | 17 | Column 3, Line seven, as an N protecting group is |
| 14:34:12 | 18 | T-butyloxycarbonyl, otherwise known as BOC; isn't that |
| 14:34:16 | 19 | correct? |
| 14:34:16 | 20 | A.     Yes. |
| 14:34:16 | 21 | Q.     As of 1989, BOC was known, used routinely as an N |
| 14:34:22 | 22 | terminal protecting group in solid phase peptide synthesis; |
| 14:34:26 | 23 | isn't that correct? |
| 14:34:27 | 24 | A.     That's correct. |
| 14:34:27 | 25 | Q.     And another group identified in the '204 patent at |

Bachovchin - cross

14:34:32    1   Column 3, line 9, as an N protecting group is the

14:34:35    2   carbobenzyloxycarbonyl group; is that correct?

14:34:40    3   A.      Yes.

14:34:40    4   Q.      And as of 1989, wasn't the carbobenzyloxycarbonyl

14:34:45    5   group commonly used in peptide synthesis as an N-terminus

14:34:50    6   protecting group?

14:34:51    7   A.      Commonly used.  Not as commonly perhaps as Fmoc, but,

14:34:56    8   yes.

14:34:58    9   Q.      And if you look at the passage at Column 3, lines 6 to

14:35:01   10   10, it does provide a non-exhaustive list of groups against

14:35:05   11   undesirable reactions during synthetic procedures, or also

14:35:09   12   to prevent attack from exopeptidases on the final compound;

14:35:14   13   isn't that correct?

14:35:14   14   A.      Yes.

14:35:21   15   Q.      So even though the Boc and the carbobenzyloxycarbonyl

14:35:25   16   group were used routinely in solid peptide synthesis as of

14:35:28   17   1989, they're also being suggested here at Column 3, lines 1

14:35:32   18   through 10 in JTX-40 as also being useful to prevent attack

14:35:38   19   against exopeptidases and therefore they would be left on

14:35:42   20   the final compound; is that correct?

14:35:43   21   A.      I can't entirely agree with what you are saying there.

14:35:48   22   They would be left on the final compound if it was believed

14:35:52   23   that the final compound required them to be left on it.

14:35:57   24   Q.      So if we could turn to example 14 of the '204 patent,

14:36:01   25   Doctor, and that is at JTX-40.5, column 8, lines 17 through

Bachovchin - cross

14:36:10   1   40.   And we have that on the screen, Doctor.

14:36:25   2              And looking at the compound of Example 40,

14:36:28   3   doesn't the compound of example, sorry, excuse me, example

14:36:31   4   14 contain a Boc group?

14:36:35   5   A.     Yes, it does.

14:36:36   6   Q.     And is the Boc group bound to the N terminal amino

14:36:44   7   group of phenylalanine?

14:36:47   8   A.     Yes, it is.

14:36:48   9   Q.     And if you could turn, Doctor, to column 29, lines 37

14:36:52   10  through 40, and that's at JTX-40.16.   And, again, it's

14:37:05   11  column 29, lines 37 through 40.

14:37:18   12             Do you have that, Doctor?

14:37:19   13  A.     Yes, I do.

14:37:21   14  Q.     And the sentence states, when tested in accordance

14:37:23   15  with the foregoing procedure, the compounds of the invention

14:37:27   16  demonstrated $IC_{50}$'s in the range of ten to the minus

14:37:31   17  fifth through ten to the minus tenth molar as seen in Table

14:37:35   18  I.

14:37:35   19             Do you see that?

14:37:36   20  A.     Yes.

14:37:37   21  Q.     And that passage indicates that those compounds of the

14:37:42   22  invention were actually administered and evaluated in an

14:37:46   23  assay; is that correct?

14:37:47   24  A.     That's correct.

14:37:49   25  Q.     And if you could turn to right below that passage,

Bachovchin - cross

14:37:53    1    Table 1.  And the first entry in Table 1 is example number

14:38:00    2    14.

14:38:00    3                 Do you see that?

14:38:01    4    A.    Yes.

14:38:07    5    Q.    And example number 14 was the example that we've just

14:38:12    6    looked at which had a Boc group connected to the N-terminus

14:38:17    7    of phenylalanine?

14:38:19    8    A.    That's correct.

14:38:20    9    Q.    And so in this case, the example 14 was the final

14:38:23   10    compound as it was administered for evaluation in an assay;

14:38:29   11    is that correct?

14:38:29   12    A.    That's correct.

14:38:30   13    Q.    So what we have here, Doctor, is an example of what is

14:38:35   14    standardly used as a protecting group in peptide synthesis,

14:38:39   15    the Boc group.  Here it's used as part of the final product

14:38:45   16    and is not removed; is that correct?

14:38:46   17    A.    Yes.

14:38:47   18    Q.    Doctor, if you could turn to Tab 7 in your binder.

14:38:59   19    A.    Tab 7?

14:39:01   20    Q.    There is a Tab 7.  There's 1 through 9 at the back of

14:39:05   21    your binder.  These are documents that do not have an

14:39:09   22    exhibit number, a trial exhibit number.

14:39:11   23    A.    Okay.  Yes.

14:39:18   24    Q.    And, Doctor, the article behind Tab 7 is titled,

14:39:24   25    kinetic properties of the binding of alph-lytic protease to

Bachovchin - cross

14:39:28   1   peptide boronic acids.  Is that correct?

14:39:31   2   A.    That's correct.

14:39:31   3   Q.    And you are an author of this paper?

14:39:36   4   A.    That's correct.

14:39:36   5   Q.    Is this some of the research that you mentioned

14:39:39   6   earlier in your testimony when you were describing your work

14:39:41   7   in the 1980s?

14:39:42   8   A.    It is.

14:39:43   9   Q.    And what year was this paper published?

14:39:46   10   A.    Published in 1988.

14:39:48   11   Q.    And when was the final manuscript that resulted in

14:39:53   12   this article submitted to the Journal of Biochemistry?

14:39:56   13   A.    It looks like it was submitted on October 27, 1987.

14:40:01   14   Q.    And so all of this work that is reported in your

14:40:04   15   manuscript in Biochemistry was completed at least by

14:40:10   16   July 7th, 1988; is that correct?

14:40:12   17   A.    I would assume so, yes.

14:40:13   18   Q.    If you could turn to Page 7685 of the article, and

14:40:19   19   that is -- and focus your attention at Table 2.

14:40:25   20   A.    Yes.

14:40:25   21   Q.    Does the left side of the table identify some of the

14:40:30   22   peptide boronic acids you tested as enzyme inhibitors?

14:40:35   23   A.    It does.

14:40:35   24   Q.    And don't the inhibitors 6, 7 and 8 contain a Boc

14:40:41   25   moiety?

Bachovchin - cross

| 14:40:42 | 1 | A.      They do. |
| 14:40:43 | 2 | Q.      What is Boc moiety in 6, 7 and 8 in your peptide |
| 14:40:47 | 3 | boronic acids article? |
| 14:40:48 | 4 | A.      I'm sorry.  Can you repeat that? |
| 14:40:51 | 5 | Q.      And what is Boc in the inhibitors 6, 7 and 8? |
| 14:40:55 | 6 | A.      It's an N-terminal protecting group in this case. |
| 14:40:57 | 7 | Q.      Pardon me? |
| 14:40:58 | 8 | A.      It's an N-terminal protecting group. |
| 14:41:00 | 9 | Q.      And so it is on the N terminal group of, in this case, |
| 14:41:05 | 10 | if I look at 6, 7 and 8, alanine; is that correct? |
| 14:41:08 | 11 | A.      I'm sorry.  Say that again.  I'm not sure I understood |
| 14:41:15 | 12 | what you said. |
| 14:41:15 | 13 | Q.      Certainly.  If you would look back at Table 2. |
| 14:41:18 | 14 | A.      Yes. |
| 14:41:19 | 15 | Q.      And the compounds 6, 7 and 8. |
| 14:41:23 | 16 | A.      Compounds 6, 7 and 8.  Yes. |
| 14:41:27 | 17 | Q.      And each of those compounds have a Boc group; is that |
| 14:41:29 | 18 | correct? |
| 14:41:30 | 19 | A.      They do.  Yes, they do. |
| 14:41:32 | 20 | Q.      And the Boc group is attached to the N terminal group |
| 14:41:36 | 21 | of alanine; is that correct? |
| 14:41:38 | 22 | A.      That's correct.  Attached to alanine.  Yes. |
| 14:41:41 | 23 | Q.      And as we said before, as of 1989, Boc was standardly |
| 14:41:45 | 24 | used, standard use in the synthesis of peptides and often |
| 14:41:51 | 25 | removed in peptide synthesis; is that correct? |

Bachovchin - cross

14:41:54   1   A.      That's correct.

14:41:55   2   Q.      And in this case, what we're looking at are examples

14:41:57   3   of where a group that's standardly used for peptide

14:42:02   4   synthesis is actually part of the final molecule; is that

14:42:05   5   correct?

14:42:05   6   A.      That is correct.

14:42:07   7   Q.      Doctor, if you would look on that same page where

14:42:13   8   Table 2 is, it's 7685 is the page.  And on the right column,

14:42:19   9   you are going to see a heading, stoichiometry of peptide

14:42:24   10   boronic acid binding.

14:42:26   11          Do you see that?

14:42:30   12   A.      Yes.

14:42:31   13   Q.      And the first sentence after that subheading reads,

14:42:37   14   the most -- excuse me.  Strike that.  The first sentence

14:42:41   15   after that subheading reads, the most effective peptide

14:42:45   16   boronic acid, Boc-Ala-Pro-boroVal-OH, was used to confirm

14:42:55   17   that a one-to-one complex is formed with the inhibitor and

14:42:58   18   protease by using the titration procedure of Morrison

14:43:03   19   (1969).

14:43:03   20          Do you see that?

14:43:05   21   A.      Yes, I do.

14:43:06   22   Q.      So is it the case that the most effective peptide that

14:43:09   23   was studied here had the Boc group on the N terminal?

14:43:14   24   A.      That is the case here, yes.

14:43:17   25   Q.      So doesn't your peptide boronic acid article

Bachovchin - cross

| | |
|---|---|
| 14:43:21 | 1 |

demonstrate the use of Boc not just as a transient group

during synthesis, but rather as use of a final compound?

A.    Yes, it does.

Q.    Doctor, if you would turn to Tab 6 in your binder.

Again, this is in the back.  These documents are not trial

exhibits.

A.    Okay.

Q.    If you would turn to the first page and look at the

title, the title reads N-(Fluorenyl-9-methoxycarbonyl) amino

acids, a class of antiinflammatory agents with a different

mechanism of action.

        Do you see that?

A.    I do.

Q.    What in the title does N-(fluorenyl-9-methoxycarbonyl)

mean?

A.    That's Fmoc.

Q.    Is it acceptable to you if we refer to this article as

the Fmoc amino acids article?

A.    Yes, it is.

Q.    If you would turn to Page 359 of the Fmoc amino acids

article.  I would like to focus your attention on the first

sentence of the first paragraph under the discussion, which

will be highlighted on the screen.  That sentence states, In

this report we have described antiinflammatory activities of

a series of N-(fluorenyl-9-methoxycarbonyl) amino acids.

Bachovchin - cross

14:45:21   1              Do you understand that, Doctor, to mean that

14:45:24   2   there are amino acids that have the Fmoc group attached?

14:45:29   3   A.     Yes, I do.

14:45:31   4   Q.     If we could turn to the last sentence of this first

14:45:36   5   paragraph, that states, because their actions involve

14:45:39   6   leukocyte functions, we have designated them leumedins.  Do

14:45:48   7   you see?

14:45:48   8   A.     Yes.

14:45:48   9   Q.     Do you see that, the leumedins are a series of amino

14:45:55   10  acids containing the Fmoc group.  Is that correct?

14:45:57   11  A.     Yes, that's correct.

14:45:58   12  Q.     If we could turn to Figure 1 of Page 356 of the Fmoc

14:46:09   13  article.

14:46:15   14              Doctor, if you would focus your attention on the

14:46:18   15  second row on the left-hand side, the first molecule there,

14:46:22   16  it's labeled NPC 15199.  Do you see that?

14:46:35   17  A.     Yes.

14:46:38   18  Q.     Is that Fmoc attached to leucine?

14:46:41   19  A.     Yes, it is.

14:46:42   20  Q.     And leucine is a standard amino acid.  Is that

14:46:44   21  correct?

14:46:44   22  A.     That is correct.

14:46:45   23  Q.     Isn't it the case that NPC 15199 consists of no other

14:46:54   24  chemical moiety except Fmoc and leucine?

14:46:58   25  A.     Yes.

Bachovchin - cross

14:46:58    1    Q.      And the Fmoc that is used on NPC 15199 is the same

14:47:06    2    chemical moiety that is used to protect an N-terminus

14:47:08    3    peptide during the peptide synthesis.  Is that correct?

14:47:13    4    A.      That's correct.

14:47:13    5    Q.      The Fmoc of the NPC 15199 is the same Fmoc chemical

14:47:23    6    moiety that is identified as a Z group of Claim 1 of the

14:47:28    7    '7,803 patent.  Correct?

14:47:29    8    A.      Yes.

14:47:29    9    Q.      And Fmoc is part of the final compound of NPC 15199.

14:47:36   10    Is that correct?

14:47:36   11    A.      In this case, that is true.

14:47:39   12    Q.      If we could turn now to Page 359, focusing on the

14:47:45   13    Subsection NPC 15199 In an enteric formulation is effective

14:47:52   14    against oxazolone.

14:47:56   15            Do you see that?

14:47:57   16    A.      Yes, I do.

14:47:58   17    Q.      The first sentence under that subheading states, "In

14:48:02   18    all experiments presented thus far, administration of the

14:48:05   19    N-(fluorenyl-9-methoxycarbonyl) amino acids was by an i.p.

14:48:11   20    route."

14:48:12   21    A.      Yes.

14:48:13   22    Q.      And that indicates that the Fmoc amino acids were

14:48:17   23    administered.  Is that correct?

14:48:19   24    A.      Yes.

14:48:19   25    Q.      And so the Fmoc group would have been part of the

Bachovchin - cross

14:48:22  1   final molecule that was administered.  Is that correct?

14:48:28  2   A.   That's correct.

14:48:28  3   Q.   If we could turn to the last part of this paragraph,

14:48:34  4   where it says, Thus, an enteric-coated bead formulation of

14:48:39  5   NPC 15199 was prepared that could be administered by feeding

14:48:45  6   tube.  This formulation was tested in the oxazolone edema

14:48:51  7   model.  Enteric-coated NPC 15199 was administered 30 minutes

14:48:57  8   before oxazolone, and edema was measured 24 hours later.

14:49:02  9   When in this formulation, NPC 15199 exhibited oral activity

14:49:08  10   (Table 3).

14:49:10  11            Do you see that?

14:49:11  12   A.   Yes.

14:49:11  13   Q.   Is it the case that this passage indicates that NPC

14:49:16  14   15199 was actually formulated in an enteric formulation and

14:49:22  15   administered?

14:49:23  16   A.   Yes.

14:49:23  17   Q.   Isn't it the case, Doctor, that the Fmoc article,

14:49:29  18   Doctor, demonstrates the use of Fmoc not in a situation of

14:49:34  19   solid phase peptide synthesis but actually part of the final

14:49:42  20   molecule?

14:49:42  21   A.   Yes.

14:49:42  22   Q.   If we could turn to JTX-25 in your binder.  If you

14:49:57  23   could refer to Table 1, which is at JTX-25.2?

14:50:05  24   A.   Okay.

14:50:05  25   Q.   And do you understand that in Table 1 there is the

Bachovchin - cross

| | | |
|---|---|---|
| 14:50:10 | 1 | evaluation of smooth muscle activities of bradykinin analogs |
| 14:50:16 | 2 | with modifications in position 7? |
| 14:50:20 | 3 | A.    Yes. |
| 14:50:20 | 4 | Q.    Modifications that are made are only at position 7. |
| 14:50:29 | 5 | Is that correct? |
| 14:50:29 | 6 | A.    I believe that's correct, yes. |
| 14:50:30 | 7 | Q.    So in all of those cases, the only amino acid that |
| 14:50:34 | 8 | conferred bradykinin antagonist activity in one assay was |
| 14:50:39 | 9 | the D-phenylalanine.  Is that correct? |
| 14:50:44 | 10 | A.    Yes, that's correct. |
| 14:50:45 | 11 | Q.    So isn't it the case that a number of the amino acids |
| 14:50:50 | 12 | listed there that did not confer bradykinin antagonist |
| 14:50:55 | 13 | activity when inserted into position 7 of the analog were |
| 14:51:00 | 14 | D-aromatic compounds? |
| 14:51:03 | 15 | A.    Can you rephrase that question or say the question |
| 14:51:06 | 16 | again? |
| 14:51:06 | 17 | Q.    Certainly.  Isn't it the case in this table that a |
| 14:51:10 | 18 | number of the amino acids that were inserted in the |
| 14:51:14 | 19 | bradykinin molecule and did not convert the molecule to an |
| 14:51:20 | 20 | antagonist were D-aromatic amino acids? |
| 14:51:24 | 21 | A.    I can't completely agree with your statement there. |
| 14:51:28 | 22 | If you look at these results you will see they were |
| 14:51:31 | 23 | measuring for the most part agonist activity.  If you look |
| 14:51:35 | 24 | at the report, many of these with the D-substituted amino |
| 14:51:39 | 25 | acid had essentially no agonist activity.  They did not set |

Bachovchin - cross

14:51:42   1   up, quantify the antagonist activity, in most cases.  I

14:51:47   2   think in most cases the conclusion would be the substitution

14:51:51   3   of D-amino acid destroyed the agonist activity, which would

14:51:54   4   be the first step toward making an agonist.  So I think any

14:51:58   5   one of these would still fit with the SARs taught by

14:52:03   6   Stewart.

14:52:03   7   Q.    In this data set, they don't report any antagonist

14:52:09   8   activity but they actually did look for it, didn't they?

14:52:13   9   A.    I am not sure exactly what they looked for.  I can

14:52:16   10   only tell you what's in the table.  What's in the table is a

14:52:21   11   measure of the agonist activity and the agonist activity in

14:52:24   12   most cases was essentially destroyed by substituting a

14:52:27   13   D-aromatic amino acid.

14:52:28   14   Q.    Doctor, if you could turn down on Page 162 on the

14:52:36   15   left-hand side under Results and Discussion, there is a

14:52:39   16   second full paragraph that begins with the words single

14:52:44   17   substitution, it states, "Single substitution of a

14:52:47   18   D-aliphatic or a D-aromatic amino acid residue at position 7

14:52:53   19   of BK produced analogs with little or no agonist activity,

14:52:56   20   and no antagonist activity, in the uterus assay?"

14:53:02   21   A.    Yes.  That is the key phrase, none in the uterus

14:53:05   22   assay.  This is one assay.  And they didn't see much

14:53:10   23   antagonist activity in the conditions they performed that

14:53:13   24   assay.

14:53:13   25   Q.    If we could just look down another paragraph further,

14:53:19    1    the next full paragraph at that column begins.  On the

14:53:23    2    ileum, all of the analogs listed were essentially devoid of

14:53:28    3    both agonist and antagonist activity, with one exception.

14:53:36    4    [D-Phe7]-BK produced a clear inhibition of the the action of

14:53:39    5    BK.

14:53:40    6              Isn't that reporting in both the two assays that

14:53:44    7    were evaluated the only D-aromatic amino acid substituted in

14:53:49    8    bradykinin that produced antagonist activity was D-Phe?

14:53:56    9    A.    Yes.  It is also the case that the D-Phe antagonist

14:54:01   10    activity was relatively modest.  It was not a striking

14:54:05   11    effect.  This was an early paper where they were just

14:54:10   12    deciding to find whether it was required.  D-Phe is a

14:54:12   13    preferred substitution there.  That was the first one that

14:54:15   14    showed up in this assay that they then pursued further and

14:54:20   15    further characterized the SAR that led to the

14:54:27   16    structure-activity relationships correlating D-aromatic

14:54:30   17    amino acids as being crucial for antagonist activity.  So

14:54:35   18    yes, D-phenylalanine was the best of these that showed up in

14:54:39   19    this assay.

14:54:39   20    Q.    So a person of ordinary skill in the art would

14:54:42   21    understand from this article JTX-25 that a single

14:54:46   22    substitution at position 7 of a bradykinin analog could not

14:54:50   23    necessarily confer antagonist activity, not even a

14:54:55   24    D-aromatic amino acid.  Isn't that correct?

14:54:58   25    A.    In this single assay.  There is different assays that

Bachovchin - cross

14:55:02  1   one could look at.  In this particular assay, the rat uterus

14:55:06  2   test, that's correct, that some of these of these D-Phe

14:55:10  3   amino acid substitutions did not show striking antagonist

14:55:14  4   activity.

14:55:14  5   Q.   If you could turn to Table 2 in this article, Doctor.

14:55:18  6   It is on JTX-25.3.  It's at the top of the page.  If we take

14:55:29  7   a look at that, isn't it the case that D-Phe 7 bradykinin is

14:55:36  8   being compared to another analog, Thi 5,8 D-Phe 7-BK.

14:55:43  9   Correct?

14:55:45  10  A.   That's correct.

14:55:46  11  Q.   And you will see an increase in the potency and I

14:55:54  12  guess the spectrum of action I would call it because now

14:55:57  13  what you have is activity in both the rat uterus and the

14:56:01  14  guinea pig ileum represented by the numbers 6.4 and 6.3.

14:56:06  15  Correct?

14:56:07  16  A.   That's correct.

14:56:07  17  Q.   That compares with a D-Phe 7-BK only bradykinin which

14:56:12  18  was only active in the guinea pig ileum and had a lower pA2

14:56:20  19  value of 5.  Correct?

14:56:26  20  A.   Where does it say those are pA2 values?

14:56:34  21  Q.   If we could take a look at the legend below the table,

14:56:39  22  Doctor.  You will see the second sentence in the legend says

14:56:51  23  antagonist potency is given at the pA2 value of Schild.

14:56:59  24  A.   Okay.

14:56:59  25  Q.   Isn't it the case, Doctor, that JTX-25 demonstrates to

Bachovchin - cross

14:57:05  1  a person of ordinary skill in the art that a single

14:57:09  2  substitution in bradykinin at Position 7 with a D-aromatic

14:57:16  3  acid does not necessarily confer antagonist activity but if

14:57:21  4  other changes are made in the molecule that could change the

14:57:26  5  activity?

14:57:26  6  A.    Well, I can't agree with that entirely.  A person of

14:57:30  7  skill in the art would look at that data and say what's

14:57:33  8  going on there, you will notice the D-Phe bradykinin is 36

14:57:38  9  percent destroyed.  So what is happening is the N-terminus

14:57:42  10  of a bradykinin analog that only has D-Phe in it is not

14:57:49  11  detecting striking degradation.  Because of that lack of

14:57:50  12  protection it sort of then does not do as well as another

14:57:53  13  amino acids that may have some protection.

14:57:57  14         As you can see, the other analog down there

14:58:01  15  destroyed as much because of the other substitutions it has

14:58:03  16  in it.  This is what Dr. Stewart taught, that substituting

14:58:08  17  other amino acids could enhance potency by in part creating

14:58:15  18  analogs that would be resistant to degradation.

14:58:18  19  Q.    So a person of ordinary skill in the art would

14:58:22  20  understand that the Thi 5,8 position conferred an increase

14:58:25  21  in metabolic stability?

14:58:27  22  A.    That is what this table is saying.  Because it is

14:58:29  23  indicating that there was not destruction of the bradykinin

14:58:37  24  analog there.

14:58:37  25  Q.    Doctor, if we could turn to the next document, JTX-34.

Bachovchin - cross

| | |
|---|---|
| 14:58:50 | 1 |
| 14:59:03 | 2 |
| 14:59:06 | 3 |
| 14:59:12 | 4 |
| 14:59:17 | 5 |
| 14:59:24 | 6 |
| 14:59:30 | 7 |
| 14:59:38 | 8 |
| 14:59:46 | 9 |

14:58:50  1  It's going to be another Stewart and Vavrek.  Doctor, did

14:59:03  2  you consider this article in the work that you did in the

14:59:06  3  course of this litigation?

14:59:12  4  A.    I believe I did, yes.

14:59:17  5  Q.    So if you would turn to Table 1 of JTX-34, it actually

14:59:24  6  appears, it starts at JTX-34.5 and runs all the way over to

14:59:30  7  JTX-34.7, so it's a very long table.  Just to orient you,

14:59:38  8  there is a legend at the end of the table also on JTX-34.7.

14:59:46  9  A.    Okay.

14:59:47  10  Q.    Doctor, if you could turn your attention, we will

14:59:50  11  highlight it on the screen, I know this is very hard to

14:59:55  12  read, I am looking at the analog Thi 5,8 D-Phe BK.  Is that

15:00:04  13  the same compound that we were just discussing in JTX-25?

15:00:09  14  A.    I believe it is, yes.

15:00:10  15  Q.    In this paper, isn't it the case that the Thi 5,8

15:00:16  16  D-Phe 7 demonstrates significant pA2 values in both the

15:00:21  17  guinea pig and rat ileum, and also in the rat blood pressure

15:00:28  18  assay?

15:00:29  19  A.    At the moment, I don't see the -- okay, the 6.5 there,

15:00:35  20  I am sorry.

15:00:36  21  Q.    Maybe it would be helpful if we take you up to the top

15:00:40  22  of the table, and you can see the assays.

15:00:44  23  A.    Okay.  Here they are listing it as just showing

15:00:52  24  antagonist activity.

15:00:56  25  Q.    If we take a look about five rows down, there is

Bachovchin - cross

| | | |
|---|---|---|
| 15:01:00 | 1 | another analog, Thi 5,8 Dh-Phe 7.  Do you see that? |
| 15:01:06 | 2 | A.    Yes. |
| 15:01:07 | 3 | Q.    Do you understand what Dh-Phe represents in this |
| | 4 | table? |
| 15:01:16 | 5 | A.    That must be an analog of phenylalanine, |
| 15:01:21 | 6 | D-phenylalanine. |
| 15:01:21 | 7 | Q.    If you could take a look at JTX34.7.  It is the legend |
| 15:01:27 | 8 | of the table.  The fourth line from the bottom begins |
| 15:01:34 | 9 | abbreviations, it says abbreviations for residues? |
| 15:01:38 | 10 | A.    So it is a D-homophenylalanine.  That means it's an |
| 15:01:43 | 11 | analog, the chain connecting the aromatic rings to the |
| 15:01:47 | 12 | backbone is one carbon longer. |
| 15:01:49 | 13 | Q.    Right.  Let's take a look at the data for the |
| 15:01:54 | 14 | homophenylalanine analog. |
| 15:01:55 | 15 | If we could go back to Table 1, the first page |
| 15:02:00 | 16 | of Table 1, and compare the Thi 5,8 D-Phe 7 and the Thi 5,8 |
| 15:02:12 | 17 | D-homophenylalanine.  Isn't it the case, Doctor, that the |
| 15:02:14 | 18 | substitution of D-homophenylalinine for D-phenylalanine |
| 15:02:22 | 19 | abolishes the bradykinin antagonist activity? |
| 15:02:24 | 20 | A.    It does appear that's the case here, yes. |
| 15:02:27 | 21 | Q.    Structurally, what is the difference between |
| 15:02:31 | 22 | D-phenylalanine and D-homophenylalanine? |
| 15:02:34 | 23 | A.    The aromatic ring is more extended.  It is further |
| 15:02:37 | 24 | away from the back. |
| 15:02:43 | 25 | Q.    So isn't it the case that D-homophenylalanine has one |

Bachovchin - cross

| | | |
|---|---|---|
| 15:02:49 | 1 | more methylene group in it than phenylalanine? |
| 15:02:54 | 2 | A.    That's correct.  One more carbon as you stand away |
| 15:02:59 | 3 | from the backbone. |
| 15:03:02 | 4 | Q.    The simple change of inserting a methylene group and |
| 15:03:06 | 5 | going from a phenylalanine to a homophenylalanine takes what |
| 15:03:11 | 6 | we know is a potent kind of bradykinin antagonist and |
| 15:03:17 | 7 | abolishes that activity.  Correct? |
| 15:03:18 | 8 | A.    That appears to be the case here, yes. |
| 15:03:20 | 9 | Q.    If we could take a look in going to JTX-34.6, now, I |
| 15:03:29 | 10 | would like to compare two other analogs, and I would like to |
| 15:03:34 | 11 | compare the Thi -- the D-Arg Thi 5,8 D-phenylalanine with |
| | 12 | the D-Arg Thi 5,8 D-homophenylalanine. |
| 15:03:51 | 13 | Once again, Doctor, it is the case that the |
| 15:03:54 | 14 | D-Arg Thi 5,8 D-Phe 7 is a bradykinin antagonist in all of |
| 15:04:03 | 15 | the assays tested.  Correct? |
| 15:04:05 | 16 | A.    Yes. |
| 15:04:05 | 17 | Q.    And the single change of converting the |
| 15:04:07 | 18 | D-phenylalanine to the D-homophenylalanine, which is just |
| 15:04:12 | 19 | one methylene group again, abolishes all activity.  Isn't |
| 15:04:17 | 20 | that correct? |
| 15:04:17 | 21 | A.    That's the case, yes. |
| 15:04:24 | 22 | Q.    Doctor, if you could turn to Tab 1 in your binder, |
| 15:04:28 | 23 | it's been labeled PDX10.1, Doctor, what I have on the screen |
| 15:04:44 | 24 | are the structures of homophenylalanine, phenylalanine, and |
| 15:04:49 | 25 | what we were talking about during your direct examination, |

Bachovchin - cross

15:04:53  1   which is the amino acid Tic.  Do you see that?

15:04:57  2   A.    Yes.

15:04:59  3   Q.    So the difference between homophenylalanine and

15:05:03  4   phenylalanine is the one methylene group.  Isn't that

15:05:09  5   correct?

15:05:10  6   A.    That's correct.

15:05:10  7   Q.    So that's what is different as compared to the

15:05:13  8   phenylalanine?

15:05:14  9   A.    Yes.

15:05:14  10  Q.    And when you go from D-phenylalanine to

15:05:19  11  D-homophenylanine in the 7 position of a bradykinin analog,

15:05:26  12  you abolish activity.  Is that correct?

15:05:28  13  A.    That appears to be the case.

15:05:29  14  Q.    And isn't it the case that the only difference between

15:05:35  15  phenylalanine and the Tic amino acid is again one methylene.

15:05:39  16  Isn't that correct?

15:05:41  17  A.    That's completely different.  The methylene group is a

15:05:45  18  completely different substitution and would have a

15:05:47  19  completely different effect on a person of skill in the art

15:05:50  20  looking at a structure-activity at this point.  In one case,

15:05:54  21  that is contained within the normal bounds of the analogs

15:05:56  22  you are looking at.  Whereas in the other case you are now

15:05:59  23  extending the aromatic ring out beyond where it had been

15:06:02  24  extended before.

15:06:04  25           So it won't be fair to say they both have just

Bachovchin - cross

15:06:09    1    one more methylene group.

15:06:11    2    Q.     In fact, the Tic molecule has the one methylene group,

15:06:15    3    but now you have completely changed the structure, you have

15:06:18    4    made it a conformationally constrained amino acid?

15:06:23    5    A.     But that conformationally constrained amino acid

15:06:23    6    overlays closely nevertheless with phenylalanine and does

15:06:29    7    not extend beyond the boundary that phenylalanine would

15:06:31    8    normally occupy.

15:06:32    9    Q.     What we have in front of us, the actual data we have

15:06:35    10   in front of us, Doctor, is taking a molecule where you only

15:06:39    11   change it by one methylene group and you can see other

15:06:43    12   substitutions in the analog as well, what that does is it

15:06:46    13   completely abolishes the activity when you go from

15:06:49    14   phenylalanine to homophenylalanine.   We have actual data to

15:06:53    15   show that and support that.   We don't have, unless you can

15:06:57    16   show me or tell me now, we have not seen any data about how

15:07:02    17   going from phenylalanine to the Tic molecule in the 7

15:07:06    18   position would impact bradykinin activity?

15:07:12    19   A.     I can only say that a person of skill in the art would

15:07:15    20   view the difference between phenylalanine and Tic as more

15:07:19    21   structured, similar to each other, than homophenylalanine is

15:07:22    22   to phenylalanine because of that extra methylene group

15:07:25    23   extending it farther out into space.

15:07:36    24   Q.     Isn't it the case, Doctor, that in this litigation,

15:07:43    25   there has been no identification of the use of Tic in any

Bachovchin - cross

15:07:48  1    bradykinin analog?  Is that correct?

15:07:50  2    A.    Not outside the patents at issue here.

15:07:54  3    Q.    That's correct.  So there has not been any

15:07:56  4    identification of Tic in bradykinin antagonist literature

15:08:03  5    prior to January 1989.  Right?

15:08:05  6    A.    That's correct.

15:08:05  7    Q.    And there hasn't been any identification of the use of

15:08:15  8    a conformationally constrained bicyclic analog like D-Tic in

15:08:20  9    position 7 prior to January 1989.  Isn't that correct?

15:08:25  10   A.    I am not entirely sure that's correct.  I would have

15:08:29  11   to go back and take a look at the literature.

15:08:32  12   Q.    We haven't seen one today, have we, Doctor?

15:08:35  13   A.    We have not seen one today.

15:08:37  14   Q.    So ultimately, what we have is data that demonstrates

15:08:43  15   the abolishment of bradykinin antagonist activity where you

15:08:48  16   simply take and insert one methylene group from the

15:08:52  17   phenylalanine to homophenylalanine, we have no information

15:08:55  18   going from D-phenylalanine to D-Tic, we have no information

15:08:59  19   about conformationally constrained amino acids in a bicyclic

15:09:03  20   system in position 7.  Isn't that correct?

15:09:11  21   A.    There is no information that we have seen today on the

15:09:15  22   effect of Tic being substituted other than those patents

          23   that are at issue.

15:09:22  24   Q.    And those patents that are at issue, there is nothing

15:09:26  25   in the prior art that gives you any guidance really as to

Bachovchin - cross

15:09:30  1    how Tic, inserted at -- D-Tic inserted at position 7 is

15:09:35  2    going to affect the potency of a bradykinin antagonist.  Do

15:09:40  3    we?

15:09:40  4    A.    I would not agree there is no guidance in the

15:09:43  5    literature that for a person of skill in the art to make a

15:09:50  6    reasonable expectation of what would happen with the Tic

15:09:52  7    substitution.  So I cannot agree with the statement as is.

15:09:55  8    Q.    We don't have any information from the prior art as to

15:09:58  9    how the insertion of D-Tic into a bradykinin analog would

15:10:04  10   impact the metabolic stability of the analog, do we?

15:10:10  11   A.    We don't have a direct showing of what happens if you

15:10:13  12   make that substitution.  But a person of skill in the art

15:10:16  13   would have a reasonable expectation that a D-Tic

15:10:19  14   substitution would decrease proteolysis for the simple

15:10:24  15   reason that it is a non-naturally occurring amino acid of

15:10:27  16   the D configuration and that it is a proline-like amino acid

15:10:34  17   that is in that range for further resistance.

15:10:36  18         So the person of skill in the art would have a

          19   reasonable expectation that D-Tic would confer resistance of

15:10:45  20   proteolysis.

15:10:45  21   Q.    Isn't it the case, Doctor, that not just in the

15:10:50  22   bradykinin literature prior art but we have identified no

15:10:54  23   prior art in this case that demonstrates how D-Tic changes

15:11:00  24   the metabolic stability of a compound when it is inserted

15:11:06  25   into a peptide?

Bachovchin - cross

15:11:09    1    A.    There is no information specifically related to

15:11:11    2    details in the prior art related to D-Tic other than the

15:11:12    3    patents that are issued today.

15:11:13    4    Q.    The patents aren't prior art.  Is that the case?

15:11:16    5    A.    I guess, yes.

15:11:20    6    Q.    Doctor, if we could turn to JTX-1, that is the '333

15:11:28    7    patent in suit here today.  If you will turn to JTX-1.24.

15:12:04    8    If we could go to Claim 14.  And Claim 14 is at Column 44.

15:12:12    9    It is at Line 45.

15:12:30   10    A.    Okay.

15:12:30   11    Q.    So a person of ordinary skill in the art, just looking

15:12:35   12    at the structure of Claim 1, would they know if it had

15:12:39   13    biological activity?

15:12:42   14    A.    A person of skill in the art by what's in the prior

15:12:47   15    art would have a reasonable expectation that that peptide

15:12:49   16    would be a bradykinin antagonist.

15:12:52   17    Q.    So the way that a person of ordinary skill in the art

15:12:55   18    would understand that it has activity would have to be

15:12:57   19    through the prior art.  Is that correct?

15:13:00   20    A.    That is correct.

15:13:10   21    Q.    If we could go to your demonstrative, Doctor, at

15:13:17   22    DDX2-38.  If we could bring that up, Doctor, I have your

15:13:35   23    demonstrative on the screen.  Looking at Table 2.  We talked

15:13:44   24    about the D-Arg Thi 5,8 D-Phe 7 compared to D-Arg Thi 5,8

15:13:55   25    D-homophenylalanine.  So we compared a compound that had

Bachovchin - cross

15:14:00  1    D-phenylalanine here at position 7 and D-homophenylalanine

15:14:06  2    at that position.  So those two molecules also had D-Arg at

15:14:12  3    the zero, that would confer enzymatic resistance, they also

15:14:17  4    had Thi -- both had Thi-5 and Thi-8, which alteration

15:14:23  5    enhances potency.  So isn't it the case, Doctor, that there

15:14:26  6    would be nothing more that a person of ordinary skill in the

15:14:29  7    art would know what to do with those molecules except

15:14:33  8    looking at the fact that D-homophenylalanine here abolishes

15:14:39  9    activity, D-phenylalanine keeps activity, a person of skill

15:14:44  10   in the art would understand there is no other place that you

15:14:49  11   could change this molecule based on what Stewart and Vavrek

15:14:53  12   taught to change that agonist -- or to change the, abolish

15:15:00  13   activity and make it an antagonist.  Could you?

15:15:04  14             THE COURT:  Do you understand that question,

15:15:08  15   Doctor?

15:15:08  16             THE WITNESS:  I do.

15:15:10  17             A person skilled in the art, confronted with the

15:15:13  18   fact that D-homophenylalanine abolishes the activity of this

15:15:16  19   agonist peptide, in the context of the other changes, would

15:15:20  20   tell him that that homophenylalanine exceeded the boundaries

15:15:25  21   of what can be accommodated by binding to the bradykinin

15:15:29  22   receptors, and therefore would probably make a note that

15:15:31  23   being too far away is not a good thing and they would

15:15:34  24   confine themselves to antagonists that stayed within the

15:15:38  25   confines of a phenylalanine ring structure, not extended

15:15:43  1    beyond.

15:15:43  2              I haven't seen the data.  The first thing I want

15:15:46  3    to know about the homophenylalanine is does it have

15:15:50  4    bradykinin receptor binding potency or does it not bind any

15:15:54  5    longer to the receptor because having that longer group

15:15:57  6    could very well block binding completely, the bradykinin

15:16:01  7    receptor that can only be so long and no longer, at which

15:16:05  8    point you abolish the activity.

15:16:07  9    Q.    Really what a person of ordinary skill in the art

15:16:10  10   would only have in the prior art the information that we

15:16:14  11   took out of JTX-34, they would have nothing else, would

15:16:19  12   they?

15:16:19  13   A.    I am not sure I understand that at all.  We would only

15:16:23  14   have what we took from JTX-34?

15:16:27  15   Q.    Yes.  The head-to-head comparison, if you are looking

15:16:31  16   for data that would demonstrate how to understand the

15:16:33  17   change, you have head-to-head data in the D-Arg Thi 5,8

15:16:41  18   D-phenylalanine versus D-Arg Thi 5,8 D-homophenylalanine,

15:16:44  19   other than that, a person of ordinary skill in the art could

15:16:47  20   only speculate as to what something like D-Tic would do if

15:16:52  21   inserted in that molecule.  Isn't that the case?

15:16:55  22   A.    I don't believe I can agree with that, the

15:16:58  23   D-phenylalanine data is not the only thing a person would

15:17:04  24   have to go on in this case.  We have lots of other prior art

15:17:08  25   that indicates there are substitutions that work, and there

Bachovchin - cross

| | |
|---|---|
| 15:17:11 | 1 |

are a variety of substitutions that work in that position.

These substitutions we are talking about have the attributes

of the ones we know that will work.

Q.    I guess what we don't have is data that are a

head-to-head comparison as I have shown you?

A.    We are saying would a person of skill in the art have

a reasonable expectation with the data that's out there.

The reasonable expectation would be that that substitution

would work.

Q.    Doctor, talking about now Position 8.  Let's call up

Claim 14 of the '333 patent.  Again, that's JTX-1.  I

believe it's at Column 44.

Position 8 of Claim 14 of the '333 patent,

Doctor, is conformationally constrained by the amino acid

moiety Oic.  Isn't that correct?

A.    That's correct.

Q.    And isn't it the case that prior to January 1989,

there was no prior art that demonstrated the use of Oic in

the bradykinin analog?  Correct?

A.    That's true, yes.

Q.    Isn't it the case that as of January 1989 there was no

prior art that demonstrated how the insertion of Oic into

any peptide impacted its metabolic stability?

A.    I am not entirely sure about that.  I would have to go

back and look at that to see if the data is available, to

Bachovchin - cross

1    have the ability to tell us that.

2    Q.    So we haven't seen today, Doctor, isn't it the case,

3    we haven't seen today any information as to how the

4    insertion of Oic into a peptide impacts its metabolic

5    stability.  Isn't that the case?

6    A.    I think that's true.

7              THE COURT:  Counsel, how much more do you have?

8              MS. KUZMICH:  I might have about 15 more

9    minutes, Your Honor.

10             THE COURT:  Let's take a stretch.

11             (Recess taken.)

12             THE COURT:  Please, take your seats.

13   BY MS. KUZMICH:

14   Q.    There.  Are you okay to continue?

15   A.    Yes, I am.  I am fine.

16   Q.    Good.

17             If we could turn to DTX-114 in your binder.  It

18   is the article that everyone has been referring to as

19   Spragg.  Doctor, I believe you referred to Spragg in your

20   direct examination.  Is that correct?

21   A.    Yes, I did.

22   Q.    Doctor, for what purpose are you relying on Spragg?

23   A.    So Spragg reports biological activity of some prior

24   art antagonists, showing the sequences of the modified

25   bradykinin sequences that have efficacious activity.  I am

Bachovchin - cross

15:36:03   1   not sure, for all the reasons I described earlier, it shows

15:36:10   2   antagonist studies of bradykinin analogs.  It's also for the

15:36:20   3   preference of L-Arginine over lysine.

15:36:30   4   Q.     Doctor -- also, this one refers to --

15:36:34   5   A.     I remember now.  They have a different numbering

15:36:36   6   system.  The P2, this is where the cyclohexyalanine was

15:36:42   7   shown to be accommodated in the 8 position.

15:36:48   8   Q.     And that cyclohexyalanine in the 8 position, was that

15:36:54   9   for the specificity, the Position 8 of a bradykinin

15:37:00   10  antagonist, or was it for human urinary kallikrein?

15:37:07   11  A.     We were using this to indicate that cyclohexylalanine

15:37:12   12  was a proline analog, that proline was shown to work in the

15:37:18   13  context of a bradykinin antagonist peptide.

15:37:23   14  Q.     Doctor, if you could turn to the first page of

15:37:29   15  DTX-114.  On the right column, the paragraph above Method,

15:37:35   16  there is a statement, I will read that, "In the course of

15:37:39   17  studies to identify features important for the design of

15:37:43   18  specific substrate sequence analog inhibitors" --

15:37:48   19            THE COURT:  Where are you reading from, counsel?

15:37:54   20            MS. KUZMICH:  We are on DTX-114, Page 5, on the

15:37:57   21  right-hand column, Your Honor.

15:37:59   22            THE COURT:  Go ahead.  Are you there, Doctor?

15:38:01   23            THE WITNESS:  Yes.

15:38:03   24  BY MS. KUZMICH:

15:38:03   25  Q.     "In the course of studies to identify features

Bachovchin - cross

15:38:06    1    important for the design of specific substrate sequence

15:38:09    2    analog inhibitors of glandular kallikreins, Reference 21, it

15:38:16    3    became apparent that some of these features are shared by

15:38:19    4    bradykinin analog antagonists, Reference 27.  These include

15:38:24    5    a preference for L-Arginine over L-Lysine at P1 and for

15:38:30    6    bulky D-amino acids at P3."

15:38:38    7              Doctor, before I read this statement, you

15:38:42    8    referred to the positions in the Spragg article and you

15:38:46    9    referred to position P2 as 8.  Is that correct?

15:38:49   10    A.    That's correct.

15:38:50   11    Q.    So what would position P1 be?

15:38:54   12    A.    P1 would correspond to, in this case, 9.

15:39:00   13    Q.    And the P3, Doctor?

15:39:02   14    A.    P3 would be 7.

15:39:04   15    Q.    And so the statement that I just read aloud, it talks

15:39:09   16    about the features that are shared by the analog inhibitors

15:39:16   17    of glandular kallikreins with bradykinin analog antagonists.

15:39:19   18    Is that correct?

15:39:19   19    A.    Yes.

15:39:20   20    Q.    And there is no mention of P2.  Is that correct?

15:39:25   21    A.    Not in the paragraph you read.

15:39:30   22    Q.    The reference, there is a reference that talks about

15:39:36   23    the specific substrate analog inhibitor of glandular

15:39:38   24    kallikreins, Reference 21.  Do you see that?

15:39:49   25    A.    Yes.

Bachovchin - cross

15:39:49    1   Q.     Did you consider Reference 21 in the course of your

15:39:52    2   work in this litigation?

15:39:53    3   A.     I probably looked at Reference 21, but it was not a

15:39:57    4   key reference for forming my opinion.

15:39:59    5   Q.     Well, that Reference 21, if you actually turn to the

15:40:03    6   end of DTX-114, the last page of DTX-114, which is Page 8,

15:40:12    7   you will see the Reference 21, which is Okunishi, et al.,

15:40:16    8   the design of substrate analogue tissue kallikrein

15:40:20    9   inhibitors.  Do you see that?

15:40:26   10   A.     Yes.

15:40:26   11   Q.     If you look at Tab 9 in your binder, you will find the

15:40:32   12   Okunishi reference?

15:40:37   13   A.     Yes.

15:40:39   14   Q.     Doctor, have you seen the Okunishi reference before?

15:40:55   15   A.     I am not sure that I have in preparation for this

15:41:01   16   issue.  I think I am familiar with this paper from many

15:41:05   17   years ago.  But I don't think I have looked at it recently.

15:41:08   18   Q.     So I will represent that the paper concerns the design

15:41:13   19   of substrate analog tissue kallikrein inhibitors just as the

15:41:17   20   title represents.

15:41:18   21   A.     Yes.

15:41:18   22   Q.     If you could turn to Page 1-117 of the Okunishi

15:41:28   23   reference?

15:41:29   24   A.     Yes.

15:41:31   25   Q.     It is right above the discussion section, the last

Bachovchin - cross

| | |
|---|---|
| 15:41:36 | 1 |

line.   It says, "Steric restraints are not observed at S2,

whereas S1 invariably binds an arginyl residue more

efficiently than a lysyl residue."

             Do you see that?

A.      Yes, I do.

Q.      Do you have an understanding of what is meant by S2

and S1?

A.      Those are referring to the substrate -- what we talk

about, they are talking about an enzyme here.   This is a

tissue kallikrein.   The enzymes have what's referred to as

specificity subsites.   Those are designated with this S

nomenclature.   So S1, S2 refers to the subsites to the left

of the cleavage site.   If you went to the right of the

cleavage site, those would be designated S1-prime, S2-prime,

and so on.

Q.      If you could turn to Page 1-118, which is the last

page of Okunishi.   The first full sentence there, we have

that highlighted on the screen, The S2 subsite is large and

can accommodate side chains at least as bulky as a

cyclohexyl group.

             Do you see that?

A.      Yes.

Q.      Doesn't that suggest that human glandular kallikrein

can accommodate side chains at least as bulky as the

cyclohexyl group?

Bachovchin - cross

15:43:00   1   A.     That's what it says.

15:43:01   2   Q.     It makes no mention of bradykinin antagonists, does

15:43:05   3   it?

15:43:06   4   A.     No, it doesn't.

15:43:09   5   Q.     If we could then, I have on the screen a comparison of

15:43:15   6   the statements in Okunishi to the statements in Spragg, I

15:43:22   7   will read them out for you, Doctor.

15:43:25   8        On the left-hand side of the screen are the two

15:43:28   9   statements that I read into the record about the Okunishi --

15:43:33   10  coming from the Okunishi reference and talking about human

15:43:40   11  glandular kallikreins.  "Steric restraints are not observed

15:43:43   12  at S2, and the S2 substrate is large and can accommodate

15:43:48   13  side chains at least as bulky as a cyclohexyl group."

15:43:54   14       From Spragg we have on the top right at DTX-114,

15:44:00   15  Page 5, we have, "There is minimal steric restriction at

15:44:07   16  P2."

15:44:08   17       Then below we have from Spragg the statement,

15:44:13   18  "Substitution at the P2 position with bulky analogs such as

15:44:19   19  cyclohexylalanine indicates that minimal steric restraints

15:44:22   20  are observed at this position."

15:44:25   21       And that is from Spragg at 114, Page 7.

15:44:30   22       Isn't it the case that the language we see in

15:44:33   23  Spragg talking about the P2 position and minimal steric

15:44:38   24  restriction is only referring to the human kallikrein, the

15:44:42   25  human glandular kallikrein and not bradykinin antagonists?

Bachovchin - cross

15:44:49   1   A.    Yes.   But they pointed out there was an overlap in

15:44:53   2   what was accommodated in human kallikrein versus what was

15:44:57   3   accommodated in the bradykinin receptor.

15:44:59   4         The reason for that actually is there is quite a

15:45:03   5   considerable amount of crosstalk between the kallikreins and

15:45:05   6   the bradykinin receptors.   So they are not that dissimilar.

15:45:13   7   Q.    But it is actually the case that DTX-114, Spragg, when

15:45:15   8   it is talking about the overlap, it is talking about the

15:45:17   9   overlap at P1 and P3, not P2.   Isn't that correct?

15:45:25   10  A.    I am not sure I understand that question.

15:45:27   11  Q.    Let me refer you back to the first page of Spragg and

15:45:36   12  the statement I read.   It's DTX-114, Page 5.   It's a bit

15:45:54   13  confusing.   Page 5 is actually the first page of the text.

15:45:58   14        It says,   When they have looked at the studies

15:46:02   15  to identify features important for the design of substrates

15:46:05   16  for glandular kallikreins, there was a comparison and they

15:46:10   17  note shared features, and here on the reference that we have

15:46:15   18  they are talking about P1 and P3, not P2.   Is that correct?

15:46:22   19  A.    P2 is also mentioned in the Spragg article.   If you

15:46:26   20  look at the top of Page 205, it specifically discusses

15:46:33   21  substitutions at the P2 position with bulky analogs.

15:46:38   22  Q.    What it doesn't tell us there, it doesn't talk about

15:46:41   23  the overlap between features in the human glandular

15:46:47   24  kallikreins and bradykinin antagonists, those are just

15:46:49   25  bradykinin antagonists used in these assays.   Isn't that

Bachovchin - cross

15:46:53  1   correct?

15:46:54  2   A.    I am not sure I understand the question.  What is the

15:46:59  3   question that you are asking exactly?

15:47:02  4   Q.    Is Spragg, DTX-114, discussing the overlap of features

15:47:09  5   between bradykinin antagonists and human glandular

15:47:14  6   kallikreins at the P2 position?

15:47:16  7   A.    Yes.

15:47:16  8   Q.    And where is your support for that, Doctor?

15:47:22  9   A.    The title of the paper is The Inhibition of Glandular

15:47:28  10  Kallikrein by Peptide Analog Antagonists of Bradykinin.

15:47:31  11  Q.    I am specifically asking you, where is your support

15:47:33  12  for the proposition that the P2 position, there are shared

15:47:39  13  features in the P2 position between human glandular

15:47:44  14  kallikreins and bradykinin antagonists?

15:47:50  15  A.    If you look at the top of Page 205, it says

15:47:54  16  substitutions at the P2 position, bulky analogues such as

15:47:58  17  cyclohexylalanine indicates that minimum steric restraints

15:48:01  18  are observed.

15:48:02  19        If you look at the table, the P2 position

15:48:05  20  corresponds to the 8 position of the bradykinin antagonist.

15:48:12  21  Q.    Isn't it the case, Doctor, that that paragraph is

15:48:17  22  actually referring to Reference 21 that I read, the Okunishi

15:48:24  23  reference?  If you look at the bottom of Page 114, DTX-114.7

15:48:31  24  on the left-hand side, Reference 21 is what is referenced,

15:48:35  25  and that is the kallikrein article, and that is what is

Bachovchin - cross

15:48:40   1    referring to the P2 position for the statement that you read

15:48:43   2    in.  Isn't it?

15:48:48   3    A.     So you are saying that on 205, the statement

15:48:51   4    substitution at the P2 position of bulky analogs such as

15:48:55   5    cyclohexylalanine is dependent on the Reference 21?

15:49:03   6    Q.     Yes, I am, because I don't see anything referring to

15:49:07   7    the bradykinin antagonist requirement there.

15:49:11   8             THE COURT:  Is that a question?

15:49:15   9    BY MS. KUZMICH:

15:49:15   10   Q.     Do you see, Doctor, any reference to bradykinin

15:49:22   11   antagonists in there?

15:49:22   12   A.     I also don't see a reference to Reference 21 there.

15:49:27   13   Q.     Just --

15:49:29   14   A.     I mean, that still is exactly the case, though.  They

15:49:34   15   are talking about there being a similarity in the binding

15:49:38   16   sites of kallikrein with the bradykinin receptor.  They are

15:49:41   17   talking about the bradykinin receptor kallikrein, they are

15:49:44   18   saying there is overlap or similarity.  They are defining

15:49:47   19   what the similarities are.  They are saying -- that is why

15:49:50   20   this nomenclature is different.

15:49:53   21             P2 in this case is the residue that would bind

15:49:55   22   to an enzyme S2 site.  In our case S is 8 that corresponds

15:50:01   23   to the receptor site.  We don't normally number receptor

15:50:06   24   sites the same way.  So the P2 site refers to the site in

15:50:10   25   the kallikrein.  And they are looking at bradykinin

Bachovchin - cross

15:50:15   1   antagonists that seem to bind there and seem to have a

15:50:20   2   similar structure-activity relationship in binding to

15:50:21   3   kallikrein that they do to binding to the bradykinin

15:50:28   4   receptor.

15:50:28   5   Q.    Your support for your position is what you read at the

15:50:32   6   top of DTX-114.7.  Isn't that correct?  On the right-hand

15:50:36   7   side?

15:50:37   8   A.    Well, to say that the P2 position will accommodate

15:50:42   9   bulky analogs like cyclohexylalanine, right.  And

15:50:47   10  cyclohexylalanine, that is not the entire support for that

15:50:51   11  substitution.  Part of that support comes from the idea that

15:50:54   12  cyclohexylalanine is a proline analog and proline analogs

15:50:57   13  are demonstrated to work in the 8 position of bradykinin.

15:51:00   14  So the combination of the proline analogs work.

15:51:05   15  Cyclohexylalanine works as a proline analog and

15:51:07   16  cyclohexylalanine works against kallikrein, it all fits with

15:51:12   17  what a person of skill in the art would have the expectation

15:51:15   18  that it would work in the bradykinin.

15:51:20   19  Q.    Doctor, could we turn to the Blankley reference,

15:51:27   20  DTX-58.  I believe you mentioned the Blankley reference this

15:51:31   21  morning in the direct examination?

15:51:33   22  A.    Yes, I did.

15:51:34   23  Q.    Doctor, if you would turn to DTX-58, Page 2, at the

15:51:46   24  top of the page, on the left-hand side, at the very top,

15:51:53   25  there is a reference to an enhanced lipophilic environment.

Bachovchin - cross

15:51:57   1   Do you see that?

15:52:03   2   A.    Yes.    Okay.

15:52:04   3   Q.    Does an enhanced lipophilic environment within a

15:52:12   4   peptide provide any benefits to the peptide?

15:52:15   5   A.    Well, it depends on what benefit you are looking for.

15:52:20   6   It would provide the enhanced benefits if you wanted that

15:52:23   7   portion of the peptide to interact with a lipophilic site,

15:52:30   8   either on a target receptor enzyme or a tissue in the body.

15:52:38   9   Q.    Is it the case that a more lipophilic peptide could

15:52:41   10  have more potential benefits on the in-vivo stability of the

15:52:47   11  peptide?

15:52:47   12  A.    Well, you are asking if lipophilicity contributes to

15:52:52   13  improved in-vivo stability.    Lipophilicity all by itself

15:52:58   14  might or might not.    You would have to look at the context

15:53:03   15  of what you were talking about.

15:53:06   16  Q.    Could a more lipophilic peptide have potential

15:53:10   17  benefits as to the duration of action of the peptide at the

15:53:15   18  receptor?

15:53:15   19  A.    Again, it depends on the context, what molecule you

15:53:18   20  were talking about and for what purpose, and what is the

15:53:23   21  benefit.    Is it the length of the survival in the

15:53:25   22  bloodstream?    Is it prevention of clearance?    Is it the

15:53:29   23  resistance of proteolysis?    You would have to know a lot

15:53:34   24  more to make a reasonable prediction based on all these

15:53:39   25  things.

Bachovchin - cross

| | | |
|---|---|---|
| 15:53:41 | 1 | Q.    When you were referring to Blankley this morning, |
| 15:53:45 | 2 | which is DTX-58, it was in the context of Oic.  Is that |
| 15:53:51 | 3 | correct? |
| 15:53:51 | 4 | A.    That's correct. |
| 15:53:51 | 5 | Q.    Isn't it the case that Blankley is silent as to how |
| 15:53:58 | 6 | replacement of Pro with Oic impacts the metabolic stability |
| 15:54:03 | 7 | of the peptide? |
| 15:54:03 | 8 | A.    Yes.  He didn't say that it impacted the peptide. |
| 15:54:07 | 9 | Didn't say anything about that. |
| 15:54:08 | 10 | Q.    Blankley, which is DTX-58, does not include any |
| 15:54:13 | 11 | information on bradykinin antagonists.  Correct? |
| 15:54:19 | 12 | A.    Correct. |
| 15:54:24 | 13 | Q.    Doctor, if you would turn to JTX-28 in your binder. |
| 15:54:37 | 14 | If you would go to Columns 15 and 16, it is at JTX-28.9.  It |
| 15:54:45 | 15 | spans the two columns.  The table that I am going to refer |
| 15:54:48 | 16 | you to starts at the bottom of Column 15.  It continues to |
| 15:54:53 | 17 | Column 16.  Do you see that? |
| 15:54:55 | 18 | A.    Yes, I do. |
| 15:54:57 | 19 | Q.    So isn't it the case that you have replacement -- the |
| 15:55:06 | 20 | third entry in that table, which is at Column 15, the very |
| 15:55:11 | 21 | last entry, D-Arg to BK.  Do you see that? |
| 15:55:15 | 22 | A.    Yes. |
| 15:55:17 | 23 | Q.    They are looking at in this table the percent |
| 15:55:20 | 24 | destruction of bradykinin.  Is that correct? |
| 15:55:23 | 25 | A.    Yes. |

15:55:23  1    Q.      And so compared to bradykinin, which is 98 percent

15:55:31  2    destroyed in this table, adding the D-Arg only benefits by a

15:55:38  3    very small percent, six percent.  Right?

15:55:42  4    A.      Yes.

15:55:42  5    Q.      So it isn't as straightforward to say that if one

15:55:48  6    inserts D-Arg at the N-terminus of bradykinins, that will

15:55:55  7    enhance the metabolic stability of the peptide.  Isn't that

          8    correct?

15:55:59  9    A.      Well, that is an incorrect way of looking at that.

15:56:02  10   The D-Arginine at the N-terminus would provide resistance to

15:56:08  11   aminopeptidase degradation, which is one of several ways

15:56:09  12   that that peptide can be created.  We know that bradykinin

15:56:12  13   is degraded by several other enzymes towards the C-terminus

15:56:14  14   that make clips in those lines between 5 and 6, 6 and 7, and

15:56:21  15   if you block those degradations, then the D-Arg will make

15:56:25  16   all the difference in the world to the remaining stability.

15:56:28  17   Q.      So it's not just one simple substitution, is it?

15:56:32  18   A.      There is more than one enzyme that degrades the

15:56:34  19   peptide.  To get complete stability or to get significant

15:56:39  20   stability, you would need to block all of those mechanisms

15:56:46  21   of degrading the peptide.  So D-Arginine is one.  It would

15:56:51  22   block the amino terminal degradation that is abbreviated by

15:56:57  23   aminopeptidases.  And you can see that little bit of

15:57:00  24   difference there is reflecting probably the contribution of

15:57:04  25   aminopeptidase in the context of being chewed up by the

Bachovchin - cross

15:57:06 | 1    other enzymes.

15:57:06 | 2              And in this case, in this assay, it may well be

15:57:09 | 3    that these other enzymes are present in quite high amounts,

15:57:15 | 4    and you see a very small effect of blocking the

         | 5    aminopeptidase.

15:57:19 | 6    Q.    So it is really unpredictable if you add the

15:57:22 | 7    D-Arginine to the N-terminus of the peptide how it is going

15:57:24 | 8    to behave?

15:57:24 | 9    Q.    No.  It is perfectly predictable, it is going to block

15:57:30 | 10   the aminopeptidase degradation.  What is left is how much

15:57:32 | 11   other degradation will you be faced with.

15:57:34 | 12   Q.    And that is unpredictable, isn't it?

15:57:36 | 13   A.    No, that is kind of predictable, too.

15:57:39 | 14   Q.    Doctor, when you were finishing up your direct

15:57:43 | 15   testimony, you discussed some of the comparisons of the

15:57:50 | 16   formulation of HOE 140, which is icatibant, and a prior art

15:58:00 | 17   Stewart compound.  Is that correct?

15:58:01 | 18   A.    That's correct.

15:58:01 | 19   Q.    Did you make any comparisons as to how those two

15:58:05 | 20   peptides compared with regard to the bioavailability?

15:58:13 | 21   A.    No, we did not.

15:58:13 | 22   Q.    Did you make any comparisons between those two

15:58:18 | 23   molecules with respect to the time it took to reach C-max,

15:58:24 | 24   which is T-max?

15:58:25 | 25   A.    I did not look at the C-max values, no.

Bachovchin - cross

15:58:29    1    Q.      So you can't speak to how active those formulations of

15:58:37    2    each of those peptides were administered, what the

15:58:41    3    pharmacokinetics of each of those peptides looks like, can

15:58:45    4    you?

15:58:46    5    A.      The pharmacokinetics were not reported in those

15:58:48    6    papers.

15:58:48    7    Q.      You don't know that they are, do you?

15:58:51    8    A.      At the moment I could not tell you what the C-max

15:58:54    9    values are for those two peptides.

15:58:56   10    Q.      Doctor, could you turn now back to DTX-59, the '7,803

15:59:03   11    patent.   Turn to Claim 1.   If we could have Claim 1 on the

15:59:08   12    screen.

15:59:23   13            Doctor, we looked at Claim 1 in your direct

15:59:25   14    examination and we want to look at it some more.   Just a few

15:59:28   15    more questions.

15:59:29   16            If you look at the component A, A has the option

15:59:33   17    for being a bond.   Right?

15:59:36   18    A.      Yes.

15:59:36   19    Q.      So that means that A is not a chemical moiety.

15:59:39   20    Correct?

15:59:40   21    A.      Yes.

15:59:41   22    Q.      And P also has the option for being a direct linkage,

15:59:48   23    which I think you said in your direct testimony was the same

15:59:52   24    thing as a bond?

15:59:53   25    A.      That's correct.

Bachovchin - cross

15:59:54  1   Q.    So P has the option of being no chemical moiety.

15:59:59  2   Nothing.   Is that correct?

16:00:00  3   A.    That's correct.

16:00:00  4   Q.    And being nothing is not an option for Z.   Is that

16:00:06  5   correct?

16:00:07  6   A.    That is correct.

16:00:07  7         MS. KUZMICH:  Your Honor, I have no more

16:00:09  8   questions for Dr. Bachovchin.

16:00:10  9         THE COURT:  Redirect?

16:00:13  10         MR. JAMES:  Just a few questions, Your Honor.

          11                REDIRECT EXAMINATION

16:00:24  12   BY MR. JAMES:

16:00:25  13   Q.    Would you put up JTX-15 at Page 31, please?

16:00:42  14         Doctor, do you recall counsel asking you some

16:00:44  15   questions about this passage of the Bodanszky paper or the

16:00:48  16   Bodanszky book?

16:00:49  17   A.    Yes, I do.

16:00:49  18   Q.    Let's look at the bottom paragraph, if you could pull

16:00:52  19   that out, Mr. Chase.

16:00:53  20         You were asked some questions about acetylation

16:00:56  21   and benzoylation of amino groups being impractical.  Do you

16:01:01  22   recall that?

16:01:01  23   A.    Yes.

16:01:03  24   Q.    Acetylation and benzoylation, that refers to adding an

16:01:08  25   acetyl group or a benzoyl group to a peptide.  Right?

Bachovchin - redirect

| | | |
|---|---|---|
| 16:01:12 | 1 | A.    Yes. |
| 16:01:12 | 2 | Q.    And Fmoc is neither an acetyl nor a benzoyl.  Right? |
| 16:01:17 | 3 | A.    That's correct. |
| 16:01:18 | 4 | Q.    If we could pull up DDX-57. |
| 16:01:28 | 5 | You were asked some questions about side chain |
| 16:01:31 | 6 | protections.  Do you recall that? |
| 16:01:32 | 7 | A.    Yes, I do. |
| 16:01:33 | 8 | Q.    And on this particular demonstrative, you are not |
| 16:01:37 | 9 | showing any side chain protections.  Right? |
| 16:01:40 | 10 | A.    That's correct. |
| 16:01:40 | 11 | Q.    So if you have Fmoc-icatibant, which is shown at the |
| 16:01:46 | 12 | top, and no side chain protections, would it be obvious to |
| 16:01:50 | 13 | remove the Fmoc-icabitant |
| 16:01:52 | 14 | A.    Yes. |
| 16:01:34 | 15 | Q.    If you have -- if a POSA had Fmoc-icatibant, no side |
| 16:01:42 | 16 | chain protection, and it was not attached to the resin, |
| 16:01:46 | 17 | could a person of skill in the art remove the Fmoc? |
| 16:01:49 | 18 | A.    Yes, he could. |
| 16:01:50 | 19 | Q.    Would the piperidine still work to remove it? |
| 16:01:54 | 20 | A.    Yes, it would. |
| 16:01:55 | 21 | Q.    Do you recall you were asked some questions about |
| 16:01:57 | 22 | boronic acid peptides? |
| 16:01:59 | 23 | A.    Yes. |
| 16:02:00 | 24 | Q.    And you were asked some questions about leumedins? |
| 16:02:03 | 25 | A.    Yes. |

Bachovchin - redirect

| | | |
|---|---|---|
| 16:02:04 | 1 | Q.    And they had Fmoc and Boc left on them? |
| 16:02:07 | 2 | A.    Yes. |
| 16:02:08 | 3 | Q.    Now, neither of those compounds is the same as a |
| 16:02:14 | 4 | bradykinin kind of analog? |
| 16:02:16 | 5 | A.    No, they are not. |
| 16:02:21 | 6 | Q.    Do any of those structures that you were asked about |
| 16:02:25 | 7 | that had the Boc and the Fmoc left on them cause you to |
| 16:02:28 | 8 | change your opinion about the obviousness of removing Fmoc |
| 16:02:32 | 9 | from a bradykinin antagonist? |
| 16:02:34 | 10 | A.    Absolutely not. |
| 16:02:35 | 11 | Q.    Given what a person of skill in the art knew about a |
| 16:02:39 | 12 | bradykinin antagonist, would a person of skill in the art |
| 16:02:42 | 13 | have thought you should leave the Fmoc on a bradykinin |
| 16:02:45 | 14 | antagonist in 1989? |
| 16:02:47 | 15 | A.    No. |
| 16:02:49 | 16 | MR. JAMES:  I have no further questions, your |
| 16:02:51 | 17 | Honor. |
| 16:02:51 | 18 | THE COURT:  Doctor, please be careful stepping |
| 16:02:52 | 19 | down. |
| 16:02:53 | 20 | THE WITNESS:  Okay.  I will.  Thank you. |
| 16:02:54 | 21 | THE COURT:  Okay.  Thank you. |
| 16:02:55 | 22 | (Witness excused.) |
| 16:03:38 | 23 | MR. WIESEN:  Your Honor, our next witness will |
| 16:03:40 | 24 | be Dr. Ronald Burch. |
| 16:03:42 | 25 | THE COURT:  Okay.  We are going to 5:00, Mr. |

Burch - direct

16:03:48   1   Wiesen.

16:03:48   2                   MR. WIESEN:  Okay.  Understood, your Honor.

16:03:50   3                   Dr. Burch?

16:03:54   4                   Dr. Burch is a fact witness, your Honor,

16:03:56   5   although a doctor.

16:03:58   6                   THE COURT:  All right.

16:03:59   7                       ... DR. RONALD M. BURCH, having been duly

16:04:19   8           sworn as a witness, was examined and testified as

16:04:21   9           follows ...

16:04:25  10                   THE COURT:  Good Afternoon, Doctor.  Let's not

16:04:27  11   have a repeat episode, please.

16:04:30  12                   MR. WIESEN:  We've agreed to exclude the fact

16:04:32  13   witnesses, so he may not have seen the incident.

16:04:35  14                   THE COURT:  There's very little space to your

16:04:40  15   left.  Our last witness took a tumble.

16:04:43  16                   THE WITNESS:  Okay.

16:04:48  17                   MR. WIESEN:  We'll distribute binders, your

16:04:50  18   Honor.  And, your Honor, there are exhibits only, no

16:04:54  19   slides.

16:04:54  20                   THE COURT:  Okay.

16:04:57  21                           DIRECT EXAMINATION

16:04:58  22   BY MR. WIESEN:

16:05:03  23   Q.    Good afternoon.

16:05:04  24   A.    Good afternoon.

16:05:05  25   Q.    Where do you live, Dr. Burch?

Burch - direct

| | | |
|---|---|---|
| 16:05:07 | 1 | A.    Live at 433 west Morris Road in Morris, Connecticut. |
| 16:05:11 | 2 | Q.    Where do you work? |
| 16:05:12 | 3 | A.    I work at Sanguistat, Incorporated. |
| 16:05:14 | 4 | Q.    You're appearing here voluntarily? |
| 16:05:17 | 5 | A.    I am. |
| 16:05:17 | 6 | Q.    Are we paying your standard consulting rate for your |
| 16:05:20 | 7 | time? |
| 16:05:20 | 8 | A.    You are. |
| 16:05:21 | 9 | Q.    If you turn in the binder to PTX-230, do you recognize |
| 16:05:27 | 10 | that? |
| 16:05:27 | 11 | A.    Yes.   That's a copy of my curriculum vitae. |
| 16:05:33 | 12 |          MR. WIESEN:   And, your Honor, we've had an |
| 16:05:36 | 13 | objection from the plaintiffs about entering the CV of a |
| 16:05:39 | 14 | non-expert, so we'll just leave it as a demonstrative. |
| 16:05:42 | 15 |          THE COURT:   Okay. |
| 16:05:43 | 16 | BY MR. WIESEN: |
| 16:05:43 | 17 | Q.    Did you prepare this, sir? |
| 16:05:45 | 18 | A.    I did. |
| 16:05:45 | 19 | Q.    If you need to refer to it, feel free.   Dr. Burch, |
| 16:05:48 | 20 | we're going to go over your entire background in a minute. |
| 16:05:52 | 21 |          First, can you just tell the Court where you |
| 16:05:53 | 22 | worked from 1987 until the fall of 1991? |
| 16:05:57 | 23 | A.    From 1987 to 1991, I worked at Nova Pharmaceutical |
| 16:06:05 | 24 | Corporation in Baltimore, Maryland. |
| 16:06:06 | 25 | Q.    And for your testimony today, are we going to focus on |

Burch - direct

| 16:06:08 | 1 | one project you worked on while at Nova? |
| 16:06:10 | 2 | A.     Yes. |
| 16:06:11 | 3 | Q.     What project was that? |
| 16:06:12 | 4 | A.     That was the bradykinin antagonist project. |
| 16:06:15 | 5 | Q.     What work did you and Nova do on bradykinin |
| 16:06:18 | 6 | antagonists during that time period? |
| 16:06:20 | 7 | A.     We were developing bradykinin antagonists with the |
| 16:06:24 | 8 | intention of taking them to the clinic and ultimate |
| 16:06:27 | 9 | commercialization. |
| 16:06:28 | 10 | Q.     As a pharmaceutical product? |
| 16:06:30 | 11 | A.     As pharmaceutical product, yes. |
| 16:06:32 | 12 | Q.     Thank you. |
| 16:06:33 | 13 |         Let's tack up a little bit.  Could you just tell |
| 16:06:36 | 14 | the Court where you did your undergraduate studies? |
| 16:06:39 | 15 | A.     At College of Charleston in Charleston, South |
| 16:06:44 | 16 | Carolina. |
| 16:06:44 | 17 | Q.     What degree did you receive? |
| 16:06:46 | 18 | A.     I received a B.S. in marine biology and a B.S. in |
| 16:06:50 | 19 | chemistry. |
| 16:06:51 | 20 | Q.     When was that? |
| 16:06:52 | 21 | A.     I received those degrees in 1977. |
| 16:06:57 | 22 | Q.     Did you complete any higher education? |
| 16:06:59 | 23 | A.     I did. |
| 16:06:59 | 24 | Q.     Did you get a Ph.D.? |
| 16:07:01 | 25 | A.     I did.  I received a Ph.D. in pharmacology. |

Burch - direct

16:07:04     1    Q.     When was that?

16:07:04     2    A.     1981.

16:07:05     3    Q.     From where did you get the Ph.D?

16:07:08     4    A.     The Medical University of South Carolina.

16:07:12     5    Q.     You also have an M.D.?

16:07:13     6    A.     I do.

16:07:14     7    Q.     Where did you get that?

16:07:15     8    A.     That was also from the Medical University of South

16:07:18     9    Carolina.

16:07:18    10    Q.     What years did you work on the M.D.?

16:07:20    11    A.     From 1981 to 1985.

16:07:22    12    Q.     Did you do any post-doctoral work?

16:07:24    13    A.     I did.  I completed a post-doctoral fellowship at the

16:07:29    14    Medical University of South Carolina.

16:07:30    15    Q.     When was that?

16:07:32    16    A.     Also from 1981 to 1985.

16:07:34    17    Q.     So the post-doc and M.D. were at the same time?

16:07:37    18    A.     They were.

16:07:37    19    Q.     Where did you go after you completed your

16:07:40    20    post-doctoral work and your M.D.?

16:07:43    21    A.     I became a medical staff fellow at the National

16:07:47    22    Institutes of Health.

16:07:47    23    Q.     What years were you there?

16:07:49    24    A.     I was there from 1985 to 1987.

16:07:53    25    Q.     And what did you do at the NIH?

Burch - direct

16:07:55   1   A.     I saw patients, but most of the time I worked in the

16:07:59   2   laboratory of Dr. Julius Axelrod.

16:08:02   3   Q.     What were you studying or working on at NIH?

16:08:05   4   A.     I was looking at the ways that receptor agonists, such

16:08:09   5   as bradykinin, activate cells.

16:08:12   6   Q.     Was that the first work you did with bradykinin?

16:08:14   7   A.     In graduate school I worked with Perry Halushka, so

16:08:24   8   there was a lot of bradykinin and kinin work going on there.

16:08:29   9   That's the first public -- the first published work that I

16:08:31   10   did.

16:08:33   11   Q.     Could you just very briefly describe the work you did

16:08:36   12   with bradykinin at the NIH in '85 to '87?

16:08:42   13   A.     I was interested in bradykinin activation of cells

16:08:45   14   leading to phospholipidase activation.

16:08:49   15   Q.     Were you working on bradykinin antagonists or agonists

16:08:52   16   at the NIH?

16:08:53   17   A.     I was working on the agonists at the NIH.

16:08:59   18   Q.     Was that in vitro cell work?

16:09:02   19   A.     Almost all of it was in vitro.

16:09:03   20   Q.     Could you explain what kind of in vitro cell work you

16:09:06   21   were doing?

16:09:06   22   A.     We isolated cells from a number of different tissues,

16:09:09   23   put them in the tissue culture, and then stimulated them

16:09:13   24   there.

16:09:13   25   Q.     Where did you go after your fellowship at NIH?

Burch - direct

16:09:17  1    A.    I began work at Nova Pharmaceutical.

16:09:19  2    Q.    When was that?

16:09:20  3    A.    August of 1987.

16:09:22  4    Q.    Did you work on bradykinin antagonists at Nova?

16:09:25  5    A.    I did.

16:09:26  6    Q.    All right.  We're going to come back to that.  We'll

16:09:28  7    skip it for the moment because that's where we'll spend our

16:09:31  8    time.

16:09:31  9          Why did you leave Nova?

16:09:33  10   A.    Nova was in late merger discussions with Scios

16:09:38  11   Corporation in late 1991.  It seemed that the merger would

16:09:41  12   take place and I would have to move to California, which

16:09:45  13   wasn't in my interest, so I left at that time.

16:09:51  14   Q.    Where did you go after Nova?

16:09:52  15   A.    To Rhone Poulenc in Collegeville, Pennsylvania.

16:09:55  16   Q.    How long were you there?

16:09:56  17   A.    About a year.

16:09:57  18   Q.    And what was your title?

16:09:58  19   A.    My title there was Director of Inflammation and Bone

16:10:04  20   Metabolism Research and General Pharmacology.

16:10:09  21   Q.    We don't need to run through every job you've had in

16:10:12  22   detail, but after you left Rhone Poulenc, did you continue

16:10:15  23   to work in the pharmaceutical industry?

16:10:17  24   A.    Yes.  For the past more than 30 years I've worked in

16:10:19  25   the pharmaceutical industry, a number of companies.

Burch - direct

16:10:22  1   Q.   Can you just briefly describe the types of work you've

16:10:25  2   done?

16:10:25  3   A.   At Zeneca, I was Director of Biosciences for the US

16:10:29  4   and Global CNT Therapeutics area.   Purdue Pharma, Vice

16:10:38  5   President of Immunotherapy.   Then I started AlgoRx

16:10:44  6   Pharmaceuticals, which is a pain company, and ran that until

16:10:46  7   we sold it.

16:10:47  8           Then started Cure Therapeutics, which was

16:10:50  9   also involved in pain, but of a different type.   Ran that

16:10:54  10  until we sold it.   Then I was one of the founding members of

16:10:58  11  Pacira Pharmaceuticals.   I was medical, chief medical

16:11:03  12  officer.   Developed their Bupivacaine liposome product for

16:11:09  13  Phase 3.

16:11:09  14          After that I was one of the founders of

16:11:12  15  Naurex Pharmaceuticals, which was interested in psychiatry

16:11:15  16  and neurology, and ran the medical -- I was the chief

16:11:20  17  medical officer and ran regulatory affairs there until we

16:11:23  18  sold that two years ago.

16:11:25  19  Q.   I think you said that you're currently CEO of

16:11:28  20  Sanguistat.   What does Sanguistat do?

16:11:30  21  A.   Sanguistat is a medical device company that's

16:11:33  22  developing devices to treat acute and chronic bleeding

16:11:36  23  disorders.

16:11:36  24  Q.   Now, Dr. Burch, did any of your work after Nova

16:11:43  25  involve bradykinin antagonists?

Burch - direct

16:11:45    1    A.    It did not.

16:11:46    2    Q.    Have you published peer-reviewed papers in the field

16:11:50    3    of bradykinin antagonists?

16:11:52    4    A.    I have.

16:11:53    5    Q.    Are those publications listed in your C.V.?

16:11:55    6    A.    They are.

16:11:56    7    Q.    Did you contribute to any books about bradykinin?

16:12:00    8    A.    I edited a book entitled "Bradykinin," and a couple of

16:12:04    9    years later co-authored a book about the molecular

16:12:07   10    pharmacology and molecular biology of bradykinin receptors.

16:12:11   11    Q.    And if we go in your C.V. to PTX-230.16, entry 84,

16:12:20   12    could you just explain to the Court what this book refers to

16:12:23   13    here?

16:12:23   14    A.    So that is the book that I edited called "Bradykinin

16:12:28   15    Antagonists:  Basic and Clinical Research."

16:12:31   16    Q.    And if we turn then further in to PTX-230.23, entry

16:12:40   17    166 in your C.V., could you explain what this book is?

16:12:43   18    A.    That is the book that I co-authored with two other

16:12:48   19    workers at Nova, Thomas Stormann, who was a molecular

16:12:53   20    biologist, and Donald Kyle, who was in charge of the

16:12:57   21    medicinal chemistry entitled molecular biology and

16:13:01   22    pharmacology of bradykinin receptors.

16:13:03   23    Q.    Do you contribute to any publications on bradykinin

16:13:07   24    currently?

16:13:07   25    A.    I wrote the chapter on bradykinin in the Encyclopedia

16:13:12    1    of Medical Chemistry, which has a new edition every eight or

16:13:17    2    nine years.

16:13:17    3    Q.      Have you ever lectured or presented at a conference on

16:13:19    4    bradykinin antagonists?

16:13:20    5    A.      I have.

16:13:21    6    Q.      And during what time period did you do most of the

16:13:24    7    peer-reviewed research or publication and lectures on

16:13:28    8    bradykinin antagonists?

16:13:29    9    A.      It was while I was at Nova, just after that, from the

16:13:32   10    late 1980s to the mid 1990s.

16:13:35   11    Q.      All right, Dr. Burch.  I want to go back to the period

16:13:39   12    of time that you were working at Nova.

16:13:41   13            I think you said you were hired in August of

16:13:44   14    1987.  Had you worked with Nova before you were formally

16:13:49   15    hired by them?

16:13:49   16    A.      In early 1987, I was approached by my mentor, Julius

16:13:55   17    Axelrod, at the NIH, who noted that he was on the scientific

16:13:58   18    advisory board of Nova, and that Nova had in-licensed a

16:14:04   19    group of bradykinin antagonists and was struggling to find

16:14:08   20    rapid and robust assays with which to screen those and

16:14:13   21    wondered if I would be willing to talk to them since I did

16:14:17   22    very simple, fast assays.

16:14:19   23    Q.      And did you talk to the people at Nova while you were

16:14:21   24    still working at NIH?

16:14:23   25    A.      I initially spoke to Larry Steranka, who was in charge

Burch - direct

16:14:26    1    of the bradykinin antagonist program, told him what I did.

16:14:29    2    Q.    And did you describe the assays to him?

16:14:32    3    A.    I did.

16:14:32    4    Q.    Did you meet with Dr. Steranka before you started

16:14:36    5    working at Nova?

16:14:37    6    A.    Yes.  A couple of weeks later he visited my lab at the

16:14:40    7    NIH and I actually demonstrated the assays for          him.

16:14:45    8    Q.    How did you then get hired at Nova for a permanent

16:14:48    9    position?

16:14:49    10   A.    At that time it was nearing the end of my fellowship

16:14:51    11   and I was looking for new jobs.  In fact, I had already

16:14:54    12   accepted a residency in anatomic pathology at the NIH, and

16:14:59    13   Dr. Axelrod said that Nova was expanding the bradykinin

16:15:03    14   program, would I be interested in working there.

16:15:05    15   Q.    Did you say yes?

16:15:07    16   A.    I did.

16:15:07    17   Q.    And what projects was Nova working on when you

16:15:11    18   arrived?

16:15:11    19   A.    When I arrived, their most established group of

16:15:15    20   projects was in the area of central nervous system diseases.

16:15:18    21   They were looking for a number of receptors.

16:15:22    22          The second largest program was the

16:15:24    23   cardiovascular program that was being funded by Marion

16:15:28    24   Laboratories, and the bradykinin antagonist program was the

16:15:31    25   newest program that existed for about two years at that

Burch - direct

16:15:35    1    point.

16:15:35    2    Q.    Which of those products or projects were you hired to

16:15:39    3    work on?

16:15:39    4    A.    I worked on the bradykinin program.

16:15:42    5    Q.    And what was the purpose of the bradykinin project

16:15:46    6    when you arrived at Nova?

16:15:47    7    A.    When I arrived at Nova, Nova had in-licensed a library

16:15:53    8    of about 300 peptide bradykinin antagonists from John

16:15:57    9    Stewart and Ray Vavrek.  They were looking at them to

16:16:01   10    determine if any of them had appropriate properties to be

16:16:04   11    clinical candidates, and my job was to develop assays to

16:16:09   12    screen those more quickly.

16:16:11   13    Q.    When you got to Nova, how did you learn about

16:16:14   14    bradykinin antagonists so you could join the project and do

16:16:17   15    your job?

16:16:17   16    A.    I spoke to Drs. Stewart and Vavrek.  I had actually

16:16:22   17    met Dr. Stewart in the past in regard to other things

16:16:27   18    than bradykinin.  I also spoke to the staff who were

16:16:30   19    working on bradykinin at Nova, antagonists, and read the

16:16:35   20    literature.

16:16:35   21    Q.    And what was going on in the bradykinin project at

16:16:41   22    Nova when you joined in 1987?

16:16:43   23    A.    When I joined in 1987, the assays were based on smooth

16:16:49   24    muscle contraction and relaxation, which is a relatively

16:16:53   25    slow process compared to other ways to assess things.

Burch - direct

16:16:59  1          Nova had also engaged in a couple of

16:17:03  2   investigator sponsored clinical trials as proof of concept.

16:17:07  3   Q.    Now, did there come a time when Nova started to

16:17:10  4   synthesize its own or additional bradykinin antagonists?

16:17:14  5   A.    It did.  Soon after I arrived and we had a chance to

16:17:18  6   look through the compounds, it became clear that none of

16:17:21  7   them were bona fide clinical candidates, so at that point we

16:17:26  8   began to both transfer medicinal chemists who were already

16:17:29  9   at Nova to the bradykinin program and to hire additional

16:17:34  10  medicinal chemists.

16:17:36  11  Q.    What was Nova looking for in the new bradykinin

16:17:39  12  antagonists you all were making?

16:17:42  13  A.    Well, Stewart had made, you know, a great advance in

16:17:46  14  developing the first antagonist.  He had outlined the basic

16:17:49  15  rules, but the antagonists he had on hand at that time were

16:17:53  16  not very potent.  Thirty to 50 nanomolar in receptor binding

16:17:59  17  and fairly metabolically unstable.  Bradykinin has a very

16:18:05  18  short half life, 15 seconds.  NPC567, which was the compound

16:18:10  19  we tended to use most, had a half life of about ten minutes.

16:18:15  20  Still very short.

16:18:15  21  Q.    Now, I know you said I think that your role started

16:18:19  22  focusing on the assays and biology at Nova.  At some point

16:18:23  23  did your responsibilities change at Nova?  Did you get

16:18:25  24  promoted?

16:18:25  25  A.    In early 1988, I became group leader at that point.

Burch - direct

16:18:30  1   All of the pharmacologists in the program reported to me as

16:18:33  2   well as the medicinal chemists.

16:18:37  3   Q.   At that point about how many people were reporting to

16:18:40  4   you on the bradykinin project?

16:18:41  5   A.   At that point there were, including me, four Ph.D.

16:18:46  6   level pharmacologists, about eight technicians.  There were

16:18:50  7   four Ph.D. medicinal chemists and each of them had one to

16:18:55  8   two technicians.

16:18:56  9   Q.   Can you name some of the medicinal chemists you worked

16:18:58  10  with on the project?

16:18:59  11  A.   At the beginning, there was Don Kyle, Barry Scherer,

16:19:05  12  John Carter and Roger Kleiner.

16:19:08  13  Q.   And how about the pharmacologists who worked on the

16:19:11  14  project at Nova?

16:19:12  15  A.   The most senior was Steve Farmer.  There was also

16:19:20  16  James Sullivan, Lalita Noronha-Blob and Jimmy Vadder.

16:19:26  17  Q.   Now, by 1988, was Nova working alone on its bradykinin

16:19:31  18  antagonist project?

16:19:33  19  A.   In 1988, Nova entered into a joint development

16:19:37  20  agreement with SmithKline Beckman for bradykinin

16:19:42  21  antagonists.

16:19:42  22  Q.   Was Nova, with SmithKline the only company working on

16:19:47  23  bradykinin antagonists at the time?

16:19:48  24  A.   There were other companies that were doing early work.

16:19:53  25  At conferences Sanofi was probably the most visible.  They

16:19:57   1   had published some abstracts on some early structures for

16:20:01   2   non-peptide antagonists.  Fujisawa had a couple of

16:20:07   3   abstracts, but at meetings, Merck was often involved, many

16:20:12   4   of the other large pharmaceutical companies.

16:20:14   5   Q.    Did you attend meetings or conferences on bradykinin

16:20:16   6   antagonists at the time?

16:20:17   7   A.    I did.  Our other members of the group attended all of

16:20:21   8   the conferences.

16:20:22   9   Q.    Now, specifically in this 1988/1989 time frame while

16:20:26   10  you were at Nova, were you aware that Hoechst -- were you

16:20:29   11  personally aware that Hoechst had a bradykinin antagonist

16:20:32   12  program?

16:20:33   13  A.    I was not.  No.

16:20:36   14  Q.    When did you first become aware of the Hoechst

16:20:39   15  program?

16:20:39   16  A.    In 1991.

16:20:40   17  Q.    And how did you come about that knowledge?  How did

16:20:43   18  you learn about the Hoechst program?

16:20:45   19  A.    At the International Bradykinin Conference that year

16:20:49   20  in Munich, Germany, Hoechst, Dr. Scholkens was there,

16:20:54   21  presented a paper that described a number of their

16:20:57   22  antagonists and their biological activity.

16:21:00   23  Q.    In the binder in front of you, if you could turn to

16:21:02   24  PTX-28.

16:21:07   25  A.    Yes.

Burch - direct

16:21:07    1    Q.    Have you seen this paper before?

16:21:09    2    A.    I have.

16:21:10    3    Q.    And when did you see it?

16:21:12    4    A.    This is what's called an extended abstract from that

16:21:17    5    bradykinin antagonist meeting.  All of the presenters wrote

16:21:24    6    slightly enhanced descriptions of the work they presented

16:21:27    7    there.  It was published in 1992.

16:21:29    8    Q.    And if you turn then to the second page, PTX-28.2, it

16:21:33    9    says on the bottom, and look at Table 1.

16:21:36   10    A.    Yes.

16:21:37   11    Q.    Did you see this table and data at the conference you

16:21:39   12    were at in 1991?

16:21:41   13    A.    I did.

16:21:42   14    Q.    Now, were you at Nova working on any compounds that

16:21:47   15    were disclosed in this table?

16:21:49   16    A.    We had at that time synthesized a D-Tic-Tic compound

16:21:57   17    which in this table is the fourth from the top.  We had not

16:22:01   18    synthesized what was on our list, D-Tic-Oic compound.  There

16:22:07   19    are two of those here on the second and third lines up.  And

16:22:10   20    also on our list, but we had not synthesized was D-Tic-Aoc

16:22:16   21    on the bottom.

16:22:17   22    Q.    And just focusing on the amino acid, when you refer to

16:22:20   23    D-Tic and Tic, you're referring to amino acid?

16:22:24   24    A.    I'm sorry.

16:22:25   25    Q.    And D-Tic in the language of bradykinin antagonists

Burch - direct

16:22:29    1    was in the seven position and Tic was in the eight position?

16:22:32    2    A.    That's right.

16:22:34    3    Q.    Now, had you worked on these compounds at Nova and

16:22:38    4    synthesized even some of them before you saw this work from

16:22:42    5    Hoechst?

16:22:43    6    A.    We had.

16:22:45    7    Q.    Did you become aware of any Hoechst patents around

16:22:47    8    this time, or patent applications, let me say?

16:22:50    9    A.    Yes.  When I saw the presentation at the meeting and

16:22:53   10    actually spoke a couple of times to Dr. Scholkens at the

16:22:57   11    meeting, I went back and reported that I had seen this and

16:23:02   12    what some of the peptides were.  And at that time, we began

16:23:07   13    a search and discovered the European patent.

16:23:11   14    Q.    To be clear, did you come across any U.S. patents at

16:23:16   15    the time?

16:23:16   16    A.    No.

16:23:17   17    Q.    And Dr. Scholkens was who?

16:23:18   18    A.    He was one of the lead scientists in Hoechst

16:23:22   19    bradykinin antagonist program.

16:23:26   20    Q.    And from your knowledge, Dr. Burch, did Nova have a

16:23:30   21    formal relationship or any relationship with Hoechst in 1989

16:23:34   22    or 1990 concerning bradykinin antagonists?

16:23:37   23    A.    No.

16:23:38   24    Q.    All right.  Then I want to look in a little more

16:23:44   25    detail at some of the compounds that Nova was working on.

Burch - direct

| | | |
|---|---|---|
| 16:23:47 | 1 | Will? |
| 16:23:47 | 2 | When you were at Nova, were any of Nova's |
| 16:23:53 | 3 | bradykinin antagonists undergoing clinical trial? |
| 16:23:56 | 4 | A.    NPC 567 had undergone some. |
| 16:24:00 | 5 | Q.    If you turn just to JTX-36. |
| 16:24:05 | 6 | A.    Yes. |
| 16:24:05 | 7 | Q.    Do you recognize this paper? |
| 16:24:07 | 8 | A.    I do. |
| 16:24:07 | 9 | Q.    What is it? |
| 16:24:08 | 10 | A.    It's a paper that was written by Dr. Larry Steranka, |
| 16:24:17 | 11 | and a number of the folks at Nova and Dr. Stewart and Vavrek |
| 16:24:24 | 12 | were also authors.  It describes the activity of several of |
| 16:24:28 | 13 | the early Stewart and Vavrek compounds. |
| 16:24:32 | 14 | Q.    Now, just to be clear, you're not an author on this |
| 16:24:35 | 15 | paper; is that correct? |
| 16:24:35 | 16 | A.    No.  This work was done before I arrived. |
| 16:24:37 | 17 | Q.    But were you familiar with this work while you were |
| 16:24:41 | 18 | working at Nova? |
| 16:24:42 | 19 | A.    Yes. |
| 16:24:42 | 20 | Q.    And what type of studies are described in this paper? |
| 16:24:51 | 21 | A.    This -- |
| 16:24:54 | 22 | MR. HAUG:  Objection, Your Honor.  I think |
| 16:24:55 | 23 | he's now asking for an expert view of this article which |
| 16:24:57 | 24 | he has nothing to do with and he's not an expert for this |
| 16:25:00 | 25 | case. |

Burch - direct

16:25:00    1              THE COURT:  Mr. Wiesen?

16:25:01    2              MR. WIESEN:  I'm trying to stay away from

16:25:03    3    expert testimony.  I will withdraw the question and just

16:25:05    4    look at the specific data that he did work on while he was

16:25:08    5    at Nova.

16:25:09    6              THE COURT:  All right?

16:25:10    7              MR. HAUG:  That's fine.  Thank you.

16:25:11    8    BY MR. WIESEN:

16:25:12    9    Q.    Let's just skip then to JTX 36.2 and look at Table 1.

16:25:20   10    Do you see the series of compounds here?

16:25:22   11    A.    Yes, I do.

16:25:23   12    Q.    And were you familiar with these compounds while you

16:25:25   13    were at Nova?

16:25:26   14    A.    Yes.

16:25:27   15    Q.    The left-hand column says NPC number.  Do you see

16:25:31   16    that?

16:25:31   17    A.    I do.

16:25:32   18    Q.    What does NPC stand for?

16:25:34   19    A.    That stands for Nova Pharmaceutical Corporation.

16:25:36   20    Q.    And what are the sequences that are beside that?

16:25:40   21    A.    The sequences are of the modified bradykinin

16:25:46   22    antagonist.

16:25:47   23    Q.    Do you see the first entry there, NPC 349?

16:25:51   24    A.    I do.

16:25:52   25    Q.    What's that?

Burch - direct

16:25:53   1    A.     That is a -- it's bradykinin that has the addition of

16:25:58   2    D-Arginine at the N-terminus and a substitution of Hyp at

16:26:09   3    the three position, D-Phe at the seven position.

16:26:14   4    Q.     And was there another number that NPC 349 was known by

16:26:19   5    that Dr. Stewart had given the compound first?

16:26:21   6    A.     Yes.   Stewart named, had numbers for all of his

16:26:24   7    compounds to keep track of them.   They all -- for this

16:26:29   8    program, they all began with the letter "B."   He was working

16:26:31   9    with quite a number of different receptors.   So this, NPC

16:26:37   10   349 was B3824.

16:26:41   11   Q.     So Nova renamed the Stewart compounds to yet a

16:26:46   12   different number?

16:26:46   13   A.     Yes.   Most companies do that because the computer

16:26:49   14   system needs a standard numbering system.

16:26:51   15   Q.     And then what was NPC567?

16:26:54   16   A.     NPC567 was a very close analog of NPC 349 in that it

16:27:02   17   had the D-arg addition, the hydroxyproline at the three

16:27:08   18   position, but it did not have the Thi at the five and eight

16:27:15   19   position.

16:27:15   20   Q.     Now, did you analyze the relative strength of these

16:27:17   21   antagonists at the time you were working at Nova?

16:27:19   22   A.     Yes.

16:27:19   23   Q.     And what did you conclude about the relative

16:27:22   24   antagonist potency of these analogs?

16:27:25   25   A.     NPC 349 is slightly more potent than NPC567.   25 to

Burch - direct

16:27:32    1    50 percent more potent.

16:27:34    2    Q.    Then why was NPC567 put into the clinic if NPC 549 was

16:27:41    3    a little bit more potent?

16:27:42    4    A.    There were two reasons.  The primary reason is that

16:27:44    5    NPC 349 is a partial agonist in many bioassays which  would

16:27:51    6    make its development as a drug problematic in many cases.

16:27:55    7          The second reason is that Stewart and Vavrek had

16:27:57    8    provided NPC567 to quite a few academic investigators, so a

16:28:03    9    fairly large literature had begun to develop around it, so

16:28:06   10    we used it as a standard compound.

16:28:10   11    Q.    What were the indications for NPC567 you were

16:28:13   12    exploring at Nova?

16:28:15   13    A.    During the time I was at Nova, the common cold was

16:28:19   14    explored.  Airway hyperreactivity in asthmatic individuals,

16:28:27   15    actually acute asthma attacks, and then a number of no

16:28:31   16    successive pain condition.

16:28:33   17    Q.    Did Nova's work with bradykinin antagonists end with

16:28:37   18    compounds like NPC 567 and NPC 349?

16:28:42   19    A.    No.  It just began with them.  As I said, the potency

16:28:46   20    and metabolic stability didn't really meet our requirements

16:28:49   21    for a potential commercial company.

16:28:52   22    Q.    What did you do next?

16:28:53   23    A.    We began within the medicinal chemistry group to do

16:28:58   24    molecular modeling.  We were interested in actual drug

16:29:01   25    design.  The modeling suggested that rigidity was necessary,

Burch - direct

16:29:04    1    so we began synthesizing antagonists based on NPC567

16:29:10    2    structure, but with very rigid, unnatural amino acid

16:29:15    3    substitutions.

16:29:17    4    Q.    And in your work at Nova, were there particular

16:29:20    5    locations in the bradykinin antagonists from Stewart that

16:29:23    6    you were focused on in making these modifications?

16:29:27    7    A.    In the molecular modeling studies, the suggestion for

16:29:31    8    both bradykinin and NPC567 is that the part of the molecule

16:29:36    9    that interacted with the receptor were residues 6, 7, 8 and

16:29:41   10    9.   Stewart had found that residue seven was very important

16:29:44   11    for antagonist activity, so he focused on that first.   And

16:29:49   12    then on residue 8, the thienylalanine, which confers good

16:29:56   13    potency compared to its other analogs.   We also introduced

16:30:00   14    more rigid substitutions there.

16:30:01   15    Q.    Methodologically, how did Nova go about synthesizing

16:30:06   16    these compounds?

16:30:07   17    A.    We always synthesized using automated peptide

16:30:10   18    synthesis.

16:30:12   19    Q.    Generally speaking, about how long did it take to make

16:30:14   20    a peptide?

16:30:15   21    A.    Each machine could make four of them in less than a

16:30:19   22    day.

16:30:20   23    Q.    How many bradykinin antagonist peptides were made at

16:30:23   24    Nova during your time?

16:30:25   25    A.    Oh, several hundred.

Burch - direct

16:30:26   1   Q.     Were you trying to improve certain properties?

16:30:29   2   A.     We were trying to improve potency as antagonists, so

16:30:34   3   receptor binding and then in vitro antagonist activity, and

16:30:39   4   we were trying to improve metabolic stability.

16:30:43   5   Q.     Did you also test the compounds for activity?

16:30:45   6   A.     We did.

16:30:46   7   Q.     What type of tests did you use?

16:30:48   8   A.     Initially, we would use bradykinin binding assays to

16:30:52   9   determine whether the compounds bound to the receptors.

16:30:56   10  Those that bound with reasonable potency we subjected to in

16:31:00   11  vitro tests, usually with smooth muscle preparations to

16:31:03   12  determine whether they were agonists or antagonists.

16:31:07   13  Q.     About how long did it take at Nova to generate in

16:31:11   14  vitro activity data?

16:31:12   15  A.     Usually, three or four days following receipt of the

16:31:17   16  compound by the pharmacologist.  They had done the receptor

16:31:21   17  binding on the in vitro activity.

16:31:24   18  Q.     And did you also do in vivo testing?

16:31:26   19  A.     We did.

16:31:27   20  Q.     About how long did it take to do that?

16:31:29   21  A.     That was done after the in vitro testing, and each of

16:31:33   22  the in vivo models took less than a day.

16:31:37   23  Q.     So how long was it's for Nova after synthesizing a

16:31:39   24  compound that you have in vitro and in vivo data on the

16:31:43   25  activity?

Burch - direct

16:31:43    1    A.    Usually within the week that they were synthesized.

16:31:48    2    Q.    All right.  We've talked a little bit about the

16:31:49    3    general approach you took.  I want to talk about one

16:31:52    4    particular bradykinin antagonist Nova made and published.

16:31:56    5          Can you turn to JTX-9 in your binder.

16:32:01    6    A.    Yes.

16:32:02    7    Q.    Have you seen this paper before?

16:32:03    8    A.    I have.

16:32:04    9    Q.    What is it?

16:32:05    10   A.    It's a paper in the "Journal of Medicinal Chemistry"

16:32:08    11   that describes the initial molecular modeling work that we

16:32:13    12   did and then several compounds that were synthesized to test

16:32:18    13   the hypothesis generated by the model.

16:32:34    14   Q.    When was it published?

16:32:40    15   A.    1991.

16:32:42    16   Q.    Is this paper representative of the kind of work you

16:32:46    17   were doing at Nova in the late eighties and early nineties?

16:32:50    18   A.    It is.

16:32:52    19   Q.    If you turn to JTX-9.3 and look at Figure 1 in the

16:32:58    20   upper left-hand corner?

16:32:59    21   A.    Yes.

16:33:00    22   Q.    What is shown here?

16:33:01    23   A.    These are the structures of five model peptides.  They

16:33:04    24   were among the earliest peptides that we made.

16:33:11    25   Q.    Did Nova come up with the structure of these peptides

Burch - direct

16:33:16   1   and synthesize them on their own?

16:33:19   2   A.    Yes.

16:33:19   3   Q.    Can you describe how you went about doing that?

16:33:22   4   A.    Again, this first solid phase automated synthesis, the

16:33:28   5   residues were given to us based on molecular modeling, so

16:33:31   6   these are the results in Figure 3.

16:33:31   7   Q.    When you say residues, you mean the particular amino

16:33:34   8   acids?

16:33:34   9   A.    Yes.

16:33:40   10   Q.    If we look at just peptides 1 through 4, what did you

16:33:46   11   put in the 7 position of the bradykinin antagonists?

16:33:50   12   A.    Peptides 1 through 4 all had D-Tic.

16:33:52   13   Q.    What is D-Tic?

16:33:54   14   A.    D-Tic is phenylalanine with an extra methylene group

16:34:00   15   that ties the ring back to the peptide backbone, which makes

16:34:06   16   the compound unable to rotate around the axis.  It confers a

16:34:12   17   great deal of rigidity.

16:34:15   18   Q.    You mentioned you used the D-Tic.  Why the D-Tic?

16:34:19   19   A.    We actually synthesized the L and D, all of the active

         20   compounds of D-Tic, which is synthesis with these

16:34:28   21   phenylalanines.

16:34:28   22   Q.    We talked about the 7 position that Nova was working

16:34:32   23   with.  On these peptides what did you all put in the 8

16:34:36   24   position of the bradykinins?

16:34:40   25   A.    Initially we put L-Tic, because that was a more rigid

Burch - direct

16:34:44   1   analog of the residues that were in that position.  We also

16:34:50   2   tried D-Tic.  D-Tic had very poor activity there.  Then we

16:34:55   3   tried Aoc, which was another rigid analog smaller than Tic

16:35:00   4   and was more consistent with the proline that would be in

16:35:05   5   bradykinin.

16:35:05   6   Q.    Dr. Burch, when did you at Nova first synthesize a

16:35:10   7   bradykinin antagonist with D-Tic in the 7 position?

16:35:15   8   A.    Early 1989.

16:35:17   9   Q.    Going back now to JTX-9.3, I want to look at a

16:35:22   10   different part of that page of the paper, if we can go down

16:35:25   11   to the bottom right-hand corner, the text there, you see --

16:35:29   12   the text above.  You see the sentence there that says,

16:35:34   13   Although peptides 1 and 3 have been recently disclosed in a

16:35:39   14   European patent application describing them as bradykinin

16:35:43   15   antagonists, did you write that?

16:35:45   16   A.    Yes.

16:35:45   17   Q.    What were peptides 1 and 3 that you are referring to

16:35:49   18   there?

16:35:49   19   A.    Peptide 1 was the D-Tic 7 Aoc 8, and peptide 3 was

16:35:57   20   what D-Tic 7 AOC.

16:36:01   21   Q.    You see that sentence with Footnote 17 that cites to a

16:36:06   22   European patent application, to Henke, et al.  Do you see

16:36:09   23   that?

16:36:09   24   A.    Yes.

16:36:10   25   Q.    How did you come to discover that European patent

Burch - direct

| | | |
|---|---|---|
| 16:36:13 | 1 | application that is cited here in JTX-9, Footnote 17? |
| 16:36:17 | 2 | A.    This patent was discovered as a result of my coming |
| 16:36:21 | 3 | back from from the '91 meeting disclosing these peptides. |
| 16:36:31 | 4 | Q.    Who was this European application owned by? |
| 16:36:36 | 5 | A.    Hoechst. |
| 16:36:36 | 6 | Q.    Had you identified and developed these compounds |
| 16:36:38 | 7 | before you saw this Hoechst European patent application? |
| 16:36:42 | 8 | A.    Of those two particular peptides, 1 and 3, that were |
| 16:36:44 | 9 | in the patent application, we had already synthesized and |
| 16:36:49 | 10 | tested D-Tic.  By the time we found about this Aoc compound, |
| 16:36:56 | 11 | D-Tic had been on our list but had not been synthesized by |
| 16:37:01 | 12 | Nova. |
| 16:37:01 | 13 | Q.    If we turn to JTX-9.5, the last page, underneath the |
| 16:37:08 | 14 | authors' names there, you see the date this was submitted? |
| 16:37:11 | 15 | A.    Yes. |
| 16:37:11 | 16 | Q.    When was it submitted? |
| 16:37:13 | 17 | A.    December 10, 1990. |
| 16:37:15 | 18 | Q.    Does that mean you knew about the Hoechst European |
| 16:37:19 | 19 | patent by December 10, 1990? |
| 16:37:22 | 20 | A.    No.  This original manuscript was submitted in early |
| 16:37:25 | 21 | 1990 -- excuse me, it was December 10, 1990, but the |
| 16:37:34 | 22 | manuscript had a number of reviewers' comments that needed |
| 16:37:38 | 23 | to be addressed, which takes a while.  During that time we |
| 16:37:44 | 24 | attended the meeting and discovered the patent. |
| 16:37:46 | 25 | Q.    You added the patent citation in later? |

Burch - direct

16:37:49    1    A.    We did.

16:37:49    2    Q.    If we go back then to the text and we put up JTX-9.3

16:37:56    3    and carrying over to JTX-9.4, after the footnote then, you

16:38:29    4    all wrote, "The former was discovered coincidentally and

16:38:32    5    independently in our laboratories."

16:38:34    6          Can you just explain what you meant by that?

16:38:36    7    A.    That means that we had synthesized it and evaluated it

16:38:44    8    coincidentally with Hoechst in the sense that we didn't know

16:38:46    9    that they had done that work.

16:38:48    10   Q.    Did this peptide, this D-Tic-Tic peptide we have been

16:38:53    11   talking about, did it have an NPC name or number?

16:38:56    12   A.    Yes, it was called NPC 16731.

16:39:01    13   Q.    Do you remember about when you first synthesized that

16:39:04    14   peptide?

16:39:05    15   A.    That would have been synthesized either late '89 or

16:39:11    16   early 1990.

16:39:11    17   Q.    Dr. Burch, was NPC 16731 the only compound Nova made

16:39:17    18   or considered making with D-Tic in the 7 position, I should

16:39:21    19   clarify, other than the compounds we have seen?

16:39:24    20   A.    No.  Over a couple of years we made dozens of them.

16:39:27    21   Q.    What other amino acids did Nova consider putting in

16:39:31    22   the 8 position in the bradykinin antagonists it created with

16:39:36    23   D-Tic in the 7 position?

16:39:37    24   A.    We looked at other residues that were both aliphatic

16:39:43    25   and aromatic but small.  And we considered mostly rigid

Burch - direct

16:39:49    1    structures, one that proved quite successful was Oic.

16:39:56    2    Q.    Did you actually at Nova make a compound with D-Tic in

16:40:00    3    the 7 position and Oic in the 8 position?

16:40:05    4    A.    Yes.

16:40:06    5    Q.    When did you do that approximately?

16:40:08    6    A.    Sometime in the 1990 range.

16:40:09    7    Q.    You said the 1990 range?

16:40:12    8    A.    Yes.

16:40:12    9    Q.    That compound we were discussing, NPC 16731 but with

16:40:17   10    Oic at the 8 position, does that compound have a different

16:40:21   11    name today?

16:40:22   12    A.    Its formal generic name is icatibant, yes.

16:40:27   13    Q.    To be clear, when you considered making and made that

16:40:30   14    compound, had you seen that compound published by Hoechst?

16:40:33   15    A.    No.  We had it at our office.

16:40:35   16    Q.    I also want to be clear, Dr. Burch, are you saying you

16:40:39   17    made it before Hoechst made it?

16:40:41   18    A.    No.

16:40:41   19    Q.    I want to look at the activity of the NPC 16731

16:40:51   20    compared to that prior compound NPC 567.  Can you turn to

16:40:56   21    JTX-41 in your binder?

16:40:59   22    A.    Yes.

16:41:00   23    Q.    Do you recognize this paper?

16:41:01   24    A.    I do.

16:41:02   25    Q.    What is it?

Burch - direct

16:41:03    1    A.      It was a paper that was published by our group at Nova

16:41:07    2    with Steve Farmer as the first author that described the

16:41:15    3    biological activity of the D-Tic-7-D-Tic-8 compound

16:41:19    4    NPC 16731.

16:41:21    5    Q.      The R.M. Burch author, is that you?

16:41:24    6    A.      Yes.

16:41:25    7    Q.      When was this published?

16:41:27    8    A.      1991.

16:41:28    9    Q.      What do you describe in this publication?

16:41:32   10    A.      At this time while we were doing this work, the

16:41:34   11    Stewart and Vavrek compounds were showing good activity as

16:41:37   12    antagonists in some positions, but for the most part they

16:41:40   13    were mostly inactive in pulmonary tissues, which is one of

16:41:44   14    the sites we were interested in.  NPC 16731 had very good

16:41:49   15    activity in the pulmonary smooth muscle contraction.  So we

16:41:52   16    published our results of that.

16:41:56   17    Q.      If we turn to JTX-41.2, the Discussion section on the

16:42:03   18    right-hand column, pull that out.

16:42:07   19            What results did you get for the activity of NPC

16:42:10   20    16731 compared to NPC 567?

16:42:16   21    A.      NPC 567, as I mentioned, was a very poor in the

16:42:21   22    pulmonary system.  We found that NPC 16731 was more than a

16:42:27   23    hundredfold more potent in binding, and about fifty-fold

16:42:32   24    greater potency in the smooth muscle contraction assays.

16:42:36   25    Q.      How did you interpret that data at Nova at that time?

16:42:40    1    A.    We thought it was very good confirmation of the

16:42:47    2    hypothesis that we had made that adding rigidity would

16:42:51    3    increase potency.

16:42:51    4    Q.    Now, at the time, was it your view at Nova that this

16:42:57    5    was potent enough to actually be used as a drug?

16:43:00    6    A.    Certainly, the potency was consistent with being used

16:43:03    7    as a drug.  At that time we didn't consider putting it into

16:43:06    8    the clinic in that it was the first compound in the series,

16:43:08    9    and we wanted to explore the structure/ activity to see, A,

16:43:11   10    if we could increase the potency more, and B, increase

16:43:18   11    metabolic affinity more.

16:43:18   12    Q.    Is the testing and work described in JTX-41 that we

16:43:22   13    have been looking at indicative of the type of work that

16:43:25   14    Nova was doing on bradykinin antagonists in 1990 and 1991?

16:43:30   15    A.    Yes, it is.

16:43:31   16    Q.    In 1990 and '91 was Nova still using NPC 16731 as part

16:43:37   17    of its work on its bradykinin program?

16:43:40   18    A.    We were.  At that point we had actually switched our

16:43:43   19    standard compound, if you will, from NPC 567 to NPC 16731.

16:43:49   20    Q.    Did Nova continue making more compounds with D-Tic in

16:43:53   21    the 7 position?

16:43:54   22    A.    We did.

16:43:59   23    Q.    I know you said you left Nova in the fall of 1991?

16:44:03   24    A.    Yes.

16:44:03   25    Q.    Was Nova still working on the bradykinin antagonist

16:44:07  1   **program at that time?**

16:44:07  2   **A.    Yes.**

16:44:07  3   **Q.    At that time and following, was the bradykinin**

16:44:13  4   **antagonist project still an important project at Nova?**

16:44:15  5   **A.    It was.**

16:44:15  6   **Q.    Was it the primary project at Nova anymore?**

16:44:20  7   **A.    It was not.**

16:44:21  8   **Q.    Why not?  What happened?**

16:44:23  9   **A.    By that time another project we had been working on,**

16:44:25  10  **which was called the leumedins project, in which we had**

16:44:28  11  **discovered a group of leukocyte inhibitors, had a lot of**

16:44:35  12  **very promising data to suggest that we would have small**

16:44:39  13  **orally active molecules to treat a number of inflammatory**

16:44:44  14  **conditions, so we had ramped up the staffing in that**

16:44:47  15  **project.**

16:44:47  16  **Q.    In fact, Dr. Burch, is it the case that at some point**

16:44:50  17  **you suggested that Nova shut down the bradykinin antagonist**

16:44:56  18  **project?**

16:44:56  19  **A.    That's correct.**

16:44:56  20  **Q.    Why was that?**

16:44:57  21  **A.    In 1991 Nova, which was a public company, had really**

16:45:01  22  **run out of the ability to do additional follow-on financing.**

16:45:22  23  **That left us with a relatively small amount of cash.**

16:45:25  24  **          I think at the time I made the suggestion we had**

16:45:29  25  **about six weeks of cash left, which for small companies is**

16:45:33    1    not much but not a lot less than usual.  And that decision,

16:45:40    2    our suggestion was made to enable us to put money into the

16:45:45    3    project that investors were willing to invest in.

16:45:49    4    Q.    Did your bosses, the higher-ups at Nova, follow your

16:45:55    5    suggestion?

16:45:55    6    A.    They did not.

16:45:55    7    Q.    Did Nova keep working on bradykinin antagonists then?

16:45:59    8    A.    Yes.

16:46:00    9    Q.    Did you recently remember that after you left Nova you

16:46:03   10    actually did have some further communications with people

16:46:06   11    from Nova about later work?

16:46:08   12    A.    Yes.

16:46:08   13    Q.    And we looked at your C.V., that entry 166.  Was that

16:46:14   14    a book you wrote in 1993?

16:46:16   15    A.    That's correct.

16:46:16   16    Q.    Can you just describe what that project was in 1993?

16:46:22   17    A.    The 1993 book, I had been asked by the publisher,

16:46:26   18    which published rapid turn-around current topics of

16:46:30   19    interest, to write a book about the molecular biology and

16:46:36   20    pharmacology of bradykinin receptors and I had been involved

16:46:39   21    with the cloning and doing some mutagenicity studies of

16:46:44   22    bradykinin receptors.  That book was written in 1993.  As my

16:46:48   23    co-authors, I asked Tom Storemann, who was the molecular

16:46:54   24    biologist at Nova, and Don Kyle, who was the molecular

16:46:58   25    modeler, chief medicinal chemist, to write that with me.

Burch - direct

16:47:04  1  That book was actually written in 1993 and submitted in

16:47:10  2  mid-1993.

16:47:11  3  Q.    Just to summarize your work, then, at Nova, on

16:47:16  4  bradykinin antagonists, during your time at Nova do you know

16:47:19  5  about how much money Nova was investing per month on average

16:47:23  6  on the bradykinin project?

16:47:25  7  A.    At the peak we were investing about 2 million dollars

16:47:28  8  a month.

16:47:29  9  Q.    During your time at Nova, about how many people were

16:47:33  10  working on the bradykinin antagonist project?

16:47:36  11  A.    At the peak there were about 18 pharmacologists and 14

16:47:39  12  chemists.

16:47:39  13  Q.    When you left in the fall of 1991, was Nova still

16:47:42  14  working on the bradykinin antagonist with D-Tic in the 7

16:47:47  15  position?

16:47:48  16  A.    We were.

16:47:48  17  Q.    When you left in the fall of 1991, about how many

16:47:51  18  people were working at least part time on the bradykinin

16:47:55  19  antagonist project?

16:47:58  20  A.    They were about 14 pharmacologists and ten chemists.

16:48:02  21  Q.    About how much was being spent on average in the fall

16:48:06  22  of 1991 when you left on the bradykinin antagonist project?

16:48:11  23  A.    Close to a million dollars.

16:48:14  24  Q.    Can you estimate about how much money Nova invested in

16:48:17  25  its bradykinin antagonist project during the time while you

Burch - cross

| | | |
|---|---|---|
| 16:48:20 | 1 | were there? |
| 16:48:23 | 2 | MR. HAUG:  Objection, Your Honor. |
| 16:48:24 | 3 | THE COURT:  Sustained. |
| | 4 | MR. WIESEN:  No further questions, Your Honor. |
| 16:48:26 | 5 | All right.  You may start cross-examination. |
| 16:48:43 | 6 | MR. HAUG:  Thank you, Your Honor.  May I hand |
| 16:48:46 | 7 | out the binders? |
| 16:48:47 | 8 | THE COURT:  Yes. |
| 16:49:16 | 9 | CROSS-EXAMINATION |
| | 10 | BY MR. HAUG: |
| 16:49:26 | 11 | Q.    Good afternoon, Dr. Burch.  My name is Ed Haug.  I am |
| 16:49:30 | 12 | also representing Sanofi and Shire in this case.  I want to |
| 16:49:34 | 13 | ask you some questions. |
| 16:49:39 | 14 | Dr. Burch, you just testified that you left Nova |
| 16:49:43 | 15 | in 1991.  Is that right? |
| 16:49:45 | 16 | A.    Yes. |
| 16:49:45 | 17 | Q.    Do you recall exactly when you left? |
| 16:49:48 | 18 | A.    I don't. |
| 16:49:49 | 19 | Q.    Was it the fall of '91? |
| 16:49:51 | 20 | A.    Yes. |
| 16:49:51 | 21 | Q.    Once you terminated your employment with Nova, did you |
| 16:49:56 | 22 | ever again have a professional relationship with Nova? |
| 16:49:58 | 23 | A.    No. |
| 16:49:58 | 24 | Q.    Once your employment with Nova terminated, did you |
| 16:50:03 | 25 | ever have access to Nova confidential information? |

Burch - cross

16:50:06  1  A.    I did not.

16:50:07  2  Q.    Dr. Burch, once you left your employment with Nova in

16:50:14  3  1991, did you ever have information as to Nova's strategies

16:50:19  4  regarding their research and development of bradykinin

16:50:23  5  antagonists?

16:50:23  6  A.    No.

16:50:24  7  Q.    So you have no personal knowledge regarding Nova's

16:50:30  8  bradykinin antagonist program after you left Nova in the

16:50:35  9  Fall of 1991.  Isn't that correct?

16:50:37  10  A.    Just some molecules that were synthesized and some

16:50:40  11  modeling that had been done through to about the middle of

16:50:45  12  1993.

16:50:45  13  Q.    You have personal knowledge of that?

16:50:48  14  A.    They are in the book.

16:51:03  15  Q.    Dr. Burch, I would like you to turn to -- let me go

16:51:20  16  back to your testimony about NPC 16731.  Do you recall that?

16:51:24  17  A.    Yes.

16:51:24  18  Q.    NPC is Nova Pharmaceutical Corporation.  Right?

16:51:29  19  A.    Right.

16:51:29  20  Q.    That was their designation of the compound they had

16:51:33  21  synthesized.  Right?

16:51:35  22  A.    That's right.

16:51:35  23  Q.    Were you employed at Nova at the time they synthesized

16:51:38  24  the compound?

16:51:39  25  A.    Yes.

Burch - cross

16:51:39   1   Q.    And, Dr. Burch, isn't it true that you, yourself, did

16:51:44   2   not design the sequence of that compound?

16:51:46   3   A.    That was done prior to the development of the

16:51:54   4   synthesis.

16:51:54   5   Q.    Did you have anything to do with the synthesis?

16:51:58   6   A.    No.

16:51:58   7   Q.    Please turn to Tab JTX-9.  It should be in the binder

16:52:05   8   in front of you.

16:52:06   9          There is an article there, this is the article

16:52:09   10  you just testified about.  Right?

16:52:12   11  A.    Yes.

16:52:12   12  Q.    You are an author on this article?

16:52:18   13  A.    That is correct.

16:52:18   14  Q.    If you would please turn to JTX-9.5.  This is where we

16:52:26   15  see the publication date of December 10, 1990.  Is that

16:52:30   16  correct?

16:52:31   17  A.    Submission date.

16:52:31   18  Q.    Thank you.  Please turn to 9.3.  I would like you to

16:52:45   19  look at Figure 1, which is in the upper left-hand corner.

16:52:59   20          Peptide No. 1, at the top, do you know what the

16:53:04   21  code name is for that?

16:53:06   22  A.    That's NPC 16731.

16:53:10   23  Q.    That is the 16731 compound that you were talking

16:53:13   24  about.  Right?

16:53:14   25  A.    Yes.

Burch - cross

16:53:14  1    Q.    And, Dr. Burch, please read aloud the sentence at the

16:53:19  2    bottom right-hand side of page JTX-9.3.

16:53:24  3         I will read it for you.  It's late in the day.

16:53:27  4    Sorry.  I am reading on 9.3.  It says, "Although peptides 1

16:53:38  5    and 3 have been recently disclosed in a European patent

16:53:43  6    application describing them as bradykinin antagonists, the

16:53:48  7    former was discovered coincidentally and independently in

16:53:53  8    our laboratories."

16:53:54  9         Now, did I read that correctly?

16:53:56  10   A.    Yes.

16:53:56  11   Q.    You just testified that that is your understanding.

16:54:00  12   Is that right?

16:54:01  13   A.    That's correct.

16:54:01  14   Q.    You didn't write this, did you?

16:54:03  15   A.    The paper, I was one of the co-authors.

16:54:05  16   Q.    Did you write this sentence, that it was discovered

16:54:09  17   coincidentally and independently in our laboratories?

16:54:11  18   A.    I don't recall who wrote that.  My guess is it would

16:54:15  19   be Don Kyle who wrote that.

16:54:17  20   Q.    But it wasn't you, was it?

16:54:20  21   A.    Probably not.

16:54:21  22   Q.    And peptides 1 and 3 in this sentence, they are

16:54:27  23   referring to peptides 1 and 3 at the top of the page on

16:54:31  24   JTX-9.3.  Right?

16:54:34  25   A.    Yes.

Burch - cross

| | | |
|---|---|---|
| 16:54:34 | 1 | Q. The sentence we just read, or I just read, that |
| 16:54:38 | 2 | peptides 1 and 3 had been disclosed in the European patent |
| 16:54:41 | 3 | application, that is the Hoechst patent application.  Right? |
| 16:54:46 | 4 | A. Yes. |
| 16:54:47 | 5 | Q. Have you looked at that patent application? |
| 16:54:48 | 6 | A. I did at the time, yes. |
| 16:54:51 | 7 | Q. And do you know if that application was also |
| 16:54:54 | 8 | published? |
| 16:54:55 | 9 | A. At that time it was our impression that it was not. |
| 16:55:01 | 10 | Q. I would like you to look at PTX-356, which should also |
| 16:55:06 | 11 | be in your binder.  Do you have that? |
| 16:55:16 | 12 | A. I do. |
| 16:55:17 | 13 | Q. Looking at the first page of PTX-356, it is European |
| 16:55:24 | 14 | Patent Application 89121498.3.  If you look at Position 2 in |
| 16:55:34 | 15 | the upper left-hand corner, it says Date of Receipt, can you |
| 16:55:38 | 16 | see the date there? |
| 16:55:39 | 17 | A. Yes. |
| 16:55:39 | 18 | Q. Would you agree with me it's November 21, 1989? |
| 16:55:43 | 19 | A. I do. |
| 16:55:46 | 20 | Q. Dr. Burch, isn't it true that Nova was aware and had |
| 16:55:49 | 21 | access to this European patent application before they |
| 16:55:53 | 22 | submitted JTX-9 for publication? |
| 16:55:55 | 23 | A. No, we weren't aware of the patent application. |
| 16:55:58 | 24 | Q. Do you know if Don Kyle was? |
| 16:56:01 | 25 | A. He was not. |

Burch - cross

| 16:56:03 | 1 | Q. | Please turn to 356.38.  Do you see where it says, 48 |
| 16:56:13 | 2 | colon:  Do you see next to the colon, do you recognize the |
| 16:56:28 | 3 | structure that is below that? |
| 16:56:30 | 4 | A. | That is the molecule that we called NPC 16731. |
| 16:56:35 | 5 | Q. | I don't know if you understand German, but it says |
| 16:56:39 | 6 | Beispiel.  Do you know what that stands for? |
| 16:56:45 | 7 | A. | Because of its position, I assume it means example. |
| 16:56:48 | 8 | Q. | Isn't it correct that NPC 16731 is disclosed in the |
| 16:56:55 | 9 | Hoechst patent application in Example 48? |
| 16:56:58 | 10 | A. | Yes. |
| 16:57:05 | 11 | Q. | Now, isn't it also true that Nova had access to the |
| 16:57:09 | 12 | sequence of NPC 16731 as disclosed in the Hoechst patent |
| 16:57:16 | 13 | application -- withdrawn. |
| 16:57:20 | 14 | | I would like you to turn to 356.34.  Do you see |
| 16:57:30 | 15 | that structure below where it says 24 colon? |
| 16:57:36 | 16 | | MR. WIESEN:  Your Honor, I have an objection to |
| 16:57:38 | 17 | the continued use of this exhibit if we are going to keep |
| 16:57:41 | 18 | using a document in German for which no translation has been |
| 16:57:47 | 19 | provided. |
| 16:57:48 | 20 | | MR. HAUG:  I am only asking about the structure. |
| 16:57:52 | 21 | | MR. WIESEN:  That is fine.  This page has some |
| 16:57:54 | 22 | text. |
| 16:57:55 | 23 | | MR. HAUG:  I am staying away from anything |
| 16:57:57 | 24 | German. |
| 16:57:58 | 25 | | THE COURT:  I will keep your objection in mind. |

Burch - cross

16:58:01    1    BY MR. HAUG:

16:58:02    2    Q.    You do see this.  Correct?

16:58:04    3    A.    Yes, I see the structure.

16:58:08    4    Q.    Do you recognize the structure?

16:58:09    5    A.    This is the structure of peptide 3.

16:58:14    6    Q.    From your article?

16:58:18    7    A.    Correct.

16:58:30    8    Q.    Now, Dr. Burch, please turn to PTX-357, which is also

16:58:35    9    in your binder.  There is also a 357T in your binder, which

16:58:51    10   is an English translation of at least the cover page.  So

16:58:54    11   referring to PTX-357T, what is the publication date of this

16:59:00    12   application, if you can tell?

16:59:05    13   A.    I cannot tell.  It looks like the translation was

16:59:10    14   2018.  But I don't know the publication date of the patent.

16:59:14    15   Q.    Can I ask you to look at the left-hand side where it

16:59:19    16   says "publication date" next to [43]?

16:59:23    17   A.    I am sorry.  That's a translator's page.

16:59:27    18          This is 357 or 357T?

16:59:33    19   Q.    357T is the English translation of the first page of

16:59:38    20   PTX-357.

16:59:42    21   A.    Publication date is May 30, 1990.

16:59:45    22   Q.    This publication, also, if you could look at the

16:59:50    23   application number right above that, do you see that, where

16:59:53    24   it says Application No. 89121498.3?

16:59:58    25   A.    Yes.

Burch - cross

16:59:58    1    Q.    That is the same application number as what we saw on

17:00:03    2    PTX-356, which was the Hoechst European patent application

17:00:07    3    that you referenced in your article.  Isn't that correct?

17:00:11    4    A.    Correct.

17:00:11    5    Q.    NPC 16731, did that ever get to be a product?

17:00:24    6    A.    No.

17:00:25    7    Q.    Did it have the potency of icatibant?

17:00:30    8    A.    It was similar.

17:00:30    9    Q.    How similar?

17:00:31   10    A.    I would have to go back and look at our papers.  It

17:00:36   11    was a potent compound, certainly.

17:00:41   12    Q.    I would like you to now look at JTX-41.  I believe you

17:01:02   13    also testified about this article?

17:01:03   14    A.    I did.

17:01:04   15    Q.    This article, this article was published in, was it

17:01:12   16    1991?

17:01:13   17    A.    1991, yes.

17:01:14   18    Q.    Are you the author of this publication?

17:01:19   19    A.    I am one of the authors, yes.

17:01:21   20    Q.    Is the compound identified in the title 16731?

17:01:25   21    A.    Yes.

17:01:26   22    Q.    Could you please turn to the last page of the article

17:01:29   23    on JTX-41.3 and tell me when the article was received for

17:01:36   24    publication?

17:01:37   25    A.    November 26, 1990 -- received, October 26, 1990.

Burch - cross

17:01:58   1   Q.   Now, you recommended that Nova discontinue the

17:02:05   2   bradykinin program, didn't you?

17:02:07   3   A.   That's correct.

17:02:08   4   Q.   And, Dr. Burch, if you would turn again to JTX-9,

17:02:22   5   which is the article we have been looking at.  You have

17:02:28   6   confirmed that this discloses NPC 16731.  Was this compound

17:02:36   7   ever used as a clinical lead?

17:02:40   8   A.   It was not.

17:02:42   9   Q.   And by the time you were leaving Nova in 1991, were

17:02:46   10   there other clinical studies ongoing on other bradykinin

17:02:51   11   antagonists by Nova?

17:02:52   12   A.   Not at that time.

17:02:54   13   Q.   And despite that NPC 16731 was more potent and had a

17:03:01   14   longer half-life, as you testified, than the peptide

17:03:06   15   bradykinin antagonist NPC 567 that Nova had evaluated in its

17:03:11   16   human clinical trials, Nova still did not consider NPC 16731

17:03:19   17   to be a clinical lead.  Is that correct?

17:03:22   18   A.   That's correct.

17:03:23   19   Q.   Dr. Burch, is it true that during your time at Nova,

17:03:28   20   finances were always tight?

17:03:30   21   A.   Yes.

17:03:30   22   Q.   You testified about how much money was being spent per

17:03:34   23   month.  I think you estimated 2 million at one point.  Is

17:03:38   24   that right?

17:03:38   25   A.   At the peak, yes.

Burch - cross

| | | |
|---|---|---|
| 17:03:39 | 1 | Q. Do you know if any documents have been produced in |
| 17:03:42 | 2 | this case that show the investment by Nova? |
| 17:03:45 | 3 | A. No, I don't.  I am not aware of that. |
| 17:03:50 | 4 | Q. Do you recall being subpoenaed in this case? |
| 17:03:53 | 5 | A. Yes. |
| 17:03:53 | 6 | Q. And you were asked for documents? |
| 17:03:55 | 7 | A. Yes. |
| 17:03:55 | 8 | Q. And you didn't produce any documents.  Correct? |
| 17:03:56 | 9 | A. Correct. |
| 17:03:57 | 10 | Q. Have you seen any documents in preparation for your |
| 17:03:59 | 11 | testimony that would show you that they were spending 2 |
| 17:04:03 | 12 | million dollars a month? |
| 17:04:03 | 13 | A. I have not seen any, no. |
| 17:04:06 | 14 | Q. So that is your testimony just here today going back |
| 17:04:11 | 15 | to 1991, your best guess? |
| 17:04:14 | 16 | A. Yes. |
| 17:04:20 | 17 | Q. Now, at the time you were still -- |
| 17:04:25 | 18 | THE COURT:  Mr. Haug, if you don't have |
| 17:04:27 | 19 | much more -- |
| 17:04:30 | 20 | MR. HAUG:  I have a little more.  Probably 20 to |
| 17:04:32 | 21 | 30 minutes. |
| 17:04:32 | 22 | THE COURT:  I am about fried.  Okay.  We will |
| 17:04:36 | 23 | resume tomorrow. |
| 17:04:38 | 24 | (Court recessed.) |
| | 25 | |