```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 IN AND FOR THE DISTRICT OF DELAWARE

 3                              -  -  -

 4    SHIRE ORPHAN THERAPIES LLC and  )    Civil Action
      SANOFI-AVENTIS DEUTSCHLAND      )
 5    GMBH,                           )
                                      )
 6               Plaintiffs,          )
                                      )
 7          v.                        )
                                      )
 8    FRESENIUS KABI USA, LLC,        )
                                      )
 9               Defendant.          )    No. 15-1102-GMS

10                              -  -  -

11                       Wilmington, Delaware
                         Tuesday, January 30, 2018
12                            9:00 a.m.
                             Trial Day 2
13                              -  -  -

14

15    BEFORE:  HONORABLE GREGORY M. SLEET, Senior Judge, U.S.D.C.,
                                    District of Delaware
16

17    APPEARANCES:

18            JACK B. BLUMENFELD, ESQ., and
              DAREN J. FAHNESTOCK, ESQ.
19            Morris, Nichols, Arsht & Tunnell LLP
                        -and-
20            EDGAR H. HAUG, ESQ.,
              SANDRA KUZMICH, Ph.D., ESQ.,
21            LAURA A. CHUBB, ESQ., and
              ELIZABETH MURPHY, ESQ.
22            Haug Partners LLP
              (New York, NY)
23
                             Counsel for Plaintiffs
24

25
```

```
 1    APPEARANCES CONTINUED:

 2              KAREN E. KELLER, ESQ.
                Shaw Keller LLP
 3                     -and-
                DARYL L. WIESEN, ESQ.
 4              WILLIAM G. JAMES, ESQ.,
                JOHN COY STULL, ESQ., and
 5              SAMUEL SHERRY, ESQ.
                Goodwin Procter LLP
 6              (Washington, DC)

 7                             Counsel for Defendant

 8                     -   -   -

 9

10

11

12

13

14

15

16

17
08:29:19
08:29:19  18

19

20

21

22

23

24

25
09:02:51
```

| | |
|---|---|
| 09:02:51 | 1 |
| 09:02:52 | 2 |
| 09:02:53 | 3 |
| 09:02:54 | 4 |
| 09:03:16 | 5 |
| 09:03:16 | 6 |
| 09:03:18 | 7 |
| 09:03:22 | 8 |
| 09:03:26 | 9 |
| 09:03:29 | 10 |
| 09:03:31 | 11 |
| 09:03:32 | 12 |
| 09:03:34 | 13 |
| 09:03:34 | 14 |
| 09:03:37 | 15 |
| 09:03:38 | 16 |
| 09:03:44 | 17 |
| 09:03:48 | 18 |
| 09:03:49 | 19 |
| 09:03:52 | 20 |
| 09:03:55 | 21 |
| 09:03:58 | 22 |
| 09:04:05 | 23 |
| 09:04:07 | 24 |
| 09:04:12 | 25 |

THE COURT:  Good morning, please, take your seats.

(Counsel respond "Good morning.")

MR. WIESEN:  Dr. Burch is on his way in, Your Honor.

THE COURT:  Good morning, Dr. Burch.

THE WITNESS:  Good morning, Your Honor.

....  RONALD BURCH, having been previously sworn as a witness, was examined and testified further as follows ...

CROSS-EXAMINATION CONTINUED

Q.    Good morning, Dr. Burch.

A.    Good morning.

Q.    I have a few more questions this morning.

A.    All right.

Q.    Yesterday you testified about some financing problems that Nova was having.  Do you recall that?

A.    Yes, I do.

Q.    The financing of the bradykinin antagonist program was a concern to you.  Isn't that correct?

A.    Financing overall was what concerned me.

Q.    You were also concerned specifically about financing the bradykinin program.  Right?

A.    For the company it was a general concern.  For me I was trying to triage the projects.

09:04:14   1   Q.     In fact, while you were at Nova, you actually

09:04:17   2   recommended to Nova upper management that the bradykinin

09:04:20   3   antagonist program be discontinued.  Is that correct?

09:04:23   4   A.     I did, yes.

09:04:09   5   Q.     And you made that recommendation in late 1990; isn't

09:04:16   6   that right?

09:04:16   7   A.     Yes.

09:04:16   8   Q.     And did your change in thinking about the priority of

09:04:23   9   the bradykinin antagonist program result from anything that

09:04:27   10  had to do with competitors in the bradykinin program?

09:04:32   11  A.     No.  When I made the recommendation, I wasn't aware of

09:04:39   12  Hoechst.

09:04:41   13  Q.     And wasn't it your recommendation to stop the

09:04:44   14  bradykinin antagonist program motivated by the fact that the

09:04:49   15  Leumedins Program was more commercially interesting at the

09:04:52   16  time?

09:04:52   17  A.     The Leumedins Program was much more popular, yes,

09:04:56   18  that's right.

09:04:57   19  Q.     Would you please turn to tab 3 in your binder.  Are

09:05:11   20  you there?

09:05:12   21  A.     Yes.

09:05:12   22  Q.     Thank you.

09:05:14   23         Are you familiar with this document, which is a

09:05:20   24  pink sheet?

09:05:21   25  A.     I don't specifically recall it, but there were a

09:05:23   1   number of press releases at the time.

09:05:24   2   Q.    All right.  You know what a pink sheet is; is that

09:05:26   3   right?

09:05:27   4   A.    Yes.

09:05:27   5   Q.    All right.  If you would please, I invite your

09:05:30   6   attention to line 8.

09:05:38   7   A.    All right.

09:05:38   8   Q.    I'd like to read.  "By coincidence, Nova announced the

09:05:45   9   Leumedins research almost one year to the day after dropping

09:05:49   10  work on its high profile bradykinin clinical program."

09:05:55   11          Did I read that correctly?

09:05:56   12  A.    You did.

09:05:58   13  Q.    Does that refresh your recollection about the fact

09:06:00   14  that Nova dropped their high profile bradykinin clinical

09:06:04   15  program as set forth in this press release?

09:06:06   16  A.    This is -- the press release here is referring to the

09:06:09   17  NPC 567 clinical trial.

09:06:14   18  Q.    Is that what that's referring to?

09:06:15   19  A.    Yes.

09:06:16   20  Q.    And isn't it, isn't it -- do you recall when the

09:06:21   21  Leumedins Program -- withdrawn.

09:06:25   22          If you go up to the third line in this

09:06:27   23  document -- actually, I will go to the second line.  I will

09:06:36   24  start with the first line so we have it in context.

09:06:38   25          "Nova's topical leumedin compound in Phase II

09:06:43    1    for contact dermatitis, the company announced at a

09:06:46    2    January 17th press conference showcasing the firm's

09:06:49    3    proprietary class of novel anti-inflammatory compounds.

09:06:52    4    Efficacy trials of the topical Leumedin compound, designated

09:06:56    5    NPC 15199 are expected to continue through 1991.  The IND

09:07:03    6    was filed in April 1990 and Phase I trials were completed in

09:07:09    7    the fourth quarter."

09:07:10    8              Did I read that correctly?

09:07:12    9    A.    Yes, you did.

09:07:14   10    Q.    Does that seem accurate to you as to what was

09:07:16   11    happening in 1990?

09:07:17   12    A.    That does.

09:07:18   13    Q.    '91.  It does?

09:07:19   14    A.    Yes.

09:07:20   15    Q.    Thank you.

09:07:22   16              I would like you to now turn to tab 2 in your

09:07:38   17    binder.

09:07:43   18              Do you recognize this article?

09:07:44   19    A.    I do.

09:07:44   20    Q.    Are you an author on this article?

09:07:46   21    A.    I am.

09:07:48   22    Q.    The article is entitled biochemical and molecular

09:07:50   23    pharmacology of kinin receptors.  Is that right?

09:07:54   24    A.    Yes.

09:07:54   25    Q.    Do you see a date when this is published?

09:07:57    1    A.     1992.

09:07:58    2    Q.     If you would please now turn to Page 527 of your

09:08:06    3    article, and we're still on tab 2.  I'm going to read the

09:08:12    4    first two sentences of the second full paragraph.

09:08:18    5           Are you with me?

09:08:20    6    A.     I am.

09:08:21    7    Q.     Okay.  Thank you.

09:08:22    8           "Recently, Hock and colleagues have described a

09:08:25    9    series of decapeptides containing the modified amino acids

09:08:30   10    D-Tic (1, 2, 3, 4-tetrahydroisoquinnoline-3-carboxylic acid)

09:08:42   11    and LOic (octahydroindole carboxylic acid) as replacements

09:08:51   12    for the 7 and 8 positions in the primary amino acid sequence

09:08:55   13    of NPC567-like peptides (74, 102).  These decapeptides,

09:09:04   14    highly constrained in their C-terminal portions, were the

09:09:07   15    first examples of a new generation of potent BK receptor

09:09:10   16    antagonists that were several hundred times more potent than

09:09:18   17    [DPhe7]-substituted BK analogs in guinea pig ileum.  In an

09:09:22   18    effort to quantify the conformational impact of the

09:09:25   19    C-terminal substituents within these peptides, a systematic

09:09:32   20    ten-degree grid search was performed on model dipeptides

09:09:36   21    derived from those of the Hoechst group (100)."

09:09:40   22           Did I read that correctly?

09:09:41   23    A.     You did.

09:09:43   24    Q.     Isn't it correct that what you're describing here is

09:09:47   25    the conformationally constrained decapeptides of Hock and

| | | |
|---|---|---|
| 09:09:51 | 1 | colleagues having D-Tic at seven position and L-Oic at the |
| 09:09:56 | 2 | eight position as the first examples of a new generation of |
| 09:10:00 | 3 | potent bradykinin antagonists? |
| 09:10:03 | 4 | A.    Yes, that's right. |
| 09:10:03 | 5 | Q.    That's what you are reporting.  Right?  I read the |
| 09:10:10 | 6 | next sentence. |
| 09:10:11 | 7 | Dr. Burch, what is a systematic ten grid search? |
| 09:10:17 | 8 | Do you know? |
| 09:10:18 | 9 | A.    We were doing a molecular model, looking at energy |
| 09:10:22 | 10 | minimum for the conformations. |
| 09:10:23 | 11 | Q.    And, Dr. Burch, in this article you say the systematic |
| 09:10:26 | 12 | ten grid search was performed on model dipeptides derived |
| 09:10:31 | 13 | from those at the Hoechst group. |
| 09:10:32 | 14 | Can you recall which model dipeptides were |
| 09:10:34 | 15 | derived from the Hoechst group? |
| 09:10:36 | 16 | A.    I don't recall as I sit here, but my guess is they |
| 09:10:41 | 17 | were the D-Tic seven, Oic eight, and perhaps some of the |
| 09:10:45 | 18 | other eight position. |
| 09:10:45 | 19 | Q.    The section that I read to you ends with a reference |
| 09:10:50 | 20 | to 100.  If you could go to the end of the article, can you |
| 09:10:56 | 21 | tell us what 100 is? |
| 09:10:57 | 22 | A.    100 is a paper by Dr. Kyle, other members of Nova and |
| 09:11:13 | 23 | myself. |
| 09:11:14 | 24 | Q.    And yourself? |
| 09:11:15 | 25 | A.    Yes. |

09:11:15    1    Q.    Is that JTX-9 as we've been talking about in this

09:11:19    2    case?

09:11:22    3    A.    It's one of the papers we discussed in the case, yes.

09:11:25    4    Q.    I'd like you to now turn to JTX-9, please.

09:11:35    5          Now, this is your article; right?

09:11:36    6    A.    JTX-9?

09:11:38    7    Q.    JTX-09?

09:11:40    8    A.    All right.  Yes.

09:11:41    9    Q.    Do you have that?  All right.  This is your article;

09:11:46   10    right?

09:11:46   11    A.    It is.

09:11:46   12    Q.    And I would like to go to 9.4, please.  JTX 9.4.

09:11:55   13          And let me go down to where it says about --

09:12:06   14    it's the first indented paragraph that says, to quantify.

09:12:10   15          Do you see that?

09:12:10   16    A.    Yes, I do.

09:12:12   17    Q.    I have it highlighted.  All right.  So let me read.

09:12:16   18    To quantify the conformational impact of the C-terminal

09:12:19   19    substituents within these peptides, a systematic ten degree

09:12:23   20    grid search was performed on three model compounds IA, IIA,

09:12:27   21    and IIIA, shown in Figure 2.

09:12:30   22          Did I read that correctly?

09:12:31   23    A.    You did.

09:12:32   24    Q.    Please turn to Figure 2 of the JTX-09 article.  And

09:12:37   25    can you identify which model dipeptides are shown there?

09:12:40   1    A.      Those are D-Tic-Tic, D-Tic-D-Tic, and D-Tic-Aoc.

09:12:54   2    Q.      IA is what, D-Tic and Tic?  Is that what you said?

09:12:58   3    A.      IA is D-Tic, L Tic.

09:13:01   4    Q.      So referring back to your article in tab 2 --

09:13:04   5    A.      Yes.

09:13:04   6    Q.      -- which we just looked at, isn't it the case that you

09:13:08   7    do characterize these dipeptides as derived from the Hoechst

09:13:11   8    group in the article that you wrote?

09:13:14   9    A.      Yes.

09:13:16   10   Q.      And, Dr. Burch, isn't the dipeptide illustrated in

09:13:19   11   Figure 2 in JTX-09 dipeptide IA, which is D-Tic and Tic, the

09:13:27   12   two amino acids of the seven and eight position of peptide

09:13:30   13   one, which you have already identified as NPC 16731?

09:13:37   14   A.      Yes.

09:13:38   15   Q.      So mustn't it be the case that the substitutions made

09:13:42   16   at the 7 and 8 position of NPC 16731 were derived from

09:13:47   17   substitutions made by the Hoechst group?

09:13:50   18   A.      As I testified yesterday, as indicated in this paper,

09:13:53   19   we did confirm Hoechst had already filed patents.

09:13:58   20   Q.      Is that a yes?

09:13:59   21   A.      Yes.

09:14:00   22   Q.      Thank you.

09:14:04   23          And if the substitutions made at the 7 and 8

09:14:06   24   position of NPC 16731 were derived from substitutions made

09:14:10   25   by the Hoechst group, isn't it also the case Nova could not

| | |
|---|---|
| 09:14:15 | 1 |

have developed 16731 independently and coincidentally?

A.    Developed clinically toward commercialization?  The

clarification.  You said we couldn't have developed them.

You meant clinically and commercially.

Q.    I meant independently and coincidentally, which are

the words used in your article?

A.    Oh, I see, no.  The words used in the article indicate

that we had made those and then we found out that Hoechst

had already made them.

Q.    Now, Dr. Burch, you've testified about a number of

events that you say happened maybe 27, 28 years ago; isn't

that right?

A.    That's correct.

Q.    For example, you went to a conference and you talked

about what you saw at the conference 28 years ago?

A.    Yes.

Q.    And you also talked about what was being developed at

Nova also 27, 28 years ago; isn't that right?

A.    That's correct.

Q.    And other than the articles that we've seen here,

do you have any documents whatsoever to support anything

that you say based on what you recall happened 27, 28 years

ago?

A.    I don't have any documents in my possession other than

the articles that were published.

Burch - redirect

| | | |
|---|---|---|
| 09:15:27 | 1 | MR. HAUG:  Thank you.  No further questions, |
| 09:15:29 | 2 | Your Honor. |
| 09:15:29 | 3 | THE COURT:  All right.  Redirect? |
| 09:15:31 | 4 | MR. WIESEN:  Just briefly, Your Honor. |
| 09:15:37 | 5 | REDIRECT EXAMINATION |
| 09:15:38 | 6 | BY MR. WIESEN: |
| 09:15:45 | 7 | Q.    If you could turn to, in your cross binder, the binder |
| 09:15:48 | 8 | Mr. Haug just showed you -- |
| 09:15:49 | 9 | A.    All right. |
| 09:15:50 | 10 | Q.    -- to tab 3. |
| 09:15:53 | 11 | MR. WIESEN:  Your Honor, unfortunately, I don't |
| 09:15:53 | 12 | have this one electronically, but it will just be very |
| 09:15:57 | 13 | brief. |
| 09:15:57 | 14 | THE COURT:  What tab? |
| 09:15:58 | 15 | MR. WIESEN:  Tab 3. |
| 09:15:59 | 16 | THE COURT:  Okay. |
| 09:15:59 | 17 | BY MR. WIESEN: |
| 09:16:00 | 18 | Q.    Mr. Burch, on that pink sheet, about the leumedins |
| 09:16:03 | 19 | program? |
| 09:16:03 | 20 | A.    Yes. |
| 09:16:04 | 21 | Q.    Do you recall that direct?  Let me read it back into |
| 09:16:06 | 22 | the record.  By coincidence, Nova announced the leumedins |
| 09:16:10 | 23 | research almost one year to the day after dropping work on |
| 09:16:13 | 24 | its high profile bradykinin clinical program. |
| 09:16:17 | 25 | A.    Yes. |

Burch - redirect

09:16:17    1    Q.    Do you see that?

09:16:18    2    A.    I see that.

09:16:19    3    Q.    Could you explain what that meant?

09:16:22    4    A.    Yes.  So as I testified yesterday, Nova had placed NPC

09:16:30    5    567 into a number of proof of concept trials.  Some of those

09:16:33    6    were topical trials looking at pain.  Others were inhaled

09:16:39    7    trials looking at both airways' hyperreactivity.

09:16:43    8    Q.    And so was it the case that Nova had shut down the

09:16:47    9    bradykinin program entirely in 1990?

09:16:50   10    A.    No.  The trials for NPC567 had all ended by that

09:16:55   11    point.

09:16:56   12    Q.    Could you go back then just to JTX-9.  If we could

09:17:05   13    have that.  And if we have Figure 1 in the upper left-hand

09:17:11   14    corner of 9.3.

09:17:12   15    A.    Yes.

09:17:13   16    Q.    Dr. Burch, had you seen any of Hoechst's work when

09:17:23   17    Nova first identified these sequences and peptides that are

09:17:28   18    in Figure 1 of JTX-9?

09:17:30   19    A.    I have not.

09:17:32   20    Q.    Do you know if anybody at -- as far as you know, had

09:17:35   21    anybody at Nova?

09:17:36   22    A.    No.

09:17:37   23              MR. WIESEN:  No further questions, Your Honor.

09:17:38   24              THE COURT:  Thank you.  Doctor, please be

09:17:40   25    careful stepping down.

| | | |
|---|---|---|
| 09:17:40 | 1 | THE WITNESS:  Thank you. |
| 09:17:41 | 2 | (Witness excused.) |
| 09:17:55 | 3 | MR. WIESEN:  Your Honor, our next witness is |
| 09:18:01 | 4 | going to be Dr. Knolle, who will be a videotaped deposition. |
| 09:18:06 | 5 | Dr. Knolle is the former Hoechst and Jerini |
| 09:18:12 | 6 | employee, one of the named inventors on the '333 and 7,803 |
| 09:18:16 | 7 | patents.  He was the head of the laboratory at Hoechst in |
| 09:18:19 | 8 | the eighties and nineties and then the head of R&D at |
| 09:18:24 | 9 | Jerini.  He was the one that who was going to come live and |
| 09:18:28 | 10 | has taken ill in Germany, so he can't be here. |
| 09:18:30 | 11 | The deposition is a little over an hour, maybe |
| 09:18:33 | 12 | and hour and ten minutes.  About 15 minutes from the |
| 09:18:36 | 13 | defendant, (check) because they were going to bring him |
| 09:18:37 | 14 | live, so they have more testimony from him. |
| 09:18:39 | 15 | THE COURT:  Okay. |
| 09:18:40 | 16 | MR. WIESEN:  We should have clip reports, I |
| 09:18:41 | 17 | think, that we can hand up. |
| 09:18:46 | 18 | THE COURT:  It is what it is. |
| 09:19:18 | 19 | (The videotaped deposition of Jochen Knolle was |
| | 20 | played as follows.) |
| 09:19:19 | 21 | "Question:  Could you please state and spell |
| 09:19:20 | 22 | your name for the record? |
| 09:19:21 | 23 | "Answer:  My last name is Knolle, K-n-o-l-l-e. |
| 09:19:26 | 24 | First name is Jochen, J-o-c-h-e-n. |
| 09:19:29 | 25 | "Question:  And what is your current address? |

09:19:34   1          "Answer:   Wetteraustrasse -- that is

09:19:40   2   W-e-t-t-e-r-a-u-s-t-r-a-s-s-e -- 25 Frankfurt Am Main,

09:19:45   3   Germany.

09:19:47   4          "Question:   And is there any reason why you

09:19:49   5   can't give full and accurate and truthful testimony today?

09:19:53   6          "Answer:   No, there's no reason.

09:19:55   7          "Question:   Can you tell me about your education

09:20:00   8   since you graduated from high school, or the equivalent of

09:20:03   9   high school?

09:20:04   10          "Answer:   So after gymnasium, I went to study

09:20:06   11   chemistry in Goettingen.   Then I did my Ph.D. in the organic

09:20:14   12   chemistry department of Muenster, and then I proceeded to

09:20:19   13   E.J. Corey's Lab, the Nobel Prize winner in chemistry, in

09:20:25   14   Harvard, and then I started -- in January 1978 I started my

09:20:30   15   work at Hoechst.

09:20:31   16          "Question:   And I apologize today I'm going to

09:20:39   17   ask you to clarify the things that you said many times.   I'm

09:20:44   18   hindered by the fact that I am American and I don't speak

09:20:46   19   very good English, so if you could just tell me again, you

09:20:51   20   got your chemistry degree at what university, and could you

09:20:54   21   spell it for me?

09:20:57   22          "Answer:   Goettingen is the diploma,

09:20:59   23   G-o-e-t-t-i-n-g-e-n and the Ph.D. in Muenster, Muenster is

09:21:06   24   written M-u-e-n-s-t-e-r.

09:21:11   25          "Question:   And then you went to Harvard to

| | | |
|---|---|---|
| 09:21:13 | 1 | study with E.J. Corey? |
| 09:21:19 | 2 | "Answer:  Yes, that's right. |
| 09:21:20 | 3 | "Question:  And your Ph.D. was in synthetic |
| 09:21:23 | 4 | organic chemistry? |
| 09:21:25 | 5 | "Answer:  Yes, synthetic organic chemistry. |
| 09:21:28 | 6 | "Question:  And what were you studying with Dr. |
| | 7 | Corey? |
| 09:21:34 | 8 | "Answer:  I worked on the arachidonic cascade |
| 09:21:42 | 9 | Thromboxane B2 synthesis and 12 HETE, the first oxidation |
| 09:21:46 | 10 | product of arachidonic acid.  12HETE.  That's an |
| 09:21:50 | 11 | abbreviation for the arachidonic acid. |
| 09:21:55 | 12 | "Question:  How long were you in Dr. Corey's |
| 09:22:04 | 13 | lab? |
| 09:22:08 | 14 | "Answer:  I don't know now, near two years -- |
| 09:22:09 | 15 | not complete two years. |
| 09:22:10 | 16 | "Question:  And you left Harvard and came back |
| 09:22:13 | 17 | to Germany to join Hoechst? |
| | 18 | "Answer:  Yes. |
| 09:22:21 | 19 | "Question:  I believe you said that you joined |
| 09:22:22 | 20 | Hoechst in 1978? |
| 09:22:24 | 21 | "Answer:  Yes, January 1, 1978. |
| 09:22:26 | 22 | "Question:  What was your first position at |
| 09:22:28 | 23 | Hoechst? |
| 09:22:32 | 24 | "Answer:  Head of a laboratory. |
| 09:22:33 | 25 | "Question:  Laboratory? |

09:22:35    1              "Answer:  Medicinal chemistry laboratory.

09:22:40    2              "Question:  Did you consider yourself a

09:22:42    3    medicinal chemist?

09:22:44    4              "Answer:  I considered myself at that time a

09:22:46    5    synthetic organic chemist focused on natural products.

09:22:50    6              "Question:  What was your title in January 1978?

09:22:57    7              "Answer:  I think head of laboratory.

09:23:01    8              "Question:  Head of laboratory?

09:23:04    9              "Answer:  Something like that, yes.

09:23:07   10              "Question:  Approximately 1982, you mentioned

09:23:09   11    that you started working on peptides and emergent

09:23:13   12    nucleotides, did I get that right?

09:23:16   13              "Answer:  There was a, due to the upcoming gene

09:23:19   14    technology, there was a drive to synthesize

09:23:26   15    oligonucleotides, the larger oligonucleotides and we

09:23:31   16    established a department around 20 people maybe for the

09:23:35   17    oligonucleotide group, and we had around 25, 30, 30 maybe

09:23:42   18    even more people in the peptide group.  And I was asked to

09:23:46   19    move there to help this group and to later on, when the

09:23:50   20    current director would retire, to take his job.

09:23:54   21              "Question:  Did you actually have to physically

09:23:59   22    move when you changed from ACE inhibitors?

09:24:04   23              "Answer:  I moved from storey 1 to storey 3,

09:24:14   24    same building.

09:24:14   25              "Question:  And were you working in both the

09:24:17  1   group doing synthetic oligonucleotide work and the peptide

09:24:23  2   work?

09:24:23  3           "Answer.  No, but they reported to me.  There's

09:24:25  4   a synthetic oligonucleotide group had reported to me.

09:24:30  5           "Question:  And the peptide group reported to

09:24:32  6   you as well?

          7           "Answer:  Yes.

09:24:34  8           "Question:  And what was your title during that

09:24:35  9   time, after 82?

09:24:38 10           "Answer:  I think it sounds very militaristic --

         11   hauptgruppenfuehrer.

09:24:48 12           "Question:  Nice.  What's that in English?

09:24:51 13           "Answer:  I would -- a modern translation would

09:24:53 14   be, I would say, a director of a department, but my contract

09:24:57 15   said hauptgruppenfuehrer --

09:25:02 16           "Question:  Director of peptide and

09:25:09 17   oligonucleotides?

         18           "Answer:  Yes.

09:25:12 19           "Question:  And how long did you have that

09:25:13 20   position?

09:25:14 21           "Answer:  Until I left.  I didn't want to move

09:25:16 22   out of research.

09:25:17 23           "Question:  So do I understand correctly that in

09:25:20 24   that 1982 time frame, you had approximately 50 people

09:25:28 25   reporting to you?

| 09:25:29 | 1 | "Answer:  With variations up and down, but |
| 09:25:33 | 2 | approximately in this area -- so that's technician, |
| 09:25:36 | 3 | engineers, and so on and Ph.D., and so on. |
| 09:25:47 | 4 | "Question:  When did you leave Hoechst? |
| 09:25:49 | 5 | "Answer:  I think I left somewhere in 1998. |
| 09:25:52 | 6 | I don't recall exactly if it was in spring or summer.  I |
| 09:25:55 | 7 | don't -- I have to look it up. |
| 09:25:57 | 8 | "Question:  So what did you do in 1998?  Did you |
| 09:26:03 | 9 | change jobs? |
| 09:26:05 | 10 | "Answer:  I changed jobs to the U.S. |
| 09:26:10 | 11 | "Question:  To where? |
| 09:26:11 | 12 | "Answer:  San Francisco. |
| 09:26:12 | 13 | "Question:  To go to work for Axys? |
|  | 14 | "Answer:  Yes. |
| 09:26:18 | 15 | "Question:  How long did you work there? |
| 09:26:20 | 16 | "Answer:  I think 2000 somewhere, 2000 March or |
| 09:26:23 | 17 | April or so on. |
| 09:26:24 | 18 | "Question:  So approximately two years? |
|  | 19 | "Answer:  Yes. |
| 09:26:32 | 20 | "Question:  What did you do at Axys? |
| 09:26:35 | 21 | "Answer:  I was responsible for the vice |
| 09:26:37 | 22 | president -- I don't know any more the real title, I forgot, |
| 09:26:40 | 23 | but basically, it was being responsible for the structural |
| 09:26:44 | 24 | biology and the med chem effort. |
| 09:26:49 | 25 | "Question:  And after Axys, where did you move |

| | | |
|---|---|---|
| 09:26:52 | 1 | to? |
| 09:26:53 | 2 | "Answer:  I went together with a friend, Jerini. |
| 09:26:59 | 3 | He was a friend of mine and we said that we want to move, or |
| 09:27:06 | 4 | establish a drug discovery development in Jerini, which was |
| 09:27:12 | 5 | at that time a pure peptide play for displaying peptides on |
| 09:27:16 | 6 | membranes, paper membranes. |
| 09:27:19 | 7 | "Question:  The name of the company you moved to |
| 09:27:28 | 8 | was Jerini? |
| | 9 | "Answer:  Yes. |
| 09:27:31 | 10 | "Question:  And it was an ongoing company when |
| 09:27:35 | 11 | you moved there? |
| 09:27:36 | 12 | "Answer:  Yes.  It was a small operation." |
| 09:27:40 | 13 | (Videotape paused.) |
| 09:27:42 | 14 | THE COURT:  Is there anything you can do about |
| 09:27:43 | 15 | the noise, the background noise? |
| 09:27:45 | 16 | MR. WIESEN:  Apparently, it's on the video, Your |
| 09:27:47 | 17 | Honor. |
| 09:27:47 | 18 | THE COURT:  That's right.  Okay.  Let's go. |
| 09:27:54 | 19 | MR. WIESEN:  I understand it gets better. |
| 09:27:57 | 20 | THE COURT:  I hope so.  It's distracting. |
| 09:27:59 | 21 | MR. WIESEN:  I agree, Your Honor.  I apologize. |
| 09:28:03 | 22 | THE COURT:  All right.  Go ahead. |
| 09:28:06 | 23 | (Videotape resumed.) |
| 09:28:06 | 24 | "Question:  Where was it headquartered? |
| 09:28:08 | 25 | "Answer:  In Berlin. |

09:28:09  1          "Question:  Did you move to Berlin?

2          "Answer:  Yes.

09:28:12  3          "Question:  Who was the friend that you moved

09:28:14  4    there with?

09:28:15  5          "Answer:  He is a CEO.  He was a founder of

09:28:18  6    Jerini, Jens Schneider-Mergener.

09:28:23  7          "Question:  How long were you at Jerini?

09:28:26  8          "Answer:  Until we sold it to Shire, to the end.

09:28:29  9    I believe eight years -- seven, eight years.

09:28:31  10         "Question:  So you joined Jerini in

09:28:34  11   approximately 2000?

09:28:42  12         "Answer:  I think officially I joined it in

09:28:44  13   November, I believe I got the first check from Jerini, or

09:28:50  14   they paid my relocation from San Francisco to Berlin.  I

09:28:55  15   don't know, I don't remember anymore.

09:28:56  16         "Question:  You said November -- November 2000?

09:29:01  17         "Answer:  November 2000, yes.

09:29:02  18         "Question:  When did you sell the company to

09:29:10  19   Shire?

09:29:12  20         "Answer:  We sold it 2 July 2008 and I left, as

09:29:16  21   the other board members, officially on I think end of

09:29:19  22   October when the deal was closed, or finalized.  The whole

09:29:24  23   managing board stepped down.  It was part of the deal.

09:29:33  24         "Question:  Did you have any consulting

09:29:37  25   agreement with Shire after you left?

09:29:40   1          "Answer:  No.

09:29:40   2          "Question:  What have you been doing since

09:29:44   3   October 2008 -- professionally?

09:29:48   4          "Answer:  I am consulting and I am a board

09:29:50   5   member of some boards and I invest into companies myself,

09:29:53   6   and I advise several venture capital groups, especially TVM

09:29:58   7   (Techno Venture Management) in Munich, who had 1.4 billion

09:30:06   8   in life science, and they have offices in Munich, Montreal

09:30:12   9   and Singapore and Dubai.

09:30:17   10         "Question:  What was your title at Jerini?

09:30:26   11         "Answer:  Head of research and CSO (Chief

09:30:31   12   Scientific Officer).

09:30:33   13         "Question:  What is your current title?

09:30:35   14         "Answer:  I'm self-employed, one man show.

09:30:44   15         "Question:  And did your work on renin

09:30:52   16   inhibitors involve the use of synthetic amino acids?

           17         "Answer:  Yes.

09:30:57   18         "Question:  And just so --

09:30:58   19         "Answer:  And one thing I can tell you is that

09:31:00   20   we started traditional this group was very heavily relying

09:31:04   21   on synthesis in solution for the peptides and that seemed so

09:31:10   22   outdated to me that I said that we need to change there and

09:31:13   23   go to solid phase synthesis, but since there were

09:31:19   24   traditionally used very harsh conditions to release the

09:31:25   25   peptides from the resin, we started a new investigation of

09:31:36    1    linker, how to attach the peptide and release it on less

09:31:41    2    harsh conditions with only a few percent of trifluoric

09:31:53    3    acetic acid and to remove, to take use of a base labile

09:32:00    4    protecting group and this was an effort which we also

09:32:02    5    finally when a new machine came from Applied Biosystem a

09:32:06    6    peptide synthesizer.  We were the ones actually rewriting

09:32:10    7    the whole machine and the cycles and reprogramming it,

09:32:18    8    adapting it to this new chemistry, and I implemented that

09:32:23    9    also in our research center in Japan when I worked in Japan,

09:32:28   10    the Hoechst research center.

09:32:30   11            "Question:  Just to make sure I understand that

09:32:34   12    when you arrived and you started your work in the peptide

09:32:40   13    group, they were using solution-based synthesis?

09:32:45   14            "Answer:  Yes.

09:32:48   15            "Question:  And you thought that the way to

09:32:50   16    go would be to follow the solid phase synthesis route,

09:32:54   17    right?

           18            "Answer:  Yes.

09:32:55   19            "Question:  And that had been revised in the

09:33:00   20    derived in the late 60s by Merrifield and his group, right?

09:33:00   21            "Answer:  Yes.

09:33:01   22            "Question:  And one of the things that you did

09:33:03   23    was that you looked at linkers that used less harsh

09:33:06   24    conditions that could release the molecule from the resin

09:33:10   25    more gently?

09:33:11   1        "Answer:  Yes.  More gentle, and sometimes we

09:33:13   2   could choose which protected groups would stay on the

09:33:18   3   protecting amino acids, could be manipulated later on, and

09:33:22   4   they were very selective.

09:33:24   5        "Question:  Fmoc is a linker molecule; is that

09:33:28   6   right?

09:33:29   7        "Answer:  No, that's a protecting group.

09:33:31   8        "Question:  Protecting group.  Okay.  What's the

09:33:33   9   purpose of that Fmoc protecting group?

09:33:36  10        "Answer:  That's, you know, that couplings have

09:33:38  11   always the same pathway.  It's activating of the amino acid

09:33:42  12   and adding it to the growing amino acid chain in the solid

09:33:47  13   phase, and then during that time you need one of the many

09:33:53  14   protecting groups which are available in peptide chemistry,

09:33:56  15   and then release it.

09:33:58  16        "Question:  Did you have any responsibilities

09:34:01  17   related to pharmacology?

09:34:05  18        "Answer:  No.  I interacted -- they were

09:34:09  19   colleagues.  We worked together because, of course, we

09:34:15  20   exchanged data.  We were eager to get results.

09:34:18  21        "Question:  Who was in charge of the

09:34:22  22   pharmacology group at that time?

09:34:24  23        "Answer:  Afterwards it was Scholkens, but the

09:34:30  24   name before it escapes me.

09:34:35  25        "Question:  At some point it became Dr.

09:34:40   1    Scholkens?

           2                    "Answer:   Yes.

09:34:41   3                    "Question:   Okay.   Thank you.   D-Tic, is that a

09:34:44   4    proline analog?

09:34:47   5                    "Answer:   D-Tic is, you can say -- you, in some

09:34:51   6    way, or you can also say it's a phenylalanine analog,

09:34:59   7    whatever.   It's...

09:35:03   8                    "Question:   It just varies from phenylalanine by

09:35:06   9    one carbon, right?

09:35:08   10                   "Answer:   It varies by one carbon and it's

09:35:11   11   cyclized, yes.

09:35:13   12                   "Question:   When did you first begin to work on

09:35:16   13   any bradykinin-related product?

09:35:21   14                   "Answer:   I don't recall it anymore.

09:35:22   15                   "Question:   Approximately?

09:35:24   16                   "Answer:   Maybe we -- around 87/88 we may have

09:35:28   17   discussed that.

09:35:29   18                   "Question:   And what was your first task related

09:35:45   19   to a bradykinin project?

09:35:50   20                   "Answer:   I assigned the capacities within the

09:35:57   21   group and how we would go on this project.   I assigned

09:36:03   22   Stephan Henke as the project leader.

09:36:07   23                   "Question:   Did you make any other assignments?

09:36:10   24                   "Answer:   No.   That was not the way.   Stephan

09:36:15   25   Henke was the project leader and that's it.

| | |
|---|---|
| 09:36:18 | 1 |
| 09:36:21 | 2 |
| 09:36:26 | 3 |
| 09:36:29 | 4 |
| 09:36:35 | 5 |
| 09:36:40 | 6 |
| 09:36:53 | 7 |
| 09:36:55 | 8 |
| 09:36:58 | 9 |
| 09:37:02 | 10 |
| 09:37:02 | 11 |
| 09:37:10 | 12 |
| 09:37:13 | 13 |
| 09:37:19 | 14 |
| 09:37:22 | 15 |
| 09:37:32 | 16 |
| 09:37:36 | 17 |
| 09:37:39 | 18 |
| | 19 |
| 09:37:43 | 20 |
| 09:37:45 | 21 |
| 09:37:52 | 22 |
| 09:37:57 | 23 |
| 09:38:00 | 24 |
| 09:38:05 | 25 |

"Question:  And what was the project that you started in 1987/1988 time frame?

"Answer:  We tried to come up with a bradykinin antagonist which would be -- would have sufficient properties to investigate the contribution of bradykinin in different pathophysiologies.

"Question:  When you first started working on the bradykinin antagonist project, were you intending to develop a bradykinin antagonist as a pharmaceutical product?

"Answer:  No.

"Question:  When did it become part of the effort of the bradykinin program to develop a bradykinin antagonist as a pharmaceutical product?

"Answer:  When we had identified what was later on become icatibant Firazyr as a potential compound, which would have sufficient drug-like properties.

"Question:  You mentioned that you assigned Stephan Henke as the project leader?

"Answer:  Yes.

"Question:  What was your role in the bradykinin antagonist project when it began in 1987/1988?

"Answer:  What we did, we designed, we chopped up the molecule into different areas, so different laboratories got assigned different areas.  I took what was the leftover, the C-terminal part, because no one expected

| | |
|---|---|
| 09:38:10 | 1 |
| 09:38:15 | 2 |
| 09:38:16 | 3 |
| 09:38:25 | 4 |
| 09:38:27 | 5 |
| 09:38:35 | 6 |
| 09:38:39 | 7 |
| 09:38:39 | 8 |
| 09:38:46 | 9 |
| 09:38:50 | 10 |
| 09:38:58 | 11 |
| 09:39:02 | 12 |
| 09:39:03 | 13 |
| 09:39:09 | 14 |
| 09:39:15 | 15 |
| 09:39:19 | 16 |
| 09:39:21 | 17 |
| 09:39:24 | 18 |
| 09:39:26 | 19 |
| 09:39:28 | 20 |
| 09:39:30 | 21 |
| 09:39:35 | 22 |
| 09:39:38 | 23 |
| 09:39:41 | 24 |
| 09:39:48 | 25 |

there to have potency or any beneficial effects, so I said I would do that.

"Question:  When you say you took the C-terminal part, what do you mean by that?

"Answer:  I mean to do medicinal chemistry work SAR to see how this part of the molecule would interact with the target.

"Question:  When you began working on bradykinin antagonists, were you aware of any literature or presentations that were available explaining what was known about bradykinin antagonists?

"Answer:  There was a whole area of literature at that time about different peptidic antagonists and agonists and so on and B1 and B2 antagonists and mixtures of those, mainly from academic labs.

"Question:  Did you review that literature when you began working on the project?

"Answer:  Yes.  I didn't do it personally, but the project leader had to do that.

"Question:  Did the project leader make a presentation to you about what was in the literature?

"Answer:  I don't recall any more, but most likely, we looked at the data, say, because there were discussions if it what was active for B1 receptor, what was active for B2 receptor.

| | |
|---|---|
| 09:39:49 | 1 |

"Question:  You mentioned some academic

institutions that had published on bradykinin and bradykinin

antagonists?

"Answer:  Yes.

"Question:  Do you recall what institutions had

published in that regard?

"Answer:  I don't know any more, really, because

they were -- as I said, there were this South American, Sao

Paolo group.  There was a very active group in Sherbrooke in

Canada.  Regoli, I believe his name was Regoli.  There were

some works done in Europe, in Sweden.  I don't know any more

the academic liaison of that.  So there were many.  Stewart,

of course, and others.

"Question:  In 1987 or 1988, when the BK

antagonist program began at Hoechst, were you aware of the

work by Dr. Regoli in Canada on BK antagonists?

"Answer:  Sure.

"Question:  Were you aware of the work by Dr.

Stewart and his colleagues in Colorado?

"Answer:  Yes, I was aware.

"Question:  You said that you assigned Dr. Henke

to be the project leader; correct?

"Answer:  Yes.

"Question:  In addition to yourself and Dr.

Henke, how many other people were working on developing BK

09:41:26    1    antagonists?

09:41:27    2            "Answer:  I think -- I don't recall it

09:41:29    3    completely.  Breiphol for sure was involved, Briephol, and

09:41:41    4    then I'm sure another chemist, maybe Dr. Koenig.

09:41:45    5            "Question:  So maybe four people?

09:41:57    6            "Answer:  Four laboratory heads, which always

09:42:05    7    translated into several more heads.

09:42:08    8            "Question:  I see, including technicians, it

09:42:16    9    would have been a bigger group?

           10            "Answer:  Yes.

09:42:18   11            "Question:  Did you and your group, this BK

09:42:20   12    antagonist group, did you get together on a regular basis to

09:42:24   13    discuss the research?

09:42:26   14            "Answer:  Yes, we would discuss the research in

09:42:27   15    regular meetings.

09:42:28   16            "Question:  How did you communicate with one

09:42:30   17    another about what was going on in the project?

09:42:33   18            "Answer:  The process was we would submit

09:42:35   19    compounds and register them into the Hoechst library and

09:42:41   20    then we would get back depending on the capacity in the

09:42:44   21    pharmacology some results.  And then we would look at these

09:42:49   22    results if there was anything going on, indicative of what

09:42:56   23    we wanted.

09:42:58   24            "Question:  Have you ever heard of the guinea

09:43:11   25    pig pulmonary artery test?

09:43:17   1                    "Answer:  Sure.

09:43:17   2                    "Question:  Was that being done, do you recall?

09:43:20   3                    "Answer:  I think so, yes.

09:43:21   4                    "Question:  Who at Hoechst was doing that test?

09:43:23   5                    "Answer:  A technician -- first a technician in

09:43:26   6     Dr. Scholkens' lab, and then later on Klaus Wirth, I

09:43:34   7     believe, I believe.  But he was the pharmacologist assigned.

09:43:38   8                    "Question:  Did you have any input into what

09:43:40   9     pharmacological tests were being selected to test the

09:43:43   10    molecules you were making?

09:43:45   11                   "Answer:  We had discussions with the

09:43:50   12    pharmacologist and we would discuss what one could do to

09:43:54   13    profile the compounds once they had reached a certain

09:43:56   14    interest.  If it would be done more, then the normal aorta

09:44:04   15    strip test.

09:44:30   16                   "Question:  Do you recall what if anything was

09:44:35   17    known about what changes had to be made to the sequence of

09:44:41   18    bradykinin in order to make a bradykinin antagonist when you

09:44:47   19    started the project?

09:44:49   20                   "Answer:  No, we started de novo, which can be

09:44:53   21    also seen at the compounds registered, we explored the whole

09:44:58   22    molecule for one lab explored the N-terminus, the middle,

09:45:04   23    which was the hottest topic at that time, our expectations,

09:45:08   24    and the C-terminus part.

09:45:11   25                   "Question:  When you say the C-terminus part,

Depo readings.

09:45:13  1  how many amino acids are you talking about?

09:45:16  2         "Answer:  Around 4, I guess, if I recall right.

09:45:18  3         "Question:  Was there an understanding that if

09:45:30  4  you substituted D-Phe at the 7 position that you would

09:45:36  5  achieve antagonism?

09:45:38  6         "Answer:  There was the Stewart antagonist and

09:45:42  7  there were Regoli compounds around with D analogs, there

09:45:50  8  were Swedish patents with D analogs, so there were some, but

09:45:54  9  none of them were really potent.

09:45:56  10        "Question:  What problems did you see that

09:46:00  11  needed to be addressed in terms of developing a bradykinin

09:46:06  12  antagonist when you began?

09:46:10  13        "Answer:  At that time our understanding was

09:46:12  14  rudimentary, so we had to look if we would really hit the B2

09:46:18  15  receptor and not the B1 receptor.  That was number one,

09:46:23  16  because there were reports all over that you hit both.

09:46:27  17  Second, that you don't have strong agonism remaining in your

09:46:35  18  molecule.  Last, not least, achieving a potency which would

09:46:40  19  make it useful as a tool or a therapeutic indication.

09:46:45  20        "Question:  And when you began the project in

09:46:48  21  1987, what was known about how to create a molecule that

09:46:58  22  would have B2 receptor effect and not B1 receptor effect?

09:47:04  23        "Answer:  I don't recall it anymore, but it was

09:47:07  24  totally unclear and it was still maintained unclear up to

09:47:12  25  the years 2000 and later even.

Depo readings.

09:47:15    1          "Question:  And what was known about how to

09:47:18    2   achieve a molecule that would avoid having a continued

09:47:24    3   strong agonistic effect?

09:47:30    4          "Answer:  At that time we couldn't screen, we

09:47:33    5   couldn't predict in any way agonism.  That would have to be

09:47:41    6   worked out in different pharmacological assays.

09:47:50    7          "Question:  You mentioned another goal was to

09:47:53    8   achieve increased potency.  Correct?

09:47:59    9          "Answer:  Correct, yes.

09:48:00   10          "Question:  And what do you mean when you say

09:48:04   11   potency, what do you have in mind?

09:48:07   12          "Answer:  You have in mind that you can compete

09:48:13   13   with the endogenous substrate, bradykinin in this case, and

09:48:23   14   therefore you have to know first also how much bradykinin is

09:48:29   15   circulating, and second that your compound can really

09:48:33   16   compete there to displace the circulating natural substrate.

09:48:42   17          "Question:  In order to complete with the

09:48:45   18   natural substrate, the antagonist has to bind to the

09:48:52   19   receptor with some avidity; correct?

09:48:57   20          "Answer:  Yes, to the GPCR.  So normally

09:49:01   21   teaching in med chem as you should be, around ten nanomolar,

09:49:05   22   between 10 to 15 nanomolar may work, but better below ten

09:49:13   23   nanomolars.

09:49:14   24          "Question:  If you could turn to Page 438 of

09:49:17   25   that document, there's.

Depo readings.

1              "Answer:  38, yes.

09:49:25    2              "Question:  There is a list of potential

09:49:29    3    applications of a bradykinin antagonist listed one through

09:49:33    4    six, correct?

09:49:36    5              "Answer:  Yes.

09:49:36    6              "Question:  No. 3 includes edemae, right?

09:49:46    7              "Answer:  Yes.

09:49:47    8              "Question:  Do you know what that means?  What's

09:49:51    9    included in the word edemae on that page, do you know?

09:49:56   10              "Answer:  I recall that scientifically it was

09:50:00   11    discussed that the endothelial layer leaking, that's all I

09:50:09   12    recall and then extravasation of fluid.

09:50:14   13              "Question:  You wouldn't have known about

09:50:18   14    hereditary angio edema?

15              "Answer:  Not at this time.

09:50:21   16              "Question:  Why not?

09:50:21   17              "Answer:  Because it was not early on linked to

09:50:32   18    that.  I don't recall in detail but I think we looked at

09:50:41   19    hereditary angio edema, when we had HOE140 in our hands.

09:50:44   20    Much later.

09:50:44   21              "Question:  But at least at this point in

09:50:46   22    time --

09:50:48   23              "Answer:  It's a typical inflammatory indication

09:50:52   24    that you have edema, inflammatory reaction, that you have

09:50:55   25    edema.

Depo readings.

| | |
|---|---|
| 09:50:57 | 1 |

"Question:  I'm am going to ask the court
reporter to mark as the next exhibit Knolle 3 a document
with production numbers SHRSAN 00395334 through 3956385, the
cover of the document, again, appears to be the spine of a
binder.  The binder is entitled HOE140.  Dr. Knolle, I know
that's another big document I am handing you there.  I guess
the first question is, do you recognize the binder that's
copied on the cover?

"Answer:  No.

"Question:  What does the German language
underneath HOE140 say?

"Answer:  Protocols of the routine meeting
HOE140 2.0.  It looks like development.

"Question:  Protocols of the routine meeting
HOE140 2.0?

"Answer:  I don't know what 2.0 has to do here.
Industry for zero...

"Question:  Do you understand what protocols of
the routine meeting means?

"Answer:  Yes, I understand that these are the
protocols which were generated during the development of a
compound and you were invited or not invited, depending on
the subject of this; if it needs chemistry or support of
chemistry, or something like that pilot plant, then you were
invited.

Depo readings.

| | |
|---|---|
| 09:52:47 | 1 |
| 09:52:50 | 2 |
| 09:52:52 | 3 |
| 09:53:03 | 4 |
| 09:53:10 | 5 |
| 09:53:12 | 6 |
| 09:53:12 | 7 |
| 09:53:20 | 8 |
| 09:53:22 | 9 |
| 09:53:29 | 10 |

1      "Question:  Okay.  You can feel free to look at

2   any part of that document that you want to but I would like

3   to direct you to the page that ends with 395678.  Very close

4   to the back of the document, I think.  Do you have that?

5          "Answer:  680?

6          "Mr. Haug:  678.

7          "Question:  678.  This is a document that is

8   dated the first of December 1988; correct?

9          "Answer:  It's dated, yes, okay, but the meeting

10   took place 24th of November.

11          "Question:  In the middle there, Part 3, it says

12   the third meeting of the project team bradykinin antagonists

13   on November 24th, 1988; right?

14          "Answer:  Yes.

15          "Question:  And then in the upper left-hand

16   corner it says 'Dr. S. Henke Pharma Synthese'?

17          "Answer:  That's the medicinal chemistry.

18   Q.    That's the medicinal chemistry, what, department?

19          "Answer:  Yes.

20          "Question:  Somebody has dated it December 6,

21   1988 in the upper right-hand corner by hand, right?

22          "Answer:  That's most likely when it was filed,

23   I guess.

24          "Question:  It says that the participants here

25   there were several of them including yourself.  Right?

Depo readings.

09:54:35  1          "Answer:  Yes.

09:54:35  2          "Question:  And from chemistry it was yourself,

09:54:40  3    Dr. Henke and Dr. Breipohl, right?

09:54:43  4          "Answer:  Yes.

09:54:45  5          "Question:  I'm going to mark as Knolle Exhibit

09:54:50  6    4 a multi-page document with production numbers

09:54:58  7    SHRSAN00382912 through 383302.  The cover of this document

09:55:13  8    has a number on it, '24391.'

09:55:17  9          "Dr. Knolle, would you just take a moment and

09:55:20  10   look through that document and tell me if you recognize what

09:55:23  11   that is?

09:55:23  12          "Answer:  This looks like all laboratory

09:55:26  13   notebooks.

09:55:26  14          "Question:  Can you tell whose laboratory

09:55:29  15   notebook this is?

09:55:30  16          "Answer:  No.  Could be someone from the

09:55:32  17   technicians, I would guess.  For sure it's not my

09:55:42  18   handwriting.  It's some of the technicians most likely.

09:55:46  19          "Question:  Okay.  If you look at Page 913,

09:55:48  20   which is the back of the cover -- one more back.

          21          "Answer:  It says Henke, Stephan.

09:56:00  22          "Question:  If you look at that page, it has Dr.

09:56:04  23   Henke's name at the top, correct?

09:56:05  24          "Answer:  Yes.

09:56:06  25          "Question:  And then if you look at the next

Depo readings.

09:56:09  1    page -- I'm sorry, two pages over, 915?

09:56:17  2                    "Answer:  915 -- I have 914 and 916.

09:56:20  3                    "Question:  I think you have got this one

09:56:22  4    flipped over, where it says 'Redacted.'  Flip that one over.

09:56:25  5    That's 915?

09:56:27  6                    "Answer:  Okay.  Yes.

09:56:27  7                    "Question:  Does it indicate there whose

09:56:30  8    laboratory notebook this is.

09:56:32  9                    "Answer:  Yes, Stephan.

09:56:34  10                   "Question:  You mean Dr. Henke?

09:56:36  11                   "Answer:  Yes.

09:56:36  12                   "Question:  So this notebook, Dr. Henke's

09:56:40  13   notebook of someone you were supervising, right?

09:56:43  14                   "Answer:  I supervised Henke.  It was Henke's

09:56:45  15   responsibility to make his lab work, perform.

09:56:49  16                   "Question:  If you turn to Page 382961?

09:56:56  17                   "Answer:  383?

09:56:57  18                   "Question:  382961, it's actually page 35 of the

09:57:03  19   laboratory notebook.

09:57:06  20                   "Answer:  Okay.

09:57:06  21                   "Question:  Then there is a structure there that

09:57:11  22   is Arg-Arg-Hyp-Pro-Gly-Thi-Ser-D-Tic Thi Arg hydroxy; right?

09:57:27  23                   "Answer:  Yes.

09:57:27  24                   "Question:  I'm sorry.  Again, that was D-Arg at

09:57:31  25   the beginning.  I left that off.

Depo readings.

| | |
|---|---|
| | 1 |
| 09:57:37 | 2 |
| 09:57:40 | 3 |

                              "Answer:  Yeah.

                              "Question:  And here instead of D-Phe at the 7

          position this has D-Tic, right?

                              "Answer:  Yes.

                              "Question:  It was your portion of the molecule

          that included the D-Tic for D-Phe substitution.  Right?

                              "Answer:  Yes.

                              "Question:  And can you tell me why you made

          that substitution?

                              "Answer:  Yes, I can tell you.  As you know,

          there are many, many analogs of unnatural amino acids with

          different properties as, for example, provided by Stewart in

          his talk on the N-termini most likely and this didn't seem

          to me very useful so I wanted to -- didn't go to substituted

          aromatic rings or introducing halogens or other things which

          I thought, if you want to do something there, you have to do

          something more drastically.  You have to think about

          conformational restriction to generate a compound which has

          a preferred conformation to interact with the target.

                              "Question:  The conformational restriction was

          provided by the D-Tic, correct?

                              "Answer:  Yes, it was a start of the

          conformational restriction because you saw the other papers

          you gave me, it was just a slight increase in potency.  So

          obviously this D-Tic analog was not sufficient to provide

Depo readings.

09:59:20    1    conformational restriction, as shown in the other things you

09:59:25    2    showed me.

09:59:25    3            "Question:  So the change from bradykinin to

09:59:33    4    D-Phe 7 bradykinin in your opinion wasn't a large enough

09:59:37    5    improvement in efficacy, right?

09:59:41    6            "Answer:  No, ten to the minus 6 is not high

09:59:47    7    potency, in pharmaceutical compounds, I wouldn't have

09:59:49    8    licensed that.

09:59:50    9            "Question:  So you wanted to change at the 7

09:59:53   10    position -- you wanted to provide an additional change at

09:59:56   11    the 7 position to make some structural rigidity there,

10:00:00   12    correct?

10:00:01   13            "Answer:  I wanted to provide there a new thing

10:00:05   14    the others didn't think about, and this is structural

10:00:09   15    restriction, as you do normally because you gain entropy

10:00:16   16    terms of binding.  This is a common game in medicinal

10:00:21   17    chemistry that you try to find how to tweak the molecules in

10:00:24   18    such a way that you can get into the interaction with an

10:00:32   19    already preferred conformation to garner this entropic

           20    factor.

10:00:35   21            "Question:  In your answer you referred to 'this

10:00:37   22    analog here.'  Are you talking about this compound that's

10:00:41   23    shown on Page 961?

10:00:48   24            "Answer:  Yes, yes.  So I don't know, you have

10:00:51   25    to look it up, but it says it's S 88 1619 is the

Depo readings.

10:00:57  1    registration number, because I took over at the C-terminus

10:01:02  2    because everyone expected exchanges in other region to be

10:01:08  3    beneficial.

10:01:08  4            "Question:  Could you turn to the Page 980, ends

10:01:13  5    with 980?

10:01:16  6            "Answer:  382?

10:01:18  7            "Question:  382980, yes.  Do you have that?

10:01:22  8            "Answer:  Yes.

10:01:22  9            "Question:  I just want to know what that

10:01:26  10   peptide structure is, to the extent you know?

10:01:32  11           "Answer:  I don't recall that.  I don't know

          12   that anymore.

10:01:43  13            "Question:  Okay.

10:01:44  14           "Answer:  And it doesn't say the operator, but

10:01:51  15   must have been interesting too because it's 200 mg, but for

10:01:57  16   what project I don't recall, or if he used it also in the

10:02:05  17   bradykinin.  I don't know.  I don't know.

10:02:05  18           "Question:  Could you turn to Page 383063?

10:02:11  19           "Answer:  383?

10:02:13  20           "Question:  063.

10:02:17  21           "Answer:  Yes.

10:02:17  22           "Question:  And on this page there's an entry --

10:02:25  23   strike that.

10:02:26  24           "Can you tell me what date that is on 063?

10:02:33  25           "Answer:  Let's see if I can see this.  Not

Depo readings.

10:02:38   1   really, its again seems to be Burow as an operator and I

10:02:44   2   can't read his handwriting.  Somewhere in September. '88.

10:02:49   3            "Question:  Okay, September '88.  And in this

10:02:52   4   September '88 work, there is a structure provided on '063,

10:03:01   5   correct?

10:03:03   6            "Answer:  On 063, yes.

10:03:05   7            "Question:  And in this instance in September

10:03:10   8   '88, it's D-Tic at the 7 position, pro at the 8 position,

10:03:19   9   right?

10:03:19  10            "Answer:  Yes.

10:03:19  11            "Question:  So at this point, you're still using

10:03:24  12   a natural amino acid at the 8 position, right?

10:03:29  13            "Answer:  The proline, yes.  But what is here

10:03:34  14   interesting is that we used instead of the arginine here a

10:03:41  15   phenylalanine and I think that was the driving force for

10:03:47  16   this derivative.

10:03:47  17            "Question:  Right.  Sorry, in that regard, if

10:03:52  18   you would just turn back a few more pages, which I think is

10:03:56  19   still in September of '88, to 383058?

10:04:02  20            "Answer:  58, yes.

10:04:03  21            "Question:  Do you see there's a structure at

10:04:10  22   the top of that page?

10:04:13  23            "Answer:  Yes.  And there we have D-Tic Arg

          24   C-Terminal, yes.

10:04:17  25            "Question:  So there you have maintained the Arg

Depo readings.

| | | |
|---|---|---|
| 10:04:20 | 1 | in the 9 position, right? |
| 10:04:21 | 2 | "Answer:  Yes. |
| 10:04:23 | 3 | "Question:  But then, in October of '88, if you |
| 10:04:28 | 4 | turn to Page 383074, there is a structure provided on Page |
| 10:04:36 | 5 | 68 of the laboratory notebook there, on October 25th, 1988, |
| 10:04:40 | 6 | right? |
| | 7 | "Answer:  Mm-hmm. |
| | 8 | "Question:  And here you have changed the pro at |
| | 9 | the 8 position AOC, Right |
| | 10 | "Question:  To the synthetic amino acid; |
| | 11 | correct? |
| | 12 | "Answer:  But the interesting thing here is the |
| 10:04:42 | 13 | compound was not active. |
| 10:04:42 | 14 | The interesting thing is the beta alanine there, |
| 10:05:17 | 15 | R, because this was never a potent compound I believe. |
| 10:05:22 | 16 | "Question:  Sorry the beta alanine? |
| 10:05:25 | 17 | "Answer:  Yes.  It says T-serine beta-alanine I |
| 10:05:29 | 18 | read it, or beta Phe, D-Tic AOC Arg. |
| 10:05:33 | 19 | "Question:  I'm sorry.  Just so we're on the |
| 10:05:37 | 20 | same page.  We're talking about the 6 position now, right? |
| 10:05:40 | 21 | "Answer:  Yes. |
| 10:05:41 | 22 | "Question:  What do you read that to say at the |
| 10:05:43 | 23 | 6 position? |
| 10:05:44 | 24 | "Answer:  I think it's either beta Phe or beta |
| 10:05:50 | 25 | ala -- it's beta alanine. |

Depo readings.

| | | |
|---|---|---|
| 10:05:50 | 1 | "Question:  What is beta alanine? |
| 10:05:53 | 2 | "Answer:  There you shift the amino group one |
| 10:05:56 | 3 | position further, it's breaking up the potential |
| 10:06:05 | 4 | conformation because it's much more flexible and I guess |
| 10:06:11 | 5 | this alone did not provide enough, so I think this |
| 10:06:18 | 6 | derivative, despite having D-Tic AOC Arg, was never potent. |
| 10:06:25 | 7 | So this is not sufficient.  It just shows the ensemble of |
| 10:06:29 | 8 | the conformation which will provide you with the potency. |
| 10:06:33 | 9 | That's why the beta ala here was most likely introduced. |
| 10:06:40 | 10 | "Question:  If you turn to Page 383081? |
| 10:06:46 | 11 | "Answer:  3830 -- |
| 10:06:48 | 12 | "Question:  81, you see in that very same time |
| 10:06:55 | 13 | frame, I think it's 10/28/88 but it's hard to work out the |
| 10:07:03 | 14 | dates because of the way these are copied? |
| 10:07:05 | 15 | "Answer:  Yes. |
| 10:07:06 | 16 | "Question:  You see there that you created a |
| 10:07:08 | 17 | structure that doesn't have the beta-alanine at the 6 |
| 10:07:13 | 18 | position.  Correct? |
| 10:07:15 | 19 | "Answer:  Correct. |
| 10:07:15 | 20 | "Question:  It has glyc? |
| 10:07:18 | 21 | "Answer:  Glycine, yes. |
| 10:07:18 | 22 | "Question:  And then the D-Tic and then the AOC. |
| 10:07:22 | 23 | Right? |
| 10:07:23 | 24 | "Answer:  Yes. |
| 10:07:24 | 25 | "Question:  Dr. Knolle, earlier you indicated |

Depo readings.

| | |
|---|---|
| 10:07:26 | 1 | that when the peptide side process or the peptide effort to |
| 10:07:34 | 2 | make a BK antagonist started, that you were using solution |
| 10:07:39 | 3 | phase synthesis.  Is that right? |
| 10:07:41 | 4 | "Answer:  Partially for larger quantities, yes, |
| 10:07:46 | 5 | and for smaller quantities we used solid phase synthesis, |
| 10:07:51 | 6 | yes. |
| 10:07:51 | 7 | "Question:  Solid phase synthesis was known in |
| 10:07:57 | 8 | 1988 when you started the project, right? |
| 10:08:01 | 9 | "Answer:  Sure, yes. |
| 10:08:02 | 10 | "Question:  And were there machines available |
| 10:08:05 | 11 | for doing peptide synthesis in 1988? |
| 10:08:09 | 12 | "Answer:  Yes.  As I said, we adopted the |
| 10:08:12 | 13 | Applied Biosystems to our chemistry. |
| 10:08:16 | 14 | "Question:  Did you ever go out to Applied |
| 10:08:19 | 15 | Biosystems and learn how to use their machine? |
| 10:08:21 | 16 | "Answer:  No, they would come to us, an engineer |
| 10:08:25 | 17 | from San Francisco and chemist.  But they were interested to |
| 10:08:29 | 18 | take our protocols on their machine because it was a total |
| 10:08:36 | 19 | different chemistry and allowed more sensitive things. |
| 10:08:40 | 20 | "Question:  When you do solid phase synthesis of |
| 10:08:43 | 21 | a peptide like a bradykinin antagonist you start with an |
| 10:08:47 | 22 | amino acid that's attached to a resin by the carboxy group, |
| 10:08:57 | 23 | right? |
| 10:08:57 | 24 | "Answer:  Yes, to a linker first and then to the |
| 10:09:00 | 25 | resin. |

Depo readings.

10:09:03    1              "First the carboxylic acid of the first amino

10:09:07    2    acid is linked to what is called linker, which is a

10:09:11    3    permanent link, then linked to the polymer which is used

10:09:18    4              "Question:  Just so it's clear, the polymer that

10:09:21    5    you are referring to is the solid phase resin.  Right?

10:09:26    6              "Answer:  Resin, yes.

10:09:27    7              "Question:  And then there's a linker that's

10:09:31    8    permanently linked to that resin, right?

10:09:33    9              "Answer:  Yes.

10:09:33   10              "Question:  And then the carboxylic acid end of

10:09:37   11    the amino acid is linked to that linker, right?

10:09:40   12              "Answer:  Yes.

10:09:40   13              "Question:  And the other end of the amino acid

10:09:43   14    that is linked now to the resin has an amino group on it.

10:09:47   15    Right?

10:09:48   16              "Answer:  One of them as a protected amino group

10:09:52   17    on it.

10:09:53   18              "Question:  It may also have some group on the

10:09:55   19    side chain that needs protection, right?

10:09:58   20              "Answer:  Yes.

10:09:58   21              "Question:  But it has at least an amino group

10:10:01   22    that needs to be protected?

10:10:02   23              "Answer:  Yes.

10:10:02   24              "Question:  And there were protecting groups

10:10:05   25    that were known in the art for protecting that amino group,

Depo readings.

10:10:13   1    right?

10:10:14   2                "Answer:  Sure, there are many, many, many out

10:10:18   3    there.

10:10:19   4                "Question:  And there are protecting groups that

10:10:21   5    were known for protecting the side chains as well, right?

10:10:24   6                "Answer:  Many, yes.

10:10:25   7                "Question:  Now, the amino acids were added by

10:10:36   8    reacting the carboxylic acid end of the next amino acid to

10:10:40   9    the amino group of the attached amino acid, right?

10:10:44   10               "Answer:  Yes.

10:10:45   11               "Question:  In order to do that you have to

10:10:47   12   remove the protecting group on the attached amino acid,

10:10:51   13   right?

10:10:53   14               "Answer:  Um-hmm.

10:10:53   15               "Question:  And what reagent do you use to

10:10:56   16   remove that protecting group on the attached amino acid in

10:11:00   17   order to join, or link the next amino acid?

10:11:03   18               "Answer:  We used in most case some bases,

10:11:07   19   different type of bases.  In most of the cases, sometimes

10:11:11   20   not, also some acid labile, depending on the problem of the

10:11:18   21   peptide sequence.

10:11:23   22               "Question:  The protecting group that you used

10:11:25   23   to protect the amino acid -- the amino end of the amino

10:11:33   24   acid -- was Fmoc, right?

10:11:35   25               "Answer:  In the majority of cases, yes.

Depo readings.

10:11:37   1        "Question:  And Fmoc is base labile, meaning you

10:11:40   2   can remove it with a base, right?

10:11:42   3        "Answer:  Yes.

10:11:43   4        "Question:  And the base that you used most

10:11:44   5   commonly was piperidine, right?

10:11:47   6        "Answer:  Yes.

10:11:47   7        "Question:  And you do removing the protecting

10:11:52   8   group on the amino acid, bonding the next carboxylic acid of

10:11:56   9   the sequential amino acid, you do it in sequential fashion

10:11:59  10   until you have the amino acid sequence that you are seeking,

10:12:04  11   right?

10:12:04  12        "Answer:  Yes, hopefully.

10:12:06  13        "Question:  And then if you are using Fmoc, for

10:12:12  14   example, to protect the amino acids as they are added, then

10:12:16  15   you have your amino acid sequence with the resin attached at

10:12:20  16   one end and the Fmoc at the other end, right?

10:12:24  17        "Answer:  At the end of the synthesis you remove

10:12:27  18   the N-terminal amino protecting group as well and then you

10:12:34  19   cleave it and then you release it.  That's how it's done.

10:12:37  20        "Question:  And in that answer when you say 'At

10:12:41  21   the end of the synthesis you remove the N-terminal amino

10:12:47  22   protecting group,' you meant you remove the Fmoc, right?

10:12:53  23        "Answer:  Always, yes.

10:12:53  24        "Question:  And all of that was known in 1988?

10:12:57  25        "Answer:  The solid phase synthesis and the use

Depo readings.

| | |
|---|---|
| 10:13:01 | 1 |

1    of different protecting groups was known in the -- however,

2    each laboratory developed preferred procedures, procedures,

3    minor changes or major changes.

4            "Question:  But the general scheme that you and

5    I just discussed, that was known in 1988?

6            "Answer:  Yes, yes, yes.

7            "Question:  I'm going to ask the court reporter

8    to mark as the next exhibit Knolle 5, the '333 patent, which

9    is the patent in suit in this case.  This particular copy

10   has production numbers SHRSAN0043622 through 433650.

11           "Dr. Knolle, can you just take a minute or two

12   and flip through Knolle 5 and tell me if you have seen this

13   before?

14           "Answer:  I assume that I have seen that before

15   from my old ages.  Sure, it was from my department, yes.

16            "Question:  Do you recognize this to be the

17   '333 patent?

18           "Answer:  I recognize this to be the patent

19   where we, I believe, enclosed 140, its development candidate

20   is described in here.  I don't know but I think.

21           "Question:  You believe that this is the patent

22   that describes the development of HOE140.  Is that what you

23   said?

24           "Answer:  Yes, I think so.  It should be part of

25   this application, but I'm not sure, because so many patents,

Depo readings.

| | |
|---|---|
| 10:14:50 | 1 |

so long ago.

10:14:52  2          "Question:  If you look at what I am going to

10:14:54  3  call the first page, even though it's not actually the first

10:14:57  4  page of that exhibit, if you flip that over, on the back of

10:15:00  5  the first page, that is the cover of the patent.  Do you see

10:15:05  6  in the upper right-hand corner the No. 5,648,333?

10:15:10  7          "Answer:  '333, yes.

10:15:11  8          "Question:  And do you see your name listed

10:15:13  9  amongst the inventors?

10:15:18  10         "Answer:  I assume.  Yes.  There it is, yes.

10:15:20  11         "Question:  I have sort of a limited number of

10:15:26  12  things that I would like to ask you about in here.

10:15:32  13         If you could turn to Page -- to Column 12.  If

10:15:37  14  you look at the top of each page, you will see column

10:15:41  15  numbers?

10:15:47  16         "Answer:  Okay.

10:15:48  17         "Question:  And about halfway down on Column 12,

10:15:52  18  at Line 27, do you see it says, The most preferred peptide

10:15:59  19  of the Formula 1 is

10:16:07  20  H-D-Arg-Arg-Pro-Hyp-Gly-Thia-Ser-D-Tic-Oic-Arg-OH?

10:16:13  21         "Answer:  Yes.

10:16:14  22         "Question:  That is the structure of icatibant.

10:16:18  23  Correct?

10:16:19  24         "Answer:  Yes, correct.

10:16:20  25         "Question:  Just underneath that it says, 'The

Depo readings.

| | | |
|---|---|---|
| 10:16:23 | 1 | invention furthermore relates to a process for the |
| 10:16:25 | 2 | preparation of the peptides of the Formula 1, which |
| 10:16:28 | 3 | comprises (a)reacting a fragment having a C-terminus free |
| 10:16:35 | 4 | carboxyl group or its activated derivative with an |
| 10:16:38 | 5 | appropriate fragment having an N-terminal free amino group |
| 10:16:43 | 6 | or (b) synthesizing the peptide step-wise, optimally |
| 10:16:49 | 7 | splitting off one or more protective groups temporarily |
| 10:16:52 | 8 | introduced for the protection of other functions in the |
| 10:16:55 | 9 | compound obtained according to (a) or (b) and optimally |
| 10:17:01 | 10 | converting the compounds of the Formula 1 thus obtained into |
| 10:17:04 | 11 | their physiological tolerable salt. |
| 10:17:08 | 12 | "Do you see that? |
| 10:17:09 | 13 | "Answer:  Yes. |
| 10:17:09 | 14 | "Question:  Can you explain what the difference |
| 10:17:11 | 15 | is between (a) and (b)? |
| 10:17:15 | 16 | "Answer:  That's very clear that 1A refers to a |
| 10:17:18 | 17 | fragment and (b) refers to the solid phase step-wise |
| 10:17:27 | 18 | synthesis. |
| 10:17:27 | 19 | "Question:  And (b) is the synthetic steps that |
| 10:17:30 | 20 | you and I just went through a few minutes ago together. |
| 10:17:34 | 21 | Right? |
| | 22 | "Answer:  Yes. |
| 10:17:35 | 23 | "Mr. Haug:  Objection. |
| 10:17:35 | 24 | "Question:  Now, it says that the protective |
| 10:17:40 | 25 | groups are temporarily introduced for the protection of |

Depo readings.

10:17:44    1    other functions.  Do you see that?

10:17:47    2                "Answer:  Yes.

10:17:48    3                "Question:  Why is it that the protecting groups

10:17:53    4    are temporarily introduced?

10:17:56    5                "Answer:  To prevent side reactions, so that you

10:17:59    6    do couplings to other parts of the growing peptide chain,

10:18:07    7    for example, can be one reason.  Or you want to manipulate a

10:18:14    8    certain side chain with a synthetic intervention later on,

10:18:21    9    so you selectively create a cluster of protecting groups

10:18:27   10    which will allow you the desired synthetic manipulations.

10:18:31   11                "Question:  And it's a temporary introduction

10:18:35   12    because the protecting groups are put on in order to carry

10:18:40   13    out some chemistry and then they are taken off.  Right?

10:18:43   14                "Answer:  Yes, they are temporarily put on, or

10:18:46   15    even left there, depends all on the goal of your synthetic

10:18:54   16    analog that you have in mind.

10:18:55   17                "Question:  When you went back to Jerini from

10:18:58   18    Axys, I think you already said this, but Jerini was a

10:19:02   19    company that had already been formed and was operating,

10:19:05   20    right?

10:19:05   21                "Answer:  Yes.  It was a small group of peptide

10:19:08   22    synthesis ongoing on paper for high throughput synthesis of

10:19:14   23    peptides displayed on paper membranes to investigate

10:19:20   24    immunological responses and stuff like that.

10:19:24   25                "Question:  I'm sorry if I already ask you this,

Depo readings.

| | |
|---|---|
| 10:19:27 | 1 |

but was Jerini formed by your colleague?

10:19:31   2        "Answer:  Yes, it was formed by Jens

10:19:37   3   Schneider-Mergener.

10:19:39   4        "Question:  And when you went to Jerini, did he

10:19:42   5   contact you about coming there?

10:19:44   6        "Answer:  Yes.

10:19:44   7        "Question:  And how many people worked at Jerini

10:19:47   8   when you arrived?

10:19:49   9        "Answer:  I don't know, 12, maybe 15 maximum.

10:19:58   10        "Question:  You were the chief scientific

10:19:59   11   officer?

10:20:00   12        "Answer:  Yes, also Jens was the CEO and we

10:20:04   13   wanted to go into drug discovery and development.

10:20:07   14        "Question:  Did you work to raise funds for the

10:20:10   15   company?

10:20:10   16        "Answer:  Yes, sure.

10:20:15   17        "Question:  Can you tell me the kinds of things

10:20:17   18   you did in that regard?

10:20:19   19        "Answer:  No, we went to investors and gave

10:20:22   20   presentations about the company and then to kick-start the

10:20:25   21   development of the company as a company, a research and

10:20:28   22   development company, we also considered to in-license the

10:20:41   23   product, I knew and saw that it had at least good safety and

10:20:46   24   still had to find its place in the therapeutic field.

10:20:50   25        "Question:  You mean HOE140?

Depo readings.

10:20:53    1              "Answer:  Yes, but as I said, we approached, I
10:20:59    2     believe it was Aventis at that time, and said if we could
10:21:03    3     get this compound.
10:21:04    4              "Question:  What was their response?
10:21:08    5              "Answer:  Their response was, 'Leave me alone.
10:21:14    6     It's a dead compound sitting in the basement of the peptide
10:21:19    7     pilot plant and why do you want to resurrect that asset?'
10:21:27    8              "So I insisted that we think that there might be
10:21:32    9     possibilities and the first indications we explored were
10:21:35   10     liver cirrhosis followed by hereditary angioedema.
10:21:43   11              "Question:  You went to Aventis and they said,
10:21:50   12     'It's a dead compound, why are you interested in this?,'
10:21:58   13     right?
10:21:59   14              "Answer:  Yes.
10:21:59   15              "Question:  And then what did you say?
10:22:01   16              "Answer:  I said, 'I want to explore therapeutic
10:22:06   17     applications,' and they said fine.  And I went to the head
10:22:10   18     of business development, Hoffstaetter, and to Frank Douglas,
10:22:14   19     the board member for research and development, and asked if
10:22:18   20     we could get it for a decent price.
10:22:23   21              "Question:  And did you?
10:22:24   22              "Answer:  Yes, I was very happy with the deal.
10:22:26   23              "Question:  Why were you happy with the deal?
10:22:29   24              "Answer:  Because we inherited for free 6.2
10:22:32   25     kilograms of HOE140 for free from the pilot plant and it was

Depo readings.

10:22:36  1  still stable after sitting many years there in the dark.

10:22:39  2           "Question:  So Aventis --

10:22:41  3           "Answer:  It's worth 6 million if you get it

10:22:46  4  synthesized by Bachem.

10:22:48  5           "Question:  Aventis gave you 6 kilograms of

10:22:51  6  HOE140 as part of the deal?

10:22:53  7           "Answer:  Yes, whatever was there we could get.

10:22:55  8  And then we did run in difficulties in the financing because

10:22:59  9  we ran out of money, basically.  On the last four weeks we

10:23:04  10  ran on a credit line, and there was 9/11 and all the

10:23:23  11  investors stopped talking and then we made a deal in

10:23:25  12  October.  That was very tight.  That's the whole story.

10:23:29  13           "Question:  That's the story of how you got the

10:23:31  14  license, right?

10:23:37  15           "Answer:  The license and the financing, before

10:23:41  16  being bankrupt completely.

10:23:42  17           "Question:  I'm going to mark as Knolle Exhibit

10:23:46  18  No. 6 a document with production numbers SHRSAN00286151

10:24:03  19  through 286195.  It's a license agreement between Aventis

10:24:10  20  and Jerini.  Just take a moment and look through that and

10:24:14  21  tell me if you have seen it before?

10:24:16  22           "Answer:  Yes, I have seen it now.

10:24:18  23           "Question:  Were you involved in negotiating

10:24:20  24  this license?

10:24:23  25           "Answer:  I was negotiating the license solely.

Depo readings.

10:24:26   1          "Question:  Solely?

10:24:27   2          "Answer:  Solely with a lawyer from Hengeler &

10:24:30   3    Mueller in Frankfurt.

10:24:31   4          "Question:  And this license is dated November

10:24:34   5    the 1st, 2001.  Correct?

10:24:38   6          "Answer:  November 2001, yes.

10:24:40   7          "Question:  It's at the top right under license

10:24:42   8    agreement, November the 1st.  Do you see that?

10:24:45   9          "Answer:  Yes.

10:24:45  10          "Question:  And if we look under the -- on the

10:24:49  11    first page under the Whereas clauses, it says that the

10:24:52  12    licensee, I am in the second paragraph, the licensee based

10:24:57  13    on its expertise in peptidomimetics and their therapeutic

10:25:03  14    applications has identified the potential of icatibant for

10:25:06  15    treatment of the hepatorenal syndrome.

10:25:10  16          "Do you see that?

10:25:12  17          "Answer:  Yes.

10:25:12  18          "Question:  That's not the same as HAE.  Right?

10:25:16  19          "Answer:  No.

10:25:17  20          "Question:  Can you explain why not, why it's

10:25:19  21    not for HAE?

10:25:21  22          "Answer:  Because this was written there because

10:25:25  23    there was our first target, and that's the target we talked

10:25:31  24    to the VCs about, and this hepatorenal syndrome was driven,

10:25:40  25    mostly by liver cirrhosis.  We did some studies, clinical

Depo readings.

1    studies, and they were not successful because the baseline

10:25:50    2    of these patients was so horrid and variable, so to prove an

10:25:54    3    effect there was far beyond our reach.  But we didn't know

10:25:59    4    when we started it.

10:26:02    5            "Question:  Okay.  So the hepatorenal syndrome

10:26:05    6    is just a part of people who have liver cirrhosis?

10:26:10    7            "Answer:  Yes.

10:26:11    8            "Question:  And then the licensor, Aventis, they

10:26:16    9    kept osteoarthritis for themselves.  Right?

10:26:20    10           "Answer:  Yes.

10:26:22    11           "Question:  And did you have an understanding at

10:26:24    12   the time as to why that was?

10:26:26    13           "Answer:  Yes.  There was, Martin, I believe, a

10:26:37    14   Martin and Schoelkens, I believe, was believing that

10:26:40    15   arthritis could be an indication, and I apparently didn't

10:26:44    16   believe in it.  But that doesn't matter.  So we, it was

10:26:50    17   clear from the licensing strategy I had to be frankly

10:26:54    18   because originally when I first went I got it for good, and

10:26:58    19   it was a nice move of myself saying to them, 'You can still

10:27:08    20   investigate osteoarthritis,' made good politics.

10:27:11    21           "Question:  Were they -- they being Aventis --

10:27:14    22   were they planning to use icatibant for the treatment of

10:27:19    23   osteoarthritis?

10:27:21    24           "Answer:   Intraartricular and they went to a

10:27:23    25   2000 people study comparing icatibant injected

Depo readings.

| | | |
|---|---|---|
| 10:27:31 | 1 | intraarticularly into the knee joint versus steroids as a |
| 10:27:34 | 2 | comparator. |
| 10:27:34 | 3 | "Question:  And it failed? |
| 10:27:37 | 4 | "Answer:  It failed majorly yes. |
| 10:27:39 | 5 | "Question:  Icatibant failed to show efficacy |
| 10:27:44 | 6 | against all the diseases it was tested against except for |
| 10:27:48 | 7 | HAE.  Right? |
| 10:27:53 | 8 | "Answer:  I wouldn't subscribe to that.  It was |
| 10:27:55 | 9 | also investigated in asthma by Hoechst, who are HMR, and |
| 10:28:03 | 10 | there were some signs of activity but that was stopped. |
| 10:28:06 | 11 | "Question:  On the same page under article 4 |
| 10:28:10 | 12 | towards the bottom, you see milestones and royalties? |
| 10:28:14 | 13 | "Answer:  Yes. |
| 10:28:14 | 14 | "Question:  And then the milestones are listed, |
| 10:28:16 | 15 | and the first sub-listing there it says:  'LICENSEE shall |
| 10:28:22 | 16 | pay, following the signature of this Agreement, a signing |
| 10:28:26 | 17 | fee of 200,000 euros'? |
| 10:28:30 | 18 | "Answer:  Yes. |
| 10:28:30 | 19 | "Question:  Do you see that? |
| 10:28:32 | 20 | "Answer:  Yes. |
| 10:28:32 | 21 | "Question:  Did that occur? |
| 10:28:35 | 22 | "Answer:  Sure.  Otherwise, it wasn't -- we |
| 10:28:37 | 23 | wouldn't have gotten anything. |
| 10:28:39 | 24 | "Question:  So you paid 200,000 euros on signing |
| 10:28:45 | 25 | day, Jerini did, for this product? |

Depo readings.

10:28:47    1          "Answer:  I guess so.  Otherwise, we wouldn't

10:28:49    2     have gotten it.

10:28:50    3          "Question:  So Jerini obtained this product from

10:28:54    4     Aventis to begin testing for 500,000 euros.  Right?

10:29:00    5          "Answer:  200,000.

10:29:02    6          "Question:  200,000?

10:29:04    7          "Answer:  To start up, yes, only after Phase IIb

10:29:17    8     as it says here.  We never made the Phase IIb.

10:29:17    9          "Question:  You never made a Phase IIb?

10:29:22   10          "Answer:  We went straight to Phase III, Orphan

10:29:24   11     Drug.

10:29:24   12          "Question:  I am sorry.  I was just trying to

10:29:26   13     make sure that in my next question I was accurately

10:29:30   14     articulating what the assets were at Jerini when you sold

10:29:33   15     yourselves to Shire.

10:29:36   16          "Answer:  The major asset was Firazyr because it

10:29:40   17     had the approval already in the E.U. under the central

10:29:46   18     procedure and it was very clear that if you would repeat a

10:29:50   19     little bit more patients and a little bit different

10:29:59   20     calculation, adapted statistics better, adapted to small

10:30:03   21     sized clinical trials, that the U.S. trial would be

10:30:09   22     positive, too, because we saw that in the data already.

10:30:13   23          "Question:  Dr. Knolle, do you know how much

10:30:16   24     Shire paid for Jerini?

10:30:18   25          "Answer:  Sure.

Depo readings.

10:30:19    1              "Question:  How much?

10:30:21    2              "Answer:  I think, I don't recall it exactly,

10:30:24    3    560 million or so as it's published, you know."

10:30:34    4              THE COURT:  Let's take a stretch.

10:30:36    5              (Recess taken.)

            6              MR. WIESEN:  Your Honor the defendants call Dr.

            7    Ronald Raines, and Mr. Stull will conduct the examination.

            8              MR. STULL:  Good morning, Your Honor.  Coy Stull

            9    on behalf of Fresenius.

           10              ...  RONALD RAINES, having been duly sworn as a

           11    witness, was examined and testified as follows ...

           12                       DIRECT EXAMINATION

           13              MR. STULL:  Good morning, Your Honor.

           14              THE COURT:  Good morning.

           15    BY MR. STULL:

           16    Q.    Good morning, Dr. Raines.  Could you state your full

           17    name for the record?

           18    A.    Ronald T. Raines.

           19    Q.    And where are you employed?

           20    A.    At the Massachusetts Institute of Technology.

           21    Q.    What is your position there?

           22    A.    I am a professor in the Department of Chemistry.

10:55:42   23    Q.    And what are your responsibilities as a professor of

10:55:45   24    chemistry?

10:55:45   25    A.    My responsibilities are to teach classes in biological

Raines - direct

| | | |
|---|---|---|
| 10:55:49 | 1 | chemistry, especially with regard to chemistry and peptides, |
| 10:55:52 | 2 | and to supervise the research of graduate students and |
| 10:55:57 | 3 | post-doctorates on those topics. |
| 10:56:06 | 4 | Q.    Prior to moving to MIT, did you teach any classes |
| 10:56:09 | 5 | relating to peptide chemistry? |
| 10:56:10 | 6 | A.    Yes, I did. |
| 10:56:11 | 7 | Q.    About how many years have you been teaching those |
| 10:56:14 | 8 | classes? |
| 10:56:15 | 9 | A.    Approximately 30 years. |
| 10:56:16 | 10 | Q.    What is the primary focus of your research, Dr. |
| 10:56:18 | 11 | Raines? |
| 10:56:18 | 12 | A.    My research is to primarily explain the biological |
| 10:56:23 | 13 | phenomenon of the principals of chemistry with a focus |
| 10:56:30 | 14 | peptides and proteins. |
| 10:56:31 | 15 | Q.    How does your research relate to potential therapies? |
| 10:56:35 | 16 | A.    My research is typically translation the sense that we |
| 10:56:39 | 17 | are also seeking to create the peptides that we create as |
| 10:56:44 | 18 | potential therapeutic agents. |
| 10:56:45 | 19 | Q.    Can we turn to DTX-316 of your binder.  We will put it |
| 10:56:50 | 20 | up on the screen.  Dr. Raines, what is this exhibit? |
| 10:56:53 | 21 | A.    This is my curriculum vitae. |
| 10:56:55 | 22 | Q.    Did you prepare it? |
| 10:56:56 | 23 | A.    Yes, I did. |
| 10:56:57 | 24 | Q.    Does it accurately reflect your education and |
| 10:56:59 | 25 | experience? |

Raines - direct

| | | |
|---|---|---|
| 10:57:00 | 1 | A.    It does. |
| 10:57:00 | 2 | Q.    Can you describe your educational background? |
| 10:57:03 | 3 | A.    Yes.   I have received Bachelor's degrees in chemistry |
| 10:57:11 | 4 | and biology from MIT, as well as Master's and Ph.D. degrees |
| 10:57:16 | 5 | in chemistry from Harvard University. |
| 10:57:19 | 6 | Q.    What are your responsibilities as an associate member |
| 10:57:25 | 7 | of the Broad Institute at MIT and Harvard? |
| 10:57:26 | 8 | A.    My responsibilities are to interact and confer with |
| 10:57:32 | 9 | Broad scientists, as we together try to come up with and |
| 10:57:34 | 10 | develop new therapies, cutting edge therapies. |
| 10:57:37 | 11 | Q.    How long have you been at MIT? |
| 10:57:39 | 12 | A.    I returned for MIT just last summer, in July. |
| 10:57:47 | 13 | Q.    Before becoming professor at MIT, what position did |
| 10:57:50 | 14 | you hold? |
| 10:57:51 | 15 | A.    So before MIT, I was on the faculty at the University |
| 10:57:56 | 16 | of Wisconsin-Madison, starting in 1989. |
| 10:58:00 | 17 | Q.    What were your responsibilities at the University of |
| 10:58:02 | 18 | Wisconsin? |
| 10:58:02 | 19 | A.    Again, my responsibilities were to teach classes in |
| 10:58:07 | 20 | the chemistry and biology of peptides and proteins, and to |
| 10:58:12 | 21 | supervise research in those areas. |
| 10:58:14 | 22 | Q.    Did you have any positions before joining the faculty |
| 10:58:16 | 23 | at the University of Wisconsin? |
| 10:58:18 | 24 | A.    I did. |
| 10:58:20 | 25 | Q.    What were those positions? |

Raines - direct

10:58:22  1    A.    I was a post-doctorate after I got my Ph.D. for three

10:58:26  2    years at the University of California in San Francisco,

10:58:29  3    working in the Department of Biochemistry and Biophysics.

10:58:32  4    Q.    What was the focus of your post-doctorate work?

10:58:36  5    A.    Again, my post-doctorate was focused on peptides and

10:58:41  6    proteins, engineering them for potential therapeutic use,

10:58:47  7    and doing research on peptides as well.

10:58:50  8    Q.    Was your postdoctoral position the first position

10:58:53  9    after you completed your education?

10:58:55  10   A.    Yes.

10:58:56  11   Q.    Other than your role as a professor at MIT, do you

10:58:59  12   hold any other positions?

10:59:00  13   A.    I do.  I am the founder of three start-up companies.

10:59:08  14   Quintessence Biosciences, Hyrax Energy, and Ghost Proteins.

10:59:14  15   I am also now a Professor Emeritus at the University of

10:59:18  16   Wisconsin-Madison.

10:59:19  17   Q.    What is the goal of Quintessence Biosciences?

10:59:22  18   A.    The goal of Quintessence Biosciences is to develop

10:59:27  19   proteins as potential key therapeutic agents for the

10:59:29  20   treatment of cancer.  And we have a protein that's been used

10:59:33  21   to treat 55 patients so far in the clinic.

10:59:36  22   Q.    What is the goal of Ghost Proteins?

10:59:39  23   A.    The goal of Ghost Proteins is to develop technology,

10:59:44  24   to mask proteins so that they can enter human cells readily,

10:59:50  25   and thereby do what we like to refer to as gene therapy

Raines - direct

| | | |
|---|---|---|
| 10:59:54 | 1 | without the genes. |
| 10:59:55 | 2 | Q.    How many years have you been doing work relating to |
| 10:59:59 | 3 | peptides? |
| 11:00:00 | 4 | A.    Approximately 30 years. |
| 11:00:01 | 5 | Q.    Have you received any notable awards as a result of |
| 11:00:04 | 6 | your research? |
| 11:00:05 | 7 | A.    I have. |
| 11:00:08 | 8 |       In 2016, I received the Ralph Hirschman Award |
| 11:00:13 | 9 | from the American Chemical Society.  The American Chemical |
| 11:00:18 | 10 | Society is the world's largest scientist organization and |
| 11:00:21 | 11 | the Hirschman Award is the biggest award they give out for |
| 11:00:25 | 12 | work on peptides. |
| 11:00:28 | 13 |       Then last year, in 2017, I received the Vincent |
| 11:00:32 | 14 | du Vigneaud Awards from the American Peptide Society, a |
| 11:00:35 | 15 | group that focuses on peptide research. |
| 11:00:39 | 16 | Q.    Have you written any articles during your career? |
| 11:00:41 | 17 | A.    Yes, I have. |
| 11:00:42 | 18 | Q.    How many? |
| 11:00:44 | 19 | A.    I have coauthored approximately 350 articles. |
| 11:00:49 | 20 | Q.    Is any of your research subject to patent protection? |
| 11:00:52 | 21 | A.    Yes, it is. |
| 11:00:53 | 22 | Q.    Did you participate when those patents were being |
| 11:00:55 | 23 | prosecuted at the Patent Office? |
| 11:00:57 | 24 | A.    Yes, I did. |
| 11:00:58 | 25 | Q.    How did you participate? |

Raines - direct

| | | |
|---|---|---|
| 11:01:01 | 1 | A.    I would disclose an invention to the university, |
| 11:01:06 | 2 | typically, then participate in the drafting of the |
| 11:01:12 | 3 | application, typically with counsel, and finally respond to |
| 11:01:17 | 4 | office actions when that was appropriate. |
| 11:01:21 | 5 | Q.    Looking back at your C.V., DTX-316, does it describe |
| 11:01:25 | 6 | the publications and patents we have just been discussing? |
| 11:01:28 | 7 | A.    Yes, it does. |
| 11:01:29 | 8 | MR. STULL:  I offer Dr. Raines as an expert in |
| 11:01:31 | 9 | the field of peptide chemistry and drug design and |
| 11:01:36 | 10 | discovery. |
| 11:01:37 | 11 | MR. HAUG:  No objection, Your Honor. |
| 11:01:38 | 12 | THE COURT:  The Doctor is accepted as an expert |
| 11:01:40 | 13 | in those fields. |
| 11:01:42 | 14 | BY MR. STULL: |
| 11:01:42 | 15 | Q.    Can you look at JTX-1 in your binder, Dr. Raines.  We |
| 11:01:46 | 16 | will put it on the screen. |
| 11:01:50 | 17 | A.    Yes. |
| 11:01:50 | 18 | Q.    What is JTX-1? |
| 11:01:52 | 19 | A.    JTX-1 is the '333 patent. |
| 11:01:55 | 20 | Q.    Dr. Raines, have you had slides prepared to assist you |
| 11:02:00 | 21 | in your testimony today? |
| 11:02:01 | 22 | A.    I have. |
| 11:02:01 | 23 | Q.    Can we look at the first slide, please.  Do you have |
| 11:02:06 | 24 | an understanding of which claims of the '333 patent |
| 11:02:09 | 25 | Plaintiffs are asserting in this case? |

Raines - direct

| 11:02:12 | 1 | A.     Yes, my understanding is they are asserting Claim 14. |
| 11:02:15 | 2 | Q.     What is Claim 14 drawn to? |
| 11:02:19 | 3 | A.     Claim 14 is drawn to the icatibant peptide. |
| 11:02:22 | 4 | Q.     Have you reviewed the prosecution history of the '333 |
| 11:02:25 | 5 | patent? |
| 11:02:26 | 6 | A.     Yes. |
| 11:02:26 | 7 | Q.     Did you form any opinions about the prosecution |
| 11:02:28 | 8 | history about the '333 patent? |
| 11:02:31 | 9 | A.     I did. |
| 11:02:31 | 10 | Q.     What are you prepared to testify about today regarding |
| 11:02:36 | 11 | the '333 patent prosecution history? |
| 11:02:39 | 12 | A.     I am prepared to testify that from 1991 to 1995, |
| 11:02:43 | 13 | applicants were in possession of scientific data that were |
| 11:02:45 | 14 | responsive to rejections from the Patent Office and did not |
| 11:02:48 | 15 | respond with these data for over four years, and that there |
| 11:02:52 | 16 | is no scientific reason that the responses by applicants in |
| 11:02:55 | 17 | 1995 and later in the prosecution history could not have |
| 11:02:59 | 18 | been made earlier. |
| 11:03:02 | 19 | Q.     In your analysis, did you use a particular definition |
| 11:03:06 | 20 | of a person of ordinary skill in the art? |
| 11:03:08 | 21 | A.     I did. |
| 11:03:09 | 22 | Q.     What qualifications would render -- would a person of |
| 11:03:13 | 23 | ordinary skill in the art have under your definition? |
| 11:03:17 | 24 | A.     A person of ordinary skill in the art would have the |
| 11:03:19 | 25 | qualifications of a Ph.D. in organic chemistry, medicinal |

Raines - direct

| 11:03:23 | 1 | chemistry, pharmacology, or a related field; and years of |
| 11:03:26 | 2 | experience in medicinal chemistry or pharmacology relating |
| 11:03:30 | 3 | to peptides; and experience developing new potential drug |
| 11:03:33 | 4 | candidates. |
| 11:03:34 | 5 | Q.     Are there any other characteristics that a person of |
| 11:03:36 | 6 | ordinary skill in the art would have? |
| 11:03:38 | 7 | A.     Yes.   A person of ordinary skill would have regularly |
| 11:03:41 | 8 | reviewed literature related to organic and medicinal |
| 11:03:44 | 9 | chemistry, including peptide chemistry, and would have been |
| 11:03:46 | 10 | able to analyze and characterize potential drug compounds, |
| 11:03:49 | 11 | both structurally and with regard to their biological |
| 11:03:51 | 12 | properties. |
| 11:03:51 | 13 | Q.     Do you understand that plaintiffs experts have applied |
| 11:03:54 | 14 | a different definition of a person of ordinary skill? |
| 11:03:57 | 15 | A.     Yes, I do. |
| 11:03:58 | 16 | Q.     Would your opinions change if you were to apply the |
| 11:04:02 | 17 | plaintiffs' definition of a person of ordinary skill in the |
| 11:04:04 | 18 | art? |
| 11:04:04 | 19 | A.     No, they would not. |
| 11:04:05 | 20 | Q.     Dr. Raines, do any of the applications in the '333 |
| 11:04:08 | 21 | patent prosecution history include testing results? |
| 11:04:11 | 22 | A.     Yes, they do. |
| 11:04:12 | 23 | Q.     Can you look at JTX-A, Tab A in your binder.   What is |
| 11:04:23 | 24 | JTX-A, Dr. Raines? |
| 11:04:29 | 25 | A.     JTX-6A. |

Raines - direct

| 11:04:36 | 1 | Q. | Sorry. |

11:04:39   2   A.   This is the prosecution history of the '162 patent --

11:04:53   3   sorry.  Would you ask that question again?

11:04:55   4   Q.   Sure.  What is this document?

11:04:58   5   A.   This document is the prosecution history of the '052,

11:05:08   6   '149, and '162 applications.

11:05:10   7   Q.   Have you reviewed the prosecution history of the '162,

11:05:13   8   '149 and '052 applications?

11:05:15   9   A.   Yes, I have.

11:05:16   10   Q.   Can you look at JTX-6A, Tab 4 in your binder, that is

11:05:22   11   Pages 5 through 60?  We will put it on the screen.

11:05:24   12   A.   Yes.

11:05:24   13   Q.   What is this document?

11:05:25   14   A.   This is prosecution history of the '162 patent

11:05:28   15   application.

11:05:30   16   Q.   When was the '162 application filed?

11:05:35   17   A.   The '162 application was filed on June 30th, 1989.

11:05:43   18   Q.   Let's take a look at Example 59 of the '162

11:05:47   19   application.  That is on Page 4 of JTX-6A.  What compound is

11:05:53   20   Example 59, Dr. Raines?

11:05:56   21   A.   So Example 59 is the icatibant peptide we have seen

11:06:01   22   before.

11:06:01   23   Q.   That is Page 40, not 4, excuse me.  Is icatibant

11:06:06   24   claimed in the '162 application?

11:06:08   25   A.   It is in the genus of claims for the '162 application.

Raines - direct

| 11:06:12 | 1 | Q.    Let's take a look at Table 1 from the specification of |
| 11:06:17 | 2 | the '162 application on the screen.  That is Pages 27 and 28 |
| 11:06:22 | 3 | of JTX-6A.  Doctor Raines, what is disclosed in Table 1? |
| 11:06:27 | 4 | A.    So Table 1 discloses a list of amino acid sequences, |
| 11:06:34 | 5 | peptides related to bradykinin, potential bradykinin |
| 11:06:42 | 6 | antagonists, along with $IC_{50}$ data reporting their efficacy in |
| 11:06:47 | 7 | an assay. |
| 11:06:48 | 8 | Q.    Let's take a look at the third paragraph of Page 26 in |
| 11:06:53 | 9 | JTX-6A.  We will put it on the screen here for you.  What |
| 11:07:00 | 10 | kind of test was used to generate the data in Table 1 of the |
| 11:07:03 | 11 | specification? |
| 11:07:05 | 12 | A.    So the data in Table 1, which we just looked at, was |
| 11:07:10 | 13 | generated by an in vitro assay involving arteries extracted |
| 11:07:16 | 14 | from guinea pigs. |
| 11:07:17 | 15 | Q.    Does the '162 application include any results from in |
| 11:07:22 | 16 | vivo testing? |
| 11:07:22 | 17 | A.    No, it does not. |
| 11:07:23 | 18 | Q.    Did the Patent Office issue any office actions in the |
| 11:07:29 | 19 | '162 application? |
| 11:07:30 | 20 | A.    Yes, they did. |
| 11:07:31 | 21 | Q.    Can you look at Tab E in your binder of JTX-6A, which |
| 11:07:37 | 22 | is Pages 152 through 159? |
| 11:07:42 | 23 | A.    Yes. |
| 11:07:42 | 24 | Q.    What is this document, Dr. Raines? |
| 11:07:47 | 25 | A.    This is the office action issued by the United States |

| | |
|---|---|
| 11:07:52 | 1 |
| 11:07:54 | 2 |
| 11:07:57 | 3 |
| 11:08:03 | 4 |
| 11:08:07 | 5 |
| 11:08:18 | 6 |
| 11:08:19 | 7 |
| 11:08:23 | 8 |
| 11:08:29 | 9 |
| 11:08:33 | 10 |
| 11:08:37 | 11 |
| 11:08:39 | 12 |
| 11:08:42 | 13 |
| 11:08:45 | 14 |
| 11:08:49 | 15 |
| 11:08:49 | 16 |
| 11:08:56 | 17 |
| 11:08:59 | 18 |
| 11:09:05 | 19 |
| 11:09:09 | 20 |
| 11:09:15 | 21 |
| 11:09:20 | 22 |
| 11:09:20 | 23 |
| 11:09:24 | 24 |
| 11:09:29 | 25 |

Patent Office with regard to the '162 application.

Q.     When was this office action mailed?

A.     This office action was mailed on August 17th, 1990.

Q.     We are going to look at a passage from this office action on page a 154, JTX-6A.  Dr. Raines, what do we see here?

A.     Well, at the top we see that the patent examiner is rejecting Claims 1 through 6 based on a lack of utility.

Q.     In the second passage that is highlighted there, what was the scientific basis for this rejection?

          MR. HAUG:  Objection as to form.  I don't know how this witness can answer a question about what the scientific basis was for what the examiner did.

          THE COURT:  Fair enough.  Ask you to rephrase.

BY MR. STULL:

Q.     Dr. Raines, what was the basis for this rejection?

A.     The basis for this rejection was a scientific one, as I read it.  The examiner is calling for in vivo data, it's underlined twice in this highlighted passage, saying that the in vitro data provided by the applicants using the assay I just described was not enough to demonstrate utility of the invention.

Q.     As of the date of this office action, August 17th, 1990, were applicants in possession of in vivo data for bradykinin antagonist peptides disclosed in this

Raines - direct

| | | |
|---|---|---|
| 11:09:32 | 1 | application? |
| 11:09:33 | 2 | A.    Yes, they were. |
| 11:09:33 | 3 | Q.    How do you know that? |
| 11:09:35 | 4 | A.    Because I have read some literature, in particular, |
| 11:09:40 | 5 | the article by Wirth and coworkers, that Dr. Bachovchin |
| 11:09:51 | 6 | talked about yesterday. |
| 11:09:51 | 7 | Q.    Let's take a look at DTX-50 in your binder, please. |
| 11:09:57 | 8 | We will put it on the screen.  What is DTX-50, Dr. Raines? |
| 11:10:04 | 9 | A.    This is the article I was just referring to, the |
| 11:10:10 | 10 | article by Wirth and coworkers, describing in vivo data |
| 11:10:14 | 11 | regarding HOE 140, which we heard yesterday is another name |
| 11:10:20 | 12 | for icatibant. |
| 11:10:21 | 13 | Q.    Who are the authors of this publication? |
| 11:10:25 | 14 | A.    The authors of this publication are scientists from |
| 11:10:30 | 15 | Hoechst, I have mentioned Dr. Wirth, the last author is Dr. |
| 11:10:35 | 16 | Scholkens. |
| 11:10:35 | 17 | Q.    Are any of the authors inventors of the '333 patent? |
| 11:10:39 | 18 | A.    Yes, many of these authors are inventors of the '333 |
| 11:10:43 | 19 | patent, and were also listed on the '162 application. |
| 11:10:46 | 20 | Q.    Let's take a look at Statement 1 at the top of the |
| 11:10:50 | 21 | first page.  Dr. Raines, what is being described here? |
| 11:10:56 | 22 | A.    So this is an abstract at the top of the paper.  And |
| 11:11:01 | 23 | the first sentence is telling readers what to look for in |
| 11:11:05 | 24 | this abstract.  In particular, the authors are telling |
| 11:11:09 | 25 | readers that the icatibant peptide is a highly potent |

Raines - direct

| | |
|---|---|
| 11:11:16 | 1 |

bradykinin antagonist, as tested in in vivo assays.

2  Q.    Let's take a look at Statement 2, right below that.

3  What's described here?

4  A.    Here the authors are going into the next level of

5  detail, describing that icatibant is a potent bradykinin

6  antagonist in assays performed in live rats.  It's

7  inhibiting the bradykinin induced hypotensive responses in

8  the rats much more so than about a control peptide.

9  Q.    Let's look at Statement 3 below that what is described

10  here?

11  A.    So this statement is again saying that the icatibant

12  peptide is an effective agent in tests in live animals.

13  Here the tests are being done in guinea pigs, a different

14  animal, the test is a different assay, it is intended to

15  look at reversing the effect at bradykinin induced

16  bronchoconstriction.

17          Again, the authors believe that icatibant

18  performs extremely well in this in vivo assay.

19  Q.    Let's look at Statement 4 below that.  What's

20  described here, Dr. Raines?

21  A.    It's very comforting that there is yet a third

22  distinct in vivo assay reported in this paper.  This one

23  involves rat paws and reversing the edema induced in rat

24  paws.

25          Edema is another word for swelling.  Reversing

Raines - direct

11:13:06   1   the swelling in the rat paw with the treatment of icatibant,

11:13:12   2   by icatibant.

11:13:12   3   Q.    How many in vivo tests of icatibant are described in

11:13:19   4   the work here, in this part of DTX-50?

11:13:24   5   A.    There are three distinct in vivo tests of the efficacy

11:13:33   6   of icatibant in vivo assays in the Wirth paper.

11:13:33   7   Q.    Let's take a look at the last page, Page 4 of the

11:13:38   8   Wirth article.   Looking at the bottom right-hand corner.

11:13:41   9   When was the in vivo data in this article submitted?

11:13:43   10   A.    The in vivo data was submitted at least by July 25,

11:13:51   11   1990.   That is the date the article was received, the

11:13:55   12   manuscript was received by the journal.

11:13:56   13   Q.    As of the August 17th, 1990 office action we have just

11:14:01   14   looked at, were applications in possession of in vivo data

11:14:05   15   for icatibant?

11:14:06   16   A.    Yes, they were.

11:14:07   17   Q.    How do we know that?

11:14:09   18   A.    Because this article had been submitted approximately

11:14:11   19   a month earlier to a very respected journal.

11:14:15   20   Q.    Did the August 17th, 1990 office action include any

11:14:19   21   other rejections other than the Section 101 rejection we

11:14:21   22   looked at?

11:14:22   23   A.    Yes, it did.

11:14:25   24   Q.    Can you look at Tab F of JTX-6A, that is Pages 221

11:14:41   25   through to 40?

Raines - direct

11:14:43    1    A.    Yes.

11:14:43    2    Q.    What is Tab F?

11:14:46    3    A.    Tab F is the response to the office action from the

11:14:49    4    applicants regarding their '162 application.

11:14:54    5    Q.    Let's look at the last page of the response, Page 240,

11:15:00    6    JTX-6A.  When did applicants submit this response?

11:15:07    7    A.    They submitted this response on February 19th, 1991.

11:15:10    8    Q.    Let's take a look at Page 233 of the response.  At the

11:15:16    9    beginning of the first paragraph, Page 233, the first full

11:15:21   10    paragraph, that is, what is being described here, Dr.

11:15:24   11    Raines?

11:15:25   12    A.    This is part of the response.  And the applicants are

11:15:30   13    stating that they believe that the in vitro data which we

11:15:36   14    have already gone over was in their original application

11:15:41   15    would suffice to overcome the examiner's call for utility.

11:15:46   16    Q.    In this response, did applicants provide any in vivo

11:15:51   17    data in response to the office we had looked at?

11:15:54   18    A.    No, they did not.

11:15:54   19    Q.    Can you look at Page 235, specifically, at the

11:15:59   20    paragraph starting with "The examiner."  Did applicants

11:16:08   21    address the scientific reasons for the rejections other than

11:16:11   22    the 101 rejection in this response?

11:16:15   23    A.    Yes, they did.

11:16:16   24    Q.    Can you turn to tab G of JTX-6A.  That is Pages 247

11:16:24   25    through 255?

Raines - direct

| | | |
|---|---|---|
| 11:16:29 | 1 | A.    I am there. |
| 11:16:30 | 2 | Q.    Dr. Raines, what is this document? |
| 11:16:33 | 3 | A.    This is an office action written by the U.S. PTO, it's |
| 11:16:40 | 4 | a second office action, a final office action, for the '162 |
| 11:16:44 | 5 | application. |
| 11:16:44 | 6 | Q.    When was this office action mailed? |
| 11:16:48 | 7 | A.    This office action was mailed on May 31st, 1991. |
| 11:16:53 | 8 | Q.    Let's look at a passage from this office action on |
| 11:16:57 | 9 | Pages 248 and 250, we have that up here on the screen.  The |
| 11:17:03 | 10 | first statement from Page 248, what do we see here, Dr. |
| 11:17:07 | 11 | Raines? |
| 11:17:08 | 12 | A.    Well, we see that the examiner is rejecting claims |
| 11:17:13 | 13 | based on lack of utility. |
| 11:17:17 | 14 | Q.    The second statement there? |
| 11:17:20 | 15 | A.    So, as before, the examiner is calling for the |
| 11:17:24 | 16 | applicants to provide in vivo data to support the utility, |
| 11:17:32 | 17 | the scientific utility of their invention. |
| 11:17:34 | 18 | Q.    Were applicants in possession of scientific |
| 11:17:37 | 19 | information responsive to this request at the time of this |
| 11:17:39 | 20 | office action? |
| 11:17:40 | 21 | A.    Yes, they were. |
| 11:17:41 | 22 | Q.    And how do you know that? |
| 11:17:43 | 23 | A.    Because they had previously submitted the Wirth |
| 11:17:47 | 24 | article, the date of that was July 25th, 1990, before |
| 11:17:53 | 25 | receiving this office action. |

Raines - direct

| | | |
|---|---|---|
| 11:17:54 | 1 | Q.    Did applicants provide scientific information |
| 11:17:57 | 2 | responsive to this request? |
| 11:17:58 | 3 | A.    No, they did not. |
| 11:18:00 | 4 | Q.    Were there rejections other than the 101 rejection in |
| 11:18:06 | 5 | those 1991 office actions? |
| 11:18:08 | 6 | A.    Yes, they were. |
| 11:18:08 | 7 | Q.    Did applicants address the scientific reasons for |
| 11:18:11 | 8 | those rejections? |
| 11:18:12 | 9 | A.    No, they did not. |
| 11:18:13 | 10 | Q.    Following this office action, did a patent issue from |
| 11:18:16 | 11 | the '162 application? |
| 11:18:18 | 12 | A.    No.  This application was abandoned. |
| 11:18:21 | 13 | Q.    Did you prepare a slide describing the applications in |
| 11:18:24 | 14 | the '333 patent prosecution history? |
| 11:18:27 | 15 | A.    I did. |
| 11:18:28 | 16 | Q.    Next slide.  Is that also shown on the board over |
| 11:18:32 | 17 | here? |
| 11:18:32 | 18 | A.    Yes, it is. |
| 11:18:33 | 19 | Q.    Taking a look at this prosecution history flowchart of |
| 11:18:40 | 20 | the '333 patent, where does the '162 application we just |
| 11:18:45 | 21 | looked at fit into the flowchart? |
| 11:18:47 | 22 | A.    The '162 application is the very first one in the |
| 11:18:50 | 23 | upper left here on my poster.  It's labeled No. 1.  It's the |
| 11:18:54 | 24 | one that was submitted on June 30th, 1989. |
| 11:18:57 | 25 | Q.    How many applications were filed during the '333 |

Raines - direct

| | | |
|---|---|---|
| 11:19:00 | 1 | patent prosecution history? |
| 11:19:02 | 2 | A.    As you can see here, because I have numbered them, |
| 11:19:04 | 3 | there were 11 applications that were filed. |
| 11:19:07 | 4 | Q.    How many patents issued from the 11 applications in |
| 11:19:11 | 5 | the '333 patent prosecution history? |
| 11:19:14 | 6 | A.    Only one patent issued, the '333 patent. |
| 11:19:17 | 7 | Q.    And the slide we are looking at here is DDX4-5.  Can |
| 11:19:25 | 8 | you explain how you organized the applications in the '333 |
| 11:19:29 | 9 | patent prosecution history? |
| 11:19:31 | 10 | A.    To try to simplify this, I have organized the |
| 11:19:34 | 11 | applications into three groups.  And those groups are based |
| 11:19:41 | 12 | on the amino acid sequences of the peptides that are within |
| 11:19:46 | 13 | the examples of the application. |
| 11:19:48 | 14 | Q.    Did you prepare a slide describing the different |
| 11:19:50 | 15 | groups? |
| 11:19:51 | 16 | A.    I did. |
| 11:19:52 | 17 | Q.    The next slide, please. |
| 11:19:54 | 18 |      What defines Group I, Dr. Raines? |
| 11:19:58 | 19 | A.    So Group I, as is shown on this slide, always has a |
| 11:20:03 | 20 | D-Tic residue at position No. 7.  And the other amino acids |
| 11:20:09 | 21 | in this ten-residue peptide could vary, lot of variation in |
| 11:20:17 | 22 | those other residues. |
| 11:20:18 | 23 | Q.    For the record, this is Slide DDX4-6. |
| 11:20:24 | 24 |      What defines Group II, Dr. Raines? |
| 11:20:27 | 25 | A.    The Group II peptides all have a D-Phe, a |

Raines - direct

11:20:31   1    D-phenylalanine at position 7, and again, there are lots of

11:20:37   2    possibilities for the other amino acids.  I am just showing

11:20:41   3    one example here to make it more simple.

11:20:43   4    Q.    What defines Group III?

11:20:46   5    A.    Group III is a little different.  Again, there is a

11:20:49   6    D-Tic residue at position 7.  There are a limited number of

11:20:56   7    residues at Position 5, a leucine and a handful of other

11:21:01   8    amino acids, and much less variability than the Group I and

11:21:05   9    Group II.  But those make Group III distinct.

11:21:09   10   Q.    Did any of the groups include the peptide icatibant?

11:21:13   11   A.    Yes.

11:21:13   12   Q.    What group?

11:21:15   13   A.    Group I.

11:21:17   14   Q.    Looking back at the flow cart on the board here, what

11:21:21   15   applications have you organized in Group II?

11:21:24   16   A.    In Group II I have organized the '270 application, and

11:21:29   17   the '090 application.

11:21:32   18   Q.    When was the '270 application filed?

11:21:35   19   A.    The '270 application was filed on August 10th, 1990.

11:21:39   20   Q.    When was the '090 application filed?

11:21:42   21   A.    February 18th, 1992.

11:21:45   22   Q.    What applications have you organized in Group III?

11:21:49   23   A.    In Group III are the '297 application, the '766

11:21:54   24   application, and the '523 application.

11:21:58   25   Q.    When was the '297 application filed?

Raines - direct

| | | |
|---|---|---|
| 11:22:01 | 1 | A.    On April 24th, 1991. |
| 11:22:05 | 2 | Q.    When was the '766 application filed? |
| 11:22:08 | 3 | A.    On March 2nd, 1992. |
| 11:22:10 | 4 | Q.    And when was the '523 application filed? |
| 11:22:15 | 5 | A.    On October 30, 1992. |
| 11:22:17 | 6 | Q.    Did the Patent Office issue office actions in the |
| 11:22:19 | 7 | Group II and Group III applications we just talked about? |
| 11:22:23 | 8 | A.    Yes, they did. |
| 11:22:24 | 9 | Q.    Did applicants address the scientific reasons for the |
| 11:22:27 | 10 | rejections and office actions in the Group II and Group III |
| 11:22:32 | 11 | applications? |
| 11:22:32 | 12 | A.    No, they did not. |
| 11:22:36 | 13 | Q.    Can I get the next slide, please, Mr. Chase. |
| 11:22:41 | 14 |        This is Slide DDX4-7.  How many applications in |
| 11:22:46 | 15 | the prosecution history of the '333 patent did applicants |
| 11:22:48 | 16 | address the scientific reasons for rejections from office |
| 11:22:51 | 17 | actions? |
| 11:22:53 | 18 | A.    The applications -- |
| 11:22:55 | 19 |        MR. HAUG:  Objection to the extent it requires |
| 11:22:58 | 20 | this witness to opine on what all the rejections may have |
| 11:23:02 | 21 | been in all of these 11 applications. |
| | 22 |        THE COURT:  Read the question. |
| 11:23:49 | 23 |        (Pending question read.) |
| 11:23:49 | 24 |        THE COURT:  What is your objection, Mr. Haug? |
| 11:23:51 | 25 |        MR. HAUG:  My objection is the question assumes |

Raines - direct

| | | |
|---|---|---|
| 11:23:54 | 1 | there were objections and asking for scientific reasons. |
| 11:23:57 | 2 | It's lack of foundation. |
| 11:23:58 | 3 | THE COURT:  I think that's the objection. |
| 11:24:03 | 4 | MR. STULL:  We can get to it later. |
| 11:24:06 | 5 | MR. HAUG:  I withdraw the objection.  It is |
| 11:24:09 | 6 | really lack of foundation. |
| 11:24:11 | 7 | THE COURT:  He said he will get to it later. |
| 11:24:14 | 8 | Either way you wish to do it is fine, counsel. |
| 11:24:17 | 9 | BY MR. STULL: |
| 11:24:19 | 10 | Q.    Following the '162 application we just looked at, what |
| 11:24:22 | 11 | was the next application in Group I? |
| 11:24:24 | 12 | A.    The next application was the '149 application. |
| 11:24:26 | 13 | Q.    When was the '149 application filed? |
| 11:24:30 | 14 | A.    The '149 application was filed on August 14th, 1991. |
| 11:24:37 | 15 | Q.    Can you turn back to JTX-6A, Tab H, which is Pages 323 |
| 11:24:44 | 16 | through 331? |
| 11:24:45 | 17 | A.    Yes. |
| 11:24:46 | 18 | Q.    What is this document, Dr. Raines? |
| 11:24:49 | 19 | A.    This is a preliminary amendment that was the basis for |
| 11:24:54 | 20 | the '149 application. |
| 11:24:56 | 21 | Q.    Can you look at Page 331 of this preliminary |
| 11:25:03 | 22 | amendment? |
| 11:25:03 | 23 | A.    Yes. |
| 11:25:05 | 24 | Q.    When was the preliminary amendment filed? |
| 11:25:07 | 25 | A.    August 14, 1991. |

Raines - direct

| | |
|---|---|
| 11:25:09 | 1 |
| 11:25:12 | 2 |
| 11:25:17 | 3 |
| 11:25:23 | 4 |

Q.      Looking back at the first page of the preliminary

amendment, which is Page 323, right below the line where it

says in the specification, what's being described here, Dr.

Raines?

A.      So what's being described here are additional examples

that are now a part of the '149 application, including, we

see here Example 165, peptide sequence, amino acid sequence

that is a putative bradykinin antagonist.

Q.      Let's look at the table on Pages 328 and 329.  We will

put them on the screen here.  What is being described in

this table?

A.      So in this table is described some scientific data

that reports in vitro testing results for the additional

peptides being added to the application as well as

reiterating some data from the previous application.

Q.      Did this preliminary amendment to the '149 application

add any in vivo data?

A.      No, it did not.

Q.      Did the Patent Office issue any office actions in the

'149 application?

A.      No, they did not.  Sorry, yes, they did.  I misspoke.

Q.      Let's look at Tab I of JTX-6A.  It's Pages 468 through

479.  What is this document?

A.      This document is the office action that I was just

speaking about.  This is the office action issued by the

Raines - direct

11:27:03   1    U.S. PTO in response to the '149 application.

11:27:05   2    Q.    When was this office action mailed?

11:27:08   3    A.    On July 1st, 1992.

11:27:11   4    Q.    Can you look at these passages we are going to put on

11:27:15   5    the screen from Pages 470 through 471 of JTX-6A.  The first

11:27:20   6    one starts with Claims 5 and 6 there.  What do we see here,

11:27:25   7    Dr. Raines?

11:27:25   8    A.    We see that the patent examiner is rejecting claims

11:27:30   9    based on lack of utility.

11:27:32   10   Q.    And in the second statement, that starts one skilled

11:27:35   11   in the art, what is the scientific basis provided in this

11:27:39   12   rejection?

11:27:39   13   A.    The underlying science here is that the examiner again

11:27:43   14   is asserting that the in vitro data is not enough, the

11:27:50   15   examiner is calling for the applicants to provide in vivo

11:27:55   16   data as a demonstration of utility.

11:27:58   17   Q.    Is this similar to the rejection made in the earlier

11:28:00   18   '162 application?

11:28:03   19   A.    Yes, it is.

11:28:05   20   Q.    Were applicants in possession of data responsive to

11:28:08   21   the request in this office action?

11:28:09   22   A.    Yes, they were.

11:28:10   23   Q.    Did applicants provide scientific information in

11:28:13   24   response to this request from the Patent Office?

11:28:21   25   A.    No.

Raines - direct

| | | |
|---|---|---|
| 11:28:21 | 1 | Q.   Let's look at Page 471 from JTX-6A, the bottom of the |
| 11:28:28 | 2 | page.   Were there any other rejections in this office |
| 11:28:30 | 3 | action? |
| 11:28:30 | 4 | A.   Yes, there were. |
| 11:28:31 | 5 | Q.   Did applicants address the scientific reasons for the |
| 11:28:35 | 6 | other rejections? |
| 11:28:36 | 7 | A.   No, they did not. |
| 11:28:37 | 8 | Q.   Did a patent issue from the '149 application following |
| 11:28:40 | 9 | this office action? |
| 11:28:41 | 10 | A.   No, this application was abandoned. |
| 11:28:44 | 11 | Q.   Let's look back at the board after the '149 |
| 11:28:54 | 12 | application we just looked at, which was No. 4 on your |
| 11:28:58 | 13 | group, what was the next Chart I application? |
| 11:29:00 | 14 | A.   The next application that I put into Group I was the |
| 11:29:03 | 15 | '052 application. |
| 11:29:05 | 16 | Q.   When was the '052 application filed? |
| 11:29:09 | 17 | A.   On November 25, 1992. |
| 11:29:12 | 18 | Q.   Did the Patent Office issue any office actions in the |
| 11:29:16 | 19 | '052 application? |
| 11:29:18 | 20 | A.   Yes, they did. |
| 11:29:19 | 21 | Q.   Can you look at Tab J in JTX-6A? |
| 11:29:25 | 22 | A.   I am there.   That is Pages 497 through 598 of JTX-6A. |
| 11:29:33 | 23 | Q.   What is this document, Dr. Raines? |
| 11:29:35 | 24 | A.   This is a copy of the office action from the United |
| 11:29:39 | 25 | States Patent Office regarding the '052 application. |

Raines - direct

11:29:41  1    Q.    When was the office action mailed?

11:29:43  2    A.    On February 8, 1993.

11:29:45  3    Q.    Can we look at the passage from Page 499 of JTX-6A,

11:29:51  4    the passage starts with Claims 5 and 6.  We have it there on

11:29:56  5    the screen.  What do we see here, Dr. Raines?

11:29:58  6    A.    We see, again, the examiner is stating that claims in

11:30:03  7    the application are rejected because of a lack of utility.

11:30:08  8    Q.    If we look at the second statement from Pages 499 to

11:30:12  9    500, what was the basis for this rejection?

11:30:16  10   A.    The basis, once again, is that the application

11:30:22  11   contains in vitro data but not the in vivo data.  And I

11:30:27  12   found it interesting that the words here are word for word

11:30:31  13   identical in this '052 office action as in the '149 office

11:30:36  14   action.

11:30:36  15   Q.    Was this rejection also similar to the earlier '162

11:30:40  16   application?

11:30:40  17   A.    Yes, it was.

11:30:43  18   Q.    Were applicants in possession of scientific

11:30:46  19   information responsive to this request from the Patent

11:30:48  20   Office?

11:30:49  21   A.    Yes, they were.

11:30:50  22   Q.    Doctor, did applicants provide scientific information

11:30:53  23   responsive to this request from the Patent Office?

11:30:56  24   A.    No, they did not.

11:30:58  25   Q.    Looking at the bottom of Page 500 of JTX-6A and

Raines - direct

| | | |
|---|---|---|
| 11:31:08 | 1 | looking at the paragraph following, were there any other |
| 11:31:13 | 2 | rejections included in this office action? |
| 11:31:15 | 3 | A.    Yes, there were. |
| 11:31:15 | 4 | Q.    Did applicants address the reasons for any of the |
| 11:31:18 | 5 | other rejections in this office action? |
| 11:31:19 | 6 | A.    No, they did not. |
| 11:31:21 | 7 | Q.    We are going to go back to the flowchart now again. |
| 11:31:26 | 8 |        Did a patent issue from the '052 application |
| 11:31:30 | 9 | following the office action we just looked at? |
| 11:31:36 | 10 | A.    No, no patent issued and this application was |
| 11:31:41 | 11 | abandoned. |
| 11:31:41 | 12 | Q.    Was there another Group I application after the '052 |
| 11:31:45 | 13 | application? |
| 11:31:46 | 14 | A.    No, there wasn't. |
| 11:31:46 | 15 | Q.    Can you explain that? |
| 11:31:48 | 16 | A.    At this stage, the applicants combined the examples |
| 11:31:55 | 17 | from their three different groups into a single application, |
| 11:31:59 | 18 | and I have indicated that here in the bottom of my slide and |
| 11:32:05 | 19 | my chart as the combined Groups I, II and III. |
| 11:32:09 | 20 | Q.    In what application did applicants first combine those |
| 11:32:13 | 21 | groups? |
| 11:32:13 | 22 | A.    That would be the '849 application. |
| 11:32:19 | 23 | Q.    When was the '849 application filed? |
| 11:32:22 | 24 | A.    On February 3, 1993. |
| 11:32:23 | 25 | Q.    Can you look at JTX-7A, Tab A, and specifically at |

Raines - direct

| | |
|---|---|
| 11:32:33 | 1 |

1  Pages 1 through 3 in your binder.

2          What is JTX-7A, Dr. Raines?

3  A.     This document is the prosecution history for the '849

4  and '018 applications.

5  Q.     Did you review the prosecution histories of the '849

6  and '018 applications?

7  A.     I did.

8  Q.     Did the Patent Office issue any office actions in the

9  '849 application?

10 A.     Yes, they did.

11 Q.     Can you look at Tab D of JTX-7A?  That is Page 217

12 through 232.

13 A.     I am there.

14 Q.     What is this document?

15 A.     This is a copy of the office action from the U.S PTO

16 regarding the '849 application.

17 Q.     When was this office action mailed?

18 A.     On November 3rd, 1993.

19 Q.     Let's look at a passage from this office action from

20 Page 219, the first passage will be Claims 1 through 34....

21          What do we see there, Dr. Raines?

22 A.     Well, we see here again claims are being rejected by

23 the patent examiner for a lack of utility.

24 Q.     To look at the second statement, starting with "One

25 skilled in the art," what was the scientific basis provided

Raines - direct

11:33:58  1    for this rejection?

11:33:59  2    A.    The basis, once again, was the absence of in vivo data

11:34:06  3    in the application.

11:34:07  4    Q.    Is this similar to the 101 rejections made in the

11:34:11  5    earlier '162, '149 and '052 applications we looked at?

11:34:18  6    A.    In my scientific judgment, it is.

11:34:19  7    Q.    Were applicants in possession of scientific

11:34:21  8    information responsive to this request?

11:34:25  9    A.    Yes, they were.

11:34:26  10   Q.    Did applicants provide scientific information

11:34:29  11   responsive to this request in the '849 application?

11:34:32  12   A.    No, they did not.

11:34:33  13   Q.    Can you look at Page 221 of JTX-7A, about halfway

11:34:41  14   down, starting with the sentence, "The following."

11:34:44  15         Were there any other rejections included in this

11:34:47  16   office action?

11:34:48  17   A.    Yes, there were.

11:34:48  18   Q.    Did applicants address any of the scientific reasons

11:34:51  19   for the other rejections?

11:34:52  20   A.    No, they did not.

11:34:53  21   Q.    Looking back at the chart again, the flowchart, did a

11:35:00  22   patent issue from the '849 application, the one you have

11:35:03  23   labeled 9?

11:35:04  24   A.    No, it did not.  That was abandoned.

11:35:06  25   Q.    After the '849 application, what was the next

| | |
|---|---|
| 11:35:12 | 1 |
| 11:35:15 | 2 |
| 11:35:19 | 3 |
| 11:35:23 | 4 |
| 11:35:26 | 5 |
| 11:35:28 | 6 |
| 11:35:32 | 7 |
| 11:35:33 | 8 |
| 11:35:35 | 9 |
| 11:35:43 | 10 |
| 11:35:46 | 11 |
| 11:35:49 | 12 |
| 11:35:54 | 13 |
| 11:35:55 | 14 |
| 11:35:59 | 15 |
| 11:36:04 | 16 |
| 11:36:08 | 17 |
| 11:36:13 | 18 |
| 11:36:17 | 19 |
| 11:36:19 | 20 |
| 11:36:24 | 21 |
| 11:36:30 | 22 |
| 11:36:37 | 23 |
| 11:36:40 | 24 |
| 11:36:46 | 25 |

application in the '333 patent prosecution history?

A.    The next application was the '018 application, application No. 10 on my chart.

Q.    When was the '018 application filed?

A.    May 2nd, 1994.

Q.    Did the Patent Office issue any office actions in the '018 application?

A.    Yes, they did.

Q.    Let's turn to Tab E in JTX-7A, which is Pages 246 through 260.  What is the document, Dr. Raines?

A.    This is a copy of the office action issued by the USPTO in regard to the '018 application?

Q.    When was this office action mailed?

A.    This office action was mailed on December 6, 1994.

Q.    Let's look at a passage from this office action, at Page 248, starting with the first passage, where it says Claims 1 through 34.  What do we see here, Dr. Raines?

A.    We see that, again, claims are being rejected by the examiner for lack of utility.

Q.    What was the scientific basis for this rejection?

A.    Again, the examiner is noting that the applicants have not provided in vivo data to support the utility of the invention.  Again, it struck me that the wording here is word for word identical as in response to the '018 application as the '849 application.

Raines - direct

| 11:36:50 | 1 | Q.    Is this similar to the rejections for the other three |
| 11:36:55 | 2 | applications, the '052, '149, and '162 applications? |
| 11:36:55 | 3 | A.    Yes. |
| 11:36:55 | 4 | Q.    Were applicants in possession of scientific |
| 11:36:58 | 5 | information responsive to this request in this office |
| 11:37:00 | 6 | action? |
| 11:37:01 | 7 | A.    Yes, they were. |
| 11:37:01 | 8 | Q.    And how do you know that? |
| 11:37:05 | 9 | A.    Because they had now long ago submitted and published |
| 11:37:10 | 10 | the article that I have been calling the  Wirth article. |
| 11:37:13 | 11 | Q.    And that's DTX-50 in your binder? |
| 11:37:17 | 12 | A.    Yes. |
| 11:37:17 | 13 | Q.    Can you look at Page 250, JTX-7A, where it starts "The |
| 11:37:26 | 14 | following," were there any other rejections included in this |
| 11:37:30 | 15 | office action? |
| 11:37:31 | 16 | A.    Yes, there were. |
| 11:37:31 | 17 | Q.    Can you turn to Tab G at JTX-7A, that is Page 263 |
| 11:37:40 | 18 | through 314.  Dr. Raines, what is this document? |
| 11:37:51 | 19 | A.    This is a response to the office action by the |
| 11:37:57 | 20 | applicants. |
| 11:37:59 | 21 | Q.    Let's look at Page 314 of this response.  When was |
| 11:38:04 | 22 | this response submitted? |
| 11:38:07 | 23 | A.    ` Was submitted on June 6th, 1995. |
| 11:38:10 | 24 | Q.    Did this response address the scientific reasons for |
| 11:38:14 | 25 | rejections from the December 6th, 1994 office action we just |

Raines - direct

| | | |
|---|---|---|
| 11:38:18 | 1 | looked at? |
| 11:38:20 | 2 | A.    Yes, it did. |
| 11:38:21 | 3 | Q.    Did this response provide scientific information that |
| 11:38:24 | 4 | was responsive to the request in the December 6, 1994 office |
| 11:38:28 | 5 | action? |
| 11:38:28 | 6 | A.    Yes, it did. |
| 11:38:33 | 7 | Q.    Look at the next slide please, Mr. Chase. |
| 11:38:38 | 8 |         That is DDX-4-9.  How long a period of time did |
| 11:38:42 | 9 | applicants fail to provide scientific data responsive to |
| 11:38:47 | 10 | rejections in office actions during the '333 patent |
| 11:38:50 | 11 | prosecution history? |
| 11:38:51 | 12 | A.    A bit over four years. |
| 11:38:31 | 13 | Q.    And how long a period of time did applicants fail to |
| 11:38:39 | 14 | address the scientific reasons for any of the rejections in |
| 11:38:42 | 15 | office actions in the '333 patent prosecution history? |
| 11:38:46 | 16 | A.    Over four years. |
| 11:38:47 | 17 | Q.    And how did you determine that period of time? |
| 11:38:49 | 18 | A.    So I calculated that based on the date of the office |
| 11:38:55 | 19 | action to the '162 application, that was the first |
| 11:39:01 | 20 | application, and that office action was dated May 31st, 1991 |
| 11:39:07 | 21 | and the four years lapsed until the response that we just |
| 11:39:10 | 22 | looked at until the '018 application, June 6, 1995. |
| 11:39:17 | 23 | Q.    Turning back to the office action, which is JTX-7A, |
| 11:39:22 | 24 | Tab G, we're going to look at a passage from Page 299, where |
| 11:39:27 | 25 | it starts, however, to address. |

Raines - direct

| | |
|---|---|
| 11:39:30 | 1 |

**What do we see here, Dr. Raines?**

| | |
|---|---|
| 11:39:32 | 2 |

A.      **We see here in the response to the office action**

| | |
|---|---|
| 11:39:38 | 3 |

**regarding the '018 application that the applicants are**

| | |
|---|---|
| 11:39:45 | 4 |

**saying that they're addressing the examiner's concerns about**

| | |
|---|---|
| 11:39:51 | 5 |

**the lack of predicted value of in vitro assay by providing a**

| | |
|---|---|
| 11:39:57 | 6 |

**declaration from one of the inventors, Dr. Scholkens.**

| | |
|---|---|
| 11:40:05 | 7 |

Q.      **Can you turn to tab H of JTX-7A, pages 327 through**

| | |
|---|---|
| 11:40:12 | 8 |

**331.**

| | |
|---|---|
| 11:40:13 | 9 |

A.      **I'm there.**

| | |
|---|---|
| 11:40:13 | 10 |

Q.      **What is this document?**

| | |
|---|---|
| 11:40:17 | 11 |

A.      **This is the declaration I just referred to regarding**

| | |
|---|---|
| 11:40:24 | 12 |

**the provision of in vivo data.**

| | |
|---|---|
| 11:40:27 | 13 |

Q.      **Who is Dr. Scholkens?**

| | |
|---|---|
| 11:40:30 | 14 |

A.      **So Dr. Scholkens was an employee at Hoechst.  He was**

| | |
|---|---|
| 11:40:36 | 15 |

**an inventor on the patents starting with the '162, the**

| | |
|---|---|
| 11:40:44 | 16 |

**patent application starting with the '162 application, and**

| | |
|---|---|
| 11:40:48 | 17 |

**he was an author of the paper that I've been calling the**

| | |
|---|---|
| 11:40:55 | 18 |

**Wirth 1991 paper.**

| | |
|---|---|
| 11:40:56 | 19 |

Q.      **And can we turn to a passage in this declaration at**

| | |
|---|---|
| 11:40:59 | 20 |

**Page 329, and looking at the part, the Paragraph 5 starting**

| | |
|---|---|
| 11:41:04 | 21 |

**with, I studied.  Can you explain this statement, Dr.**

| | |
|---|---|
| 11:41:10 | 22 |

**Raines?**

| | |
|---|---|
| 11:41:10 | 23 |

A.      **Yes.  In his declaration, Dr. Scholkens is stating**

| | |
|---|---|
| 11:41:19 | 24 |

**that he studied the effect of icatibant, again, Hoe 140, on**

| | |
|---|---|
| 11:41:25 | 25 |

**bronchoconstriction as a bradykinin antagonist and that this**

Raines - direct

11:41:31    1   is data that he acquired in vivo, data that he published in

11:41:37    2   the British Journal of Pharmacology in 1991.  This is the

11:41:41    3   Wirth article that we looked at previously.  So he's

11:41:45    4   bringing this to the attention of the examiner here in his

11:41:53    5   declaration.

11:41:54    6   Q.    And looking at a passage a little further down on Page

11:42:00    7   329 going over to Page 330, what does Dr. Scholkens say

11:42:15    8   about the Wirth 1991 paper?

11:42:17    9   A.    He says that the Wirth 1991 paper clearly shows that

11:42:23   10   the bradykinin antagonist, Hoe 140, icatibant, worked in

11:42:32   11   vivo.

11:42:33   12   Q.    Is there any scientific reason or explanation why this

11:42:37   13   publication, DTX-50, the Wirth article, could not have been

11:42:41   14   used to respond to office actions as early as 1990?

11:42:45   15   A.    Not that I've seen.

11:42:46   16   Q.    In looking a little further in Paragraph 5 on page 30,

11:42:52   17   330, excuse me, does Dr. Scholkens cite to any other papers?

11:42:57   18   A.    Yes.  He cites in his declaration to a second paper by

11:43:04   19   Wirth and Hoechst colleagues.  This was published in a

11:43:11   20   different journal, the American Review of Respiratory

11:43:16   21   Disease, and this article also describes that Hoe 140 has

11:43:25   22   efficacy in an in vivo model, the kind of information that

11:43:31   23   the examiner, as we've seen, has been calling for over and

11:43:34   24   over again.

11:43:36   25   Q.    And when was this second paper published?

Raines - direct

11:43:38  1   A.      This paper was published in 1993.

11:43:41  2   Q.      What does Dr. Scholkens say about the second paper,

11:43:45  3   the Wirth 1993 paper?

11:43:48  4   A.      Well, again, as you can read on the slide, he says

11:43:52  5   that it presents an in vivo model, and that this is

11:43:55  6   predicted to be, to demonstrate efficacy and to demonstrate

11:44:01  7   therefore utility.

11:44:03  8   Q.      And as a scientist, how would you review the

11:44:10  9   relationship between the Wirth 1991 article and the Wirth

11:44:14  10  1993 article?

11:44:15  11  A.      Well, I looked at these articles several times and the

11:44:19  12  1991 article is a terrific piece of work and more

11:44:27  13  comprehensive than the '93 article.   The '93 article is

11:44:32  14  along the same lines.   It's a bit confirmatory, I would say,

11:44:36  15  to the 1991 article.

11:44:37  16  Q.      Can you turn to JTX-7A, Tab I in your binder?

11:44:41  17  A.      Yes.

11:44:42  18  Q.      That's pages 342 through 346.

11:44:45  19  A.      I'm there.

11:44:46  20  Q.      Is this a copy of the Wirth 1993 paper referred to by

11:44:50  21  Dr. Scholkens we were just talking about?

11:44:53  22  A.      That is the 1993 paper.

11:44:55  23  Q.      And is Dr. Scholkens an author of this paper?

11:44:59  24  A.      Yes.   He is the last author just as he was in the 1991

11:45:05  25  paper.

Raines - direct

11:45:05   1   Q.    Can you look at the bottom left-hand corner of the

11:45:07   2   first page of the Wirth 1993 article?

11:45:12   3   A.    Yes.

11:45:12   4   Q.    When was this paper submitted?

11:45:14   5   A.    This paper was submitted to the journal on or before

11:45:20   6   December 16th, 1991.

11:45:23   7   Q.    Is there any scientific reason or explanation why the

11:45:26   8   data in this publication could not have been cited in

11:45:29   9   response to an office action dating back to December 1991?

11:45:33   10  A.    Not that I can see.

11:45:37   11  Q.    Is the Wirth 1991 paper cited in the Scholkens

11:45:42   12  declaration responsive to the request for in vivo data from

11:45:46   13  the December 6th, 1994, office action?

11:45:49   14  A.    Yes, it is.

11:45:50   15  Q.    Is the Wirth 1993 paper cited in the Scholkens

11:45:53   16  declaration responsive to the request for in vivo data from

11:45:56   17  the December 6th, 1994, office action?

11:45:58   18  A.    It is.

11:45:59   19  Q.    Why is it responsive?

11:46:01   20  A.    So these two papers report exactly the kind of data

11:46:06   21  the examiner was seeking throughout this prosecution.  The

11:46:14   22  papers report in vivo data showing the efficacy of the

11:46:20   23  icatibant peptides.

11:46:23   24  Q.    And did the June 6th, 1995, response to office action

11:46:27   25  that included the declaration of Dr. Scholkens we were just

Raines - direct

11:46:30  1    looking at, did it address the scientific reasons for the

11:46:36  2    other rejections from December 6th, 1994 office action?

11:46:39  3    A.    Yes.

11:46:39  4    Q.    Is there any scientific reason or explanation why the

11:46:44  5    arguments in this June 6th, 1995, response could not have

11:46:47  6    been provided in May 1991?

11:46:49  7    A.    No.

11:46:49  8    Q.    Can you turn to Tab K of JTX-7A, pages 427 through

11:47:03  9    437.  What is this document, Dr. Raines?

11:47:06  10   A.    This is a copy of the second and final office action

11:47:14  11   from the United States Patent Office regarding the '018

11:47:17  12   application.

11:47:18  13   Q.    And when was this office action mailed?

11:47:20  14   A.    On November 9th, 1995.

11:47:23  15   Q.    And can you look at a passage from Page 429 of JTX-7A?

11:47:32  16   That's a paragraph starting with, the 101.  What's described

11:47:36  17   here, Dr. Raines?

11:47:38  18   A.    So the examiner here is stating quite cursorily that

11:47:45  19   she is withdrawing the 101 rejection based on the

11:47:48  20   applicants' arguments.

11:47:50  21   Q.    And applicants' arguments included the Scholkens

11:47:54  22   declaration that we just looked at; is that correct?

11:47:56  23   A.    Yes.  That was part of the response.

11:47:59  24   Q.    Which included the citation of Wirth 1991 and Wirth

11:48:02  25   1993 articles; is that correct?

| 11:48:03 | 1 | A.    Yes, that's correct. |

A.    Yes, that's correct.

Q.    Going back to the prosecution history flow chart on
your board, following the '018 application we just looked
at, what was the next application we filed in the '333
patent prosecution history?

A.    The next application was the '442 application at the
bottom of this chart.

Q.    When was the '442 application filed?

A.    The '442 application was filed on June 7th, 1995.

Q.    Can you turn to JTX-2 in your binder, please?

A.    Yes.  I'm there.

Q.    What is JTX-2, Dr. Raines?

A.    So JTX-2, you pointed me towards 2A?

Q.    Just the whole document?

A.    Oh, the whole document is the -- the prosecution
history for the '442 application.

Q.    Have you every reviewed the prosecution history for
the '442 application?

A.    Yes, I have.

Q.    Can you turn to Tab F of JTX-2?  That's Page 224.
We'll put it up on the screen here?

A.    Yes.  I'm there.

Q.    What is this document, Dr. Raines?

A.    This document is the notice of allowance issued by the
USPTO for the '442 application.

Raines - direct

| | | |
|---|---|---|
| 11:50:02 | 1 | Q.      And when did the Patent Office mail this notice of |
| 11:50:05 | 2 | allowance? |
| 11:50:06 | 3 | A.      This was mailed on December 24th, 1996. |
| 11:50:10 | 4 | Q.      And looking back at the flow chart on your board here, |
| 11:50:14 | 5 | and we'll put it on the screen, too, did the '442 |
| 11:50:18 | 6 | application issue as a patent? |
| 11:50:20 | 7 | A.      Yes, it did. |
| 11:50:22 | 8 | Q.      And what patent is that? |
| 11:50:23 | 9 | A.      That is the '333 patent. |
| 11:50:32 | 10 | Q.      Can I get the next slide, please, Mr. Chase. |
| 11:50:35 | 11 |          After applicants provided in vivo data on |
| 11:50:40 | 12 | June 6, 1995, how long did it take for applicants to get the |
| 11:50:44 | 13 | '333 patent allowed? |
| 11:50:44 | 14 | A.      It took about 18 months for the allowance. |
| 11:50:49 | 15 | Q.      And just to recap all of the applications that we've |
| 11:50:54 | 16 | gone through, we'll look at the overall prosecution history. |
| 11:51:00 | 17 | Get the next slide. |
| 11:51:01 | 18 |          Which applications in the prosecution history |
| 11:51:04 | 19 | did applicants address the scientific reasons for rejections |
| 11:51:08 | 20 | from the Patent Office? |
| 11:51:08 | 21 | A.      The applicants addressed the scientific reasons for |
| 11:51:14 | 22 | the rejections from the Patent Office in the first |
| 11:51:16 | 23 | application, that's the '162 application, and the last two |
| 11:51:21 | 24 | of the 11 applications, that's the '018 and the '442 |
| 11:51:25 | 25 | applications. |

Raines - direct

| | |
|---|---|
| 11:51:25 | 1 |
| 11:51:31 | 2 |
| 11:51:34 | 3 |
| 11:51:36 | 4 |
| 11:51:40 | 5 |
| 11:51:42 | 6 |
| 11:51:45 | 7 |
| 11:51:49 | 8 |
| 11:51:54 | 9 |
| 11:51:57 | 10 |
| 11:52:00 | 11 |
| 11:52:02 | 12 |
| 11:52:06 | 13 |
| 11:52:07 | 14 |
| 11:52:13 | 15 |
| 11:52:23 | 16 |
| 11:52:27 | 17 |
| 11:52:30 | 18 |
| 11:52:34 | 19 |
| 11:52:39 | 20 |
| 11:52:43 | 21 |
| 11:52:51 | 22 |
| 11:52:54 | 23 |
| 11:52:57 | 24 |
| 11:52:59 | 25 |

Q.     In your review of the '333 patent prosecution history, have you seen any reason or explanation for applicant's failure to address the scientific reasons for rejections in the office actions from the other eight applications?

A.     I have not.

Q.     Is there any scientific reason the arguments presented by applicants during the '018 and '442 application, the last two applications, could not have been advanced in 1991?

MR. HAUG:     Objection as to form.     Scientific reason why something couldn't have been done earlier is not calling for expert testimony.

If he's asking his opinion, that's not a scientific opinion.     Is --

THE COURT:     I agree.     I agree.     Rephrase.

BY MR. STULL:

Q.     Is there any scientific reason or explanation why the arguments presented by applicants during the '018 and '442 applications could not have been advanced in 1991?

A.     The applicants had no reason.     They could have advanced those arguments earlier, so my answer is no.

Q.     Switching to a little bit different topic.     Earlier today and a little bit of yesterday did you hear Dr. Burch testify about work done by Nova pharmaceuticals in the late 1980s and early 1990s?

A.     Yes, I did.

Raines - direct

| | | |
|---|---|---|
| 11:52:59 | 1 | Q.    What was Nova Pharmaceutical doing during that period |
| 11:53:06 | 2 | of time? |
| 11:53:06 | 3 | A.    Nova Pharmaceutical was developing bradykinin |
| 11:53:09 | 4 | antagonists. |
| 11:53:10 | 5 | Q.    Did they publish any papers about the bradykinin |
| 11:53:12 | 6 | antagonists they synthesized? |
| 11:53:14 | 7 | A.    Yes, they did. |
| 11:53:15 | 8 | Q.    Can we look at JTX-41?  And it is a much smaller |
| 11:53:23 | 9 | exhibit. |
| 11:53:32 | 10 | A.    I'm there. |
| 11:53:32 | 11 | Q.    And what is this document, Dr. Raines? |
| 11:53:36 | 12 | A.    This is a copy of a paper published in the British |
| 11:53:40 | 13 | Journal of Pharmacology from scientists at Nova |
| 11:53:44 | 14 | Pharmaceutical Company, reporting data, scientific data on a |
| 11:53:50 | 15 | bradykinin antagonist. |
| 11:53:53 | 16 | Q.    When was this published? |
| 11:53:57 | 17 | A.    This paper was published in 1991. |
| 11:53:59 | 18 | Q.    Who were the authors? |
| 11:54:00 | 19 | A.    They were, they included Dr. Burch and other |
| 11:54:04 | 20 | scientists from Nova Pharmaceutical Corporation.  I think we |
| 11:54:09 | 21 | saw this paper earlier. |
| 11:54:12 | 22 | Q.    And taking a look at the abstract there on the first |
| 11:54:16 | 23 | page, what does this paper describe? |
| 11:54:19 | 24 | A.    This paper describes work on a particular bradykinin |
| 11:54:25 | 25 | antagonist at Nova.  This is the antagonist known as NPC |

Raines - direct

11:54:30    1    16731, and reports, this abstract reports, as does the

11:54:36    2    paper, on the efficacy of that antagonist in assays.

11:54:44    3    Q.     Have you prepared a slide showing the amino acid

11:54:47    4    sequence of NPC 16731?

11:54:50    5    A.     Yes, I have.

11:54:53    6    Q.     What is the amino acid sequence of NPC 16731?

11:54:58    7    A.     D-Arg-Arg-Pro-Hyp-Gly-Thi-Ser-D-Tic-Tic-Arg.

11:55:07    8    Q.     Go back to the article, JTX 41.  In looking at the

11:55:12    9    second column of Page 1 that starts with bradykinin binding,

11:55:21   10    what kind of work is being described here, Dr. Raines?

11:55:26   11    A.     So this article describes some procedures for in vitro

11:55:32   12    assays for efficacy of the peptide I just described NPC

11:55:41   13    16731 as bradykinin antagonist.

11:55:45   14    Q.     And let's take a look at Page 2 of JTX-41,

11:55:50   15    specifically at the section where it starts with discussion,

11:55:54   16    and at the very bottom of the discussion section.  Excuse

11:55:59   17    me.  The first paragraph there, Mr. Chase, up there at the

11:56:04   18    top.  Thank you.

11:56:08   19    A.     Yes.  The authors are writing here that NPC 16731, the

11:56:15   20    peptide we've been talking about from Nova, is a bradykinin

11:56:21   21    receptor antagonist, and not only that, it's significantly

11:56:24   22    more potent than the control peptide that they used in this

11:56:30   23    particular setting.  In other words, this was a very potent

11:56:35   24    molecule.

11:56:36   25    Q.     Is NPC 16731 that's described in this paper included

Raines - direct

11:56:41    1    in a claim of the '333 patent?

11:56:43    2    A.    Yes, it is.

11:56:45    3    Q.    Can I get the next slide, please.

11:56:48    4            Is NPC 16731 claimed in claim 12 of the '333

11:56:56    5    patent?

11:56:56    6    A.    Yes.  It's the fifth peptide sequence listed in claim

11:57:01    7    12.

11:57:01    8    Q.    And I hate to do this, but can you turn back to

11:57:07    9    JTX-6A, Tab B.

11:57:12   10    A.    Somehow it's easier going backwards than forwards.

11:57:15   11    Q.    Okay.

11:57:16   12    A.    I don't know why that is.

11:57:18   13    Q.    In looking at the '162 application, which is Tab B,

11:57:24   14    can you turn to page 38.  And looking specifically at

11:57:30   15    example 48, Dr. Raines, what compound is Example 48?

11:57:39   16    A.    NPC 16731, the peptide we were just talking about from

11:57:44   17    Nova Pharmaceuticals.

11:57:45   18    Q.    Was NPC 16731 claimed in applications in the '333

11:57:50   19    patent prosecution history from the '162 application until

11:57:54   20    the issuance of the '333 patent?

11:57:56   21    A.    Yes.

11:57:57   22    Q.    Was icatibant claimed in applications in the '333

11:58:01   23    patent prosecution from the '162 application until the

11:58:05   24    issuance of the '333 patent?

11:58:06   25    A.    Yes.

Raines - cross

| | | |
|---|---|---|
| 11:58:11 | 1 | MR. STULL:  No more questions. |
| 11:58:12 | 2 | THE COURT:  Mr. Haug, you can start your |
| 11:58:13 | 3 | cross-examination.  We'll go until 12:30. |
| 11:58:16 | 4 | MR. HAUG:  Thank you, Your Honor. |
| 11:58:26 | 5 | THE COURT:  Do you have an equally big binder? |
| 11:58:28 | 6 | MR. HAUG:  Unfortunately, more than equal. |
| 11:58:30 | 7 | THE COURT:  Okay.  Doctor, you can use the |
| 11:58:35 | 8 | slides over here. |
| 11:58:36 | 9 | THE WITNESS:  Thank you. |
| 11:59:13 | 10 | (Binders handed to the Court and to the |
| 11:59:18 | 11 | witness.) |
| 12:00:11 | 12 | THE COURT:  How many are we supposed to have, |
| 12:00:14 | 13 | Mr. Haug? |
| 12:00:15 | 14 | MR. HAUG:  Three, Your Honor.  Three.  I kept |
| 12:00:16 | 15 | one back because I don't think I may refer to it. |
| 12:00:18 | 16 | THE COURT:  Okay.  Appreciate it. |
| 12:00:20 | 17 | MR. HAUG:  You have enough, unfortunately. |
| 12:00:23 | 18 | CROSS-EXAMINATION |
| 12:00:24 | 19 | BY MR. HAUG: |
| 12:00:25 | 20 | Q.   Okay.  Still good morning, Dr. Raines.  Okay.  I'm Ed |
| 12:00:31 | 21 | Haug representing Shire and Sanofi in the case.  I will |
| 12:00:34 | 22 | conduct the cross-examination. |
| 12:00:35 | 23 | At the outset, I'd like to make sure, or try to |
| 12:00:41 | 24 | make sure that I understand your opinion or opinions.  All |
| 12:00:47 | 25 | right. |

Raines - cross

12:00:47  1        Now, am I correct to understand that it is your

12:00:53  2  view that Hoechst, the applicants, were in possession of

12:00:59  3  the Wirth article and the data contained in that article in

12:01:04  4  1991 or '90?

12:01:06  5  A.     They submitted a manuscript, the Wirth manuscript, on

12:01:16  6  July 25th, 1990, and so they had the data at least by that

12:01:21  7  date, presumably before that date.

12:01:24  8  Q.     And that was DTX-50, I believe, as you just testified

12:01:27  9  about; is that right?

12:01:28  10  A.     I will take your word for it.

12:01:30  11  Q.     Okay.  Thank you.

12:01:31  12        And it's your view that the Wirth article sets

12:01:40  13  forth compelling data showing the efficacy --

12:01:46  14        THE COURT:  I don't think he said compelling,

12:01:47  15  but he's perfectly capable of saying what he said.  I don't

12:01:52  16  need all of that.

12:01:53  17        MR. HAUG:  Thank you, Your Honor.  Sorry.

12:01:55  18  BY MR. HAUG:

12:01:55  19  Q.     Do you believe the data in the Wirth data is

12:01:58  20  compelling?

12:01:59  21  A.     I like the Wirth article.  It sets forth data that

12:02:05  22  were clearly responsive to the call for in vivo data by the

12:02:12  23  examiner.  The Wirth article reports data, as I mentioned,

12:02:18  24  on three different, for three different types of in vivo

12:02:22  25  assays.

Raines - cross

| | | |
|---|---|---|
| 12:02:23 | 1 | Q.    All right.  The Wirth article is limited to looking at |
| 12:02:28 | 2 | icatibant; isn't that correct? |
| 12:02:29 | 3 | A.    Sort of.  I believe there was a control peptide in the |
| 12:02:39 | 4 | article as well.  Perhaps a peptide from Stewart. |
| 12:02:44 | 5 | Q.    And so the Wirth article was comparing activity |
| 12:02:50 | 6 | for icatibant against the Stewart prior compound; is that |
| 12:02:57 | 7 | right? |
| 12:02:57 | 8 | A.    Yes.  I believe that's true. |
| 12:03:00 | 9 | Q.    And it is your opinion that the data contained in the |
| 12:03:06 | 10 | Wirth article was sufficient to respond to what you |
| 12:03:15 | 11 | understand to be the examiner's rejection earlier in the |
| 12:03:19 | 12 | prosecution, as you have testified; is that right? |
| 12:03:22 | 13 | A.    I testified that the data in the Wirth article was |
| 12:03:32 | 14 | responsive to the call by the examiner for in vivo data. |
| 12:03:38 | 15 | Q.    And that was, that call for in vivo data was part of a |
| 12:03:43 | 16 | rejection under 35 U.S.C. 102, lack of utility; isn't that |
| 12:03:49 | 17 | correct? |
| 12:03:49 | 18 | A.    102? |
| 12:03:54 | 19 | Q.    101.  Did I say 102? |
| 12:03:57 | 20 | THE COURT:  Yes. |
| 12:03:58 | 21 | THE WITNESS:  Yes. |
| 12:03:59 | 22 | BY MR. HAUG: |
| 12:03:59 | 23 | Q.    If I did, I apologize. |
| 12:04:01 | 24 | A.    I was confused.  Sorry. |
| 12:04:02 | 25 | Q.    Obviously, I'm confused.  Let me try again. |

Raines - cross

| | |
|---|---|
| 12:04:04 | 1 |
| 12:04:11 | 2 |
| 12:04:18 | 3 |
| 12:04:21 | 4 |
| 12:04:24 | 5 |
| 12:04:27 | 6 |
| 12:04:33 | 7 |
| 12:04:37 | 8 |
| 12:04:42 | 9 |
| 12:04:46 | 10 |
| 12:04:54 | 11 |
| 12:04:59 | 12 |
| 12:05:03 | 13 |
| 12:05:03 | 14 |
| 12:05:08 | 15 |
| 12:05:13 | 16 |
| 12:05:16 | 17 |
| 12:05:16 | 18 |
| 12:05:24 | 19 |
| 12:05:29 | 20 |
| 12:05:30 | 21 |
| 12:05:36 | 22 |
| 12:05:39 | 23 |
| 12:05:43 | 24 |
| 12:05:48 | 25 |

The call for in vivo data by the examiner was in connection with a rejection of the claims under 35 U.S.C., 101, for lack of utility?

A.    Could you say that once more?  I'm sorry.

Q.    What do you understand the rejection to have been?

A.    The 101 rejection from the examiner I understand to have been for lack of utility, and in particular, the lack of provision by the applicant of in vivo data.

Q.    Okay.  And it is your opinion that the applicant had data some time around 1990 or '91, and in your view, that would have shown utility and therefore overcome this rejection that the examiner had made.  That's your view; is that right?

A.    My view is that the applicants had data as early as July 25th, 1990, that could have overcome that objection.

Q.    When you say "could have overcome," what do you mean by that?

A.    I can't read the mind of the examiner, but I do know that these data were never presented in response to that 101 rejection.

Q.    But what is your basis for saying that you believe this data would have overcome this rejection?

A.    These were in vivo data.  The examiner was calling for in vivo data.  The application never contained in vivo data until the very end, until the declaration of Scholkens that

Raines - cross

12:05:56    1    we just talked about as part of the '018 application filed

12:06:02    2    many years later, in 1995.

12:06:04    3    Q.     Are you -- do you believe the examiner was correct in

12:06:08    4    rejecting the claims in the early application for lack of

12:06:14    5    utility?

12:06:16    6    A.     I'm not --

12:06:18    7                 THE COURT:  Do you have an objection?

12:06:19    8                 MR. STULL:  Yes.  I object.  He's asking what

12:06:22    9    the examiner thinks.  We're not offering him for that.

12:06:25   10    BY MR. HAUG:

12:06:26   11    Q.     My question is:  Do you believe the examiner was

12:06:28   12    correct in the rejection of lack of utility in your opinion?

12:06:32   13                 THE COURT:  Hold on.  Hold on.  Doctor, hold on.

12:06:35   14    What's your objection now?

12:06:36   15                 MR. STULL:  He has objected that he can't

12:06:38   16    provide legal testimony and now he's asking for legal

12:06:41   17    testimony about what the examiner would have done.

12:06:47   18                 MR. HAUG:  This witness has said he believes

12:06:49   19    this data was responsive to a rejection and should have

12:06:53   20    been, could have been, could have been I think was his word,

12:06:57   21    could have been provided.  I'm asking whether he believes

12:06:59   22    the examiner's rejection was correct.

12:07:02   23                 THE COURT:  Based on what?

12:07:04   24                 MR. HAUG:  From a scientific standpoint only.

12:07:08   25                 THE COURT:  Just from science?

Raines - cross

12:07:09  1          MR. HAUG:  Yes.

12:07:09  2          THE COURT:  Do you still object?  He's not

12:07:11  3  asking for a legal opinion.

12:07:14  4          MR. STULL:  Okay.  Withdrawn.

12:07:16  5          THE COURT:  You may answer.

12:07:17  6          THE WITNESS:  I would have to look at the legal

12:07:19  7  standards at that time to understand what the, whether the

12:07:25  8  examiner was acting in a proper manner, which is how I

12:07:31  9  interpret your question.

12:07:34  10  BY MR. HAUG:

12:07:34  11  Q.     Did you ever ask anyone whether the examiner was

12:07:37  12  acting properly in preparation for your testimony here?

12:07:41  13  A.     No.

12:07:42  14  Q.     Let me ask a bit more about this period of 1991 to

12:07:51  15  1995, which you have focused on.

12:07:53  16          Who decided that this is the period of time that

12:08:00  17  you should be looking at?

12:08:01  18  A.     I did.

12:08:04  19  Q.     And why did you pick this period of time?

12:08:06  20  A.     Because as I said a few moments ago, that's when the

12:08:10  21  applicants stopped responding to office actions.  They

12:08:16  22  responded to the very first office action, to the '162

12:08:21  23  application, and they stopped, and then it was four years

12:08:24  24  later until their next response that was in 1995.  So that's

12:08:30  25  how I got the four years from 1991 to 1995.

Raines - cross

12:08:36   1   Q.     You know, do you not, that the entire prosecution took

12:08:40   2   about eight years; is that right?

12:08:42   3   A.     You mean from --

12:08:48   4   Q.     Start to finish.  From the original application

12:08:51   5   filing to the issuance of the patent, wasn't it about eight

12:08:54   6   years?

12:08:54   7   A.      It is.  It's from 1989 to 1997 when the patent

12:08:58   8   was --

12:08:59   9   Q.     So why did you exclude the period of time between 1989

12:09:03   10  and 1991 as well as the period of time from 1995 to the

12:09:08   11  issuance in 1997?

12:09:09   12  A.     I was looking at the period when the applicants were

12:09:15   13  not responding, not engaging with the Patent Office.

12:09:18   14  Q.     What do you mean by not engaging with the Patent

12:09:21   15  Office?

12:09:21   16  A.     When they were not responding to rejections from the

12:09:25   17  Patent Office.

12:09:27   18  Q.     Dr. Raines, in the chart that you've prepared, which

12:09:34   19  is DDX-4-5, you have on there, you say, zero responses to

12:09:42   20  office action.  You say that in a number of places; is that

12:09:45   21  right?

12:09:45   22  A.     Yes.

12:09:45   23  Q.     So is it correct that it is your understanding that

12:09:51   24  unless the applicant makes arguments that are in your view

12:09:57   25  directly responsive to what an examiner's rejection is,

Raines - cross

| | |
|---|---|
| 12:10:01 | 1 |

1   that's not a response?

2   A.    I'm looking at these applications and looking for

3   responses, looking at the prosecution history and looking

4   for responses by the applicants to rejections from the

5   examiner and I didn't see any from 1991 to 1995.

6   Q.    Is it correct that you do not consider the refilling

7   of an application a response?

8   A.    As I think I said a moment ago, a lot of these

9   applications were --

10             THE COURT:  Refilling of the application without

11   the data that was requested?

12             MR. HAUG:  Correct.

13             THE COURT:  Over and over again.  Is that what

14   you are asking?  Really, that's what you want to ask him?

15             MR. HAUG:  I want to ask him in this chart where

16   he says zero response -- well, I want to ask him.

17   BY MR. HAUG:

18   Q.    Dr. Raines, when you say zero response, you are

19   excluding the refilling of an application, aren't you?

20   A.    You know, again, I'm not a patent lawyer, but when I

21   saw when I looked at this was all of these applications save

22   the last one were abandoned by the applicant and maybe they

23   filed a new application, a continuation of some sort, but

24   they didn't respond to what the examiner was calling for.

25   They had written office actions from the examiner that

Raines - cross

| 12:11:35 | 1 | clearly said, please do this.  They had the ability to do |
| 12:11:40 | 2 | that, and they didn't do that.  That's what I thought. |
| 12:11:43 | 3 | Q.    Dr. Raines, if you could turn to, in your binder, |
| 12:12:06 | 4 | DTX-50. |
| 12:12:08 | 5 | THE COURT:  Which binder?  Which binder, Mr. |
| 12:12:10 | 6 | Haug? |
| 12:12:21 | 7 | THE WITNESS:  I think 50.  Is that in the first |
| 12:12:24 | 8 | one? |
| 12:12:25 | 9 | BY MR. HAUG: |
| 12:12:25 | 10 | Q.    Volume 3, I believe. |
| 12:12:27 | 11 | A.    Volume 3. |
| 12:12:27 | 12 | Q.    Sorry. |
| 12:12:28 | 13 | THE COURT:  Which exhibit number? |
| 12:12:33 | 14 | MR. HAUG:  DTX-50. |
| 12:12:34 | 15 | THE COURT:  DTX-50.  Okay. |
| 12:12:37 | 16 | MR. HAUG:  Volume 3. |
| 12:12:38 | 17 | THE COURT:  Yes, it's here. |
| 12:12:41 | 18 | THE WITNESS:  Okay. |
| 12:12:52 | 19 | BY MR. HAUG: |
| 12:12:52 | 20 | Q.    Are you there?  Okay.  This is the Wirth article that |
| 12:12:54 | 21 | we've been talking about? |
| 12:12:55 | 22 | A.    Yes, it is. |
| 12:12:56 | 23 | Q.    All right.  And, once again, this only concerns |
| 12:12:59 | 24 | testing of the Hoe 140 product, which is icatibant, and |
| 12:13:03 | 25 | compares that to Stewart; is that right? |

Raines - cross

| | |
|---|---|
| 12:13:05 | 1 |
| 12:13:11 | 2 |
| 12:13:12 | 3 |
| 12:13:29 | 4 |
| 12:13:33 | 5 |
| 12:13:33 | 6 |
| 12:13:35 | 7 |
| 12:13:43 | 8 |
| 12:13:51 | 9 |
| 12:13:54 | 10 |
| 12:13:56 | 11 |
| 12:14:01 | 12 |
| 12:14:06 | 13 |
| 12:14:10 | 14 |
| 12:14:14 | 15 |
| 12:14:16 | 16 |
| 12:14:19 | 17 |
| 12:14:24 | 18 |
| 12:14:34 | 19 |
| 12:14:35 | 20 |
| 12:14:57 | 21 |
| 12:15:16 | 22 |
| 12:15:39 | 23 |
| 12:15:40 | 24 |
| 12:15:44 | 25 |

A.    The comparison is to a peptide that was originally
described by Stewart.

Q.    And I would like you to now turn to PT -- DTX-107.
And I want --

A.    Yes.

Q.    Okay.  You're familiar with that article?

A.    Yes.  This is an article again by Hoechst scientists,
including Dr. Scholkens.  This article appeared in the same
issue of the British Journal of Pharmacology.  It's
interesting to look at the page numbers.  These were
published back to back by the Hoechst group.

       This particular article by Hock talks about in
vitro assays for the icatibant peptide, and then the second
article, the so-called Wirth article, talked about in vivo
method.

Q.    Thank you.

       Now I would like you to turn to JTX-6, which
would be in Volume 2.  JTX-6.

A.    That's --

Q.    6A I think is a clearer copy.  Are you there?

A.    No.  I'm sorry.  It's a challenge.

Q.    Now, if you could turn to JTX 6A.221.

A.    Yes.

Q.    Okay.  And this is the, this is the application that
was filed February 19, 1991, isn't it?

Raines - cross

| | | |
|---|---|---|
| 12:15:48 | 1 | A.    You said February 19th? |
| 12:15:58 | 2 | Q.    Well, is that -- whatever that date is in the upper |
| 12:16:01 | 3 | left. |
| 12:16:01 | 4 | A.    Oh, I see.  Yes.  Yes.  It confused me because I guess |
| 12:16:05 | 5 | it was received February 25th. |
| 12:16:07 | 6 | Q.    Okay.  And you're familiar with this document; is that |
| 12:16:10 | 7 | right? |
| 12:16:10 | 8 | A.    I believe I've seen this before. |
| 12:16:14 | 9 | Q.    Okay.  And if you would turn -- well, this is |
| 12:16:18 | 10 | responding to an office action dated August 17, 1990.  I'm |
| 12:16:23 | 11 | reading from the first line of the amendment on Page 221, |
| 12:16:29 | 12 | 221. |
| 12:16:30 | 13 |          Are you with me? |
| 12:16:31 | 14 | A.    Yes. |
| 12:16:31 | 15 | Q.    All right.  In response to the office action dated |
| 12:16:34 | 16 | August 17, 1990.  And it goes on to talk -- if we go to the |
| 12:16:40 | 17 | next page, about halfway down.  It says, "Please delete |
| 12:16:45 | 18 | claims 1 to 4 and replace them with new claims 7 to 13." |
| 12:16:49 | 19 |          Do you see that? |
| 12:16:50 | 20 | A.    Which page are you on? |
| 12:16:52 | 21 | Q.    I'm on Page 222. |
| 12:16:53 | 22 | A.    It says, delete Claim 1 and insert therefore Claim 10. |
| 12:17:07 | 23 | Q.    I'm in the middle. |
| 12:17:10 | 24 | A.    Oh, I see. |
| 12:17:12 | 25 | Q.    Very good.  So they were deleting some claims and |

Raines - cross

| | | |
|---|---|---|
| 12:17:15 | 1 | adding new claims; is that correct? |
| 12:17:16 | 2 | A.    That is correct. |
| 12:17:17 | 3 | Q.    All right.  And if we go -- and this is in response to |
| 12:17:23 | 4 | the office action where the examiner said, claims were |
| 12:17:27 | 5 | rejected for lack of utility; isn't that right? |
| 12:17:29 | 6 | A.    I can't agree with that. |
| 12:17:33 | 7 | Q.    You can't agree with that? |
| 12:17:35 | 8 | A.    No. |
| 12:17:35 | 9 | Q.    You don't know? |
| 12:17:36 | 10 | A.    No.  I can't agree with that. |
| 12:17:38 | 11 | Q.    All right.  Let me try this a different way.  Let me |
| 12:17:50 | 12 | see if I can get the office action. |
| 12:17:53 | 13 |         The examiner rejected all the claims for lack of |
| 12:17:55 | 14 | utility; is that correct? |
| 12:17:56 | 15 | A.    In which application? |
| 12:18:01 | 16 | Q.    Do you remember which one? |
| 12:18:02 | 17 | A.    Are you referring to the '162 application? |
| 12:18:07 | 18 | Q.    Yes. |
| 12:18:08 | 19 | A.    I know the examiner rejected claims for lack of |
| 12:18:13 | 20 | utility. |
| 12:18:14 | 21 | Q.    If you go to 6.152, please. |
| 12:18:28 | 22 | A.    Six -- this is in tab JTX-6? |
| 12:18:32 | 23 | Q.    Right. |
| 12:18:33 | 24 | A.    At page -- |
| 12:18:34 | 25 | Q.    Still JTX-6. |

Raines - cross

| | | |
|---|---|---|
| 12:18:37 | 1 | A.   152? |
| 12:18:39 | 2 | Q.   152, please. |
| 12:18:40 | 3 | A.   Yes. |
| 12:18:41 | 4 | Q.   All right? |
| 12:18:45 | 5 | A.   Yes. |
| 12:18:45 | 6 | Q.   Do you see in the upper right-hand corner it says, |
| 12:18:48 | 7 | 8/17/1990.  Do you agree with me this is an office action of |
| 12:18:52 | 8 | that date? |
| 12:18:54 | 9 | A.   Yes.  This is the first office action for the '162 |
| 12:18:58 | 10 | application. |
| 12:18:59 | 11 | Q.   And you see down below it says, claims 1 to 6 are |
| 12:19:03 | 12 | pending, and then if we go down to the fourth line, claims 1 |
| 12:19:06 | 13 | to 6 are rejected. |
| 12:19:09 | 14 | A.   I see that. |
| 12:19:10 | 15 | Q.   Okay.  Going back to JTX 6A.221, this is responding to |
| 12:19:20 | 16 | that office action. |
| 12:19:21 | 17 | Do you follow me? |
| 12:19:22 | 18 | A.   I can't agree with that. |
| 12:19:24 | 19 | Q.   All right.  And why can't you agree with that? |
| 12:19:30 | 20 | A.   Well, this is a -- the -- what was done to go into the |
| 12:19:42 | 21 | '149 application, so to file the continuation, they added |
| 12:19:46 | 22 | this data, as I understand. |
| 12:19:55 | 23 | And can you show me -- |
| 12:19:57 | 24 | THE COURT:  What do you want to say? |
| 12:19:58 | 25 | BY MR. HAUG: |

Raines - cross

| | | |
|---|---|---|
| 12:19:59 | 1 | Q.     Which one do you want? |
| 12:20:00 | 2 | A.     The second page.  I'm on 152 and now you're on -- what |
| 12:20:04 | 3 | was the other page?  Two?  221? |
| 12:20:09 | 4 | THE COURT:  Yes. |
| 12:20:17 | 5 | THE WITNESS:  Yes.  So this amendment -- they |
| 12:20:19 | 6 | are adding, if I recall, they're adding some change in the |
| 12:20:29 | 7 | claims and adding some data that, in which they are seeking |
| 12:20:35 | 8 | to address the office action to the '162 application. |
| 12:20:46 | 9 | BY MR. HAUG: |
| 12:20:48 | 10 | Q.     I would like to turn your attention to JTX-6A.233. |
| 12:20:55 | 11 | A.     Yes. |
| 12:20:55 | 12 | Q.     Okay.  And you see near the top under the indented |
| 12:21:02 | 13 | paragraph, it says, see MPEP section 608.01 (p). |
| 12:21:10 | 14 | Do you see that? |
| 12:21:12 | 15 | A.     I see that. |
| 12:21:13 | 16 | Q.     Do you know what that is? |
| 12:21:14 | 17 | A.     What MPEP stands for? |
| 12:21:16 | 18 | Q.     Correct. |
| 12:21:16 | 19 | A.     I don't know. |
| 12:21:20 | 20 | Q.     So you don't know what this section of the MPEP |
| 12:21:25 | 21 | said? |
| 12:21:26 | 22 | A.     I'm not -- I'm not familiar with what MPEP means. |
| 12:21:35 | 23 | Q.     All right.  I would like to now turn to PTX-72, |
| 12:21:50 | 24 | please.  PTX-72.  This is also on line 3. |
| 12:22:02 | 25 | THE COURT:  PTX-72?. |

Raines - cross

| | | |
|---|---|---|
| 12:22:04 | 1 | MR. HAUG:  Yes. |
| 12:22:05 | 2 | THE COURT:  Which line?  You gave us three |
| 12:22:07 | 3 | lines. |
| 12:22:11 | 4 | MR. HAUG:  Line 3 to 4. |
| 12:22:12 | 5 | THE COURT:  Line 3? |
| 12:22:13 | 6 | MR. HAUG:  Yes. |
| 12:22:14 | 7 | THE COURT:  All right.  What page did you say? |
| 12:22:38 | 8 | I'm sorry. |
| 12:22:39 | 9 | MR. HAUG:  I was going to 72.2.  I take it back. |
| 12:22:47 | 10 | Let's start with the first page, 72.1, the first page. |
| 12:22:52 | 11 | BY MR. HAUG: |
| 12:22:53 | 12 | Q.    72.1.  Let me know when you are there, Dr. Raines. |
| 12:22:56 | 13 | A.    I'm there. |
| 12:22:58 | 14 | Q.    All right.  Do you see in the upper right-hand corner |
| 12:23:01 | 15 | it says 608.01? |
| 12:23:03 | 16 | A.    I do. |
| 12:23:04 | 17 | Q.    And we're a ways down on the right-hand column.  It |
| 12:23:08 | 18 | says, guidelines for considering disclosures of utility in |
| 12:23:12 | 19 | drug cases? |
| 12:23:16 | 20 | A.    I do. |
| 12:23:17 | 21 | Q.    Have you ever seen this before? |
| 12:23:19 | 22 | A.    Perhaps, but I can't be sure. |
| 12:23:26 | 23 | Q.    And if we go to 72.2, please.  And the first paragraph |
| 12:23:35 | 24 | in the right-hand column, it says, proof of utility under |
| 12:23:39 | 25 | this section may be established by clinical or in vivo or in |

Raines - cross

12:23:45  1   vitro data, or combinations of these, which would be

12:23:49  2   convincing to those skilled in the art.

12:23:51  3               Did I read that correctly?

12:23:53  4   A.    Yes, you did.

12:23:56  5   Q.    But you're not aware of this utility guideline in the

12:24:02  6   manual of patent examining procedure, are you?

12:24:04  7   A.    I know there's debate about in vivo and in vitro data,

12:24:15  8   but I am not a patent lawyer.

12:24:18  9   Q.    And the date of this, if we look at the lower

12:24:23  10  right-hand corner, it says May 1988.

12:24:26  11              Do you see that?

12:24:27  12  A.    I do see that.

12:24:28  13  Q.    Dr. Raines, I'd like you to turn to JTX-6A.1

12:24:57  14  A.    Which volume is that in?

12:25:01  15  Q.    Six.   That would be in Volume 2, 2 of 4.

12:25:17  16              THE COURT:   What is the exhibit number?

12:25:19  17              MR. HAUG:   PTX-6.   JTX-6.   Sorry.   JTX-6.

12:25:30  18              THE WITNESS:   I'm there.

12:25:31  19  BY MR. HAUG:

12:25:31  20  Q.    Okay.   I will wait for you.   JTX-06A.1.   And do you

12:25:40  21  recognize this document?

12:25:41  22  A.    So this is the prosecution history for the '162, '149

12:25:48  23  and '052 applications.

12:25:53  24  Q.    And please point to JTX 6A.121 within that

12:25:58  25  application.

Raines - cross

| | | |
|---|---|---|
| 12:26:17 | 1 | A.      Yes. |
| 12:26:17 | 2 | Q.      These are the claims that were filed in the original |
| 12:26:22 | 3 | application, aren't they? |
| 12:26:23 | 4 | A.      These are the Group 1 applications. |
| 12:26:25 | 5 | Q.      All right.  And Claim 1, for example, is directed to a |
| 12:26:29 | 6 | genus of compounds. |
| 12:26:30 | 7 | Do you agree with that? |
| 12:26:31 | 8 | A.      Yes. |
| 12:26:32 | 9 | Q.      And that genus of compounds covers many, many |
| 12:26:36 | 10 | compounds; is that right? |
| 12:26:38 | 11 | A.      Yes. |
| 12:26:38 | 12 | Q.      Perhaps thousands? |
| 12:26:40 | 13 | A.      Perhaps millions. |
| 12:26:42 | 14 | Q.      Perhaps millions.  Okay. |
| 12:26:44 | 15 | And I would like -- I would like you now to turn |
| 12:26:51 | 16 | to Page 152.  Actually, I had another question.  When you |
| 12:27:00 | 17 | were looking at the original claims, were any of the |
| 12:27:03 | 18 | original claims directed to icatibant only? |
| 12:27:05 | 19 | A.      Not that I recall. |
| 12:27:11 | 20 | Q.      Okay.  So if we then go to Page 152, please. |
| 12:27:23 | 21 | A.      Yes.  I'm there. |
| 12:27:24 | 22 | Q.      And this is the office action we've been looking at; |
| 12:27:26 | 23 | is that right? |
| 12:27:27 | 24 | A.      This is the first office action for the '162 patent |
| 12:27:32 | 25 | application. |

Raines - cross

12:27:33    1    Q.    And claims 1 to 6, the ones we just looked at, were

12:27:36    2    all rejected in this office action; is that right?

12:27:39    3    A.    We just looked at Claim 1, but it says here that all

12:27:44    4    claims, 1 through 6, are rejected.

12:27:46    5    Q.    Okay.  And please go to Page 153.

12:27:55    6    A.    Yes.

12:27:56    7    Q.    And if you go down to the last paragraph, it says,

12:28:00    8    applicant's election of peptide specie of structure as

12:28:04    9    shown on Page 31, Example 59 in Paper Number 1, is

12:28:07   10    acknowledged.

12:28:10   11          What do you understand the examiner to be saying

12:28:12   12    there?

12:28:12   13    A.    So my understanding of this is that there was a

12:28:20   14    restriction requirement, and the applicants were asked to

12:28:29   15    choose a particular sequence for examination and that the

12:28:36   16    application would be examined through the lens of that

12:28:40   17    sequence, and they were selecting Example 59.

12:28:47   18    Q.    Okay.  And if we go to Page 154, still in JTX-6.  And

12:28:56   19    near the top it says, right below the indent:  Claims 1 to 6

12:29:05   20    are rejected under 35 U.S.C. 101 because the invention as

12:29:08   21    disclosed is inoperable and therefore lacks utility.

12:29:10   22          Do you see that?

12:29:11   23    A.    I do see that.

12:29:12   24    Q.    And that's the rejection that you have been focused

12:29:15   25    on; isn't that correct?

Raines - cross

12:29:16    1   A.     Yes, and the examiner goes on to describe in the

12:29:23    2   subsequent paragraph the meaning that she has for, the

12:29:28    3   underlying basis for that rejection.

12:29:30    4   Q.     Correct.  And it is your testimony that the applicant

12:29:36    5   had some data that in your view from a scientific point of

12:29:40    6   view would be responsive to showing utility for icatibant;

12:29:46    7   isn't that correct?

12:29:46    8   A.     Yes, as of July 25th, 1990, the applicant had in vivo

12:29:53    9   data that would have, or at least could have been responsive

12:29:57   10   to this rejection, but did not put it forth.

12:30:02   11   Q.     But this rejection is not based on a claim to

12:30:05   12   icatibant; isn't that right?

12:30:07   13   A.     Icatibant is included in the claims of this

12:30:15   14   application.

12:30:16   15   Q.     But claims 1 to 6 don't call out icatibant, and as you

12:30:21   16   just testified a little while ago, cover maybe thousands, or

12:30:24   17   even millions of compounds; isn't that right?

12:30:26   18   A.     Claims 1 through 6 are large genus claims, but one of

12:30:32   19   the species is icatibant.

12:30:34   20   Q.     But --

12:30:36   21          THE COURT:  Mr. Haug, we're going to take lunch.

12:30:38   22   Be back in an hour.

12:30:39   23          MR. HAUG:  Certainly.  Thank you, Your Honor.

12:30:50   24          (Luncheon recess taken.)

11:38:55   25          THE COURT:  Please, take your seats.  Doctor,

Raines - cross

13:30:51      1    please return to the stand.

13:31:18      2              All right.  Doctor, good afternoon.

13:31:19      3              THE WITNESS:  Good afternoon.

13:31:21      4              MR. BLUMENFELD:  Your Honor, Mr. Haug stepped

13:31:23      5    out just as you were coming in coincidentally.  He will be

13:31:28      6    back shortly.  Sorry about that.

13:31:30      7              (Pause.)

13:32:10      8    BY MR. HAUG:

13:32:10      9    Q.    Good afternoon again, Dr. Raines.

13:32:13     10              I think before the break we were looking at

13:32:17     11    JTX-6, and I would like to direct you to 6.152.  Are you

13:32:41     12    with me, 152?

13:32:42     13    A.    I am there.

13:32:43     14    Q.    This is the office action we have been speaking about.

13:32:47     15    Right?

13:32:47     16    A.    This is the office action for the '162 application.

13:32:52     17    Q.    If you would please turn to 154, two pages into the

13:33:08     18    document?

13:33:09     19    A.    Yes.

13:33:09     20    Q.    You see here where Claims 1 to 6 are rejected under 35

13:33:13     21    U.S.C. 101 because the invention as disclosed is

13:33:16     22    nonoperative and therefore lacks utility.

13:33:19     23              Right?

13:33:19     24    A.    I see that.

13:33:22     25    Q.    This utility rejection is to all of the Claims 1

Raines - cross

| | |
|---|---|
| 13:33:26 | 1 |
| 13:33:32 | 2 |
| 13:33:35 | 3 |
| 13:33:40 | 4 |
| 13:34:03 | 5 |
| 13:34:03 | 6 |
| 13:34:04 | 7 |
| 13:34:07 | 8 |
| 13:34:10 | 9 |
| 13:34:12 | 10 |
| 13:34:14 | 11 |
| 13:34:26 | 12 |
| 13:34:30 | 13 |
| 13:34:35 | 14 |
| 13:34:40 | 15 |
| 13:34:40 | 16 |
| 13:34:44 | 17 |
| 13:34:50 | 18 |
| 13:34:54 | 19 |
| 13:34:55 | 20 |
| 13:35:08 | 21 |
| 13:35:12 | 22 |
| 13:35:13 | 23 |
| 13:35:15 | 24 |
| 13:35:17 | 25 |

1    through 6, which are genus claims.  Isn't that correct?

2    A.    It's to Claims 1 to 6.  I don't recall if they are all

3    genus claims, if you tell me...

4    Q.    So if you turn to JTX-6.221, please, let me know when

5    you get there?

6    A.    Yes.

7    Q.    This is the amendment and response to this office

8    action we just looked at.  Correct?

9    A.    Right.  This is the response to the office action for

10   the '162 application, yes.

11   Q.    Thank you.  And if we look to the next page, 222, you

12   see where it says in the claims, "Please amend Claims 5 to 6

13   as follows."  And then below it that it says, "Please delete

14   Claims 1 to 4 and replace them with new Claims 7 to 13."

15   A.    Yes.

16   Q.    Then they set forth the claims and just looking at

17   Claim 7 very quickly, that is a genus claim, isn't it?

18   A.    Claim 7 seems to be a genus claim with a number of

19   species, yes.

20   Q.    And I would like you now to look at Claim 13, and

21   that's icatibant, isn't it?

22   A.    Claim 13?

23   Q.    Which is being added here?

24   A.    Can you point to a page?

25   Q.    Certainly.  That would be on Page 229.

Raines - cross

13:35:24  1  A.     Claim 13, yes.

13:35:35  2  Q.     If you would now turn to Page 231.  At the bottom, the

13:35:42  3  last paragraph, it starts, "The examiner has rejected Claims

13:35:46  4  1 to 6 under 35 U.S.C. 101, asserting that the invention as

13:35:51  5  disclosed is nonoperative and therefore lacks utility," then

13:35:56  6  it goes on.  Right?  It goes on until Page 233, if you could

13:36:03  7  move to that page, please?

13:36:08  8  A.     233, yes.

13:36:09  9  Q.     Up at the top it says, "Applicants respectfully note

13:36:14  10  that:  [proof] of utility under 608.01 may be established by

13:36:21  11  clinical or in vivo or in vitro data, or combinations of

13:36:24  12  these, which would be convincing to those skilled in the art

13:36:28  13  [and] animal tests may be adequate where the art would

13:36:31  14  accept these as appropriately correlated with human

13:36:35  15  utility."

13:36:36  16         Did I read that correctly?

13:36:37  17  A.     You did.

13:36:37  18  Q.     Right before that, after it says MPEP 608.01, they go

13:36:45  19  on to say, "Applicants respectfully submit that the in vitro

13:36:48  20  data of the instant specification is in accord with accepted

13:36:51  21  methods of establishing utility by in vitro testing of

13:36:55  22  bradykinin antagonist action using the modeling disclosed in

13:37:01  23  the specification at Page 17, Lines 7 to 13."

13:37:10  24         Did you consider this argument that the

13:37:12  25  applicants were making in response to the 101 rejection?

Raines - cross

13:37:20    1    A.    I did read this before.

13:37:22    2    Q.    So the applicants here are saying, we don't need to

13:37:24    3    put in in vivo data; in vitro data, which we already have in

13:37:29    4    the application, should be sufficient.   Isn't that what they

13:37:31    5    are arguing here?

13:37:33    6    A.    The applicants are making that argument.

13:37:35    7    Q.    I would like you to move on to 247, please.   Are you

13:37:53    8    with me?

13:37:54    9    A.    I am.

13:37:55   10    Q.    This is the next office action, is it not?

13:37:57   11    A.    Yes.   This is the second and final office action for

13:38:00   12    the '162 application.

13:38:03   13    Q.    This is an examiner's office action dated May 31,

13:38:08   14    1991?

13:38:08   15    A.    That's correct.

13:38:08   16    Q.    And if we go down, the cover page to No. 3 says "Claim

13:38:15   17    13 is allowed."

13:38:17   18          Do you see that?

13:38:18   19    A.    I do see that.

13:38:19   20    Q.    Do you see it on the cover page?

13:38:22   21    A.    Yes.

13:38:23   22    Q.    I have it highlighted?

13:38:24   23    A.    Yes.

13:38:24   24    Q.    Claim 13 is directed to icatibant.   Right?

13:38:30   25    A.    I believe that's the claim we just covered.

Raines - cross

13:38:33 | 1 | Q.    It is the one I just showed you?

13:38:36 | 2 | A.    Yes.

13:38:36 | 3 | Q.    Right below that it says "Claims 5 to 12 are

13:38:42 | 4 | rejected."

13:38:42 | 5 | A.    Yes.

13:38:43 | 6 | Q.    If we move to the next page, 248, if we go under the

13:38:51 | 7 | indent there, it says, "Claims 5 to 12 are rejected under 35

13:38:56 | 8 | U.S.C. 101 because of the reasons set forth at Pages 3 and 4

13:39:00 | 9 | of the last office action, 8/17/90."

13:39:05 | 10 |        Do you see that?

13:39:06 | 11 | A.    I do see that.

13:39:07 | 12 | Q.    Would you agree with me that the examiner is rejecting

13:39:11 | 13 | Claims 5 to 12 but not Claim 13 to icatibant?

13:39:18 | 14 | A.    That's true in this sentence, yes.

13:39:33 | 15 | Q.    So, Dr. Raines, if the examiner here has dropped the

13:39:40 | 16 | rejection of Claim 13 over lack of utility, do you still

13:39:46 | 17 | believe they needed to submit scientific data from the Wirth

13:39:50 | 18 | article?

13:39:54 | 19 | A.    My understanding about this office action -- and I

13:40:00 | 20 | would have to read through the entire office action -- is

13:40:04 | 21 | that although the cover sheet claimed that Claim 13 was

13:40:11 | 22 | allowed, that the text of the documents did not allow Claim

13:40:17 | 23 | 13.

13:40:17 | 24 | Q.    Let me maybe help you with that, if we go to Page 253

13:40:25 | 25 | in this office action.  Right at the top, it says, "Claims 5

| | | |
|---|---|---|
| 13:40:32 | 1 | to 13 are rejected under 35 U.S.C. 103." |
| 13:40:36 | 2 | Do you see that? |
| 13:40:37 | 3 | A.    Yes. |
| 13:40:37 | 4 | Q.    So you would agree with me, right, that all the Claims |
| 13:40:41 | 5 | 5 to 13 are being rejected under 103 at this portion of the |
| 13:40:46 | 6 | office action.  Right? |
| 13:40:48 | 7 | A.    I see that. |
| 13:41:06 | 8 | Q.    I would like you now to please stay with JTX-6A.  And |
| 13:41:11 | 9 | if we could go to 468, please.  Do you recognize this? |
| 13:41:36 | 10 | A.    468 is the office action for the '149 application. |
| 13:41:41 | 11 | Q.    It has a date of July 1, '92 in the upper right.  Is |
| 13:41:46 | 12 | that correct? |
| 13:41:46 | 13 | A.    Yes. |
| 13:41:46 | 14 | Q.    And on this cover page it says Claims 5 to 17 are |
| 13:41:50 | 15 | rejected.  Right? |
| 13:41:53 | 16 | A.    Yes, it does. |
| 13:41:54 | 17 | Q.    Please turn to Page 476.  Do you see about halfway |
| 13:42:01 | 18 | down the page it says, "Claims 5 to 17 are rejected under 35 |
| 13:42:09 | 19 | U.S.C. 102(f) because the applicant did not invent the |
| 13:42:14 | 20 | claimed subject matter"? |
| 13:42:20 | 21 | "The claimed invention is identical to the |
| 13:42:26 | 22 | reference compound and method published in the British |
| 13:42:31 | 23 | Journal, Pharmacological Journal, Hock, et al., or Wirth et |
| 13:42:35 | 24 | al., coauthored by some of the present inventors." |
| 13:42:38 | 25 | Do you see that? |

Raines - cross

13:42:39  1    A.    I do.

13:42:39  2    Q.    Do you understand what the examiner is saying here by

13:42:42  3    rejecting Claims 5 to 17 under 35 U.S.C. 102(f)?

13:42:48  4    A.    My understanding of this is that this is an

13:42:52  5    inventorship rejection.  The examiner is concerned that

13:43:01  6    there is information in the -- here in the public domain

13:43:10  7    available to her that the inventors of the application may

13:43:16  8    not include all the inventors of the application.

13:43:19  9    Q.    And in the second sentence that I read, the examiner

13:43:23  10   here is citing the Wirth article that you have been

13:43:27  11   testifying about.  Isn't she?

13:43:30  12   A.    She is citing this in the context of the 102(f)

13:43:35  13   rejection.

13:43:35  14   Q.    Well, as of the date of this office action, which was

13:43:39  15   July, July 1st, 1992, the Wirth article that you have been

13:43:46  16   focused on is now of record in the patent file history,

13:43:51  17   isn't that correct?

13:43:53  18   A.    I am not sure how the -- I am not sure about the words

13:43:58  19   "of record."  But the Wirth article is cited here in this

13:44:03  20   paragraph about the 102(f) rejection.

13:44:25  21   Q.    Dr. Raines, I would like you to now go to JTX-7,

13:44:30  22   please.  7A, would you say please turn to Page 263.  Let me

13:44:52  23   know when you're there?

13:45:08  24   A.    Yes.

13:45:09  25   Q.    And this is the June 6, 1995 response by the

Raines - cross

| 13:45:16 | 1 | applicants to the office action which you testified about |
| 13:45:20 | 2 | earlier, isn't it? |
| 13:45:22 | 3 | A.    Yes.   This is in response to the '018 application. |
| 13:45:29 | 4 | Q.    If you would please turn to Page 298? |
| 13:45:38 | 5 | A.    Yes. |
| 13:45:38 | 6 | Q.    And this, about halfway down the page it says |
| 13:45:46 | 7 | "Rejection under 35 U.S.C. 101." |
| 13:45:49 | 8 | Do you see that? |
| 13:45:51 | 9 | A.    I do. |
| 13:45:51 | 10 | Q.    And then following, there is argument, if I can put it |
| 13:45:56 | 11 | that way, about the rejection that the examiner had made, |
| 13:46:00 | 12 | and it goes on for a little bit.   Right? |
| 13:46:07 | 13 | A.    Yes. |
| 13:46:08 | 14 | Q.    If we could turn now to Page 301, please? |
| 13:46:16 | 15 | A.    Yes. |
| 13:46:18 | 16 | Q.    The first paragraph.   It says, "In further support of |
| 13:46:22 | 17 | the utility, applicants submit copies of the following |
| 13:46:26 | 18 | publications that attest to the utility of the claimed |
| 13:46:30 | 19 | bradykinin antagonists in treating a variety of pathological |
| 13:46:34 | 20 | states mediated by bradykinin." |
| 13:46:38 | 21 | And then it goes on to cite, the applicants are |
| 13:46:46 | 22 | citing as many as eight references.   Is that correct?   I am |
| 13:46:55 | 23 | still on Page 301. |
| 13:46:57 | 24 | A.    Eight, yes. |
| 13:46:59 | 25 | Q.    Okay.   You agree with me.   And the Wirth 1990 or '91 |

Raines - cross

13:47:06    1    article that you have been testifying about is not among

13:47:08    2    these articles, is it?

13:47:12    3    A.      Well, the Wirth article is not in this list.  It is in

13:47:16    4    the declaration of Dr. Scholkens that is also part of this

13:47:22    5    response.

13:47:22    6    Q.      That's correct.  But it's not set forth here in the

13:47:26    7    Remarks section by applicants, is it?

13:47:30    8    A.      It's not in this list.  But it is part of the response

13:47:34    9    of the applicants.

13:47:35    10   Q.      And am I correct to note that some of these articles,

13:47:39    11   like, for example, the first Wirth article is 1993, there is

13:47:45    12   a next one, 1994, and there are a number of other 1994

13:47:51    13   articles.  Do you see that?

13:47:52    14   A.      I do see that.  We talked earlier about the 1993

13:47:56    15   article, which was submitted in 1992.

13:48:03    16   Q.      But you would agree, would you not, that in this

13:48:06    17   particular response by the applicants, they are citing a

13:48:09    18   number of publications to the examiner in connection with

13:48:14    19   the utility rejection.  Would you agree with that?

13:48:21    20   A.      They are citing these papers in that sense, yes.

13:48:24    21   Q.      Dr. Raines, please turn to JTX-7, again, and Page 263.

13:48:54    22   We are still in the same response, I think.  Page 263.

13:49:02    23   A.      Okay.

13:49:02    24   Q.      We are in that response.  I would like you to go to

13:49:13    25   Page 299.

Raines - cross

13:49:23  1   A.    I am there.

13:49:24  2   Q.    The first full paragraph, "According the Guidelines

13:49:30  3   for Examination of Applications for Compliance with Utility

13:49:33  4   Requirement (Fed. Reg., Vol 60, Page 98), [a] rejection

13:49:41  5   under Section 101 should not be maintained if an asserted

13:49:44  6   utility for the claimed invention would be considered

13:49:47  7   credible by a person of ordinary skill in the art in view of

13:49:50  8   all evidence of record.'

13:49:56  9            "Applicants submit that the utility of the

13:49:57  10  claimed invention would be considered credible by one of

13:50:00  11  ordinary skill in the art on the basis of the specification

13:50:03  12  alone."

13:50:04  13            Did I read that correctly?

13:50:06  14  A.    Yes.

13:50:06  15  Q.    Are you familiar with the guidance for examination of

13:50:08  16  applications for compliance with the utility requirement as

13:50:11  17  referenced in Fed. Reg. Volume 6 or not?

13:50:16  18  A.    I do not believe I have read that.

13:50:17  19  Q.    You never looked at that.  At any time in your work on

13:50:21  20  this case?

13:50:22  21  A.    I don't know.  I can't recall.

13:50:37  22  Q.    Please turn to PTX-73, Volume 3 of 4, PTX-73.

13:51:13  23  A.    I was in Volume 2, sorry.

13:51:16  24  Q.    PTX-73.  Do you recognize this document, which is from

13:51:40  25  the Federal Register Utility Guidelines?

Raines - redirect

| | | |
|---|---|---|
| 13:51:52 | 1 | A.    I may have seen this before, but I am not especially |
| 13:51:56 | 2 | familiar with it. |
| 13:51:56 | 3 | Q.    Dr. Raines, you testified about Nova and some of the |
| 13:52:08 | 4 | compounds that Nova was working under.  Do you recall that? |
| 13:52:11 | 5 | A.    Yes. |
| 13:52:11 | 6 | Q.    Other than looking at publications from Nova or about |
| 13:52:15 | 7 | Nova compounds which you did testify about, do you have any |
| 13:52:20 | 8 | other experience with anything that Nova did at any time? |
| 13:52:29 | 9 | A.    No.  I reviewed several publications from Nova |
| 13:52:34 | 10 | scientists by bradykinin antagonists, publications from the |
| 13:52:40 | 11 | early 1990s.  But I am not aware of other information. |
| 13:52:52 | 12 | MR. HAUG:  Your Honor, may I just consult with |
| 13:52:54 | 13 | Mr. Blumenfeld? |
| 13:52:54 | 14 | THE COURT:  Yes. |
| 13:52:57 | 15 | (Pause.) |
| 13:53:07 | 16 | MR. HAUG:  No further questions, Your Honor. |
| 13:53:08 | 17 | THE COURT:  Redirect. |
| 13:53:15 | 18 | REDIRECT EXAMINATION |
| 13:53:15 | 19 | BY MR. STULL: |
| 13:53:28 | 20 | Q.    Would you look at JTX-6A, Tab F? |
| 13:53:54 | 21 | A.    Which tab? |
| 13:53:55 | 22 | Q.    Tab F, please? |
| 13:53:56 | 23 | A.    Yes. |
| 13:53:57 | 24 | Q.    Is Tab F the February 15th, 1991 response you were |
| 13:54:10 | 25 | asked some questions about? |

Raines - redirect

13:54:12     1    A.      Yes, this is the response to the office action for the

13:54:20     2    '162 application.

13:54:22     3    Q.      Can we go to Page 233 of JTX-6A in this response.   If

13:54:31     4    you could go right to where it says "See MPEP."

13:54:36     5            Do you recall you were asked some questions

13:54:37     6    about this MPEP statute right here?

13:54:41     7    A.      Yes.

13:54:41     8    Q.      Can we look at DDX4.9.  Dr. Raines, did you include

13:54:55     9    the February 19th, 1991 response we just looked at as part

13:55:00    10    of the period of delay in this slide?

13:55:05    11    A.      My period of delay started at May 31st, 1991, not

13:55:10    12    February 19th, 1991.  So, no.

13:55:15    13    Q.      Can you turn to Tab G of JTX -- I think it's JTX-7A.

13:55:32    14    A.      Yes.

13:55:35    15    Q.      And is there the June 6, 1995 response you were asked

13:55:40    16    some questions about?

13:55:42    17    A.      Yes.

13:55:22    18    Q.      And if we could go to Page 299.  And if you go to the

13:55:46    19    top where it says, according.

13:55:53    20            Do you recall some questions you were asked

13:55:54    21    about these guidelines, Fed. Reg Volume 60, Page 98?

13:56:01    22    A.      I do.

13:56:01    23    Q.      And if we could go back to DDX4-9.  Do you include any

13:56:06    24    time period after the June 6th, 1995 response that included

13:56:10    25    that Fed. Reg statute in your period of delay?

13:56:13    1    A.    No.

13:56:17    2    Q.    Okay.  Could you turn to Tab H, the Scholkens

13:56:20    3    declaration.  Excuse me.  I guess that's Tab H in JTX-7A to

13:56:25    4    be precise.  And if we can go to Paragraph 5.

13:56:34    5              Are you at Paragraph 5?

13:56:41    6    A.    Yes, I'm there.

13:56:42    7    Q.    Okay.  Is this the first time that applicant cited

13:56:48    8    Wirth 1991 in response to a 101 rejection?

13:56:53    9    A.    Yes, it is.

13:57:02   10              MR. STULL:  No more questions.

13:57:03   11              THE COURT:  Thank you, Doctor.  Please be

13:57:04   12    careful stepping down.  They'll get it.

13:57:06   13              THE WITNESS:  They'll get it?

13:57:07   14              THE COURT:  Yes, they will.  Right now.  All

13:57:09   15    right.

13:57:10   16              (Witness excused.)

13:57:43   17              MR. HAUG:  Your Honor, shall we clean up?

13:57:45   18              THE COURT:  Yes.  Absolutely.

13:58:13   19              MR. HAUG:  Your Honor, with the testimony of Dr.

13:58:14   20    Raines, the defendants rest their case-in-chief.  We have

13:58:17   21    rebuttal witnesses for probably Friday, but that's our

13:58:19   22    case-in-chief.

13:58:20   23              THE COURT:  All right.

13:58:24   24              MR. HAUG:  Your Honor, I would like to very

13:58:30   25    briefly, very briefly make a motion under Rule 52(c) on one

Raines - redirect

13:58:35  1   point only, and that is the complete failure to present any

13:58:39  2   evidence with respect to intervening rights and prejudice

13:58:43  3   during the period of delay, which is clearly required by the

13:58:48  4   Cancer Research case, which applies here to this case.

13:58:51  5           Putting aside all questions of fact that may be

13:58:54  6   involved with the patent prosecution, it is what it is, it

13:58:58  7   is a necessary element under the Cancer Research case and

13:59:02  8   Supreme Court precedent that there has to be, has to be a

13:59:07  9   showing of clear and convincing evidence, of intervening

13:59:13  10  rights and prejudice.

13:59:13  11          We heard testimony from Dr. Burch about Nova.

13:59:18  12  We saw some articles about Nova and they were working on

13:59:22  13  some compounds.  That's fine.  However, there's no prejudice

13:59:26  14  to Nova.  The testimony is clear, they abandoned the

13:59:29  15  project, they never went forward with the project, and there

13:59:32  16  is no analysis that has ever come forward with regard to

13:59:36  17  prejudice, no one.  And the period of delay, alleged delay,

13:59:40  18  is 1991 to 1995.  And Fresenius here didn't even file the

13:59:44  19  ANDA until obviously much, much later, 19 years later.  And

13:59:47  20  there's no proof.  There's no proof whatsoever I believe in

13:59:50  21  this regard about prejudice, a necessary element of patent

13:59:54  22  prosecution, laches.

13:59:57  23          And while I think as a matter of law that's the

14:00:02  24  case, and we would like to avoid, if we can, having to walk

14:00:07  25  through the file history again in our case, which really we

Raines - redirect

14:00:12   1    think shouldn't be necessary because they have not satisfied

14:00:15   2    this prong, which they cannot get past, they cannot get

14:00:19   3    around this prong.   There's no intervening prejudicial

14:00:22   4    rights.   Thank you.

14:00:23   5              THE COURT:  Mr. Wiesen?

14:00:25   6              MR. WIESEN:   Thank you, Your Honor.

14:00:27   7    Respectfully, I think that they're misreading the

14:00:30   8    requirement in Cancer Research for how prejudice is defined.

14:00:34   9    The Federal Circuit was quite clear that in providing a

14:00:37   10   definition of how one proves prejudice for prosecution

14:00:42   11   laches, and what they say is, proof that somebody was

14:00:44   12   working in the space at the time, during the period of

14:00:48   13   delay.

14:00:48   14             The evidence is at least at this point even

14:00:51   15   undisputed that that has happened.   Nova was working in the

14:00:54   16   space on compounds that were covered, and based under the

14:00:58   17   Cancer Research standard, the definition of prejudice the

14:01:02   18   Federal Circuit provided, we've carried the burden.

14:01:07   19             The second argument we have is that while Mr.

14:01:09   20   Haug is certainly right that the reference in Cancer

14:01:12   21   Research is to people who are prejudiced during the period

14:01:14   22   of delay, there is a second argument that was made and

14:01:18   23   rejected, but rejected factually in Cancer Research, and

14:01:22   24   that were distinguishable.

14:01:23   25             The undisputed facts that we've stipulated to,

Raines - redirect

14:01:27    1    so they are in the record for purposes of the Rule 52(c)

14:01:30    2    motion, are that Firazyr filed on the NCE minus one date and

14:01:36    3    Shire got it by the patent term extension.  And the Federal

14:01:40    4    Circuit in Cancer Research rejected the prejudice to the

14:01:45    5    generic defendant when neither of those issues were held.

14:01:49    6              Here, with those two facts in the record,

14:01:52    7    legally, that's sufficient for prejudice to Firazyr, and we

14:01:57    8    would ask you to deny the 52(c) motion.

14:01:59    9              THE COURT:  All right.  I'm going to reserve on

14:02:01   10    the motion.  Frankly, this is not an issue that I have a

14:02:06   11    great deal of competency with yet.  I hadn't read the cases.

14:02:10   12    I have not had time to read them.  I will and see whose

14:02:14   13    interpretation I agree with.  Both lawyers are interpreting

14:02:17   14    the same case differently.

14:02:19   15              Mr. Haug, let's go.

14:02:21   16              MR. HAUG:  Thank you, Your Honor.  Plaintiffs

14:02:25   17    begin their case by calling their first witness, Dr. Kaplan.

14:02:30   18    Mr. Blumenfeld will conduct the examination.

14:02:42   19                    PLAINTIFF'S TESTIMONY

14:02:43   20              ... ALLEN P. KAPLAN, having been

14:02:55   21         duly sworn as a witness, was examined and testified as

14:02:58   22         follows ...

14:03:04   23              THE COURT:  Good afternoon, Doctor.

14:03:07   24              Do you have some binders, Mr. Blumenfeld?

14:03:10   25              MR. BLUMENFELD:  Thank you, Your Honor.  Can I

387

Kaplan - direct

| | | |
|---|---|---|
| 14:03:13 | 1 | distribute some notebooks and a bottle of water for the |
| 14:03:16 | 2 | witness? |
| 14:03:16 | 3 |     THE COURT:  Please do. |
| 14:03:18 | 4 |     MR. BLUMENFELD:  Thank you. |
| 14:03:18 | 5 |     (Mr. Blumenfeld handed binders to the Court and |
| 14:03:22 | 6 | to the witness.) |
| 14:03:36 | 7 |     THE WITNESS:  Thank you. |
| 14:03:45 | 8 |      DIRECT EXAMINATION |
| 14:03:46 | 9 | BY MR. BLUMENFELD: |
| 14:03:54 | 10 | Q. Good afternoon, Dr. Kaplan. |
| 14:03:56 | 11 | A. Hi. |
| 14:03:58 | 12 | Q. Are you a medical doctor? |
| 14:04:00 | 13 | A. I am. |
| 14:04:00 | 14 | Q. Can we turn to PTX-176.  It is in your book.  We'll |
| 14:04:11 | 15 | put it on the screen also. |
| 14:04:15 | 16 |     Is PTX-176 your CV, Dr. Kaplan? |
| 14:04:19 | 17 | A. It is. |
| 14:04:19 | 18 | Q. And does it include your educational and professional |
| 14:04:22 | 19 | background? |
| 14:04:23 | 20 | A. Right. |
| 14:04:24 | 21 | Q. We'll get into some of the issues on there.  Before we |
| 14:04:28 | 22 | do, can you tell us where you work currently? |
| 14:04:31 | 23 | A. Yes.  I'm a Clinical Professor of Medicine at the |
| 14:04:34 | 24 | Medical University of South Carolina. |
| 14:04:36 | 25 | Q. And in any particular division? |

Kaplan - direct

14:04:39    1    A.     Yes.   The Division of Pulmonary Disease and Critical

14:04:44    2    Care Medicine.

14:04:45    3    Q.     Okay.  Have you prepared some demonstrative exhibits

14:04:49    4    to use during your testimony?

14:04:50    5    A.     Yes, I did.

14:04:51    6    Q.     And if we could put those up.  Let's turn to

14:04:54    7    Demonstrative 2.1.

14:05:00    8          And can you tell us what's shown on

14:05:01    9    Demonstrative 2.1?

14:05:02   10    A.     Yes.   The first item on the upper left is where it

14:05:06   11    states my education.  So I'm a graduate of Columbia

14:05:10   12    University in 1961.  I was a chemistry concentrate.

14:05:16   13    Graduated magna cum laude, then went to medical school.

14:05:20   14    That was at Downstate Medical School, which is in Brooklyn,

14:05:24   15    New York.  Graduated summa cum laude in 1965.

14:05:28   16    Q.     And after your medical school education, can you

14:05:30   17    describe briefly your practice as a physician?

14:05:36   18    A.     Sure.  That is a little bit later in the same chart.

14:05:40   19    I was an intern and resident at the University of Rochester

14:05:44   20    in Rochester, New York.

14:05:46   21          From there I went to the National

14:05:50   22    Institutes of Health, where I was a clinical associate in

14:05:55   23    the arthritis and metabolic diseases division.

14:05:59   24          After leaving the NIH, I did a second

14:06:01   25    specialty.  At NIH it was rheumatology.  I became an

Kaplan - direct

14:06:05   1   allergist and immunologist at Harvard, at the Robert B.

14:06:11   2   Brigham Hospital from 1969 to '72.

14:06:13   3              I returned to the NIH after my fellowship.

14:06:15   4   I was appointed head of allergic diseases there.  I remained

14:06:21   5   from '72 to '78.  I then was a Professor of Medicine at the

14:06:27   6   State University of New York at Stony Brook.

14:06:30   7              Half my time I was a division head in

14:06:32   8   allergy, rheumatology and clinical immunology.  The other

14:06:35   9   half I was chairman of the department of medicine.  After

14:06:38   10  leaving Stony Brook, I came to South Carolina, to my present

14:06:42   11  position at the Medical University of South Carolina.  I've

14:06:48   12  been there 21 years.

14:06:49   13  Q.    During all of this time have you have you had

14:06:53   14  experience in treating hereditary angioedema?

14:06:58   15  A.    I first encountered heredity angioedema in my

14:07:01   16  fellowship at Harvard so it's roughly 1970.  Since that time

14:07:06   17  regardless of which place I was at, I always encountered

14:07:09   18  patients with hereditary angioedema.  I was either,

14:07:14   19  depending upon the circumstances, sent the patients in

14:07:16   20  consultation because it was known that this was an area of

14:07:20   21  particular expertise of mine, or just by luck that people in

14:07:24   22  the community who presented with angioedema, some of which

14:07:29   23  turned out to have the hereditary type.

14:07:31   24  Q.    Do you still treat patients with hereditary

14:07:35   25  angioedema?

Kaplan - direct

| | | |
|---|---|---|
| 14:07:35 | 1 | A.   I do not.  I retired from clinical practice, it's |
| 14:07:39 | 2 | about eight to nine years ago, and continued doing medical |
| 14:07:42 | 3 | research and teaching. |
| 14:07:43 | 4 | Q.   Do you still lecture on the subject of treatment of |
| 14:07:47 | 5 | hereditary angioedema? |
| 14:07:48 | 6 | A.   Oh, yes.  I lecture broadly on allergy and clinical |
| 14:07:54 | 7 | immunology but the most frequent requests are for urticaria, |
| 14:07:59 | 8 | which is hives, or angioedema, and particularly hereditary |
| 14:08:03 | 9 | angioedema, and that occurs throughout the United States, |
| 14:08:07 | 10 | sometimes internationally at conferences. |
| 14:08:08 | 11 | Q.   And do you have a lecture that's upcoming? |
| 14:08:11 | 12 | A.   Indeed.  The next one will be in March of this year. |
| 14:08:15 | 13 | There's a joint meeting of the American academy of allergy |
| 14:08:20 | 14 | and world allergy in Orlando.  I'm giving two presentations |
| 14:08:24 | 15 | at that meeting and they are both -- they both relate to |
| 14:08:27 | 16 | HAE.  One is on pathogenesis and one is entitled how a C1 |
| 14:08:34 | 17 | inhibitor works. |
| 14:08:34 | 18 | Q.   Have you taught to the subject of hereditary |
| 14:08:36 | 19 | angioedema? |
| 14:08:37 | 20 | A.   Yes, indeed, at all of the various stops that were |
| 14:08:40 | 21 | listed, I teach at the medical centers.  The focus is on |
| 14:08:46 | 22 | immunology and allergy and among the lectures are angioedema |
| 14:08:55 | 23 | and particularly HAE. |
| 14:08:56 | 24 | Q.   Have you done research on the subject of hereditary |
| 14:09:00 | 25 | angioedema? |

Kaplan - direct

14:09:00    1    A.       Indeed.

14:09:01    2    Q.       Can you tell us a little bit about that?

14:09:04    3    A.       Yes.   That's perhaps a combination, if you will, but

14:09:06    4    my publication record is about 350 total.   A little over a

14:09:15    5    hundred of those deal with bradykinin, either the mechanism

14:09:17    6    by which bradykinin is formed in the human body or degraded

14:09:22    7    in the human body.   About 30 of those articles deal with

14:09:26    8    angioedema more specifically, and of those, 25 would be

14:09:33    9    directly related to hereditary angioedema.   That means those

14:09:37    10   last 25 not so much in vitro work, but we were really

14:09:40    11   working with the patients and making determinations where

14:09:42    12   the patient was part of the project.

14:09:44    13   Q.       Okay.   I've put up PDX-2.2 and on the right side there

14:09:50    14   are a number of publications.   And do those involve

14:09:56    15   hereditary angioedema?

14:09:57    16   A.       Those are excerpted from my CV.   They're among those

14:10:01    17   involving HAE.   The first one, and I put it first.   It was

14:10:06    18   to call attention.   It's particularly important because this

14:10:10    19   Fields article, this is the article in which we were the

14:10:14    20   first to show that bradykinin, which, of course, is one of

14:10:17    21   the main subjects today, that bradykinin is the molecule

14:10:20    22   that causes the swelling we see in hereditary angioedema,

14:10:24    23   and that discovery was made in 1983.

14:10:27    24   Q.       And is that Fields article in your notebook as

14:10:32    25   PTX-191?

Kaplan - direct

14:10:32     1      A.      Yes, it is.

14:10:37     2      Q.      Okay.  And in addition to that, I just wanted to ask

14:10:41     3      you a little bit about one other article that you wrote.

14:10:45     4      And turn to PTX-179.  Is that the second, the second

14:10:50     5      publication listed on the demonstrative exhibit?

14:10:54     6      A.      Yes, it is.  That's a review article in 1988, so it's

14:11:02     7      prior to many of the current medications for hereditary

14:11:10     8      angioedema, prior to any of them being around.  I guess it's

14:11:12     9      the year before the patent in question, and we had reviewed

14:11:15    10      the state of the art at that point in time.

14:11:17    11      Q.      Did your review of the state of the art in this

14:11:20    12      article include, you can see it at the bottom of the second

14:11:24    13      column, the treatment of acute attacks?

14:11:26    14      A.      Indeed.

14:11:26    15      Q.      Okay.  And I think you may have said this, but at the

14:11:29    16      time you wrote this article, were there any FDA-approved

14:11:33    17      treatments for acute attacks of hereditary angioedema?

14:11:37    18      A.      Not yet, not at that point.

14:11:42    19      Q.      Let me turn back to the demonstratives.  I'm going to

14:11:50    20      put up the next slide, PDX-2.3.  And can you tell us what is

14:11:55    21      shown on this demonstrative?

14:11:56    22      A.      Oh, okay.  There we've moved, I guess, to the right,

14:12:00    23      where it says, awards and honors.  So there have been a

14:12:03    24      number over the years.  They're listed in reverse order,

14:12:08    25      going from '70 to 2013.

Kaplan - direct

14:12:12   1          That one is particularly germane, I guess.  It

14:12:16   2   was a research prize for all the work that we had done that

14:12:22   3   relates to the understanding of what hereditary angioedema

14:12:24   4   is.  It was awarded at an international meeting in Budapest,

14:12:30   5   and that was in 2013.

14:12:32   6   Q.    And in addition to the awards and honors, what's

14:12:34   7   listed on the left side of PDX-2.3?

14:12:37   8   A.    Professional organizations with whom I have been

14:12:43   9   associated.  I won't go through the whole thing.

14:12:48   10          Here is the American Academy of Allergy and

14:12:51   11   Immunology.  That's our national association.  I was

14:12:54   12   president of that in 1989 to 1990.  And later up here is the

14:13:00   13   World Allergy Organization.  That's our international

14:13:04   14   organization.  The presidency there is three years, they

14:13:09   15   make you work, and it was from 2000 to 2003.

14:13:12   16          And, in fact, there is a joint meeting of those

14:13:15   17   two organizations in March.  That's the one you alluded to

14:13:18   18   where I'm giving a couple of lectures.

14:13:21   19          MR. BLUMENFELD:  Your Honor, plaintiffs offer

14:13:23   20   Dr. Kaplan as an expert in the causes and treatment of

14:13:28   21   hereditary angioedema, including the treatment of acute

14:13:30   22   attacks of hereditary angioedema.

14:13:34   23          MR. WIESEN:  No objection, Your Honor.

14:13:35   24          THE COURT:  The doctor is accepted as an expert

14:13:37   25   in that field.  Welcome, Doctor.

Kaplan - direct

14:13:39    1          THE WITNESS:  Thank you.

14:13:40    2    BY MR. BLUMENFELD:

14:13:40    3    Q.      Have you prepared a slide, Dr. Kaplan, that summarizes

14:13:43    4    the opinions that you are giving in this case?

14:13:47    5    A.      Yes.

14:13:48    6    Q.      Let's put up PDX-2.4.  And can you tell us what the

14:13:54    7    opinions are that you are giving in this case?

14:13:56    8    A.      I guess it's two-fold.  That in the year 1989 in

14:14:02    9    particular we had no FDA approved treatments, and what we

14:14:06   10    needed was something that was, of course, safe and effective

14:14:09   11    and reasonably convenient for treatment of acute attacks of

14:14:13   12    HAE.

14:14:14   13          And I assert subsequently that icatibant, the

14:14:21   14    chemical constituent of Firazyr, met the need as being safe,

14:14:25   15    effective, and convenient to treat acute attacks of

14:14:34   16    hereditary angioedema.

14:14:35   17    Q.      Thank you.

14:14:36   18          Why don't we find out what hereditary angioedema

14:14:39   19    is.  Could you tell us that?

14:14:40   20    A.      Yes.  It's a genetic disorder, which is why it runs in

14:14:45   21    families.  The patients in question will have a mutation in

14:14:51   22    a critical gene.  The product of that gene is called C1

14:14:56   23    inhibitor.  It's a protein that circulates in plasma.  Its

14:15:01   24    function is to inhibit enzymes.

14:15:04   25          When that inhibitor is deficient, meaning

Kaplan - direct

14:15:08   1   there's not enough of it, or it's present, but it's not

14:15:11   2   working, and there's a variety of enzymes then that are not

14:15:16   3   inhibited normally.  The consequence of those enzymes not

14:15:19   4   being inhibited is the overproduction of bradykinin, the

14:15:24   5   molecule to which we alluded before.  When there is

14:15:26   6   excessive bradykinin, it leads to the swelling, or

14:15:32   7   hereditary angioedema.

14:15:33   8   Q.   We'll get back to that in a little while, Dr. Kaplan.

14:15:36   9        Can you first turn to JTX-18 in your notebook

14:15:40   10  and tell us what that is?

14:15:41   11  A.   This is another review article, more current.  This

14:15:49   12  was written -- it's titled hereditary angioedema.  It's

14:15:54   13  written by Bruce Zuraw.  It's in the New England Journal of

14:16:01   14  Medicine, September of 2008, and so it is a more recent

14:16:04   15  review of what the disease is and the various treatment

14:16:09   16  options.

14:16:11   17  Q.   And does it also describe the symptoms of hereditary

14:16:15   18  angioedema?

14:16:15   19  A.   It does.  It's a good one, and we often use that

14:16:18   20  clinically when referring to symptoms.

14:16:23   21  Q.   Now, can you tell us a little bit about what the

14:16:28   22  symptoms of hereditary angioedema are?

14:16:30   23  A.   Sure.  The symptoms are -- are of three general types,

14:16:37   24  and it is helpful to divide them in that way.

14:16:41   25       One type we call peripheral.  So this is

Kaplan - direct

14:16:44  1   swelling of hands, feet, face, and genitalia.

14:16:51  2          The second group are visceral.  So it's

14:16:54  3   abdominal attacks of swelling.  The patient will present

14:16:58  4   with severe abdominal pain akin to a bowel obstruction.

14:17:04  5   It's bad enough to get people into the Emergency Room on a

14:17:08  6   regular basis before we had very specific treatments.

14:17:14  7   Because of the pain, they were often treated with opioids.

14:17:18  8   Many people were addicted to them.  Many people were

14:17:21  9   operated on unnecessarily because surgeons who had seen them

14:17:26  10  felt that this was acute and some catastrophe was about to

14:17:31  11  befall them, but yet if they waited it out for three days,

14:17:34  12  it spontaneously regressed.  So you have peripheral, you

14:17:38  13  have abdominal.

14:17:39  14         And the third, which is the most feared, is if

14:17:42  15  they have edema of their airway, meaning their larynx, it

14:17:46  16  closes off and they can asphyxiate.  So the mortality rate

14:17:51  17  before we had good therapy was close to one in three in that

14:17:55  18  disease.

14:16:47  19  Q.    And how many patients, roughly, in the United States

14:18:17  20  are believed to have hereditary angioedema?

14:18:20  21  A.    We calculated 16,000, you know, if everybody would

14:18:27  22  die.  It is stated in the literature that one in 20,000

14:18:31  23  persons has it and I calculated that from a population of

14:18:35  24  350 million in the U.S.  Let's say 16,000 as an upper limit.

14:18:40  25  Q.    We are going to turn to some more demonstratives now.

Kaplan - direct

14:18:46    1    Let's go to 2.5, just to help us understand what the

14:18:53    2    symptoms of the disease are.  What is shown on 2.5?

14:18:59    3    A.     These are two women with a facial attack of hereditary

14:19:04    4    angioedema.  For each one, on the left-hand side is the way

14:19:08    5    they normally look.  The right-hand side is a severe attack

14:19:12    6    of, attack of hereditary angioedema.  It shows the swelling.

14:19:16    7    It tends to be circumferential, even though there is a

14:19:21    8    circle about it, it is quite disfiguring, sometimes the

14:19:25    9    patient is barely recognizable.

14:19:26   10    Q.     Is this a frequent symptom of hereditary angioedema?

14:19:31   11    A.     In the course of people's lives, this is one of the

14:19:34   12    most frequent.  The laryngeal attacks occur in 50 percent of

14:19:40   13    people, the abdominal attacks 90 percent, and this

14:19:43   14    approaches a hundred percent, almost everybody has a hands,

14:19:47   15    foot, feet, facial attack.

14:19:48   16    Q.     Approximately how long do the attacks last?

14:19:51   17    A.     Three days, we usually say two to four days.  Three

14:19:56   18    days is an average.

14:19:57   19    Q.     Turning to PDX2.6?

14:20:04   20    A.     I will not dwell on it.  It is just a hand attack.  To

14:20:07   21    give you an idea of what a swollen hand would look like.

14:20:11   22    It's disabling if the person, driving is difficult, if you

14:20:17   23    happen to have a typist, they are done for a few days, and

14:20:20   24    so on.

14:20:21   25    Q.     PDX-2.7, can you tell us what is shown here?

Kaplan - direct

14:20:25   1   A.    Yes.   Mr. Haug actually showed this just briefly in

14:20:29   2   his intro.   But this focuses on the larynx.   Here is a

14:20:34   3   normal larynx.   This is the epiglottis.   But here is where

14:20:38   4   the vocal chords would be.   I think an arrow points to it.

14:20:42   5   It is not a wonderful slide.   It is hard to show.

14:20:45   6                  Right here is the opening of the trachea.

14:20:47   7   That's where we breathe.   It should be about three-quarters

14:20:51   8   of an inch.

14:20:52   9                  If you see on the right, first of all, the

14:20:54   10  anatomy is distorted because this is all swollen.   It's like

14:20:58   11  being filled with fluid and what's left of the opening,

14:21:01   12  which here is clearer, is this little space here.

14:21:05   13                 The next one I think is better.   It doesn't give

14:21:10   14  you a before.   But this is right inside of a person's

14:21:14   15  larynx.   You will have to know that this is very swollen.

14:21:20   16  But this V is their vocal chord.   And here is the opening

14:21:24   17  that this person is trying to breathe through.

14:21:28   18                 I would venture, think of it, of trying to

14:21:31   19  inhale through a straw.   If this little opening then closes

14:21:35   20  off, it is all over.   You can't breathe and you could

14:21:39   21  asphyxiate.

14:21:40   22  Q.    That for the record is PDX-2.8.

14:21:44   23                 About how many patients with hereditary

14:21:48   24  angioedema experience laryngeal attacks?

14:21:51   25  A.    I alluded to it a minute ago.   It's about half the

Kaplan - direct

14:21:55    1    patients in the course of the disease will experience

14:21:59    2    laryngeal edema.  Of course, it could be frequent.  It

14:22:03    3    doesn't have to be one episode.  It could be frequent.

14:22:06    4    About 50 percent of the patients are at risk of asphyxiating

14:22:10    5    and the other half tend to get the other kinds of attacks,

14:22:15    6    but often times this one.

14:22:17    7    Q.    Is there any cure for hereditary angioedema?

14:22:20    8    A.    No, there is no cure.  Might be one day we will

14:22:23    9    replace the gene.  But we are a long way off.

14:22:26   10    Q.    How long has hereditary angioedema been a known

14:22:31   11    disorder?

14:22:32   12    A.    1888 seems to be the first mention of it by William

14:22:35   13    Osler.  He was at Johns Hopkins.  He had many patients with

14:22:40   14    angioedema.  But he encountered an unusual group where it

14:22:44   15    segregated in families, like multiple family members would

14:22:48   16    have the same thing.  And he noted it was much more severe

14:22:51   17    than the angioedema that he was used to seeing.

14:22:53   18          And he coined the term, he called it a little

14:22:56   19    differently at the time, it was, I think you might have a

14:23:01   20    page on that, it was hereditary angioneurotic edema.  He

14:23:07   21    found -- he coined the term because the patient seemed so

14:23:13   22    fearful and anxious that he thought it was a kind of

14:23:16   23    neurosis that led to swelling long before We knew it had

14:23:21   24    anything to do with blood proteins.

14:23:22   25    Q.    Do you have the Osler article?

Kaplan - direct

14:23:27   1   A.      It is one of these tabs.

14:23:28   2   Q.      Can you look at PTX-180?

14:23:32   3   A.      Yes.   That is the original article.   If you look down,

14:23:38   4   it's interesting, the little footnotes, No. 5 caught my eye,

14:23:45   5   because it's abstract in the London recorded December 1887.

14:23:51   6   I guess in abstract form he had made a presentation about

14:23:54   7   his discovery and then it came out the next year in an

14:23:57   8   article.

14:23:58   9   Q.      Dr. Kaplan, what causes the swelling that is

14:24:01   10  associated with an acute attack?

14:24:04   11  A.      The molecule that causes the swelling is bradykinin.

14:24:08   12  We have been hearing about it all day, as well as

14:24:12   13  antagonists.   I think we have a simplified diagram that

14:24:19   14  could show that.   There it is.

14:24:21   15          What is shown here?   So here is bradykinin.

14:24:25   16  It's a nine-amino-acid peptide, as you have heard on

14:24:29   17  numerous occasions.   It is produced from a protein that

14:24:33   18  circulates called kininogen, the HMW stands for high

14:24:38   19  molecular weight, meaning it's big.   Kininogen is cleaved by

14:24:42   20  an enzyme, not shown here, and it produces bradykinin.

14:24:46   21          Bradykinin binds to a receptor that is on the

14:24:49   22  surface of endothelial cells.   It is important to note that

14:24:54   23  endothelial cells line your blood vessels.   So when

14:24:57   24  bradykinin interacts with the receptor, it activates the

14:25:01   25  cells.   When the cells are activated, they separate, which

Kaplan - direct

14:25:05   1   is they dilate.  And if you could see, it would look red.

14:25:09   2          When the cells separate, there are spaces made

14:25:13   3   in between the cells.  So fluid leaks out, which is listed

14:25:18   4   here as increased vascular permeability.  So fluid leaks out

14:25:22   5   from the vessels into the surrounding issue.  That is what

14:25:26   6   angioedema is.

14:25:27   7          That is what you see in the hand.  It had leaked

14:25:32   8   from the hand vessels into the subcutaneous tissue right

14:25:36   9   under the skin and all puffed out as angioedema.

14:25:39  10   Q.    I want to take us back -- forward from 1887.  What

14:25:45  11   were the options for treating an acute attack back in 1989?

14:25:50  12   A.    In '89, we did not have what you would consider a

14:25:54  13   specific treatment.  So you tried, number one, to make the

14:26:00  14   patient comfortable.  You needed observation to try to

14:26:05  15   prevent the more serious manifestations.

14:26:09  16          Example, a person with an abdominal attack shows

14:26:12  17   up in the emergency room.  They will get an intravenous so

14:26:15  18   they will get fluid because sometimes patients dehydrate.

14:26:19  19   They can get pain medication, opiates if necessary.  And

14:26:22  20   they could be observed further.

14:26:25  21          The laryngeal edema, a patient comes into the

14:26:29  22   emergency room, and they will set up for what is needed for

14:26:33  23   at least the possibility they might have to do a

14:26:36  24   tracheostomy into the airway if the person was at risk of

14:26:39  25   asphyxiation.

Kaplan - direct

| | |
|---|---|
| 14:26:40 | 1 |
| 14:26:42 | 2 |
| 14:26:45 | 3 |
| 14:26:45 | 4 |
| 14:26:53 | 5 |
| 14:26:53 | 6 |
| 14:26:58 | 7 |
| 14:27:01 | 8 |
| 14:27:05 | 9 |
| 14:27:09 | 10 |
| 14:27:11 | 11 |
| 14:27:13 | 12 |
| 14:27:17 | 13 |
| 14:27:19 | 14 |
| 14:27:23 | 15 |
| 14:27:27 | 16 |
| 14:27:29 | 17 |
| 14:27:32 | 18 |
| 14:27:36 | 19 |
| 14:27:39 | 20 |
| 14:27:40 | 21 |
| 14:27:46 | 22 |
| 14:27:50 | 23 |
| 14:27:54 | 24 |
| 14:27:58 | 25 |

1    So there was nothing they could do to stop it,

2 but they could save the patient from dying before their

3 eyes.

4 Q.    Let me put up demonstrative 2.10.  Could you tell us

5 what is shown here?

6 A.    This is one patient, No. 1 is meant to show you how

7 the person looks normally.  I don't know the time

8 difference.  Let's just say in No. 2 the person woke up that

9 morning and he obviously has facial swelling.  It gets

10 progressively worse, so he goes to the emergency room where

11 he is being observed.  While he is being observed he starts

12 to have difficulty breathing.  And they put in a

13 nasotracheal tube.

14    So this is a tube that went up his nose and then

15 around your throat and back down into the larynx, into the

16 airway that I showed you earlier.

17    If it were too narrow to do that and you

18 couldn't do it, you would have to do a tracheostomy, which

19 is a surgical procedure to literally put a hole in his neck

20 and put a tube in.

21 Q.    Was fresh frozen plasma also used sometimes?

22 A.    Yes.  Back at that point, and I was, of course, active

23 in seeing patients at that time, fresh frozen plasma was the

24 only thing we had that we could actually give the patient.

25 I had used it in some.  But it really is a dangerous,

Kaplan - direct

14:28:02    1    potentially dangerous approach to it.  It is no longer used.

14:28:08    2    Q.    Can you explain why?

14:28:13    3    A.    This rather complex slide is a teaching slide that I

14:28:16    4    use.  But I am only going to talk about the right-hand side.

14:28:21    5          It kind of repeats what you saw previously.

14:28:24    6    Here is the bradykinin.  Here is the kininogen from which it

14:28:28    7    is derived.  And I added the enzyme that makes it.  So

14:28:31    8    kallikrein is the enzyme that makes bradykinin by cleaving

14:28:36    9    kininogen.  This little vertical box, as we see, one

14:28:39   10    inhibitor normally works, so the idea of fresh frozen

14:28:42   11    plasma, because it's normal plasma, is, the patient is

14:28:45   12    deficient in this protein so let's give it back.  So you

14:28:48   13    infuse the person with the fresh frozen plasma, their C1

14:28:53   14    inhibitor level rises.  And if it inhibits this enzyme, they

14:28:57   15    ought to get better.

14:28:59   16          The problem is with plasma, you are also giving

14:29:02   17    them this protein, kininogen.  And when they are having an

14:29:06   18    attack, there is lots of kallikrein in the patient's

14:29:09   19    circulation.  And kallikrein cleaves kininogen rapidly,

14:29:13   20    sometimes more rapidly than the inhibitor can kill the

14:29:16   21    kallikrein.  And therefore the bradykinin levels rise before

14:29:20   22    the patient gets better.

14:29:22   23          So that's dangerous because the patient could

           24    get worse.

14:29:26   25          If I were doing it now and had nothing available

14:29:29   1   to me, I would never use it in a laryngeal attack.   I would

14:29:33   2   think about it in on abdominal attack.   But I could in the

14:29:36   3   proper setting perhaps in a peripheral attack to shorten the

14:29:41   4   course.

14:29:41   5   Q.      Since 1989 has the FDA-approved any treatments for

14:29:49   6   hereditary angioedema?

14:29:51   7   A.      Sure.   Now we have multiple treatments.

14:29:53   8   Q.      Are two of those drugs called Berinert and Kalbitor?

14:29:59   9   A.      For sure.

14:29:59   10   Q.      Can you take a look at JTX-21 in your book and tell us

14:30:05   11   what that is?

14:30:07   12   A.      21, okay, that is Berinert.   This is the package

14:30:14   13   insert.   It tells you the indications, usage, dosage, side

14:30:18   14   effects and so forth.

14:30:19   15   Q.      What year is that from?

14:30:21   16   A.      This is from 2009, which is the year in which it was

14:30:24   17   approved.

14:30:25   18   Q.      And what was or is the active ingredient in Berinert?

14:30:32   19   A.      Berinert is a preparation of C1 inhibitor, which I

14:30:35   20   alluded to with regards to the fresh frozen plasma.   But it

14:30:39   21   is purified.   So it doesn't have any of the other proteins.

14:30:42   22   So it cannot do what I described before, where the patient

14:30:47   23   would get worse before they got better.

14:30:49   24   Q.      In 2009, what were the indications for which Berinert

14:30:56   25   was approved?

Kaplan - direct

14:30:56  1   A.     At this point in time, you can read here, under

14:30:59  2   Indications, I guess you have it in yellow, it says

14:31:03  3   "Treatment of acute abdominal attacks or facial attacks" --

14:31:08  4   I think they meant peripheral -- or hereditary angioedema in

14:31:13  5   adults and adolescent patients.  At that point in time,

14:31:15  6   laryngeal attacks were not included.

14:31:17  7   Q.     Was it later approved for laryngeal attacks?

14:31:20  8   A.     It was, about two years later.  Two years and some

14:31:23  9   months.

14:31:23  10   Q.     And how is Berinert administered?

14:31:32  11   A.     Berinert is administered intravenously.  In 2009,

14:31:40  12   first of all, it was the first one at that point, and so if

14:31:44  13   you had an attack of angioedema, you went to your healthcare

14:31:49  14   provider, which usually meant the doctor's office or to the

14:31:51  15   emergency room, they would have the setup, and you would

14:31:54  16   receive it intravenously to treat the acute attack.

14:31:59  17   Q.     Later, was it approved for self-administration?

14:32:02  18   A.     Yes.  At the time, maybe December of 2011, at the same

14:32:11  19   time that the laryngeal attacks were added to their

14:32:15  20   approval, it was then approved for self-administration.  We

14:32:19  21   can get back to that perhaps a little bit later.

14:32:22  22            But before that other things had happened.

14:32:24  23   Q.     Now, are there problems with intravenous

14:32:32  24   administration of a drug for acute attacks?

14:32:37  25   A.     Well, our -- if you have nothing, there is no problem.

Kaplan - direct

14:32:43  1  That is how we started out.

14:32:45  2          But a variety of medications can be given

14:32:48  3  subcutaneously.  Like insulin, a simple injection under the

14:32:51  4  skin.  So that's simpler.  Faster.  More convenient.  And

14:33:01  5  you are then not driving to another site to have

14:33:06  6  administration.

14:33:07  7          If you are at the stage where you can

14:33:09  8  self-administer it, it is the difference between trying to

14:33:13  9  make up the material, your own IV, versus taking something

14:33:20  10  that might be preformed, by preformed I mean already drawn

14:33:26  11  up in a syringe, and simply quickly inject yourself.

14:33:30  12          So you can't compare a quickie subcutaneous

14:33:35  13  injection with going through the whole rigamarole of

14:33:38  14  preparing the material and starting your own intravenous.

14:33:41  15  Q.      Could you turn to JTX-47, and tell us what that is?

14:33:49  16  A.      47 is the package, the comparable package insert for

14:33:56  17  Kalbitor, the chemical name for that is ecallantide.

14:34:01  18  Q.      Was that also approved in 2009?

14:34:04  19  A.      The same year, ending a few months apart.  That was

14:34:07  20  approved for acute attacks of hereditary angioedema.

14:34:10  21  Q.      Right in the middle, the first column, there is a box,

14:34:17  22  it says warnings:  Anaphylaxis.  Can you tell us what that

14:34:20  23  is?

14:34:20  24  A.      Yes.  When Kalbitor came out there was also a lot of

14:34:25  25  excitement, for two reasons.  First, the Kalbitor was the

Kaplan - direct

14:34:30    1    first one that was subcutaneous.  So we could draw it up in

14:34:34    2    a syringe and inject it immediately and got around the whole

14:34:37    3    business about intravenous administration.

14:34:41    4            But it had a big "but," it turned out, in all

14:34:44    5    the studies, that Kalbitor had in certain instances of

14:34:47    6    causing of allergic reactions.  It was about three percent.

14:34:50    7    Some of those allergic reactions were anaphylactic, which is

14:34:53    8    what we use EpiPens for, the most severe allergic reactions.

14:34:57    9            So it did get approved but it was with a but.

14:35:00   10    That was with a black box warning that even though it could

14:35:05   11    be drawn up in the syringe and given quickly subcutaneous,

14:35:08   12    the patient, if they said no to self-administration, the

14:35:12   13    patient had to have a healthcare provider actually give them

14:35:17   14    the medication so they could either go to their doctor or

14:35:20   15    the emergency room, or, I know Dyax, who was the

14:35:24   16    manufacturer at the time, worked out a mechanism by which

14:35:28   17    you could make a telephone call and a health care person

14:35:30   18    actually came to the home of the patient and administered

14:35:33   19    the drug.

14:35:35   20            So a double-edged sword, if you will.  The

14:35:39   21    ability to administer it quickly because it's right in the

14:35:42   22    syringe, you don't have to make much stuff or start an IV,

14:35:46   23    but you couldn't do it yourself and you would now have the

14:35:49   24    time interval in getting help in order to get your medicine.

14:35:53   25    Q.    After these two drugs were available in 2009, was

14:35:57    1   there still a need for other treatments for acute attacks?

14:36:01    2   A.    Yes.   My feeling is, because you would like to combine

14:36:05    3   all of the positive things that happened in one drug, so the

14:36:10    4   subcu here is terrific.   But you have got a big negative

14:36:14    5   with allergic reactions.

14:36:18    6            Berinert was effective, it was reasonably safe.

14:36:22    7   But starting IVs is a much more difficult thing than a

14:36:27    8   simple subcutaneous medicine that you could administer

14:36:32    9   yourself, because it could be preloaded.   If you think you

14:36:35   10   are having an attack, you could get it in in five seconds.

14:36:38   11   That happened, that's where you are alluding to, where

14:36:42   12   icatibant first came out, which was two years later.

14:36:45   13   Q.    Icatibant is the --

14:36:47   14   A.    Firazyr, if you will.

14:36:48   15   Q.    Could you turn to JTX-45 in your book.   What is

14:36:56   16   JTX-45?

14:36:57   17   A.    So this is the package insert for Firazyr,

14:37:02   18   (icatibant), approval 2011.

14:37:05   19   Q.    What indications was Firazyr approved for?

14:37:10   20   A.    For acute attacks of hereditary angioedema in adults

14:37:13   21   18 years or older.   So it was at that time restricted to

14:37:18   22   adults.   Acute attacks here meant everything, Peripheral,

14:37:24   23   gastrointestinal, or laryngeal.

14:37:25   24   Q.    How is it administered?

14:37:27   25   A.    A single injection.   It was in -- it was in a

Kaplan - direct

| | | |
|---|---|---|
| 14:37:33 | 1 | preloaded syringe.  That's how it comes.  So it's ready to |
| 14:37:36 | 2 | go. |
| 14:37:36 | 3 | Q.    For subcutaneous -- |
| 14:37:39 | 4 | A.    For subcutaneous administration.  And approved for |
| 14:37:46 | 5 | self-administration.  It was the first one I believe that |
| 14:37:49 | 6 | was approved for self-administration. |
| 14:37:50 | 7 | Q.    Have you ever prescribed Firazyr? |
| 14:37:53 | 8 | A.    I have not.  When I alluded to earlier, when I retired |
| 14:37:57 | 9 | from clinical practice, these drugs were first coming on. |
| 14:38:02 | 10 | Q.    Now, is icatibant or Firazyr a bradykinin B2 receptor |
| 14:38:10 | 11 | antagonist? |
| 14:38:10 | 12 | A.    Yes. |
| 14:38:11 | 13 | Q.    And I am going to put up another slide, which is |
| 14:38:21 | 14 | PDX2.12.  Can you explain to us what that means? |
| 14:38:26 | 15 | A.    I will be brief. |
| 14:38:28 | 16 |      You saw the slide a minute ago.  The only thing |
| 14:38:30 | 17 | added is to point out that icatibant is a B2 receptor |
| 14:38:36 | 18 | antagonist, where the X is then the site at which it works. |
| 14:38:41 | 19 |      It's going to block the ability of bradykinin to |
| 14:38:46 | 20 | interact with its receptor.  Since a patient who is having |
| 14:38:49 | 21 | an attack has a very high concentration in their blood of |
| 14:38:53 | 22 | bradykinin, as soon as the drug gets in, it will block that. |
| 14:38:57 | 23 | That's how it stops an attack. |
| 14:38:23 | 24 | Q.    And is that the same way that Berinert or Kalbitor |
| 14:38:46 | 25 | work? |

Kaplan - direct

14:38:46   1   A.       They have a different mechanism.   They work

14:38:50   2   actually -- well --

14:38:52   3   Q.       Let me put up the next slide.

14:38:53   4   A.       Yes.   Prior to that.   This is as far as we got in the

14:38:59   5   cascade.   You've seen Kallikrein before.   That's the enzyme.

14:39:08   6   Where a C1 inhibitor or Berinert works is in the little blue

14:39:13   7   dot and Kalbitor is in the little green dot.   Kallikrein, so

14:39:19   8   we look here, first at the down line.   Ecallantide inhibits,

14:39:26   9   right there and C1 inhibitor also does.

14:39:35   10   So one effect is to block this enzyme and

14:39:38   11   therefore, once that gets in, the person will not produce

14:39:41   12   more bradykinin.   They differ from icatibant in that they

14:39:46   13   don't do anything immediately about the bradykinin that's

14:39:49   14   already there.

14:39:50   15   Icatibant, by contrast, doesn't do anything

14:39:53   16   about producing bradykinin.   It simply stops the molecule

14:39:58   17   right then and there, which relates to acute kinds of

14:40:02   18   therapy.   A C1 inhibitor has more stops in this cascade than

14:40:14   19   -- Icatibant is where there's an X.   There are two enzymes

14:40:18   20   in this process.   Factor 12 means it's active.   That's an

14:40:22   21   enzyme and Kallikrein is an enzyme.   C1 inhibitor inhibits

14:40:27   22   both enzymes and Kalbitor inhibits the second one.

14:40:29   23   Q.       Thank you, Dr. Kaplan.

14:40:30   24   I'm going to turn to the next demonstrative,

14:40:33   25   2.14.   And is this a demonstrative you prepared on the

Kaplan - direct

14:40:36  1    attributes of Firazyr?

14:40:38  2    A.    Yes.   Tried to summarize.  It's safe.  It's effective.

14:40:41  3    It is only marketed for acute attacks.   There is such a

14:40:45  4    thing as prophylaxis.   None of these drugs that we're

14:40:48  5    talking about today, at least not in that context.  Acute

14:40:52  6    attacks.

14:40:53  7            They have no allergic reactions, and no

14:40:58  8    anaphylaxis.  It has no systemic side effects.  The only

14:41:02  9    side effects I'm aware of are due to the local injection.

14:41:07  10   Some people feel a little burning when you inject it, and it

14:41:10  11   usually looks red after you remove the needle, but that's

14:41:13  12   it.  And I don't think there's anybody who doesn't use the

14:41:16  13   drug because of the local side effect.

14:41:18  14           It comes in a good, a dosage form, if you will,

14:41:22  15   because it's the only one that you don't even have to draw

14:41:25  16   the stuff up.  It's in a preloaded syringe.  It's also quite

14:41:30  17   stable.  It's good between two degrees and 25 degrees, and

14:41:33  18   25 is basically room temperature.  So you can just have it

14:41:37  19   out in a place that's convenient for you.  It's stable and

14:41:40  20   it doesn't go bad for long periods of time.  Refrigeration

14:41:47  21   is not required.

14:41:48  22           So finally, if you are having an attack and are

14:41:51  23   sitting right there, you can administer as a single

14:41:54  24   subcutaneous injection.

14:41:56  25           For laryngeal attacks in particular, all

Kaplan - direct

14:41:59  1   guidelines say no matter what therapy you're using, get the

14:42:02  2   therapy, assuming it's self administered, get in your car

14:42:06  3   and go to an Emergency Room.

14:42:07  4          This one has an advantage that you could have a

14:42:09  5   second one sitting in the glove compartment of your car and

14:42:12  6   if you get scared or it seems like it's not going well, you

14:42:15  7   could shoot yourself a second time on the way.

14:42:18  8   Q.    In your opinion, Dr. Kaplan, are all of these

14:42:23  9   attributes related to the active ingredient icatibant?

14:42:29  10  A.    Yes.  The effectiveness, of course, is due to the

14:42:34  11  drug.  It didn't have to be safe, but it is, as are other

14:42:39  12  ones.  The fact that it's soluble and stable allows it to be

14:42:44  13  doled out, if you will, in this fashion.

14:42:47  14          It's the smallest of all the molecules we have.

14:42:52  15  Molecular weight is about 1300, a little bigger than

14:42:56  16  bradykinin itself, and small molecules diffuse very fast

14:43:02  17  through the skin into the bloodstream.  I don't want to

14:43:06  18  misstate that.  Not every one will do that, but in general,

14:43:11  19  little ones do it and it gets through quickly, and because

14:43:15  20  of that, intravenous administration was not needed because

14:43:20  21  it would diffuse rapidly and you get a sufficient blood

14:43:22  22  level to block the bradykinin that is there.

14:43:24  23  Q.    Have you prepared a chart comparing some of the things

14:43:30  24  that are the same and things that are different between

14:43:33  25  Firazyr, Berinert and Kalbitor?

Kaplan - direct

14:43:36   1   A.     I think we have what you would consider a summary of

14:43:41   2   the main ones.

14:43:44   3   Q.     Could you take a look at that and explain?

14:43:47   4   A.     C1 inhibitor, Berinert.  Ecallantide, Kalbitor,

14:43:57   5   Icatibant, Firazyr.  Bradykinin B2 receptor.  That's the way

14:44:02   6   Firazyr happens to work.

14:44:03   7          Berinert in 2011 as it was -- up to -- we put

14:44:11   8   2011 here.  Berinert was approved for abdominal and facial

14:44:17   9   and even at this, in 2009, even at this point, the laryngeal

14:44:21   10  had not yet gotten there.  It took about two, three months

14:44:24   11  there and then laryngeal was included.

14:44:27   12         Kalbitor came out about the same time and it was

14:44:31   13  approved for all HAE attacks.

14:44:33   14         Firazyr came out in '11 and all HAE attacks were

14:44:38   15  included in its original approval.  Both Berinert and

14:44:44   16  Kalbitor when they appeared required a healthcare worker.

14:44:50   17  Either you called them, or in this instance simply went to

14:44:53   18  your doctor or your Emergency Room.  Firazyr was immediately

14:44:56   19  okay for self-administration.

14:44:58   20         To this day, Kalbitor cannot be

14:45:02   21  self-administered because of the black box.  Berinert can.

14:45:06   22  A few months after Firazyr got theirs, that's when they,

14:45:11   23  too, were okay for self-administration.

14:45:13   24         Berinert is IV no matter who gives it.  Kalbitor

14:45:18   25  is subcutaneous.  Firazyr is subcutaneous, and it is the

Kaplan - direct

| | | |
|---|---|---|
| 14:45:23 | 1 | only one that's preloaded in the syringe.  It's simply the |
| 14:45:27 | 2 | fastest.  And the black box warning, of course, is unique to |
| 14:45:31 | 3 | the Kalbitor because of the allergic reaction. |
| 14:45:33 | 4 | Q.    Thank you, Dr. Kaplan.  Just a couple more questions. |
| 14:45:36 | 5 |       Is it from a clinical point of view important |
| 14:45:41 | 6 | that Firazyr is indicated for self-administered subcutaneous |
| 14:45:48 | 7 | injection? |
| 14:45:49 | 8 | A.    Yes.  What we all knew and had talked about a lot over |
| 14:45:58 | 9 | these ensuing years.  At first it was just a perception, no |
| 14:46:04 | 10 | proof.  That seems the faster you got the medicine into the |
| 14:46:08 | 11 | patient who appeared, the faster they responded to it and |
| 14:46:10 | 12 | were less likely to get one of the severe manifestations. |
| 14:46:14 | 13 | That was formally studied by Marcus Maurer.  I was included |
| 14:46:19 | 14 | in the group as well.  That was a subsequent publication.  I |
| 14:46:23 | 15 | think it's in our group. |
| 14:46:25 | 16 | Q.    Would you look at PTX-227? |
| 14:46:33 | 17 | A.    27? |
| 14:46:34 | 18 | Q.    Is this the Maurer article you were talking about? |
| 14:46:38 | 19 | A.    Yes.  I have it.  This is the article that I'm |
| 14:46:40 | 20 | speaking of.  So this was -- it was published in 2013.  It's |
| 14:46:48 | 21 | one of the only articles we have to try to take this |
| 14:46:51 | 22 | perception and say, well, is it real if you study it? |
| 14:46:54 | 23 |       Icatibant was the drug that was chosen to do the |
| 14:46:57 | 24 | study, and in short what it showed was the faster you got |
| 14:47:02 | 25 | the drug into the patient, the better was the outcome. |

Kaplan - direct

| | | |
|---|---|---|
| 14:47:05 | 1 | Q.    Was that -- |
| 14:47:06 | 2 | A.    They responded more quickly, less likely to have a |
| 14:47:10 | 3 | progression to the more severe manifestations. |
| 14:47:12 | 4 | Q.    And is that shown in the conclusions? |
| 14:47:16 | 5 | A.    Yes.  The conclusion, I'm reading it here.  From here, |
| 14:47:19 | 6 | it's early blockade of the bradykinin B2, receptor with |
| 14:47:25 | 7 | icatibant, particularly within the first hour of an attack |
| 14:47:30 | 8 | onset, significantly reduced attack duration and time to |
| 14:47:33 | 9 | attack resolution. |
| 14:47:36 | 10 | So that's one of the advantages of |
| 14:47:37 | 11 | icatibant in the sense that it -- you don't have to dissolve |
| 14:47:40 | 12 | it up.  It's ready to go in the syringe.  It's approved for |
| 14:47:43 | 13 | self-administration, so the person can get it in as soon as |
| 14:47:46 | 14 | they're aware of the fact that an attack has occurred, |
| 14:47:51 | 15 | that's as fast as you can go, and that gives you a better |
| 14:47:55 | 16 | outcome. |
| 14:47:57 | 17 | And as I said, after the laryngeal, it's not |
| 14:48:00 | 18 | covered by this, but laryngeal is really dangerous, and |
| 14:48:04 | 19 | we're not cavalier by assuming one shot fixes everybody.  So |
| 14:48:10 | 20 | if you get up into your car real and leave, first of all, |
| 14:48:13 | 21 | you can do it real fast and get out.  And, secondly, you |
| 14:48:14 | 22 | could self-administer a second one while you're driving if |
| 14:48:17 | 23 | you have to. |
| 14:48:17 | 24 | MR. BLUMENFELD:  Thank you, Dr. Kaplan.  Your |
| 14:48:19 | 25 | Honor, I don't have any further questions. |

Kaplan - cross

| 14:48:21 | 1 | THE COURT:  All right, Mr. Blumenfeld. |

14:48:21    1          THE COURT:  All right, Mr. Blumenfeld.

14:48:24    2          Mr. Wiesen, your cross?

14:48:26    3          MR. WIESEN:  Thank you.  We'll distribute some

14:48:28    4    binders quickly, if we can.

14:48:30    5          THE COURT:  All right.

14:48:30    6          (Binders handed to the Court and to the

14:48:50    7    witness.)

14:48:51    8          MR. WIESEN:  Your Honor, we're going to

14:48:53    9    distribute two binders, one with some exhibits and one

14:48:55   10    with a report and deposition, although I'm expecting we

14:48:58   11    won't need the report and deposition, but we'll distribute

14:49:02   12    it.

14:49:02   13          THE COURT:  All right.

14:49:37   14                    CROSS-EXAMINATION

14:49:38   15    BY MR. WIESEN:

14:49:38   16    Q.    Good afternoon, Dr. Kaplan.

14:49:41   17    A.    Hi, Mr. Wiesen.

14:49:42   18    Q.    How are you?

14:49:42   19    A.    Good.  And you?

14:49:44   20    Q.    Good.  I actually want to start in your exhibit binder

14:49:47   21    and look at that article you were just talking about.

14:49:50   22    A.    Last one?

14:49:58   23    Q.    PTX-227.  Now, this paper only studies icatibant; is

14:50:08   24    that correct?

14:50:08   25    A.    Correct.

Kaplan - cross

| | | |
|---|---|---|
| 14:50:09 | 1 | Q.     Not a head-to-head study between icatibant and |
| 14:50:12 | 2 | Berinert, is it? |
| 14:50:14 | 3 | A.     Agreed.  It is not. |
| 14:50:15 | 4 | Q.     Not a head-to-head study between icatibant and |
| 14:50:19 | 5 | Kalbitor? |
| 14:50:20 | 6 | A.     Correct. |
| 14:50:21 | 7 | Q.     And if we pull up that conclusion that you had in the |
| 14:50:24 | 8 | abstract, the definition you used in this study for a quick |
| 14:50:33 | 9 | response with getting the drug on board the patient within |
| 14:50:37 | 10 | an hour; is that correct? |
| 14:50:38 | 11 | A.     Correct. |
| 14:50:39 | 12 | Q.     And certainly patients can get Berinert even by IV on |
| 14:50:44 | 13 | board within an hour at home; is that correct? |
| 14:50:46 | 14 | A.     Correct. |
| 14:50:47 | 15 | Q.     And certainly patients can get Kalbitor on board |
| 14:50:52 | 16 | within an hour; is that right? |
| 14:50:53 | 17 | A.     Possible, sure. |
| 14:50:54 | 18 | Q.     So the logic of this paper doesn't really distinguish |
| 14:50:57 | 19 | between icatibant and Kalbitor and Berinert.  It just says, |
| 14:51:02 | 20 | go quickly, which makes sense? |
| 14:51:04 | 21 | A.     Right. |
| 14:51:04 | 22 | Q.     You didn't mean to suggest that this paper is an |
| 14:51:07 | 23 | advantage for icatibant compared to Berinert and -- |
| 14:51:11 | 24 | A.     No. |
| 14:51:12 | 25 | Q.     -- Kalbitor.  Right? |

Kaplan - cross

14:51:14    1    A.    I did not in -- let me make what the point is, because

14:51:18    2    you know there are no head-to-head direct studies.  It makes

14:51:25    3    a generic point, and I would make that point for the other

14:51:27    4    drugs as well.  The faster you get it in, the better outcome

14:51:32    5    you're likely to have.  And it only relates to when you

14:51:37    6    think about the various drugs, how fast can you get it in.

14:51:41    7    And, yes, I would agree with you, all of them usually can be

14:51:45    8    gotten in within an hour, but maybe some could get in in

14:51:48    9    five minutes and other ones take 35 minutes.

14:51:51   10    Q.    Well, if we turn to 227.4, we'll put it up, Table 4 at

14:51:56   11    the bottom in this paper.

14:52:00   12          If we look at the left-hand side, the categories

14:52:03   13    of timing used are less than an hour or greater than an

14:52:06   14    hour; is that right?

14:52:07   15    A.    Yes.  Are we on the same --

14:52:10   16    Q.    Same document.

14:52:11   17    A.    Yes.  Table 4.  I've got it.

14:52:14   18    Q.    We've got it up on the screen if you want or you can

14:52:16   19    look in the binder.

14:52:17   20    A.    Yes.

14:52:18   21    Q.    The category of time you used greater than an hour or

14:52:22   22    less than an hour?

14:52:23   23    A.    Yes.

14:52:23   24    Q.    Greater than two or less than two.  Right?

14:52:26   25    A.    Yes.

Kaplan - cross

14:52:26    1    Q.    And greater than five or less than five.  Correct?

14:52:29    2    A.    Correct.

14:52:30    3    Q.    So there's no analysis in this paper even for

14:52:33    4    icatibant of whether there's a difference between five

14:52:36    5    minutes and fifteen minutes; is that right?

14:52:37    6    A.    Correct.

14:52:38    7    Q.    No one studied that; right?

14:52:40    8    A.    Correct.

14:52:40    9    Q.    All right.  You can put that one aside then.

14:52:44   10          Now, Dr. Kaplan, I think you told Mr. Blumenfeld

14:52:50   11    that you've never prescribed Kalbitor; is that right?

14:52:53   12    A.    I did.

14:52:54   13    Q.    Is that because -- let me back up.  You've never

14:52:57   14    prescribed icatibant?

14:52:59   15    A.    That's correct.

14:52:59   16    Q.    That's because it was approved after you stopped

14:53:02   17    treating patients?

14:53:03   18    A.    Sure.

14:53:03   19    Q.    That's approved in the United States?

14:53:04   20    A.    Correct.

14:53:05   21    Q.    Because that's what you were talking about in your

14:53:07   22    testimony, FDA approval in the United States; is that

14:53:09   23    correct?

14:53:09   24    A.    Correct.

14:53:10   25    Q.    You weren't talking about how these drugs are

Kaplan - cross

| | | |
|---|---|---|
| 14:53:12 | 1 | approved or used in Europe; is that right?  And you weren't |
| 14:53:15 | 2 | talking about how these drugs might be used even if it's |
| 14:53:19 | 3 | off label or beyond what the label specifically said; is |
| 14:53:21 | 4 | that correct? |
| 14:53:21 | 5 | A.      Correct. |
| 14:53:22 | 6 | Q.      Your testimony on direct was just very specifically |
| 14:53:26 | 7 | about what the FDA label says in the United States; is that |
| 14:53:29 | 8 | right? |
| 14:53:29 | 9 | A.      True. |
| 14:53:30 | 10 | Q.      And you stopped treating patients before Berinert was |
| 14:53:34 | 11 | approved in the United States; is that correct? |
| 14:53:35 | 12 | A.      Sure.  Yes.  Well, just about.  Yes.  That one is |
| 14:53:39 | 13 | close, but the answer is yes. |
| 14:53:41 | 14 | Q.      And so you've never prescribed Berinert? |
| 14:53:43 | 15 | A.      No. |
| 14:53:43 | 16 | Q.      And you've never prescribed Kalbitor? |
| 14:53:45 | 17 | A.      No. |
| 14:53:46 | 18 | Q.      So you've never had to sit down with a patient and try |
| 14:53:48 | 19 | and decide which of these particular drugs to administer to |
| 14:53:52 | 20 | that patient; is that correct? |
| 14:53:53 | 21 | A.      That's correct. |
| 14:53:54 | 22 | Q.      Now, I think it's fair to say you're a world renowned |
| 14:53:58 | 23 | expert in HAE; is that correct? |
| 14:54:00 | 24 | A.      I think so. |
| 14:54:01 | 25 | Q.      And you've been treating patients with HAE for |

Kaplan - cross

14:54:04    1    **30 years?**

14:54:05    2    A.    **Forty.**

14:54:05    3    Q.    **Forty years.  And in all of that time, you've only**

14:54:10    4    **seen about six to eight patients who are actually suffering**

14:54:14    5    **from an acute attack; is that correct?**

14:54:15    6    A.    **Correct.  Most of the patients that I've seen were**

14:54:21    7    **diagnostic dilemmas, so on and so forth, but to walk in the**

14:54:26    8    **office at that time, I would say half a dozen is about**

14:54:30    9    **right.**

14:54:30   10    Q.    **Of that half dozen, you've only treated half of that**

14:54:33   11    **half dozen, right, because half of them, the swelling was**

14:54:37   12    **not significant enough to need any treatment at least based**

14:54:39   13    **on what was available at the time?**

14:54:40   14    A.    **Yes.  But what we meant when I said some was around**

14:54:45   15    **four or six, but I meant that number I actually treated was**

14:54:48   16    **something.  Usually, it was the fresh frozen plasma.**

14:54:53   17    Q.    **So in the 40 years you've been treating HAE patients,**

14:54:56   18    **it's four to six acute attacks that you've treated over the**

14:55:00   19    **years?**

14:55:01   20    A.    **Correct.**

14:55:01   21    Q.    **Now, part of the reason it's so few, there are not a**

14:55:09   22    **lot of patients in the United States with HAE; is that**

14:55:12   23    **correct?**

14:55:12   24    A.    **Correct.**

14:55:13   25    Q.    **And certainly not a lot of patients who are diagnosed**

Kaplan - cross

14:55:15   1    with HAE?

14:55:17   2    A.    Also correct.

14:55:17   3    Q.    You estimated about 16,000.  That's because based on a

14:55:21   4    prevalence of one in 20,000; right?

14:55:23   5    A.    Right.

14:55:23   6    Q.    But there's only maybe 3 or 5,000 patients in the

14:55:26   7    United States who are actually treated, diagnosed and

14:55:29   8    treated for HAE; is that correct?

14:55:32   9    A.    The figure I had was eight, but let's not quibble.

14:55:36   10   Q.    Less than 10,000?

14:55:38   11   A.    Less than 10,000.

14:55:39   12   Q.    And so the target market for a drug like icatibant is

14:55:43   13   less than 10,000 people in the United States?

14:55:45   14   A.    Yes.

14:55:46   15   Q.    And that's true for Berinert and Kalbitor as well?

14:55:53   16   A.    As long as they've got that disease, their potential

14:55:56   17   would be maybe 16,000 if every single person was diagnosed,

14:56:02   18   which we know is not the case.

14:56:03   19   Q.    We know that's part of the problem.  It takes a long

14:56:06   20   time to diagnose patients?

14:56:07   21   A.    Yes.

14:56:07   22   Q.    Ten or 20 years some of the literature suggests?

14:56:10   23   A.    That's an old one, but the latest study, and that's

14:56:17   24   now passe, too, but it was about eight years, it's a Mike

14:56:23   25   Frank paper, about eight years before people at that point

Kaplan - cross

14:56:27   1   were diagnosed.   I suspect we're doing a lot better now only

14:56:31   2   because, first of all, it was about the time that these

14:56:36   3   drugs were coming on.

14:56:37   4               And, secondly, there's a tremendous amount

14:56:39   5   of education regarding it, so I think we're doing much

14:56:43   6   better in diagnosing it, but that hasn't been a subsequent

14:56:47   7   paper that would give you the most current figure.

14:56:49   8   Q.    But the figure you have was 8,000 diagnosed patients

14:56:53   9   at the outside?

14:56:53   10   A.    Right.

14:56:54   11   Q.    In the United States.

14:56:55   12               Now, icatibant is not the only treatment for HAE

14:57:02   13   that Shire manufactures and sells; right?

14:57:06   14   A.    You know, Shire has icatibant.

14:57:09   15   Q.    Right.

14:57:10   16   A.    They acquired Firazyr -- they acquired Kalbitor from

14:57:15   17   Dyax.

14:57:16   18   Q.    Right?

14:57:16   19   A.    And they have Cinryze.

14:57:18   20   Q.    Correct.   And Cinryze is one of these prophylactic

14:57:22   21   treatments; is that right?

14:57:23   22   A.    It is.

14:57:23   23   Q.    It's actually basically the same drug as Berinert,

14:57:27   24   isn't it?

14:57:28   25   A.    Yes.

Kaplan - cross

| | | |
|---|---|---|
| 14:57:28 | 1 | Q.     But it's approved in the United States.  It's the C1 |
| 14:57:31 | 2 | INH inhibitor that's approved for prophylaxis? |
| 14:57:37 | 3 | A.     For prophylaxis. |
| 14:57:38 | 4 | Q.     And Berinert is basically the same drug, but approved |
| 14:57:42 | 5 | because of different clinical trials for acute attacks; |
| 14:57:44 | 6 | correct? |
| 14:57:45 | 7 | A.     May I make a point that you remind me of? |
| 14:57:51 | 8 | Prophylaxis, forgetting androgens from past years, |
| 14:57:56 | 9 | prophylaxis, you either do it intravenously or you don't do |
| 14:57:59 | 10 | it.  In the U.S., Cinryze is the one that is approved. |
| 14:58:03 | 11 | That's a twice-a-week intravenous injection. |
| 14:58:08 | 12 | So the person who is on prophylaxis, and we |
| 14:58:11 | 13 | have lots of folks, a large percentage of that small number |
| 14:58:14 | 14 | of people receiving intravenous.  One of the problems is |
| 14:58:19 | 15 | that's a twice-a-week intravenous injection getting IV |
| 14:58:24 | 16 | stuff. |
| 14:58:25 | 17 | Now, everybody breaks through occasionally |
| 14:58:27 | 18 | and gets an attack.  Would you wish to treat the attack with |
| 14:58:33 | 19 | yet another intravenous medication, because as time goes on, |
| 14:58:38 | 20 | even people with good veins become tougher and tougher to |
| 14:58:44 | 21 | get the needle into their vein.  And there are some, as you |
| 14:58:46 | 22 | know, who it's not fun getting a needle in their stomach. |
| 14:58:52 | 23 | So the availability of a quick subcutaneous |
| 14:58:58 | 24 | injection that's convenient is really a big deal for the |
| 14:59:02 | 25 | people who are on the prophylaxis, because they're getting |

Kaplan - cross

| | | |
|---|---|---|
| 14:59:05 | 1 | IVs all the time. |
| 14:58:52 | 2 | Q.    Dr. Kaplan, I think it will go a little more quickly |
| 14:59:27 | 3 | if you just respond to the questions.  If Mr. Haug has some |
| 14:59:30 | 4 | followup about those issues, he can get into that. |
| 14:59:33 | 5 | A.    Okay. |
| 14:59:33 | 6 | Q.    Now, you agree that icatibant was not the first safe |
| 14:59:40 | 7 | effective easily administered drug for acute attacks |
| 14:59:43 | 8 | approved in the United States.  Right? |
| 14:59:46 | 9 | A.    Well, when Berinert came in, we were very excited |
| 14:59:51 | 10 | about it.  It was fast.  It was safe, it was effective.  I |
| 14:59:55 | 11 | know in my deposition you asked me that very question. |
| 14:59:57 | 12 | Q.    And you agreed with it.  Right? |
| 14:59:59 | 13 | A.    And I agreed with it.  But you know, it's different. |
| 15:00:02 | 14 | You didn't ask me the question compared to anything else. |
| 15:00:06 | 15 |         Also, think about this. |
| 15:00:08 | 16 |         In 2009, when it was first approved -- |
| 15:00:11 | 17 | Q.    Dr. Kaplan, if you could just let me ask a question? |
| 15:00:15 | 18 | A.    When it was first approved, you had to go to the |
| 15:00:19 | 19 | physician to do it.  My translation of that question is a |
| 15:00:23 | 20 | patient comes into me, do I think it's easy to put the IV in |
| 15:00:27 | 21 | them and give them the drug?  My answer was yes. |
| 15:00:29 | 22 | Q.    You would agree that the approval of Berinert in the |
| 15:00:32 | 23 | United States was an enormous milestone in the treatment of |
| 15:00:35 | 24 | HAE.  Correct? |
| 15:00:36 | 25 | A.    I agree. |

Kaplan - cross

| | | |
|---|---|---|
| 15:00:37 | 1 | Q.    And it was an enormous milestone in 2009.  Correct? |
| 15:00:52 | 2 | A.    That's when it was.  Yes. |
| 15:00:54 | 3 | Q.    Now, if you look at JTX-21 in the cross-examination |
| 15:01:08 | 4 | binder. |
| 15:01:36 | 5 | A.    Oh, my Heaven's, I have a different one.  The Berinert |
| 15:01:52 | 6 | insert? |
| 15:01:53 | 7 | Q.    Correct.  If we look at this at the top, this was |
| 15:02:03 | 8 | approved in October of 2009.  Correct? |
| 15:02:06 | 9 | A.    Correct. |
| 15:02:06 | 10 | Q.    And the indications were Berinert is for the treatment |
| 15:02:15 | 11 | of acute abdominal or facial attacks of HAE in adult and |
| 15:02:19 | 12 | adolescent patients.  Right? |
| 15:02:20 | 13 | A.    Correct. |
| 15:02:21 | 14 | Q.    And this is before icatibant's approved.  Right? |
| 15:02:25 | 15 | A.    Yes. |
| 15:02:25 | 16 | Q.    Now, this approval in the United States for Berinert |
| 15:02:29 | 17 | was in October of 2009.  Right? |
| 15:02:32 | 18 | A.    Yes. |
| 15:02:32 | 19 | Q.    Would you agree that Berinert had been used in Europe |
| 15:02:36 | 20 | for years before that?  Right? |
| 15:02:37 | 21 | A.    Yes. |
| 15:02:37 | 22 | Q.    It had been used starting in the late seventies at |
| 15:02:41 | 23 | least.  Correct? |
| 15:02:42 | 24 | A.    Correct. |
| 15:02:42 | 25 | Q.    Now, I think you pointed out that this initial |

15:02:47  1    approval in the United States did not explicitly include

15:02:51  2    laryngeal attacks in the indications.  Right?

15:02:54  3    A.    That's correct.

15:02:55  4    Q.    But for years you know that Berinert had in fact been

15:02:58  5    used for laryngeal attacks in Europe well before 2009.

15:03:02  6    Right?

15:03:02  7    A.    Right.

15:03:03  8    Q.    And you knew that because your European colleagues,

15:03:05  9    like the World Allergy Organization, told you about that.

15:03:09  10   Correct?

15:03:10  11   A.    Correct.

15:03:10  12   Q.    And if we turn to Page 14 of JTX-21, this is the U.S.

15:03:18  13   label in 2009, we know there is actually some reference to

15:03:24  14   laryngeal attacks.  Right?

15:03:26  15   A.    Could you just give me the page number.

15:03:28  16   Q.    JTX-21.14, the very bottom paragraph?

15:03:36  17   A.    In the rare case, I see.

15:03:37  18   Q.    It specifically says, "In the rare case that a subject

15:03:41  19   developed life-threatening laryngeal edema after inclusion

15:03:44  20   into one of the clinical studies, immediate start of open

15:03:48  21   label treatment with a 20 unit per kilogram body weight dose

15:03:52  22   of Berinert was allowed."

15:03:54  23             Right?

15:03:55  24   A.    Right.

15:03:55  25   Q.    So even though laryngeal attacks weren't specifically

Kaplan - cross

15:03:58   1   approved, they were referenced on the label for Berinert in

15:04:02   2   the United States starting in 2009?

15:04:04   3   A.      I think that -- well, it says -- in the course of

15:04:08   4   events as the study was going on, if somebody had one, you

15:04:11   5   did it.

15:04:12   6   Q.      And you thought that was reasonable to do.  Right?

15:04:15   7   A.      I did.

15:04:15   8   Q.      Because you would anticipate that Berinert would treat

15:04:19   9   all the manifestations of HAE.  Correct?

15:04:22   10   A.      Yes.

15:04:23   11   Q.      That is what they had been doing with it in Europe for

15:04:27   12   30 years by 2009.  Right?

15:04:29   13   A.      Yes.

15:04:29   14   Q.      In fact, you know, there was research published before

15:04:34   15   Firazyr was approved in the United States that said just

15:04:37   16   that about Berinert.  Right?

15:04:38   17   A.      Yes.

15:04:39   18   Q.      And if you turn in your binder to DTX-76, this is a

15:04:55   19   paper by Timothy Craig entitled Prospective Study of Rapid

15:04:59   20   Relief Provided By CI Esterase Inhibitor in Emergency

15:05:03   21   Treatment of Acute Laryngeal Attacks in HAE.

15:05:07   22             Right?

15:05:08   23   A.      Correct.

15:05:08   24   Q.      And C1 esterase inhibitor is Berinert?

15:05:13   25   A.      It is.

Kaplan - cross

| | | |
|---|---|---|
| 15:05:13 | 1 | Q.    And Timothy Craig is well known in the research area? |
| 15:05:17 | 2 | A.    Good. |
| 15:05:17 | 3 | Q.    Well respected guy? |
| 15:05:19 | 4 | A.    Yes, clinical work is what he does. |
| 15:05:21 | 5 | Q.    This is published 2010.  Right? |
| 15:05:27 | 6 | A.    Right.  So this is published subsequent to the initial |
| 15:05:29 | 7 | approval of Berinert but before the subsequent approval. |
| 15:05:32 | 8 | Q.    Correct.  If we look just at the conclusion here, in |
| 15:05:35 | 9 | the abstract, it says, "Berinert concentrate is an effective |
| 15:05:38 | 10 | and safe emergency treatment for providing reliable and |
| 15:05:42 | 11 | rapid relief from the potentially life-threatening symptoms |
| 15:05:45 | 12 | of laryngeal HAE attacks." |
| 15:05:48 | 13 | Correct? |
| 15:05:48 | 14 | A.    Correct. |
| 15:05:49 | 15 | Q.    That was known about Berinert before Firazyr was |
| 15:05:52 | 16 | approved in the United States.  Right? |
| 15:05:54 | 17 | A.    Correct. |
| 15:05:54 | 18 | Q.    And you agree with that? |
| 15:05:58 | 19 | A.    I agree with that.  Not yet approved at that point |
| 15:06:00 | 20 | because, one has to make one assumption in 2009, that was |
| 15:06:06 | 21 | because, if you remember, in the original study, it was used |
| 15:06:11 | 22 | open label.  And they had a certain number of patients with |
| 15:06:15 | 23 | laryngeal attacks even in that study.  Now, I am not at the |
| 15:06:20 | 24 | FDA.  I have to assume that the FDA felt that it was just an |
| 15:06:24 | 25 | insufficient number to allow them approval at that point in |

Kaplan - cross

| 15:06:28 | 1 | time.  So they added to it in the ensuing two years and then |
| 15:06:33 | 2 | subsequently got the approval. |
| 15:06:34 | 3 | Q.    You are familiar with Konrad Bork? |
| 15:06:36 | 4 | A.    Yes, he is a friend of mine. |
| 15:06:38 | 5 | Q.    Who is he, besides being a friend of yours? |
| 15:06:40 | 6 | A.    He resides in Germany and he is a very fine HAE |
| 15:06:46 | 7 | researcher. |
| 15:06:46 | 8 | Q.    He published about using Berinert in laryngeal attacks |
| 15:06:50 | 9 | in Europe well before 2009.  Correct? |
| 15:06:54 | 10 | A.    It is true. |
| 15:06:54 | 11 | Q.    He also published about patients self-administering |
| 15:06:57 | 12 | Berinert in Europe before 2009.  Right? |
| 15:07:01 | 13 | A.    He did. |
| 15:07:01 | 14 | Q.    And that was well known to doctors who treated HAE |
| 15:07:05 | 15 | patients as well.  Right? |
| 15:07:06 | 16 | A.    Yes. |
| 15:07:20 | 17 | Q.    Now, I think you agreed that Berinert was actually |
| 15:07:25 | 18 | approved for self-administration in December of 2011. |
| 15:07:29 | 19 | Right? |
| 15:07:29 | 20 | A.    Yes. |
| 15:07:29 | 21 | Q.    So that's just three months after Firazyr is approved. |
| 15:07:33 | 22 | Correct? |
| 15:07:34 | 23 | A.    Yes. |
| 15:07:34 | 24 | Q.    So there was a three month period where Firazyr was on |
| 15:07:38 | 25 | the market and the only FDA-approved drug for |

Kaplan - cross

| | | |
|---|---|---|
| 15:07:41 | 1 | self-administration treatment acute attacks of HAE.  Right? |
| 15:07:46 | 2 | A.    Right. |
| 15:07:46 | 3 | Q.    By December 2011 -- |
| 15:07:48 | 4 | A.    But the only one for self-administration plus subcu. |
| 15:07:53 | 5 | Q.    Understood.  But Kalbitor was subcu? |
| 15:07:57 | 6 | A.    Right. |
| 15:07:57 | 7 | Q.    I think you said you could call Dyax and they would |
| 15:08:00 | 8 | send somebody over to help administer it.  Right? |
| 15:08:03 | 9 | A.    Right. |
| 15:08:03 | 10 | Q.    So you could get it on board pretty quickly even |
| 15:08:06 | 11 | though you needed a health care provider? |
| 15:08:09 | 12 | A.     It's all relative.  That one, the black box is a big |
| 15:08:13 | 13 | caveat, because as simple as it seemed, you couldn't |
| 15:08:16 | 14 | self-inject it.  That was a very disappointing thing for we |
| 15:08:23 | 15 | in the field in 2009, as well as Dyax. |
| 15:08:40 | 16 | Q.    Dr. Kaplan, I want to look for a moment at one of your |
| 15:08:44 | 17 | slides, PDX2.4.  This was the summary of your opinions you |
| 15:09:00 | 18 | provided. |
| 15:09:01 | 19 | A.    Yes. |
| 15:09:01 | 20 | Q.    The first opinion you had is as of 1989 there was a |
| 15:09:04 | 21 | need for a safe, effective, and convenient treatment for |
| 15:09:08 | 22 | acute attacks of HAE.  Right? |
| 15:09:10 | 23 | A.    Correct. |
| 15:09:11 | 24 | Q.    It is not your opinion that Firazyr met that need in |
| 15:09:14 | 25 | 1989.  Correct? |

432

Kaplan - cross

15:09:15    1    A.      Correct.

15:09:15    2    Q.      Your opinion is that Firazyr met that need when it was

15:09:20    3    FDA-approved in the United States in 2011.   Correct?

15:09:23    4    A.      Correct.

15:09:23    5    Q.      And so you agree that although your second opinion is

15:09:28    6    that Firazyr met the need, Firazyr was not the first drug to

15:09:31    7    meet the need that you have identified.   Right?

15:09:34    8    A.      Firazyr -- well, let's be specific.   Kalbitor, I

15:09:39    9    wouldn't give it the safety award because of the black box.

15:09:43   10    Q.      Kalbitor you mean?

15:09:46   11    A.      Yes, I am sorry.   And Berinert neither was safe,

15:09:49   12    effective, and I would put "convenient" in quotation marks

15:09:54   13    because if you are not subcutaneous, you can't compare it to

15:09:57   14    somebody who requires an IV for administration of the

15:10:02   15    medication.

15:10:03   16            But at the time, it was sure a big step in the

15:10:06   17    right direction.

15:10:07   18    Q.      Now, when we talk about Firazyr here, we are not just

15:10:12   19    talking about icatibant.   Correct?

15:10:15   20    A.      I am.

15:10:15   21    Q.      We are talking about icatibant in its syringe and

15:10:18   22    formulated.   Right?

15:10:20   23    A.      Yes.

15:10:21   24    Q.      And you know that it's icatibant acetate that they

15:10:25   25    use.   Correct?

Kaplan - cross

15:10:26   1   A.      It is.  It is a solution of salt and they make up an

15:10:31   2   acetate by mixing two things.

15:10:32   3   Q.      You are not an expert in that formulation work.

15:10:34   4   Correct?

15:10:35   5   A.      I don't do formulation but I certainly know what that

15:10:37   6   stuff is.

15:10:38   7   Q.      But you don't know how hard it was or how much work

15:10:41   8   Shire or Hoechst or --

15:10:44   9   A.      Oh, no.  We know a lot of work went into it.

15:10:47   10   Q.      They did a lot of work on that formulation to come up

15:10:51   11   with the convenient treatment that is now Firazyr.  Right?

15:10:53   12   A.      The convenient aspect is the fact that it is highly

15:10:56   13   soluble, stable at room temperature and can be preloaded and

15:11:00   14   it's all good.

15:11:01   15   Q.      But they had to do a lot of work beyond just having

15:11:04   16   icatibant.  Correct?

15:11:06   17   A.      Absolutely.

15:11:09   18   Q.      It's all that work combined together, the molecule and

15:11:12   19   the work on the formulation and the syringe, that makes it a

15:11:16   20   convenient treatment?

15:11:17   21   A.      Yes.  That's fair.

15:11:22   22   Q.      You don't know if the patent actually even talks about

15:11:26   23   icatibant acetate, the patent we are here for at this trial.

15:11:29   24   Right?

15:11:29   25   A.      I do not know.

Kaplan - cross

15:11:31   1   Q.      You have been in the courtroom for some of the

15:11:35   2   testimony?

15:11:38   3   A.      Today, yes.   Yesterday not.   I heard the opening

15:11:41   4   statements.   Today I heard part of it.

15:11:43   5   Q.      Sir, have you seen the patent now as part of the

15:11:46   6   trial?

15:11:46   7   A.      I did.   But I didn't take in much.

15:11:49   8   Q.      Before coming to court for the trial, you never had

15:11:53   9   even looked at the patent that is at issue in this case.

15:11:56   10   Right?

15:11:57   11   A.      That's correct.

15:12:11   12   Q.      Dr. Kaplan, if you could turn in your binder to

15:12:19   13   DTX-84.   You are familiar with this article, sir?

15:12:25   14   A.      Yes.

15:12:25   15   Q.      It is a WAO Guideline for the Management of Hereditary

15:12:31   16   Angioedema.   Right?

15:12:32   17   A.      Yes.

15:12:32   18   Q.      If we look at the bottom of the first page, it was

15:12:36   19   published in December 2012.   Correct?

15:12:39   20   A.      Correct.

15:12:39   21   Q.      This is what's called the consensus guideline.   It's a

15:12:42   22   group of doctors who are experts in the field, get together

15:12:45   23   and decide how to direct people to treat patients with HAE.

15:12:50   24   Right?

15:12:50   25   A.      Yes.   It's one of a number of them.   But that's fine.

Kaplan - cross

15:12:55    1    Q.    You actually participated in this one.  Right?

15:12:58    2    A.    Yes, somewhere.  If I did, my name is there.  I don't

15:13:02    3    see my name in this one.

15:13:03    4    Q.    On the second page, in the top left-hand corner, six

15:13:07    5    or seven down, Allen Kaplan?

15:13:10    6    A.    There I am.

15:13:10    7    Q.    So you participated in this one?

15:13:12    8    A.    I did.

15:13:12    9    Q.    You helped to draft this guideline?

15:13:14   10    A.    Yes.

15:13:14   11    Q.    You reviewed it before it was published?

15:13:16   12    A.    Yes.

15:13:17   13    Q.    You agreed with this when it was published?

15:13:19   14    A.    Yes.

15:13:20   15    Q.    Let's look at a couple of the details here.  If we

15:13:23   16    turn to DTX-84-7.  It would be on the right-hand side,

15:13:31   17    Therapy of HAE and On-Demand Treatment.  So that's the acute

15:13:35   18    attacks.  Correct?

15:13:36   19    A.    Yes.

15:13:36   20    Q.    And the On Demand Treatments for acute attacks.

15:13:41   21    Right?

15:13:42   22    A.    Right.

15:13:42   23    Q.    And if we look at Recommendation 4, and we pull that

15:13:45   24    out, this is what you and the other experts were

15:13:47   25    recommending as the treatments.  Correct?

Kaplan - cross

15:13:50    1              "We recommend that HAE attacks are treated with

15:13:53    2    C1-INH, kallikrein, or icatibant."

15:13:59    3                   Right?

15:13:59    4    A.      Right.

15:14:00    5    Q.      And CI-INCH is Berinert.  Correct?

15:14:03    6    A.      Correct.

15:14:04    7    Q.      And ecallantide is Kalbitor.  Correct?

15:14:07    8    A.      Correct.

15:14:07    9    Q.      And there was no differentiation, it was either, just

15:14:12   10    pick one of these three.  Right?

15:14:14   11    A.      Yes.  Parenthetically, in writing guidelines, I mean,

15:14:18   12    there is no favoritism for one pharmaceutical or another.

15:14:21   13    You will see that throughout.  They are listed as choices.

15:14:27   14    Some of the evidence is weighed.  But ultimately the choice

15:14:30   15    is made by the physician and patient as to which one they

15:14:33   16    are going to use.

15:14:34   17    Q.      And the guidelines here didn't suggest any one of

15:14:37   18    these was better or worse than any other?

15:14:40   19    A.      No.  We didn't and wouldn't.

15:14:41   20    Q.      If we go to 84-11, and Recommendation 13 on the

15:14:47   21    right-hand side, we pull that out.  This is specifically

15:14:51   22    talking about treating children?

15:14:55   23    A.      Yes.

15:14:55   24    Q.      Here only one drug is recommended?

15:14:58   25    A.      Yes.

Kaplan - cross

15:14:58    1    Q.    And it's Berinert?

15:15:01    2    A.    Yes.

15:15:02    3    Q.    And if we turn to the next page, Recommendation 14.

15:15:06    4    This is the recommendation for treating pregnant and

15:15:09    5    lactating women.   Correct?

15:15:11    6    A.    Correct.

15:15:11    7    Q.    Again, it's only one drug that is recommended.   Right?

15:15:14    8    A.    Correct.

15:15:14    9    Q.    And it's Berinert.   Correct?

15:15:16   10    A.    Correct.

15:15:17   11    Q.    And if we go then to the next page, 84-14, if we pull

15:15:24   12    out Table 3 at the bottom, this is the summary you all

15:15:28   13    provided.   Correct?

15:15:30   14    A.    Yes.

15:15:30   15    Q.    And first on the list is Berinert.   Right?

15:15:33   16    A.    Right.

15:15:33   17    Q.    And for efficacy it gets three little pluses.   Right?

15:15:37   18    A.    Yes.

15:15:37   19    Q.    And for safety it gets three little pluses.   Right,

15:15:40   20    which is the best you can get?

15:15:43   21    A.    It looks like that, I see no fours, I am assuming this

15:15:46   22    was one to three.

15:15:47   23    Q.    And two up from the bottom is icatibant.   Right?

15:15:50   24    A.    Right.

15:15:50   25    Q.    It also gets the three little pluses for efficacy and

Kaplan - cross

| | | |
|---|---|---|
| 15:15:54 | 1 | the three little pluses for safety? |
| 15:15:56 | 2 | A.    Correct. |
| 15:15:56 | 3 | Q.    And the bottom one is Kalbitor or ecallantide, that |
| 15:16:03 | 4 | also has three little pluses for efficacy? |
| 15:16:06 | 5 | A.    Right. |
| 15:16:06 | 6 | Q.    And three little pluses for safety.  Right? |
| 15:16:08 | 7 | A.    Right. |
| 15:16:09 | 8 | Q.    And there is no difference in this guideline that you |
| 15:16:12 | 9 | helped write between Berinert, icatibant and ecallantide. |
| 15:16:18 | 10 | Right? |
| 15:16:18 | 11 | A.    Right. |
| 15:16:18 | 12 | Q.    But Berinert and kallikrein were approved in the |
| 15:16:22 | 13 | United States before icatibant.  Right? |
| 15:16:23 | 14 | A.    Yes. |
| 15:16:23 | 15 | Q.    And Berinert was in fact used as early as the 1970s to |
| 15:16:28 | 16 | treat acute attacks of HAE? |
| 15:16:31 | 17 | A.    Yes. |
| 15:16:35 | 18 |         MR. WIESEN:  Your Honor, can I just have a |
| 15:16:38 | 19 | moment? |
| 15:16:39 | 20 |         (Pause.) |
| 15:16:41 | 21 |         MR. WIESEN:  No further questions, Your Honor. |
| 15:16:43 | 22 |         THE COURT:  Mr. Blumenfeld. |
| 15:16:44 | 23 |             REDIRECT EXAMINATION |
| 15:16:44 | 24 | BY MR. BLUMENFELD: |
| 15:16:57 | 25 | Q.    Just a few more questions, Dr. Kaplan. |

Kaplan - redirect

15:17:02    1           When another treatment was approved in 2009, was

15:17:05    2     there still a need for Berinert treatment for acute attacks

15:17:10    3     of HAE?

15:17:11    4     A.    Right.   My opinion is that there was.   And that is

15:17:16    5     notwithstanding the fact that Berinert was a fine addition

15:17:20    6     and created considerable enthusiasm.

15:17:25    7           Before -- at that point, when it first came out,

15:17:29    8     we didn't even know it was possible to have a subcutaneous

15:17:34    9     administered drug.   Kalbitor came out soon thereafter and

15:17:37   10     there it was.   And anyone who saw that felt, gee, if -- this

15:17:43   11     is a good way to go.   But it had the black box.   So looking

15:17:48   12     at those two, I would say, okay, the ideal from a variety of

15:17:53   13     perspectives would be to have something that's subcutaneous,

15:17:58   14     ultimately self-administered, fast, and safe, and that would

15:18:02   15     be about as good as you could do.   I felt there was still a

15:18:06   16     need.

15:18:06   17     Q.    Is there any question that Firazyr can be administered

15:18:11   18     more quickly than Berinert?

15:18:14   19     A.    There is no question about that.

15:18:15   20     Q.    And is there an advantage to fast administration?

15:18:22   21     A.    We alluded to that twice, in different contexts.   You

15:18:28   22     remember, even in the study where it was shown, they looked

15:18:32   23     at one hour, two-hour, three-hour, and you could argue that

15:18:36   24     you would like to look at even faster times.   But the

15:18:39   25     perception in general is that the faster you get it in, the

Kaplan - redirect

15:18:43  1    better the response, and it just stands to logic that you

15:18:50  2    are going to get it in faster when you self-administer it

15:18:55  3    with a preloaded syringe, so it's a matter of seconds before

15:19:00  4    you have started the process.

15:19:01  5              Then it's the time in which it diffuses through

15:19:04  6    the skin to get into your bloodstream, which is estimated to

15:19:07  7    be 20 to 30 minutes.  If you stop an attack, in under an

15:19:12  8    hour and something that last 48 hours, you have really done

15:19:16  9    something well.

15:19:17  10   Q.    Can you put up JTX-21, the Berinert label.  If you

15:19:24  11   turn to Pages, I think it's 5 and 6.  Let me take a look at

15:19:44  12   that and make sure I have the right page.

15:19:47  13             Page 3 and then Page 4.

15:19:52  14   A.    21.--

15:19:53  15   Q.     .3.  Start there.

15:19:57  16   A.    Okay.

15:19:57  17   Q.    This is a chart that shows how to reconstitute

15:20:03  18   Berinert.  I don't want you to go into a long explanation.

15:20:06  19   But briefly, what does the patient or the health care

15:20:11  20   provider have to do in order to prepare the Berinert for

15:20:15  21   intravenous administration?

15:20:17  22   A.    Well, you could read down.  Before you have gotten the

15:20:22  23   IV in, you have a vial of Berinert, it is a solid, so it is

15:20:29  24   a powder at the bottom of the bottle, you have a sterile

15:20:34  25   vial.  It is at room temperature, saying using good

Kaplan - redirect

15:20:36  1  technique means in sterile gloves and whatever you have

15:20:39  2  available.

15:20:39  3          Place the barrel of the vial, mix them, set it

15:20:42  4  on a flat surface, remove the flip stops, open the vial

15:20:46  5  stopper, swab it with alcohol, allow it to dry, open the

15:20:50  6  vial to mix, the same sort of thing, peel away the lid, set

15:20:55  7  it in the package, place the diluent on a flat surface, then

15:20:59  8  grip the vial transfer set together with clear passage, snap

15:21:04  9  it -- snap the blue of the mixed two vial transfer set onto

15:21:12  10  the diluent vial stopper at a 90-degree angle.

15:21:14  11         They give you a picture.  Remove the clear

15:21:17  12  passage from the vial transfer set.  Make sure you only pull

15:21:20  13  up on the clear passage and not the vial transfer set.

15:21:22  14         With the vial dry firmly on a flat surface,

15:21:26  15  invert it, set it attached, snap the transparent adapter,

15:21:31  16  blah, blah, blah.

15:21:32  17         The diluent would automatically transfer, it

15:21:33  18  goes on and it goes on and on.

15:21:36  19         It's a process to -- you got to get the fluid

15:21:42  20  into the diluent.  Shake it up a little bit.  Then move it

15:21:44  21  out.  Then you have to start your IV.  Then you hang this

15:21:48  22  thing up onto the IV.  And you administer it at a rate

15:21:51  23  that's about 4 ml's per minute.  So it takes two and a half

15:21:58  24  minutes to get it in.

15:21:59  25  Q.    Is this easy for a patient who is under an acute

Kaplan - redirect

| | | |
|---|---|---|
| 15:22:03 | 1 | attack to do? |
| 15:22:04 | 2 | A.    First of all, patients are instructed on how to do it. |
| 15:22:07 | 3 | But it is not simple and it takes practice.  You have to |
| 15:22:10 | 4 | work on it.  I am always concerned that if you are having an |
| 15:22:13 | 5 | attack and your hands are swollen, you have got some |
| 15:22:15 | 6 | problems. |
| 15:22:15 | 7 | Q.    Dr. Kaplan, for the patient who self-administers |
| 15:22:21 | 8 | Firazyr, what do they have to do? |
| 15:22:24 | 9 | A.    Oh, self-administering Firazyr, that is like it was |
| 15:22:28 | 10 | sitting over here.  You obviously put it in a place where |
| 15:22:31 | 11 | you have reasonable access.  You grab it, and you stick it |
| 15:22:35 | 12 | in.  You have to just be able to stick it in and pull the |
| 15:22:40 | 13 | plunger.  It's seconds. |
| 15:22:42 | 14 | Q.    One more question.  If you turn to your |
| 15:22:44 | 15 | cross-examination notebook, DTX-84, turn to Page 84-00007, |
| 15:22:56 | 16 | Mr. Wiesen asked you about some of the recommendations. |
| 15:22:59 | 17 | What is Recommendation No. 3? |
| 15:23:02 | 18 | A.    Tell me again? |
| 15:23:04 | 19 | Q.     84-0007. |
| 15:23:07 | 20 | A.    I will read it from there. |
| 15:23:09 | 21 | "We recommend that attacks are treated as early |
| 15:23:12 | 22 | as possible.  Evidence grade:  D.  Strength of |
| 15:23:16 | 23 | recommendation:  Strong." |
| 15:23:19 | 24 | So that relates to what I had said, in general, |
| 15:23:25 | 25 | the faster the better, and my position has been, regardless |

Kaplan - redirect

15:23:31  1   of all the stuff that we went over today, my personal

15:23:34  2   position, based on everything I know, is that the faster you

15:23:38  3   get it in, the better it is, and icatibant, I think, is the

15:23:43  4   one that allows you to do that acutely with the most

15:23:47  5   facility and rapidity.

15:23:50  6                  MR. BLUMENFELD:  Thank you, Dr. Kaplan.

15:23:51  7                  THE COURT:  Thank you, Doctor.  Please be

15:23:53  8   careful stepping down.  You are excused.

15:23:56  9                      (Witness excused.)

15:23:59  10                  THE COURT:  We will take a stretch.

15:24:02  11                     (Recess taken.)

15:38:03  12                  THE COURT:  All right.  Take your seats, ladies

15:38:05  13  and gentlemen.  Let's continue.

15:38:07  14                  Counsel?

15:38:09  15                  MS. KUZMICH:  Good afternoon, Your Honor.

15:38:10  16  Plaintiffs call Dr. Klaus Wirth as a fact witness in an

15:38:14  17  individual capacity.

15:38:15  18                  Dr. Wirth was an employee at Hoechst in the

15:38:20  19  mid-1980s, when icatibant was invented.  He's also an

15:38:25  20  inventor on the '7,803 patent.

15:38:27  21                  THE COURT:  All right.

15:38:27  22                  MS. KUZMICH:  Dr. Wirth?

15:38:29  23                  THE COURT:  Why are we referring to the '803 as

15:38:32  24  the '7,803?

15:38:33  25                  MS. KUZMICH:  Your Honor, because there's a

Wirth - direct

| | | |
|---|---|---|
| 15:38:35 | 1 | piece of prior art that's actually the '803 patent. |
| 15:38:37 | 2 | THE COURT:  All right. |
| 15:38:38 | 3 | MS. KUZMICH:  So there has been some confusion |
| 15:38:40 | 4 | and this is how we resolved it. |
| 15:38:42 | 5 | THE COURT:  Okay.  I was wondering.  Is this a |
| 15:38:44 | 6 | new term of art? |
| 15:38:47 | 7 | MR. WIESEN:  I think Mr. James had referred to |
| 15:38:49 | 8 | the '5,803 at some point.  That was the first one that came |
| 15:38:52 | 9 | up. |
| 15:38:52 | 10 | THE COURT:  Okay.  Couldn't tell.  Sorry about |
| 15:38:54 | 11 | that, Doctor.  He's going to swear you. |
| 15:38:56 | 12 | ... KLAUS WIRTH, having been duly |
| 15:39:05 | 13 | sworn as a witness, was examined and testified as |
| 15:39:10 | 14 | follows ... |
| 15:39:20 | 15 | MS. KUZMICH:  Your Honor, may I approach with |
| 15:39:21 | 16 | binders? |
| 15:39:22 | 17 | THE COURT:  Sure. |
| 15:39:23 | 18 | MS. KUZMICH:  Thank you. |
| 15:39:42 | 19 | (Ms. Kuzmich handed binders to the Court and to |
| 15:39:44 | 20 | the witness.) |
| 15:39:56 | 21 | DIRECT EXAMINATION |
| 15:39:57 | 22 | BY MS. KUZMICH: |
| 15:40:19 | 23 | Q.    Dr. Wirth, good afternoon.  Would you please state |
| 15:40:22 | 24 | your full name for the record? |
| 15:40:24 | 25 | A.    My name is Klaus Wirth. |

Wirth - direct

| | | |
|---|---|---|
| 15:40:26 | 1 | Q.    Dr. Wirth, what is your current occupation? |
| 15:40:30 | 2 | A.    I'm currently a pharmacologist at Sanofi Aventis |
| 15:40:35 | 3 | Deutschland.  I'm a research scientist in the laboratory. |
| 15:40:38 | 4 | Q.    How long have you been employed by Sanofi Aventis |
| 15:40:41 | 5 | Deutschland? |
| 15:40:42 | 6 | A.    I have been employed by Sanofi Aventis Deutschland |
| 15:40:46 | 7 | since it became this entity, and I have been employed by |
| 15:40:51 | 8 | the predecessor company since 1984, which initially was |
| 15:40:59 | 9 | Hoechst. |
| 15:40:59 | 10 | Q.    Would you please describe your education since |
| 15:41:02 | 11 | graduating from the German equivalent of high school? |
| 15:41:04 | 12 | A.    I have an MD from 1993.  Twelve years ago, I received |
| 15:41:14 | 13 | an additional degree.  It's a qualification for |
| 15:41:22 | 14 | professorship in pharmacology from the University of |
| 15:41:25 | 15 | Frankfurt.  And I'm also teaching students, medicinal |
| 15:41:31 | 16 | students at the University of Frankfurt.  I'm |
| 15:41:33 | 17 | board-certified in medicine for pharmacology.  I'm |
| 15:41:37 | 18 | instructor for pharmacology and I'm also an examiner of |
| 15:41:43 | 19 | certification. |
| 15:41:43 | 20 | Q.    Dr. Wirth, after you received your M.D., what did you |
| 15:41:47 | 21 | do? |
| 15:41:47 | 22 | A.    I spent one year in hospitals in Germany practicing |
| 15:41:54 | 23 | internal medicine. |
| 15:41:55 | 24 | Q.    And after practicing medicine for one year, what did |
| 15:41:58 | 25 | you do then? |

Wirth - direct

| | |
|---|---|
| 15:41:59 | 1 |

A.      In 1984 I joined Hoechst.

Q.      Would you please describe generally your

responsibilities at Hoechst when you joined them in 1984.

A.      I joined Hoechst as a pharmacologist.  I was

responsible for designing and performing in vitro and in

vivo pharmacologic studies.

Q.      Dr. Wirth, did your responsibilities change over time

at Hoechst?

A.      Yes.  I worked in different fields.  I started in

biotechnology, where I was one year.  Then I went into

general pharmacology for six months.  Then I spent two to

three years in gastroenterology pharmacology.  And then I

switched from experimental pharmacology to clinical

pharmacology for my board certification.  And after this

year, I changed again to cardiovascular experimental

pharmacology.

Q.      And what were some of the projects that you were

involved in when you returned to Hoechst after receiving

your board certifications and joining cardiovascular

pharmacology?

A.      When I returned, I took over the bradykinin antagonist

project.

Q.      And, Dr. Wirth, if you can recall, when did you

actually become involved in the bradykinin antagonist

project?

Wirth - direct

| | | |
|---|---|---|
| 15:43:28 | 1 | A.     It was at some time between 1989 and 1990. |
| 15:43:35 | 2 | Q.     Were you involved in Hoechst's bradykinin antagonist |
| 15:43:42 | 3 | project from its inception? |
| 15:43:43 | 4 | A.     No. |
| 15:43:44 | 5 | Q.     When you joined Hoechst's bradykinin antagonist team, |
| 15:43:48 | 6 | what role did you play? |
| 15:43:49 | 7 | A.     I took over a role in which I was responsible for |
| 15:43:55 | 8 | performing, designing and collecting the pharmacologic data, |
| 15:44:01 | 9 | and I was also responsible for monitoring the scientific |
| 15:44:04 | 10 | literature. |
| 15:44:11 | 11 | Q.     How long were you part of the bradykinin antagonist |
| 15:44:14 | 12 | project at Hoechst? |
| 15:44:16 | 13 | A.     As long as it existed. |
| 15:44:17 | 14 | Q.     Did your role in the bradykinin antagonist project |
| 15:44:20 | 15 | change over time? |
| 15:44:21 | 16 | A.     Yes, it changed.  In the beginning we had to perform |
| 15:44:25 | 17 | the necessary pharmacologic studies, and at a point in time, |
| 15:44:30 | 18 | these studies had been finished.  And then there was a push |
| 15:44:34 | 19 | to develop the compound, and then my role changed and I have |
| 15:44:40 | 20 | been advisor to the development department, toxicology, |
| 15:44:44 | 21 | formulation, and doing the studies.  And I was also strongly |
| 15:44:48 | 22 | involved in the contacts with general scientists. |
| 15:44:53 | 23 | Q.     Dr. Wirth, if you would please turn to JTX-01 in your |
| 15:44:58 | 24 | binder.  And we're going to project the documents on the |
| 15:45:02 | 25 | screen today as well, Dr. Wirth. |

Wirth - direct

15:45:08    1              And if you look at JTX-01, do you recognize this

15:45:10    2    document?

15:45:11    3    A.    Yes.

15:45:11    4    Q.    How do you recognize this document?

15:45:13    5    A.    I have seen it, I have seen it in preparation, and I

15:45:18    6    can't remember having seen it before.  I have seen so many

15:45:20    7    documents, I may have seen before, I can't remember.  I have

15:45:24    8    seen it during the preparation.

15:45:25    9    Q.    Dr. Wirth, is it acceptable to you if we refer to the

15:45:29   10    patent then as JTX-01 on the screen as the '333 patent?

15:45:33   11    A.    Yes.

15:45:34   12    Q.    Dr. Wirth, please turn your attention to Claim 14 of

15:45:41   13    the '333 patent.  Now, that's going to be at JTX-01.24, and

15:45:47   14    that's at column 44, line 44 through 46.  We're going to

15:45:51   15    project that on the screen.

15:45:52   16              Do you recognize the peptide of claim 14 of the

15:45:56   17    '333 patent?

15:45:57   18    A.    Yes.

15:45:57   19    Q.    And what is that peptide?

15:45:59   20    A.    It is Hoe 140, also called icatibant.

15:46:05   21    Q.    So if we refer to Hoe 140 or icatibant, do you

15:46:09   22    understand them to mean the same thing?

15:46:10   23    A.    Yes.

15:46:11   24    Q.    Dr. Wirth, please turn to PTX-12.  And PTX-12, do you

15:46:23   25    recognize this document?

Wirth - direct

15:46:24    1    A.    Yes.

15:46:25    2    Q.    And what is PTX-12?

15:46:26    3    A.    It's the so, the so-called green file.  This is the

15:46:31    4    document in which we have to document, collect

15:46:35    5    pharmacological and biochemistry data.  The document served

15:46:41    6    for registration and submission to the regulatory

15:46:46    7    authorities.

15:46:47    8    Q.    Was the data in PTX-12 generated by Hoechst?

15:46:50    9    A.    Yes.

15:46:51   10    Q.    Were you involved with generating data contained in

15:46:55   11    PTX-12?

15:46:56   12    A.    Yes.

15:46:56   13    Q.    Were you involved in the creation of the document

15:47:00   14    labeled PTX-12?

15:47:01   15    A.    Yes.  I compiled pharmacologic data.

15:47:05   16    Q.    Would the data recorded in PTX-12 have been recorded

15:47:12   17    in some form about the time the data was generated?

15:47:15   18    A.    Yes.

15:47:16   19    Q.    Would PTX-12 have been created at or about the time

15:47:18   20    the data contained in it was generated?

15:47:22   21    A.    Reports in the document was generated at some time

15:47:25   22    after, after the experiments, because an official decision

15:47:33   23    was needed to write these reports.  Such reports are only

15:47:36   24    written after, in a document after more development.

15:47:43   25    Q.    Was the data generated in PTX-12 maintained in

Wirth - direct

15:47:49    1    Hoechst's ordinary course of business?

15:47:50    2    A.    Yes.

15:47:50    3    Q.    Dr. Wirth, please turn to page PTX-012.24.  And we're

15:47:57    4    going to call that up on the screen.

15:48:00    5          Do you recognize this document, Dr. Wirth?

15:48:05    6    A.    Yes.

15:48:06    7    Q.    What is this document?

15:48:07    8    A.    It reports the efficacy of Hoe 140 in the isolated

15:48:16    9    guinea pig pulmonary arteries constricted within bradykinin.

15:48:19   10    Q.    What is the date of this report?

15:48:20   11    A.    September 5th, 1989.

15:48:23   12    Q.    When were the data in this report generated?

15:48:28   13    A.    Generated in the investigational period, which is

15:48:32   14    January 1989.

15:48:35   15    Q.    Dr. Wirth, in the title of this report there appears

15:48:38   16    the language, D-Arg [HYP2Thi5,8D-Phe-7]-BK.  Do you know

15:48:46   17    what that stands for?

15:48:47   18    A.    Yes.

15:48:48   19    Q.    What does that stand for?

15:48:49   20    A.    It's a bradykinin antagonist and it is reported in the

15:48:53   21    literature.

15:48:54   22    Q.    Dr. Wirth, please turn to page PTX-012.27.

15:49:06   23          Dr. Wirth, do you have an understanding of what

15:49:08   24    the data mean that are shown in the table on PTX-012.27?

15:49:14   25    A.    The data that the figure shows, concentration response

15:49:20  1    curve for Hoe 140 and this literature, the compound,

15:49:29  2    [Hyp2,Thi5,8.D-Phe7] 5867.  Again, bradykinin constriction.

15:49:36  3            On the left-hand side we see the concentration

15:49:40  4    curve for Hoe 140.  On the right-hand side you see for the

15:49:45  5    other compound.  And what you see is what is calculated out

15:49:49  6    of, out of these, out of this curve.  It's the so-called IC

15:49:54  7    50 value which reflects the activity.  For Hoe 140 it's 5.4

15:50:05  8    times ten to the minus nine molar.  For the other compound

15:50:08  9    it is 6.4 times ten to the minus six.  It means that Hoe 140

15:50:14  10   is 100 to 1,000 fold more potent than any other compound.

15:50:22  11   Strongly superior.

15:50:24  12   Q.    Excuse me, Dr. Wirth.  If you would now turn to

15:50:28  13   PTX-01, again.  And please refer specifically to Column 16.

15:50:36  14   And there's Table 1 that appears in Column 16.  We're going

15:50:41  15   to have highlighted on the screen, because it's very hard

15:50:44  16   to see, the 18th peptide in Table 1, which we have

15:50:48  17   highlighted.

15:50:48  18            And do you recognize that peptide?

15:50:51  19   A.    Yes.  It is Hoe 140.

15:50:54  20   Q.    Does the table of the '333, Table 1, report an IC 50

15:51:00  21   value for icatibant generated in the isolated guinea pig

15:51:05  22   pulmonary artery assay?

15:51:07  23   A.    Yes.  It's 5.4 times ten to the minus nine.  It's the

15:51:12  24   same as we saw in the report filed.

15:51:16  25   Q.    And so how do you know that the data that you saw in

Wirth - direct

| | |
|---|---|
| 15:51:19 | 1 |
| 15:51:23 | 2 |
| 15:51:25 | 3 |
| 15:51:27 | 4 |
| 15:51:28 | 5 |
| 15:51:31 | 6 |
| 15:51:34 | 7 |
| 15:51:38 | 8 |
| 15:51:42 | 9 |
| 15:51:45 | 10 |
| 15:51:47 | 11 |
| 15:51:50 | 12 |
| 15:51:55 | 13 |
| 15:51:59 | 14 |
| 15:52:00 | 15 |
| 15:52:01 | 16 |
| 15:52:04 | 17 |
| 15:52:23 | 18 |
| 15:52:23 | 19 |
| 15:52:43 | 20 |
| 15:52:47 | 21 |
| 15:52:48 | 22 |
| 15:52:50 | 23 |
| 15:52:50 | 24 |
| 15:52:54 | 25 |

the green file, JTX 12, is the same data that we're looking

at in Table 1 of the '333 patent?

            THE COURT:  Yes?

            MR. WIESEN:  I'm going to object that there's a

lack of foundation.  He testified he wasn't sure he had even

seen the patent before he started preparing for this case,

so I've let Ms. Kuzmich run through the document, but asking

him how he knows that is the source of the data, he began by

saying he has no foundation for that testimony.

            MS. KUZMICH:  Your Honor, in his deposition he

actually testified specifically to Table 1 that we're

looking at here and said that that is the IC 50 at 5.4 times

ten to the minus nine for icatibant.  And he also then

testified later --

            THE COURT:  That's a prior consistent statement,

not a prior -- that's not a proper use of the deposition,

counsel.  Sustained.

BY MS. KUZMICH:

Q.    Dr. Wirth, if you could turn to your binder PTX-28.

Dr. Wirth, the title of the article is New and Highly Potent

Bradykinin Antagonists.

            Are you an author on this publication?

A.    Yes.

Q.    Would you please describe generally the information in

this publication?

Wirth - direct

15:52:56   1   A.     The paper reports the main in vitro and in vivo

15:52:59   2   pharmacology data for HOE140.

15:53:05   3   Q.     As an author on this publication, PTX-28, what was

15:53:10   4   your role in generating the data that is provided therein?

15:53:16   5   A.     I was involved in generating experimental data and

15:53:18   6   experiments and I wrote the pharmacological part of this

15:53:21   7   paper.

15:53:22   8   Q.     Dr. Wirth, where is the pharmacological data presented

15:53:26   9   in this article?

15:53:27   10   A.     There are two figures towards the end.  The figure on

15:53:33   11   top, on the top shows the main in vitro finding, the

15:53:41   12   activity against bradykinin in different isolated organs of

15:53:45   13   different species and it shows PA2 values between 8 and 9,

15:53:49   14   which indicates a very high potency.  The higher the PA2,

15:53:53   15   the more potent are the compounds.

15:53:55   16            So the compound is almost uniformly effective in

15:53:59   17   all these different species and organs, with one exception.

15:54:03   18   It is the rabbit aorta -- it is not affected from the rabbit

15:54:10   19   aorta because you have subtype receptor B1 in rabbit aorta,

15:54:16   20   an HOE 140 is a B2 receptor antagonist.

15:54:20   21   Q.     Dr. Wirth, if you could briefly describe below what is

15:54:24   22   being shown in Figure 3?

15:54:25   23   A.     It shows bradykinin induced constriction in a guinea

15:54:30   24   pig.  The two lower curves show the potency of HOE140

15:54:38   25   inhibits this constriction.  And even at a low dose, as low

Wirth - direct

15:54:43  1    as 100 picomole per kilogram, HOE 140 almost abolishes the

15:54:52  2    constriction of bradykinin.

15:54:53  3              So this shows the high potency in vitro.  So

15:54:56  4    it's very potent in vitro, what you see above, and below you

15:55:01  5    see that it can be translated into a high in vivo potency.

15:55:05  6    Q.    Dr. Wirth, if you could please turn to DTX-50.  DTX-50

15:55:18  7    is an article titled "HOE140, A New Potent and Long Acting

15:55:24  8    Bradykinin Antagonist:  In vivo Studies."  Are you the first

15:55:28  9    author on this article?

15:55:33  10   A.    Yes.

15:55:34  11   Q.    Can you please describe the purpose of this article?

15:55:36  12   A.    The paper shows the in vivo studies with HOE140, which

15:55:41  13   here are shown the main findings of the pharmacology of

15:55:48  14   HOE140.

15:55:49  15   Q.    Doctor, what compounds were evaluated in DTX-50?

15:55:55  16   A.    Two compounds, HOE140 and the original compound we

15:55:59  17   already talked about, D-Arg-Hyp-2, Thi-5,8, D-Phe-7

15:56:06  18   bradykinin.

15:56:06  19   Q.    Dr. Wirth, would you please turn to DTX-107.  DTX-107

15:56:19  20   an article Titled HOE140 a New Potent and Long Acting

15:56:23  21   Bradykinin Antagonist:  In vitro Studies.

15:56:26  22             Dr. Wirth, are you an author on this article?

15:56:29  23   A.    Yes.

15:56:30  24   Q.    Would you briefly describe or summarize the purpose of

15:56:33  25   this article?

Wirth - direct

15:56:34    1    A.        The paper shows and reports the in vitro efficacy of

15:56:40    2    HOE140.

15:56:41    3    Q.        What were the compounds that were evaluated in

15:56:45    4    DTX-107?

15:56:45    5    A.        Again, it was HOE140 and the bradykinin antagonist

15:56:51    6    from the literature, the D-Arg[Hyp2Thi5,8D-Phe-7]BK.

15:56:57    7    Q.        Dr. Wirth, would you please turn --

15:57:00    8               THE COURT:  Counsel, before we dive too far,

15:57:02    9    lets me see you at sidebar.

15:57:03   10               (The following took place at sidebar.)

15:59:06   11               THE COURT:  I want to revisit my ruling earlier.

15:59:06   12    I think we are all aware of 608(b)(1)(a).  So I wanted to

15:59:06   13    talk about it.

15:59:06   14               Go ahead.

15:59:06   15               MS. KUZMICH:  I believe this is where you have

15:59:06   16    sustained counsel's objection.  Doctor Wirth testified in

15:59:06   17    his deposition that he had possibly seen the patent during

15:59:06   18    his work and then he said he also saw the patent before he

15:59:06   19    prepared for his deposition and so --

15:59:06   20               THE COURT:  He made a statement at the

15:59:06   21    deposition.

15:59:06   22               MS. KUZMICH:  He made that statement at the

15:59:06   23    deposition while under oath.

15:59:06   24               MR. WIESEN:  He was a Rule 30(b)(6) designee.

15:59:06   25    So he was prepared specifically by counsel on certain

| | |
|---|---|
| 15:59:06 | 1 |
| 15:59:06 | 2 |
| 15:59:06 | 3 |
| 15:59:06 | 4 |
| 15:59:06 | 5 |
| 15:59:06 | 6 |
| 15:59:06 | 7 |
| 15:59:06 | 8 |
| 15:59:06 | 9 |
| 15:59:06 | 10 |
| 15:59:06 | 11 |
| 15:59:06 | 12 |
| 15:59:06 | 13 |
| 15:59:06 | 14 |
| 15:59:06 | 15 |
| 15:59:06 | 16 |
| 15:59:06 | 17 |
| 15:59:06 | 18 |
| 15:59:08 | 19 |
| 15:59:10 | 20 |
| 15:59:11 | 21 |
| 15:59:12 | 22 |
| 15:59:12 | 23 |
| 15:59:19 | 24 |
| 15:59:23 | 25 |

1  issues.  We asked them before they brought him today, are we

2  going by 30(b)(6) so he could have been prepared or is he

3  here as an individual.  They specifically said, as an

4  individual.  I think that's the distinction here that

5  matters.

6         In the end, if that's the only question she

7  wants -- I didn't want us to get too far into --

8         THE COURT:  Is that addressed?

9         MS. KUZMICH:  That is the only question I was

10  connecting between the PTX-12 document and the patent.  I

11  guess, counsel, I thought when he said in his deposition

12  that he had possibly seen the patent before, I don't think

13  that was completely just the deposition.  That's where I was

14  coming from.

15         MR. WIESEN:  If that's all she wants.  The

16  numbers match up.

17         THE COURT:  I will let you ask the question.

18         (End of sidebar conference.)

19         THE COURT:  Counsel, you can re-put the

20  question.

21         MS. KUZMICH:  Thank you.

22  BY MS. KUZMICH:

23  Q.   Dr. Wirth, if you would turn to JTX-01, that is the

24  '333 patent again.  If we could go to Column 16 and Table I.

25  And we can highlight the 18th peptide down.  If we could

Wirth - direct

| | |
|---|---|
| 15:59:34 | 1 |
| 15:59:38 | 2 |
| 15:59:41 | 3 |
| 15:59:47 | 4 |
| 15:59:53 | 5 |
| 15:59:56 | 6 |
| 15:59:59 | 7 |
| 16:00:04 | 8 |
| 16:00:08 | 9 |
| 16:00:15 | 10 |
| 16:00:20 | 11 |
| 16:00:32 | 12 |
| 16:00:34 | 13 |
| 16:00:44 | 14 |
| 16:00:49 | 15 |
| 16:00:50 | 16 |
| 16:00:51 | 17 |
| 16:00:57 | 18 |
| 16:01:07 | 19 |
| 16:01:12 | 20 |
| 16:01:18 | 21 |
| 16:01:24 | 22 |
| 16:01:27 | 23 |
| 16:01:30 | 24 |
| 16:01:31 | 25 |

1   highlight that on the screen, please.

2          My question to you, Dr. Wirth, was you

3   identified this peptide as icatibant.  My question to you

4   was how did you know these data that you had in the '333

5   data for icatibant are the same as the data we saw in the

6   Green file, which was PTX-12?

7   A.     This is exactly the same value, $IC_{50}$ value, and it is

8   the pulmonary artery, and it is the same code, same formula.

9   So it is identical.

10  Q.     Dr. Wirth, we are going to go back to where we were,

11  which is PTX-062.  If you could turn in your binder to that.

12  Dr. Wirth, so you know, that has been translated into

13  English and the English version appears at PTX-062T.

14          Dr. Wirth, do you recognize PTX-062?

15  A.     Yes.

16  Q.     And what is this document?

17  A.     This is minutes from a research conference which is

18  called Gordon Conference on Kinins and Kallikreins held in

19  1993 in Ventura, California.

20  Q.     The name on the top left of the document PTX-062T,

21  that is Professor B. Scholkens.  Do you recognize that name?

22  A.     Yes.  He was the head director of the department.

23  Q.     Why would Dr. Scholkens's name be on the document?

24  A.     Because he wrote the minutes.

25  Q.     Did Dr. Scholkens attend this Gordon Conference in

Wirth - direct

16:01:35  1  February of 1993 that is being referenced on this document?

16:01:38  2  A.    Yes.

16:01:39  3  Q.    Was it typical practice for a Hoechst scientist, such

16:01:43  4  as Dr. Scholkens, to write reports on conferences they

16:01:48  5  attended?

16:01:49  6  A.    Yes.  Of course, it was obligatory.

16:01:51  7  Q.    Was it Hoechst's practice to distribute these reports?

16:01:55  8  A.    Yes, and it was obligatory.

16:01:56  9  Q.    Did Hoecsht maintain conference reports such as

16:02:00  10  PTX-062 in its ordinary course of business?

16:02:02  11  A.    Yes.

16:02:03  12  Q.    Did you attend this conference described at PTX-062?

16:02:09  13  A.    Yes.

16:02:09  14  Q.    Would you have received a copy of PTX-062 at or about

16:02:13  15  the time it was created?

16:02:15  16  A.    Yes.

16:02:15  17  Q.    If you would turn, Dr. Wirth, to Page PTX062T.3, and

16:02:23  18  if you would focus your attention on the fifth and sixth

16:02:26  19  sentences of the first paragraph on that page, and would you

16:02:31  20  please read aloud those sentences which we are going to have

16:02:35  21  highlighted?

16:02:37  22  A.    "A certain standstill has occurred in the area of

16:02:40  23  synthesizing additional bradykinin antagonists.  Companies

16:02:44  24  such as Syntex, Sterling Winthrop and Nova have pulled out

16:02:49  25  because their programs did not include any substances that

Wirth - direct

16:02:52   1   were superior to HOE140."

16:02:55   2   Q.    Does the statement that you just read reflect your

16:02:59   3   recollection regarding the bradykinin antagonist competition

16:03:02   4   landscape as of February 1993?

16:03:05   5   A.    Yes.

16:03:05   6   Q.    If you would turn to Page PTX-062T.5.  And if you

16:03:13   7   would please focus your attention on the last paragraph on

16:03:16   8   that page.  Then please read aloud the sentences that have

16:03:20   9   been highlighted on the screen from that paragraph?

16:03:23  10   A.    "The remarks of Steranka from Nova, which in the

16:03:28  11   meantime has discontinued its efforts in the area of

16:03:31  12   peptides, were particularly interesting.  The company has

16:03:33  13   initiated a major shift in its previous orientation with a

16:03:38  14   so-called overall discovery program with the ultimate goal

16:03:42  15   to develop non-peptide BK antagonists."

16:03:50  16   Q.    What is your understanding, if you know, of a

16:03:53  17   non-peptide bradykinin antagonists?

16:03:56  18   A.    Non-peptide bradykinin antagonists are not composed of

16:04:01  19   amino acids, only of so-called heterocycles.

16:04:06  20   Q.    Dr. Wirth, do you have any reason to doubt the

16:04:08  21   accuracy of the reporting in PTX-062 of the status of Nova's

16:04:16  22   bradykinin antagonist program?

16:04:17  23   A.    No.

16:04:19  24   Q.    Dr. Wirth, if you would please turn to PTX-064.

16:04:24  25   Again, I will note that PTX-064T is the English translation

460

Wirth - direct

16:04:31      1     of PTX-064.  Dr. Wirth, do you recognize PTX-064?

16:04:40      2     A.     Yes.

16:04:40      3     Q.     How do you recognize PTX-064?

16:04:43      4     A.     This is a document I prepared and maintained.   The

16:04:48      5     entries made are the investigators, the name of the

16:04:54      6     investigators who received HOE140, the purpose for which

16:04:57      7     they requested HOE140, the amount and the date when the

16:05:05      8     sample was sent off.

16:05:07      9     Q.     Dr. Wirth, when did you create this document?

16:05:12     10     A.     After the first -- after I received the first request,

16:05:19     11     when I noticed that there was a need to have such a

16:05:22     12     document.

16:05:22     13     Q.     Do you recall who the first investigator was to

16:05:25     14     request a sample of HOE140 that was included on PTX-064?

16:05:31     15     A.     Yes.   It was Professor Werner Muller-Esterl, from the

16:05:36     16     University of Mainz.

16:05:37     17     Q.     Dr. Wirth, would you please turn to PTX-064T.46.   Dr.

16:05:48     18     Wirth, what is being shown on this page?

16:05:52     19     A.     The first name that appears is indeed Werner

16:06:01     20     Muller-Esterl, he received a sample of HOE140, the first

16:06:04     21     one, five milligrams, on September 6, 1989.

16:06:09     22     Q.     And about how many samples, based on PTX-064, were

16:06:21     23     given to investigators of HOE140?

16:06:24     24     A.     About 400.

16:06:25     25     Q.     Was it common for more than 400 investigators or 400

Wirth - direct

16:06:28   1   investigators or so to have been interested in receiving

16:06:32   2   samples of compounds developed by Hoechst?

16:06:34   3   A.    It was absolutely unusual, and I have never seen this

16:06:38   4   afterwards again.  It reflects the fact that HOE140 was a

16:06:45   5   scientific breakthrough and a celebrated success.

16:06:48   6   Q.    Dr. Wirth, if you would please now turn to PTX-061.

16:07:00   7   That is the German document.  And its translation is

16:07:02   8   provided at PTX-061T.

16:07:09   9            Dr. Wirth, if you would turn your attention to

16:07:13   10   the English version, that is PTX-061T.  Do you recognize

16:07:18   11   what is being described in that document?

16:07:22   12   A.    Yes.  It's the minutes of an internal scientific

16:07:28   13   meeting of the so-called scientific working group.

16:07:33   14   Q.    And if you refer to Page PTX-061T.3, there is a list

16:07:40   15   of speakers at this meeting.  The last name listed is Herr

16:07:45   16   Dr. Wirth.  To whom does Herr Dr. Wirth refer?

16:07:49   17   A.    It's me.

16:07:50   18   Q.    What was the purpose of the 258th Meeting of the

16:07:52   19   Scientific Working Group Pharmaceuticals?

16:07:55   20   A.    Researchers would be sent, the focus of this meeting

16:08:01   21   is on new projects and therefore it is called scientific

16:08:06   22   working groups.

16:08:07   23   Q.    Are meeting minutes like PTX-061 something that

16:08:11   24   Hoechst would generate as part of its ordinary course of

16:08:15   25   business?

Wirth - direct

| | | |
|---|---|---|
| 16:08:15 | 1 | A.    **Yes.** |
| 16:08:16 | 2 | Q.    **Did Hoechst maintain minutes like PTX-061 as part of** |
| 16:08:20 | 3 | **its ordinary course of business?** |
| 16:08:22 | 4 | A.    **Yes.** |
| 16:08:22 | 5 | Q.    **If you would please turn to the last page of this** |
| 16:08:25 | 6 | **document, Dr. Wirth, it is PTX-061T.10.  If you look at the** |
| 16:08:31 | 7 | **distribution list, it includes something called the WIAK** |
| 16:08:36 | 8 | **spokesman.  Were you a WIAK spokesman?** |
| 16:08:39 | 9 | A.    **Yes.** |
| 16:08:39 | 10 | Q.    **So would you have received these meeting minutes** |
| 16:08:42 | 11 | **identified as PTX-061?** |
| 16:08:45 | 12 | A.    **Yes.** |
| 16:08:46 | 13 | Q.    **Dr.  Wirth, please turn to page PTX-061T.6.  We are at** |
| 16:08:53 | 14 | **the bottom of the page.  There is a heading, Biology (Dr.** |
| 16:08:58 | 15 | **Wirth.)  Is this referring to you?** |
| 16:08:59 | 16 | A.    **Yes.** |
| 16:09:00 | 17 | Q.    **Why are you being referred to in this heading at** |
| 16:09:03 | 18 | **PTX-061T.6?** |
| 16:09:07 | 19 | A.    **It's because I gave a presentation on the pharmacology** |
| 16:09:12 | 20 | **of HOE140.** |
| 16:09:12 | 21 | Q.    **Would you please turn to the next page, which is** |
| 16:09:15 | 22 | **PTX-061T.7.  I would refer you to the middle of the page, at** |
| 16:09:23 | 23 | **the paragraph beginning with the subsection Discussion.** |
| 16:09:27 | 24 | **What is discussion, if you know, referring to at this** |
| 16:09:30 | 25 | **paragraph?** |

Wirth - direct

16:09:32  1    A.    It's the minutes here of the discussion which followed

16:09:36  2    my presentation.

16:09:40  3    Q.    If you would please read aloud the first two sentences

16:09:44  4    of the paragraph beginning at the subsection discussion,

16:09:48  5    which we will have highlighted on the screen?

16:09:50  6    A.    "Nova is the only true competitor in this area

16:09:54  7    (collaboration with Schering Plough).  However, the

16:09:57  8    company's antagonists have significantly shorter active

16:10:00  9    times (2 minutes versus 80 minutes)."

16:10:05  10   Q.    Dr. Wirth, what was the significance, if you know, of

16:10:07  11   the comparison of the shorter active times referenced in the

16:10:10  12   sentences you just read?

16:10:13  13            MR. WIESEN:  Your Honor, I am going to object

16:10:15  14   that this is calling for expert testimony.  Asking for the

16:10:18  15   significance of this comparison.

16:10:20  16            THE COURT:  Counsel.

16:10:21  17            MS. KUZMICH:  I think we are trying to establish

16:10:23  18   that Dr. Wirth knew the competitor situation and that he is

16:10:26  19   able to confidently comment on what the competitors were

16:10:29  20   doing.

16:10:31  21            MR. WIESEN:  The way she phrased the question

16:10:33  22   was asking for expert testimony.

16:10:35  23            THE COURT:  Rephrase it.

16:10:36  24   BY MS. KUZMICH:

16:10:37  25   Q.    Dr. Wirth, do the two sentences that you read aloud

| | |
|---|---|
| 16:10:43 | 1 |
| 16:10:46 | 2 |
| 16:10:52 | 3 |
| 16:10:54 | 4 |
| 16:10:58 | 5 |
| 16:11:02 | 6 |
| 16:11:05 | 7 |
| 16:11:13 | 8 |
| 16:11:17 | 9 |
| 16:11:22 | 10 |
| 16:11:25 | 11 |
| 16:11:29 | 12 |
| 16:11:32 | 13 |
| 16:11:37 | 14 |
| 16:11:40 | 15 |
| 16:11:48 | 16 |
| 16:11:49 | 17 |
| 16:11:52 | 18 |
| 16:11:54 | 19 |
| 16:11:59 | 20 |
| 16:12:02 | 21 |
| 16:12:08 | 22 |
| 16:12:12 | 23 |
| 16:12:15 | 24 |
| 16:12:21 | 25 |

that are highlighted in yellow reflect your understanding of the differences between the compounds from Nova and the other compounds that you referred to?

A.    Yes.  The Nova compound was extremely short-acting and translated to a human situation it could easily be with two minutes of duration of action.  Who would take a drug with a duration of action of two minutes?  HOE140 had active duration of action of here 80 minutes.  And this correlates well with the duration of action in animal models and also in man.  So it is a drug.

Q.    Dr. Wirth, would you please now read aloud the last sentence in the paragraph again at the subsection Discussion on page PTX-061T.7?

A.    "To further secure the patent situation, additional tests with longer acting compounds ('sticky compounds') are being performed."

Q.    What are the sticky compounds that are mentioned in the sentence you just read allowed?

A.    Sticky compounds are compounds that have the very tight binding to the receptor and therefore have a long duration at the receptor.  And additionally, the tight binding could also reduce the enzymatic degradation and increase the metabolic stability because the compound bound to the receptor is not easily accessible to the degrading enzymes.

Wirth - direct

16:12:03   1   Q.     Dr. Wirth, were you personally involved in the testing

16:12:06   2   of sticky compounds that are referenced in this sentence

16:12:10   3   here?

16:12:10   4   A.     Yes.

16:12:11   5   Q.     And how were you personally involved in it?

16:12:16   6   A.     I proposed -- it was my proposal to make a sticky

16:12:20   7   compound, and chemists can engage in providing a compound,

16:12:23   8   and I tested the compounds they made.

16:12:27   9   Q.     And, Dr. Wirth, why did you refer to them as sticky

16:12:31   10  compounds?

16:12:31   11  A.     These compounds are called sticky because they stick

16:12:36   12  to the receptor.  It means they have a very tight binding,

16:12:40   13  so they do not dissociate easily, and this enhances the

16:12:45   14  efficacy and particularly their duration of action.

16:12:49   15  Q.     And you said that you were involved in the testing and

16:12:53   16  the designing of this project and these compounds; is that

16:12:56   17  right?

16:12:56   18  A.     Yes.  My proposal.

16:13:01   19  Q.     What did you propose for the sticky compounds in terms

16:13:03   20  of making them sticky?

16:13:05   21  A.     I proposed to make them sticky.  How they were made

16:13:09   22  sticky, this was the decision and the task of the chemist,

16:13:13   23  and he decided to use lipophilic bulky moieties, which he

16:13:19   24  attached to the N-terminus.

16:13:21   25          MR. WIESEN:  Objection.  Hearsay, Your Honor.

Wirth - direct

16:13:22   1      THE COURT:   Okay.   Sustained.

16:13:29   2   BY MS. KUZMICH:

16:13:30   3   Q.      Was icatibant one of the sticky compounds that

16:13:32   4   you referenced, or excuse me, that is referenced on

16:13:36   5   PTX-061T?

16:13:37   6

16:13:37   7   A.      No.

16:13:38   8   Q.      Dr. Wirth, referring back to the statement, to further

16:13:43   9   secure the patent situation, additional tests with longer

16:13:47   10   acting compounds are being performed, what, if you know, was

16:13:53   11   meant by the reference to securing the patent situation?

16:13:55   12   A.      At a meeting in my presentation, I always showed

16:14:01   13   results with sticky compounds so as to demonstrate a

16:14:04   14   feasibility, and we received the approval from the

16:14:11   15   scientific working group to continue the work and to be able

16:14:15   16   to file a patent.

16:14:16   17   Q.      Dr. Wirth, do you know if your work on sticky

16:14:19   18   compounds was ever patented?

16:14:21   19   A.      Yes.

16:14:22   20   Q.      Dr. Wirth, if you would now please turn to DTX-59 in

16:14:28   21   your binder, and that is U.S. Patent No. 5,597,803.

16:14:37   22          And, Dr. Wirth, do you recognize this document?

16:14:40   23   A.      Yes.   Patent No. 5,597,803.

16:14:44   24   Q.      And are you an inventor on the 5,597,803, Doctor?

16:14:49   25   A.      Yes.

Wirth - direct

16:14:50  1    Q.    Is it acceptable to you if we refer to this patent,

16:14:55  2    which is labeled DTX-59, as the '7,803 patent?

16:15:00  3    A.    Yes.

16:15:00  4    Q.    Dr. Wirth, what is the title of the '7,803 patent?

16:15:04  5    A.    Bradykinin peptides with modifications at the

16:15:11  6    N-terminus.

16:15:11  7    Q.    What is your understanding of the subject matter that

16:15:13  8    is disclosed in the '7,803 patent?

16:15:17  9    A.    The patent discloses bradykinin with N-terminus

16:15:23  10   modification with lipophilic moiety so as to increase the

16:15:29  11   binding so as to make sticky compounds.  The purpose is to

16:15:32  12   get much tighter binding, which would increase the efficacy

16:15:35  13   and the duration of action of these drugs.

16:15:39  14   Q.    What was your involvement in the subject matter of the

16:15:42  15   '7,803 patent?

16:15:42  16   A.    It was -- this project was my proposal, my initiative,

16:15:50  17   to make compounds, and I tested them and I wrote the

16:15:53  18   reports.

16:15:53  19   Q.    Dr. Wirth, can you please point to the data in the

16:15:59  20   '7,803 patent that you were conducting the pharmacological

16:16:05  21   testing of, that you personally conducted?

16:16:08  22   A.    Yes.  Table 2.

16:16:11  23   Q.    Table 2, Dr. Wirth?

16:16:14  24   A.    Yes.  Table 2 shows the washout time at the T50 value,

16:16:20  25   which means the time one half of it has decayed.  So it's a

Wirth - direct

16:16:25  1    measure, best measure of the binding to the receptor.  The

16:16:29  2    longer the time is, the tighter the binding.

16:16:33  3    Q.     Dr. Wirth, is the subject matter of the '7,803 patent

16:16:37  4    in any -- in any way related to the sticky compounds that we

16:16:42  5    were discussing a few minutes ago at PTX-061?

16:16:46  6    A.     Yes.

16:16:47  7    Q.     And how is that subject matter related between the

16:16:51  8    '7,803 patent, which is DTX-59, and PTX-061?

16:16:56  9    A.     Here, we report -- here, we disclose the compounds and

16:17:00  10   show the results about a compound I mentioned from this

16:17:05  11   scientific meeting.

16:17:07  12   Q.     And, Dr. Wirth, if you would please turn to Example

16:17:11  13   one of the '7,803 patent, which is at Column 1, line 44.

16:17:17  14   And does that peptide in Example 1 of the '7,803 patent

16:17:22  15   represent a sticky compound?

16:17:23  16   A.     Yes, it is.

16:17:25  17   Q.     And how do you understand what makes it sticky?  What

16:17:28  18   is it?

16:17:29  19   A.     The attachment of Fmoc, which is a lipophilic moiety.

16:17:35  20   Q.     And is icatibant an N terminally modified peptide?

16:17:39  21   A.     No, it is not.

16:17:43  22          MS. KUZMICH:  No further questions at the

16:17:44  23   moment, Your Honor.

16:17:44  24          THE COURT:  All right.  Mr. Wiesen?

16:17:47  25          Your Honor, if we can distribute a binder?

Wirth - cross

| | | |
|---|---|---|
| 16:17:52 | 1 | THE COURT:  Yes. |
| 16:18:10 | 2 | (Binders handed to the Court and to the |
| 16:18:12 | 3 | witness.) |
| 16:18:48 | 4 | CROSS-EXAMINATION |
| 16:18:50 | 5 | BY MR. WIESEN: |
| 16:18:55 | 6 | Q.    Good afternoon.  You pronounce it Dr. Wirth? |
| 16:18:58 | 7 | A.    Good afternoon. |
| 16:18:59 | 8 | Q.    Can you turn to DTX-59?  It's in either of the binders |
| 16:19:06 | 9 | you have.  It's the '7,803 patent you were just looking at. |
| 16:19:14 | 10 | And I want to go back to that Table 2 you just finished with |
| 16:19:18 | 11 | Ms. Kuzmich.  DTX-59-9, the left-hand column.  There we go. |
| 16:19:26 | 12 | We just pulled it up there. |
| 16:19:29 | 13 | This first compound you discussed, you |
| 16:19:34 | 14 | agree that this is Fmoc and then the ten amino acids of |
| 16:19:38 | 15 | icatibant? |
| 16:19:39 | 16 | A.    Yes. |
| 16:19:41 | 17 | Q.    And that's the reason you made the compound.  It came |
| 16:19:44 | 18 | after icatibant; is that correct? |
| 16:19:46 | 19 | A.    Yes. |
| 16:19:46 | 20 | Q.    And you added the Fmoc onto the icatibant; is that |
| 16:19:50 | 21 | right? |
| 16:19:51 | 22 | A.    Yes. |
| 16:19:52 | 23 | Q.    And that's how you developed this compound, |
| 16:19:55 | 24 | recognizing that it started with icatibant; is that right? |
| 16:19:58 | 25 | A.    Yes. |

Wirth - cross

16:19:59    1    Q.    All right.  We can take that down.

16:20:02    2          I want to make sure you understand what your

16:20:06    3    responsibilities were at Hoechst.  You joined the bradykinin

16:20:10    4    project you think in maybe 1989 or 1990; is that right?

16:20:14    5    A.    Yes.

16:20:14    6    Q.    And by that point, icatibant had been synthesized; is

16:20:18    7    that correct?

16:20:18    8    A.    Yes.

16:20:18    9    Q.    It had already been identified for development;

16:20:21   10    right?

16:20:22   11    A.    Yes.

16:20:23   12    Q.    And you don't know who first came up with the idea for

16:20:28   13    the compound icatibant; right?

16:20:29   14    A.    The inventors on the patent.

16:20:34   15    Q.    But you do not know which one of them?

16:20:36   16    A.    I mean, all inventors.

16:20:38   17    Q.    And then your job was to test the, do pharmacological

16:20:44   18    tests for bradykinin antagonists; is that correct?

16:20:46   19    A.    Yes, but I was not -- I was not involved because I

16:20:51   20    wasn't part of the project.  I joined later on to perform

16:20:54   21    additional studies, more -- pharmacologic studies.

16:21:00   22    Q.    Do you know how many bradykinin antagonist peptides

16:21:03   23    were made as part of the bradykinin antagonist project at

16:21:06   24    Hoechst?

16:21:07   25    A.    A lot.  I don't remember the number.

Wirth - cross

| | | |
|---|---|---|
| 16:21:09 | 1 | Q.    Dozens?  Hundreds? |
| 16:21:12 | 2 | A.    Probably, yes. |
| 16:21:13 | 3 | Q.    And for all of those, was the process at Hoechst that |
| 16:21:19 | 4 | first the compound would be made and then it would be tested |
| 16:21:22 | 5 | in vitro, and then if there was in vitro activity, it would |
| 16:21:26 | 6 | be tested in vivo? |
| 16:21:27 | 7 | A.    Yes. |
| 16:21:28 | 8 | Q.    And you were in charge of that project once you joined |
| 16:21:30 | 9 | the bradykinin task? |
| 16:21:32 | 10 | A.    Most of these compounds had already been tested and |
| 16:21:38 | 11 | Hoe 140 identified. |
| 16:21:41 | 12 | Q.    By the time Hoe 140 was identified, how many |
| 16:21:44 | 13 | bradykinin antagonists had been made and tested by in vitro |
| 16:21:49 | 14 | and in vivo testing at Hoechst? |
| 16:21:51 | 15 | A.    It was a very small amount because the project had |
| 16:21:55 | 16 | been finished, and when you have a development compound, a |
| 16:21:58 | 17 | compound that is used for development, you do only a little |
| 16:22:02 | 18 | work, so the majority of the work had been done before. |
| 16:22:05 | 19 | Q.    Sorry.  I think I phrased the question badly.  How |
| 16:22:09 | 20 | many had been completed -- how many compounds had been made, |
| 16:22:12 | 21 | tested in vitro and tested in vivo before Hoe 140? |
| 16:22:16 | 22 | A.    I don't -- I didn't take part.  I don't know.  I |
| 16:22:20 | 23 | wasn't part of the team at that time.  No, I can't say. |
| 16:22:24 | 24 | Q.    Have you seen those reports in your time at Hoechst? |
| 16:22:27 | 25 | A.    I mean, there are no official -- there are no reports. |

Wirth - cross

16:22:31      1    These are documented in printed forms for each -- for each

16:22:35      2    compound in printed form, which the compound, which you give

16:22:39      3    to the chemist, which you give to the team.

16:22:41      4    Q.    Again, fair to say dozens of compounds that were

16:22:45      5    made?

16:22:46      6              MS. KUZMICH:  Objection.  Asked and answered.

16:22:47      7              THE COURT:  Sustained.  Sustained.

16:23:00      8    BY MR. WIESEN:

16:23:00      9    Q.    Can you turn in your binder to DTX-50.  You're

16:23:11     10    familiar with this paper; is that correct?

16:23:12     11    A.    Yes, I'm familiar with it.

16:23:14     12    Q.    You are the first author on this paper; is that right?

16:23:16     13    A.    Yes.

16:23:16     14    Q.    It reports in vivo studies with icatibant; is that

16:23:22     15    right?

16:23:22     16    A.    Yes.

16:23:23     17    Q.    And if we turn to the last page, DTX-50.04, we look at

16:23:35     18    the date that it was submitted.  It was first submitted

16:23:40     19    July 25th, 1990; is that correct?

16:23:42     20    A.    That's what it says.

16:23:44     21    Q.    And so does that mean that you would have had all of

16:23:47     22    the in vivo data reported hereby July 25th, 1990?

16:23:52     23    A.    All the data that are reported here first.

16:23:57     24    Q.    And actually had the data earlier than that; right,

16:24:00     25    sir?

16:24:01    1    A.    Yes, but not all.  There were other data that are not

16:24:03    2    reported here.

16:24:04    3    Q.    But all the data that are reported here, you had

16:24:07    4    before July 25th, 1990; right?

16:24:11    5    A.    Mm-hmm.

16:24:12    6    Q.    And some of the data here you had as early as March of

16:24:14    7    1989; is that right?

16:24:16    8    A.    Yes.

16:24:21    9    Q.    All right.  If we go to PTX-12, that was the green

16:24:26   10    file you looked at with Ms. Kuzmich; is that right?  Do you

16:24:33   11    have that in your binder?  PTX-12 was the collection of

16:24:39   12    reports on the pharmacology results; is that correct?

16:24:41   13    A.    Mm-hmm.

16:24:44   14    Q.    If we go to PTX-12.140, this is the evaluation of the

16:25:20   15    biological half-life of, the number is given, icatibant, and

16:25:26   16    given by intraarterial infusion in comparison to another

16:25:30   17    drug in this anesthetized rats.  Right?

16:25:33   18    A.    Sorry.  Could you repeat that?

16:25:35   19    Q.    Did I read the title correctly?

16:25:37   20    A.    Yes.

16:25:41   21    Q.    And this data was generated from August 30th to

16:25:45   22    December 14th, 1989.  Right?

16:25:47   23    A.    That's what it says.

16:25:48   24    Q.    And if you go back to DTX-50, your paper, and we turn

16:25:57   25    to DTX-50.2, that's the same study that is reported there,

474

Wirth - cross

| | | |
|---|---|---|
| 16:26:07 | 1 | the interarterial infusion of bradykinin antagonists. |
| 16:26:11 | 2 | Right? |
| 16:26:11 | 3 | A.    I can't read it here.  Can you highlight it? |
| 16:26:17 | 4 | Q.    The title and then this first interarterial infusion |
| 16:26:21 | 5 | of bradykinin antagonists. |
| 16:26:34 | 6 | A.    It was certainly an interarterial infusion, yes. |
| 16:26:44 | 7 | THE COURT:  Are you two together? |
| 16:26:45 | 8 | MR. WIESEN:  I think he is trying to figure out |
| 16:26:51 | 9 | where on the paper. |
| 16:26:52 | 10 | THE COURT:  Why don't you help him. |
| 16:26:54 | 11 | BY MR. WIESEN: |
| 16:26:54 | 12 | Q.    You see this talks about an equimolar dose of .75 |
| 16:27:01 | 13 | nanomole infused over five minutes and talks about |
| 16:27:03 | 14 | impairment by 71 percent.  Do you see that? |
| 16:27:05 | 15 | A.    Yes. |
| 16:27:05 | 16 | Q.    If we go back to PTX-12.142, and put those up side by |
| 16:27:16 | 17 | side, so we have on the right the report from 1989, and on |
| 16:27:28 | 18 | the left we have your 1991 paper.  Do you see that? |
| 16:27:36 | 19 | A.    Yes. |
| 16:27:36 | 20 | Q.    So does this confirm that you had this in vivo data by |
| 16:27:40 | 21 | 1989 at Hoechst? |
| 16:27:53 | 22 | A.    I can't remember the dates of the report. |
| 16:27:57 | 23 | Q.    Let's do it this way.  Do you agree that this report |
| 16:28:01 | 24 | on the left at PTX-12.142 appears to be the internal report |
| 16:28:07 | 25 | that corresponds with the results reported in DTX -- |

Wirth - cross

| | | |
|---|---|---|
| 16:28:12 | 1 | THE COURT:  Do you mean the right or the left? |
| 16:28:13 | 2 | MR. WIESEN:  Sorry. |
| 16:28:16 | 3 | BY MR. WIESEN: |
| 16:28:16 | 4 | Q.    That PTX-12.142 on the right corresponds with the same |
| 16:28:22 | 5 | data reported on the left in the paper DTX-50? |
| 16:28:27 | 6 | A.    Yes. |
| 16:28:27 | 7 | Q.    Then if we go back just to PTX-12.140, and we look at |
| 16:28:47 | 8 | the date, the investigational period for that data was |
| 16:28:50 | 9 | August to December of 1989.  Correct? |
| 16:28:58 | 10 | A.    It's what it says. |
| 16:28:59 | 11 | Q.    So Hoechst had that in vivo data for icatibant in |
| 16:29:05 | 12 | 1989.  Right? |
| 16:29:07 | 13 | A.    Yes. |
| 16:29:07 | 14 | Q.    Let's look at one other.  If you go to 12.160.  We |
| 16:29:29 | 15 | pull out the very top of this.  This is the internal report |
| 16:29:32 | 16 | with the language -- with the date at the top, please, Mr. |
| 16:29:36 | 17 | Chase.  Thank you. |
| 16:29:38 | 18 | This is the internal report for March 31, 1989 |
| 16:29:44 | 19 | on anti-inflammatory effect in the carrageenan paw edema in |
| 16:29:49 | 20 | rats.  Correct? |
| 16:29:50 | 21 | A.    Correct. |
| 16:29:52 | 22 | Q.    That is another in vivo model you use for bradykinin |
| 16:29:55 | 23 | antagonism.  Right? |
| 16:29:57 | 24 | A.    Yes. |
| 16:29:57 | 25 | Q.    And if we look at the bottom half of this page, |

| | | |
|---|---|---|
| 16:30:03 | 1 | 12.160, and we pull out the results, and we compare that to |
| 16:30:11 | 2 | the results that are at the bottom of DTX-50.3 in the Wirth |
| 16:30:17 | 3 | paper, Dr. Wirth, do you agree that the results that are |
| 16:30:22 | 4 | reported in that March 1989 report are the same as the |
| 16:30:25 | 5 | results in the carrageenan paw edema in rats in DTX-50, the |
| 16:30:36 | 6 | Wirth 1991 paper? |
| 16:30:37 | 7 | A.     Yes. |
| 16:30:38 | 8 | Q.     Hoechst had those results by 1989 as well.  Right? |
| 16:30:42 | 9 | A.     Yes. |
| 16:31:04 | 10 | Q.     Take those down. |
| 16:31:28 | 11 |        Dr. Wirth, when you started on the bradykinin |
| 16:31:30 | 12 | antagonist project you came to understand how Hoechst got |
| 16:31:33 | 13 | started on the project.  Correct? |
| 16:31:35 | 14 | A.     I learned how it started, yes. |
| 16:31:37 | 15 | Q.     It started by someone going to a conference.  Right? |
| 16:31:40 | 16 | A.     Right. |
| 16:31:40 | 17 | Q.     Who was that? |
| 16:31:43 | 18 | A.     I don't know exactly, but probably a chemist first and |
| 16:31:48 | 19 | then pharmacologist.  I don't know who was first. |
| 16:31:52 | 20 | Q.     And they went to a conference and heard Dr. Stewart |
| 16:31:55 | 21 | speak.  Correct? |
| 16:31:56 | 22 | A.     Yes. |
| 16:31:56 | 23 | Q.     And they learned about bradykinin antagonists from Dr. |
| 16:32:01 | 24 | Stewart's work? |
| 16:32:01 | 25 | A.     They learned about this work. |

Wirth - cross

16:32:03    1    Q.      And then they started Hoechst's project based on the

16:32:08    2    work that they learned about that was published by Dr.

16:32:11    3    Stewart.   Correct?

16:32:12    4                    MS. KUZMICH:  Objection.  Hearsay.

16:32:15    5                    THE COURT:  Rephrase your question, please.

16:32:18    6    BY MR. WIESEN:

16:32:19    7    Q.      I think I asked if they learned about the work from

16:32:26    8    Dr. Stewart in the project they were working on?

16:32:30    9                    MS. KUZMICH:  Objection.  Who are you referring

16:32:32   10    to as they?

16:32:33   11                    THE COURT:  Could you put a more precise

16:32:35   12    question.

16:32:35   13                    MR. WIESEN:  Yes, Your Honor.

16:32:36   14    BY MR. WIESEN:

16:32:36   15    Q.      When you started on the project, did you communicate

16:32:41   16    with others on the team about how the project got started at

16:32:45   17    Hoechst, on the bradykinins project?

16:32:49   18    A.      Because we were talking often about this project.

16:32:52   19    This is what I heard.  Maybe it's more rumor than exact

16:32:58   20    information.

16:32:58   21    Q.      Did you personally review any publications or

16:33:01   22    literature from Dr. Stewart?

16:33:03   23    A.      No.

16:33:27   24    Q.      Dr. Wirth, when you started on the bradykinin

16:33:30   25    antagonist project, Hoechst didn't have any particular

Wirth - cross

16:33:33    1    indications in mind.  Correct?

16:33:36    2    A.    No.  It was already -- went already in the direction

16:33:42    3    of something, we had discussion.  The discussions go on and

16:33:46    4    at a certain point a decision is made.  It slowly starts,

16:33:49    5    discussion is discussion and at a certain point a decision

16:33:52    6    is made.

16:33:53    7    Q.    At that initial time, hereditary angioedema was not

16:33:56    8    one of the indications being discussed?

16:33:58    9    A.    It was one possibility.  It was a possibility.

16:34:03   10    Q.    But it wasn't one of the indications that was being

16:34:05   11    discussed at Hoechst, was it?

16:34:07   12    A.    It was not discussed for development at that time.

16:34:11   13    Q.    And you couldn't have predicted it would work in

16:34:14   14    hereditary angioedema.  Right?

16:34:16   15    A.    You could not --

16:34:18   16             MS. KUZMICH:  Objection.  I think we are calling

16:34:20   17    for expert testimony here.

16:34:21   18             THE COURT:  Sustained.

16:34:22   19             MR. WIESEN:  Fair enough, Your Honor.

           20    BY MR. WIESEN:

16:34:24   21    Q.    Dr. Wirth, you did not predict that it would work in

16:34:28   22    hereditary angioedema at the time.  Correct?

16:34:32   23    A.    You can't predict this.  You must test it.  I mean,

16:34:36   24    most predictions are wrong in the pharmaceutical industry.

16:34:39   25    That is why it is so difficult.

Wirth - cross

| | | |
|---|---|---|
| 16:34:49 | 1 | Q.    You spoke a little on direct about Nova.  Do you |
| 16:34:53 | 2 | recall that? |
| 16:34:56 | 3 | A.    Yes. |
| 16:34:57 | 4 | Q.    You and Hoechst were aware that Nova Pharmaceuticals |
| 16:35:01 | 5 | had licensed bradykinin antagonists from Dr. Stewart. |
| 16:35:04 | 6 | Correct? |
| 16:35:05 | 7 | A.    Yes. |
| 16:35:05 | 8 | Q.    That was public knowledge.  Right? |
| 16:35:07 | 9 | A.    Yes. |
| 16:35:07 | 10 | Q.    You and your colleagues -- well, you knew that Nova |
| 16:35:12 | 11 | was working at one point with SmithKlineBeecham.  Correct? |
| 16:35:17 | 12 | A.    Yes. |
| 16:35:17 | 13 | Q.    You personally have never had any contacts with Nova. |
| 16:35:23 | 14 | Right? |
| 16:35:23 | 15 | A.    Yes.  I had no contact with them. |
| 16:35:25 | 16 | Q.    You know some of your colleagues did? |
| 16:35:27 | 17 | A.    The chemists may have had contacts, because there were |
| 16:35:31 | 18 | meetings and you meet people. |
| 16:35:39 | 19 | Q.    If you would turn to PTX-61 or 61T, so we can use the |
| 16:35:56 | 20 | English translation.  You discussed these meeting minutes on |
| 16:36:08 | 21 | direct.  Correct? |
| 16:36:09 | 22 | A.    Yes. |
| 16:36:09 | 23 | Q.    These were from a meeting dated October 30th, 1991. |
| 16:36:16 | 24 | Correct? |
| 16:36:17 | 25 | A.    Yes. |

Wirth - cross

16:36:17   1   Q.    You looked with Ms. Kuzmich at PTX-61T.7.  Right?

16:36:28   2   A.    Sorry?

16:36:29   3   Q.    61T.7, a particular page, we will pull it up.  In the

16:36:34   4   middle --

16:36:36   5   A.    Yes, this is the discussion that followed the

16:36:38   6   presentation.

16:36:38   7   Q.    Can we pull up the discussion here in the middle of

16:36:41   8   the page?

16:36:42   9   A.    Yes.

16:36:43   10   Q.    You discuss that Nova is the only true competitor in

16:36:47   11   this area.  Right?

16:36:49   12        So as of October 1991, at least, Nova was still

16:36:53   13   viewed as a competitor.  Is that right?

16:36:58   14   A.    As a competitor, they had compounds in development.

16:37:02   15   It seemed they had compounds in development.  So they were

16:37:05   16   competitors.

16:37:05   17   Q.    Nova was still trying to develop bradykinin

16:37:10   18   antagonists as far as you knew at Hoechst in October 30th,

16:37:13   19   1991.  Right?

16:37:20   20   A.    Yes.

16:37:20   21   Q.    If you go back to PTX-61T.5, if we could pull out this

16:37:30   22   whole paragraph that is not redacted on the page.  You see

16:37:35   23   the last two sentences say, -- first it says, "HOE140 has a

16:37:40   24   good chance to qualify for patent protection."

16:37:43   25        Do you see that?

Wirth - cross

| | | |
|---|---|---|
| 16:37:44 | 1 | A.    Yes. |
| 16:37:44 | 2 | Q.    And then -- did you write this section, by the way? |
| 16:37:50 | 3 | A.    I am sorry? |
| 16:37:51 | 4 | Q.    Did you write this portion of the document? |
| 16:37:54 | 5 | A.    No, I didn't. |
| 16:37:57 | 6 | Q.    After talking about patent protection, it says, "The |
| 16:38:01 | 7 | only known competitor at this time is Nova." |
| 16:38:05 | 8 | Do you see that? |
| 16:38:05 | 9 | A.    Yes. |
| 16:38:06 | 10 | Q.    At Hoechst, did you discuss patents and Nova at the |
| 16:38:10 | 11 | same time? |
| 16:38:10 | 12 | A.    I am not -- I had nothing to do with these patents |
| 16:38:15 | 13 | because I am a pharmacologist.  It was not my task.  Patents |
| 16:38:20 | 14 | were not my task. |
| 16:38:28 | 15 | Q.    You can take that down. |
| 16:38:52 | 16 | THE COURT:  Do you have a question, Mr. Wiesen? |
| 16:38:53 | 17 | MR. WIESEN:  I am going through my notes, Your |
| 16:38:55 | 18 | Honor, to see whether we can wrap this up more quickly. |
| 16:38:59 | 19 | THE COURT:  That would be great. |
| 16:39:00 | 20 | MR. WIESEN:  Can I have a moment? |
| 16:39:02 | 21 | THE COURT:  Yes. |
| 16:39:09 | 22 | MR. WIESEN:  No further questions, Your Honor. |
| 16:39:12 | 23 | MS. KUZMICH:  No redirect, Your Honor. |
| 16:39:14 | 24 | THE COURT:  Doctor, please be careful stepping |
| 16:39:17 | 25 | down. |

1          (Witness excused.)

16:39:28    2          THE COURT:  What do we have next, Mr. Haug?

16:39:30    3          MR. HAUG:  We have depositions which we don't

16:39:38    4    want to play now at 4:30.  If I may, I will tell you what we

16:39:44    5    have going tomorrow?

16:39:45    6          We have a very short deposition clip of a

16:39:48    7    regulatory person, maybe 15 minutes.  We have a longer clip

16:39:50    8    of one of the scientists from Nova.  That one is a little

16:39:54    9    longer.  Close to an hour, about an hour.  That's it for

16:39:57   10    depositions for us.

16:39:58   11          We will have our main expert, technical expert,

16:40:02   12    professor Walensky, tomorrow.  And will continue on with

16:40:06   13    more witnesses depending --

16:40:08   14          THE COURT:  So there is no expert that you want

16:40:10   15    to call right now that you can qualify.

16:40:14   16          MR. HAUG:  No.

16:40:14   17          THE COURT:  I think we will call it a day.

16:40:18   18          (Court recessed.)

19    `                    -  -  -

20

21

22

23

24

25